**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:   **Association Health Care Management, Inc.**          CASE NO   **19-44209-elm11**

CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  10/17/2019 _____          Signature _____
                                                           Landon Jordan,
                                                           *Chief Executive Officer*


Date _____          Signature _____

Abdullah Khalid
1799 W Oakland Park Blvd., Suite 300
Oakland Park, FL 33311

Adam Bercowicz
1835 S. Perimeter Rd. #165, #C206
Fort Lauderdale, FL 33309

Advance Benefit Group
Mario Callejas
4300 N Universiry Dr.
Lauderdale, FL 33351

Agentra Healthcare Solutions
4201 Spring Valley Rd., Suite 1500
Dallas, TX 75244

Ahmed Rauf
550 Fairway Dr., #106
Deerfield, FL 33441

American Express
PO Box 650448
Houston, TX 75265

Americare Life & Health
Emily Payne
750 East Sample Rd.
Pompano Beach, FL 33064

Angela Garcia
501 NW 141 Ave., #101
Pembroke Pines, FL 33028

Angeleatia Carter
2730 NW 9th Court
Fort Lauderdale, FL 33311

Annely Santillo
83 Derrick Dr.
West Henrietta, NY 14586

Anthony Lombardi
2214 Saw Mill River Rd.
Elmsford, NY 10523

Anthony Maresca

27269 Guapore Dr.
Punta Gorda, FL 33983

Anthony Mossucco
8565 Breezy Hill Drive
Boynton Beach, FL 33473

Assured Benefits Administration
PO Box 679145
Dallas, TX 75267-9145

Atalie Bruna
8025 Royal Palm Cir.
Tamarac, FL 33321

Atlantic Health
Charles Donisi
2717 NE 25th St
Fort Lauderdale, FL 33305

Beacon Strategic Planning Solutions LLC
Stacie Tanaka
6117 Wild Eagle Ct.
Elk Grove, CA 95757

Benjamin Mahler
3350 NW Boca Raton Blvd, #A28
Boca Raton, FL 33431

Big One Strategic Solutions Inc.
Kaylynn Serna
4055 Spencr St., Suite 208
Las Vegas, NV 89119

BlueCross BlueShield of Texas
PO Box 731428
Dallas, TX 75373-1428

Bob Jennison
200 Lake Evelyn Dr.
West Palm Beach, FL 33411

Bradley Mednick
704 Republic Ct.
Deerfield Beach, FL 33442

Brandon Sears
701 Palomar Airport Rd., Suite 300
Carlsbad, CA 92011

Brian Chu
Hyun Chong Chu
13925 Lindendale Ln.
Chantilly, VA 20151

Burke International Insurance Group
Christopher Burke
5970 Funston Street
Hollywood, FL 33023

Capital Health Advisors
Mario Callejas Jr.
4300 N University Dr.
Lauderhill, FL 33351

Capital One, N.A.
PO Box 60024
New Orleans, LA 70160

CareOne Insurance Inc.
Jonathan Silverstein
4300 N University Drive, E103
Lauderhill, FL 33351

Carl Johnson
12401 Orange Drive
Davie, TX 33333

Christina Ching
1313 N Milpitas Blvd., Suite 163
Milpitas, CA 95035

Co-Nexus Communication Systems
PO Box 609
Cedar Rapids, IA 52406

Comcast
PO Box 660618
Dallas, TX 75266-0618

Corey Tiger
7388 NW 18th St., #105

Margate, FL 33063

Corinne Barraco
8305 Sunrise Lakes Blvd., #112
Sunrise, FL 33322

Coverage One Insurance Group
David Ettinger
1901 West Cypress Creek Rd Fort
Lauderdale, FL 33309

CyberX Group LLC - 212 Connect
1677 E Miles Ave., Bldg. 2
Hayden, ID 83835

Darlen DeLeon
2419 Presidente St.
Stockton, CA 95210

David Depablo
901 Pennsylvania Ave., Suite 3-630
Miami Beach, FL 33139

Dax Lawrence Ventures
Dax Lawrence
1428 Beacon Hill Drive
Taylorsville, UT 84123

Dell
PO Box 731381
Dallas, TX 75373-1381

Direct Health LLC
Alec Buico
7940 N Federal Hwy.
Boca Raton, FL 33487

EAgent Direct Inc.
Adam Awany
725 SW 23rd Road
Miami, FL 33129

Eli Baquero
8043 W McNab Rd.
Tamarac, FL 33321

Erick Valderrama
7330 W 15th Ct.
Hialeah, FL 33014

Evelina Tejada
9841 SW 1st Ct.
Plantation, FL 33324

Evelyn Sandier
3007 Lightstar Dr.
Houston, TX 77045

Family First Insurance Advisors
Stephen Fingal
350 Fairway Dr.
Deerfield, FL 33441

FCAWMA
10878 Westheimer Rd.
Houston, TX 77042

Gail Neal-Williams
3124 Garrow Dr., Suite 163
Antioch, CA 94509

George Gemmell
22145 Cressmont Pl.
Boca Raton, FL 33428

Gerson Petigny
2950 W Cypress Creek Rd.
Fort Lauderdale, FL 33309

Global Health and Life, LLC
Uri Mike Chakchakov
1500 W Cypress Creek Rd.
Fort Lauderdale, FL 33309

Great Health Choice
Andres Suarez
8043 W McNab Rd
Tamarac, FL 33321

Gregory Curtis
325 West Washington Ave.
San Diego, CA 92103

Gregory Saville
1393 SE Madison Ave.
Stuart, FL 34996

Health Advisors of America Inc
Marsha Griffin
5310 NW 33rd Ave., Suite 103
Fort Lauderdale, FL 33309

Health Benefits Direct LLC
Mario Soto
21300 NW 40th Circle Court
Miami Gardens, FL 33055

Health First Solutions
Daniel Dayan
6360 NW 5th Way, Suite 202
Fort Lauderdale, FL 33309

Health Insurance Connect
Steven Rubin
2765 Vista Pkwy, Suite H2
West Palm Beach, FL 33411

Herminia Borge
328 E Lake Ave.
Watsonville, CA 95076

Insurance Care Now
Witfield Jean Baptisie
1191 East Newport Center Dr.
Deerfield Beach, FL 33442

Insurance For All Insurance Agency
Mark Schneider
81 NW 29th Terrace
Fort Lauderdale, FL 33311

Insurety Capital, LLC
600 Brickell Ave., Suite 1900
Miami, FL 33131

Iron Mountain
PO Box 915004
Dallas, TX 75391-5004

Jacob Brock
413 Sarah Circle
Roanoke, TX 76262

James Wise CPA
12345 Jones Rd., Suite 185
Houston, TX 77070

Jane Pascual
95-061 Waikalani Dr.
Mililani, HI 96789

Jason McDowell
1835 S. Perimiter Rd., #165
Fort Lauderdale, FL 33309

Jennifer White
3521 851 NW 33rd Terr.
Fort Lauderdale, FL 33311

Jeri Hill Billow
Jeri Billow
6152 NW 74 Court
Parkland, FL 33067

Jerry Cabebe
114 Harbor Coast Street
Las Vegas, NV 89148

Jessiah Heaton
180 S Lexington Dr.
Folsom, CA 95630

Jessica Rodriguez
3425 Pinewalk Dr., Apt. 202
Margate, FL 33063

Jesus Gangi
7257 W Touhy Ave., Suite 202
Chicago, FL 60631

John King
350 Fairway Dr., #110
Deerfield Beach, FL 33441

John Rassman
3980 W Broward Blvd.
Fort Lauderdale, FL 33312

John Retureta
6230 Mayo St.
Hollywood, FL 33023

Jorge Pena
1960 SW 81st Ter.
North Lauderdale, FL 33068

Joseph Lata
8043 W McNab Rd.
Tamarac, FL 33321

JR Solutions
Rita MeDrano
1500 Noble Ave., #2A
Bronx, NY 10460

Juan Ruiz de Velasco
737 Bluebonnet Dr.
Grand Prairie, TX 75052

Justin ONeill
11555 Heron Bay Blvd., Suite 200
Coral Springs, FL 33076

Kareem Mclean
20533 Biscayne Blvd., #603
Aventura, FL 33180

Karen Kolb
1100 N Beeline Hwy., Suite E
Payson, AZ 85541

Kevin Sant
6530 NW 29th Street
Sunrise, FL 33313

Kyle Minors
1 E Broward Blvd.
Fort Lauderdale, FL 33301

Larry Dearman

8340 NW 7th Ct.
Boca Raton, FL 33487

Lawrence Bradshaw
Lawrence J. Bradshaw
1107 Fair Oaks Ave., #189
South Pasadena, CA 91030

Leon Martin
4411NW 74th Ave.
Lauderhill, FL 33319

Level 3 Communication
PO Box 910182
Denver, CO 80291-0182

Liberty Health Solutions
Daniel Selnick
500 NE Spanish River Blvd., Suite 26
Boca Raton, FL 33431

Lone Star Coffee
PO Box 691634
Houston, TX 77269-1634

Major Key Marketing
Samuel Woods
6278 N Federal Hwy
Fort Lauderdale, FL 33308

Mansfield Business Management
1409 Long and Winding Rd.
Mansfield, TX 76063

Mark LaFavre
4341 Southern Ave.
Dallas, TX 75205

Mark Nunn
2825 Cresent Lake Dr.
Little Elm, TX 75068

MarketCentric Inc.
Brandon Diggs
2930 Barnard St.
San Diego, CA 92110

Martin Carter
15051 Royal Oaks Lane
Miami, FL 33181

Matthew Panzer
1451 W Cypress Creek, Suite 300
Fort Lauderdale, FL 33309

Maxim Deravine
9054 SW 1st Street
Boca Raton, FL 33428

Michael Beharrie
1 E Broward Blvd., Suite 700
Fort Lauderdale, FL 33301

Michael Landis
1400 E Newport Center Dr., #203
Deerfield Beach, FL 33442

Mike Rabie
1723 Parklake Village Dr.
Katy, TX 77450

Myhealthquote, Inc.
Stephen Moore
7 Tapestry Lane
Newnan, GA 30265

Nancy Pritchett
1311 Corona
Norco, CA 92860

National Health Agents
Gregory Robbins
1500 Cypress Creek Rd., #206
Fort Lauderdale, FL 33309

National Plan Advisors
Jeffrey Franzoni
3403 Powerline Rd Suite 805
Fort Lauderdale, FL 33309

NationsInsuranceQuote.com
Danielle Bretti

3694 Valley Park Way
Lake Worth, FL 33407

Neopost USA, Inc.
Dept. 3689
PO Box 123689
Dallas, TX 75312-3689

Net Health Affiliates Inc.
Garfield Lee
1811 Lyons Road
Coconut Creek, FL 33063

Nonie Dubose
6260 Westpark Dr.
Houston, TX 77057

Normand Guillaume
6346 Pinestead Rd.
Lake Worth, FL 33463

Number One Health Insurance Agency Inc.
Brandon Bowsky
750 N Ocean Blvd.
Pompano Beach, FL 33062

NxSource
3654 Dumbarton St.
Houston, TX 77025

Octavious Hawkins
190 NW 31st Ave.
Fort Lauderdale, FL 33311

Paul Tyszkiewicz
2260 Avenida De La Playa
La Jolla, CA 92037

Paula Brown
1100 Belcher Rd. S, Lot 345
Largo, FL 33771

Pinnacle Consulting Group
Sean Chapman
531 N Ocean Blvd., #1808
Pompano Beach, FL 33062

Preminder Mahajan
10831 Wellworth Ave.
Los Angeles, CA 90024

Ralph Castillio
2021 NW 136th Ave., #574
Sunrise, FL 33323

Ramon Triana
12908 Hyland Circle
Boca Raton, FL 33428

Ramon Warren
851 Three Islands Blvd., Apt. 311
Hallandale, FL 33009

Renee Muchechetere
1114 Green Pine Blvd.
West Palm Beach, FL 33409

Rhodora Sarmiento
1817 Capitol Street
Vallejo, CA 94590

Robert Guerriero
20422 Harvest Oak Ct.
Tampa, FL 33647

Robert Sturchio
510 Ocean Ave., Unit 7
Long Branch, NJ 7740

Robert Sturchio
55 Melrose Ter., Apt. 416
Long Branch, NJ 07740

Safeguard Insurance Market, Inc.
Renata Llanes
1401 N University Dr., Suite 500
Coral Springs, FL 33071

Sam Llanes
11330 NW 68th Ct.
Parkland, FL 33076

Sheena McDowell
1835 S Perimeter Road,  #165
Fort Lauderdale, FL 33309

Shonnell Sinclair
2010 NW 64th Ave.
Sunrise, FL 33313

Sierra Insurance LLC
Jorge Sierra
1000 W Pembroke Rd., Suite 208
Hallandale, FL 33009

Spectrum Internet/Telephone Service
4145 S. Falkenburg Rd.
Riverview, FL 33578-8652

Tausief Mohamed
6321 SW 20th St.
Miramar, TX 33023

Tavere Johnson
2950 W. Cypress Creek Rd.
Fort Lauderdale, FL 33309

The Green Group
Angela Mirabella
20271 SW Acacia Street, #200
Newport Beach, CA 92660

The HIC Group
Seni Sok
4960 NE 27th Avenue
Lighthouse Point, FL 33064

Tiffany Richards
2950 W Cypress Creek Road
Fort Lauderdale, FL 33309

Tiffany Rucker
4121 E Busch Blvd.
Tampa, FL 33617

Top Healthcare Options Insurance Agency
Tiffanie Gonzalez
8409 N Coral Circle

North Laurderdale, FL 33068

Tri-Star Insurance Services LLC
Maria Braceros
1752 E Bullard Ave.
Fresno, CA 93710

Vanessa Osorio-Bedoya
2950 W Cypress Creek Rd.
Fort Lauderdale, FL 33309

VeriTrust Corporation
7804 Fairview Rd., Suite 153
Charlotte, NC 28226

Vincent Bellezza
381 SW Ridgecrest Drive
Port St. Lucie, FL 34953

Voicetext.com
3706 Speedway
Austin, TX 78705

William John
5301 N Federal Hwy, Suite 290
Boca Raton, FL 33487

Yousuf Syed
7830 NW 33rd St., Apt 405
Hollywood, FL 33024

Yung Wang
1020 Meadow Glen Court
Fairfield, CA 94533

Yvonne Fidure
1230 Spencer Rd.
Warminster, PA 18974

Zenith Real Estate
PO Box 42146
Houston, TX 77242-2146