J. Robert Forshey
State Bar No. 07264200
Laurie Dahl Rea
State Bar No. 00796150
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Fort Worth, TX 76102
Telephone: 817-877-8855
Facsimile: 817-877-4151
bforshey@forsheyprostok.com
lrea@forsheyprostok.com
dross@forsheyprostok.com

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| AMERICAN WORKERS INSURANCE SERVICES, INC., | ) | Case No. 19-44208-mxm11 |
| | ) | |
| ASSOCIATION HEALTH CARE MANAGEMENT, INC. | ) | Case No. 19-44209-mxm11 |
| | ) | **Jointly Administered Under** |
| Debtors. | ) | **Case No. 19-42208-mxm11** |

**GLOBAL NOTES REGARDING DEBTOR'S SCHEDULES**

***These Global Notes (the "__Global Notes__") regarding the Schedules of American Workers Insurance Services, Inc. (the "__Debtor__") comprise an integral part of the Schedules of Assets and Liabilities and should be referred to and considered in connection with any review of them.***

The Debtor's Schedules of assets, liabilities, executory contracts and unexpired leases, and co-debtors (collectively, the "__Schedules__") have been prepared pursuant to section 521 of title 11 of the United States Code, U.S.C. §§ 101, et seq. (the "__Bankruptcy Code__"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "__Bankruptcy Rules__") by personnel of the Debtor with the assistance of its advisors. The Global Notes pertain to all of the Schedules. The Schedules are unaudited.

The financial affairs and business of the Debtor are complex. While the Debtor's management has made reasonable efforts to ensure that the Schedules are accurate and complete based on information that was available to them at the time of preparation, the subsequent receipt or discovery of information and/or further review and analysis of the Debtor's books and records may result in material changes to financial data and other information contained in the Schedules. Moreover, because the Schedules contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules are complete and accurate. Furthermore, nothing contained in the Schedules shall constitute a waiver of the Debtor's rights or an admission with respect to this chapter 11 case, including, without limitation, any issues involving equitable subordination and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and other relevant applicable laws to recover assets or avoid transfers.

**Agreements Subject to Confidentiality.** There may be instances within the Schedules where names, addresses or amounts have been left blank. Due to the nature of an agreement between the Debtor and the third party, concerns of confidentiality or concerns for the privacy of an individual, the Debtor may have deemed it appropriate and necessary to avoid listing such names, addresses and amounts.

**Amendment.** While reasonable efforts were made to file complete and accurate Schedules, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend and/or supplement its Schedules as is necessary and appropriate.

**Basis of Presentation.** While the Schedules, at times, incorporate information prepared in accordance with generally accepted accounting principles ("__GAAP__"), the Schedules do not purport to represent financial information prepared in accordance with GAAP.

**Causes of Action.** The Debtor, despite its best efforts, may not have identified or set forth all of its causes of action (filed or potential) as assets in its Schedules. The Debtor reserves all of its rights with respect to any causes of action it may have and neither these Global Notes nor the Schedules shall be deemed a waiver of any such causes of action.

**Claims Description.** Any failure to designate an amount on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such

amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute any claim reflected on its Schedules on any grounds including, without limitation, amount, liability, validity, priority or classification, or to otherwise subsequently designate such claims as "disputed," "contingent" or "unliquidated." The Debtor reserves its rights to object to any scheduled claims.

**Current Value of Assets.** It would be prohibitively expensive, unduly burdensome and an inefficient use of resources for the Debtor to obtain current valuations of all of its assets. Accordingly, unless otherwise indicated, net book values, rather than current market valuations, of the Debtor's interests in assets are reflected on the Schedules. For this reason, amounts ultimately realized may vary from net book value and such variance may be material. As applicable, assets that have been fully depreciated or were expensed for accounting purposes have no net book value.

**Date.** Unless otherwise indicated, the values reflected on the Schedules are as of October 14, 2019 (the "Petition Date").

**Estimates.** The preparation of the Schedules required the Debtor to make certain estimates and assumptions that affect the reported amounts of its assets and liabilities. Actual results could differ from those estimates.

**Insiders.** Persons listed as "insiders" have been included for informational purposes only and should not be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, claim, right or defense and all such rights, claims and defenses are hereby expressly reserved. Further, the Debtor does not take any position with respect to (a) such person's influence over the control of the Debtor, (b) the management responsibilities or functions of such individual, (c) the decision-making or corporate authority of such individual or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law.

**Inventory.** Inventory, where applicable, is presented without consideration for any potential liens asserted by domestic common carriers, shippers, truckers, or similar liens.

**Liabilities Generally.** Some of the Debtor's scheduled liabilities are unknown and/or unliquidated at this time. In such cases, the amounts may be listed as "Unknown" or "Undetermined." As a result, the Debtor's Schedules do not accurately reflect the aggregate amount of the Debtor's liabilities, which may differ materially from those stated in the Schedules.

**Prepetition and Postpetition Liabilities.** The Debtor has sought to allocate liabilities between prepetition and postpetition periods based on information from research that was conducted in connection with the preparation of the Schedules. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change.

**Schedule D – Creditors Holding Secured Claims.** The Debtor has not included on Schedule D entities that may believe their claims are secured through setoff rights, deposits posted by or on behalf of the Debtor, or inchoate statutory lien rights. Except as otherwise agreed pursuant to

a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtor reserves its right to dispute or challenge, among other things, the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D. Moreover, although the Debtor may have scheduled claims of various creditors as secured claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. For instance, the inclusion of a counterparty to a lease in Schedule D is not an admission that such lease constitutes a capital lease, and the Debtor reserves all rights to contend that the referenced agreement is, instead, an operating lease. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules shall be deemed a modification or interpretation of the terms of such agreements. The Debtor reserves the right to dispute the tax assessed value for any of the taxable assets.

**Schedule E/F – Creditors Holding Priority Claims.** The Debtor reserves its rights to dispute or challenge whether creditors listed on Schedule E/F, Part 1, are entitled to priority claims.

**Schedule E/F – Creditors Holding Unsecured Nonpriority Claims.** Schedule E/F does not include certain deferred charges, deferred liabilities or general reserves. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. While best efforts have been made, determination of each date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each claim listed on Schedule E/F.

**Schedule G – Executory Contracts and Unexpired Leases.** The business of the Debtor is complex. While reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or overinclusion may have occurred. The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contract, agreement or lease set forth on Schedule G that may have expired or may have been modified, amended and supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements which may not be listed on Schedule G. Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain executory agreements may not have been memorialized in writing and could be subject to dispute. In addition, the Debtor may have entered into various other types of agreements in the ordinary course of business, such as easements, right of way, subordination, non-disturbance, and attornment agreements, supplemental agreements, amendment/letter agreements, title agreements and confidentially agreements. Such documents may not be set forth on Schedule G. The Debtor reserves all of

its rights to dispute or challenge the characterization of the structure or substances of any transaction, or any document or instrument.  In the ordinary course of business, the Debtor may have entered into agreements, written or oral, for the provision of certain services on a month-to-month or at-will basis.  Such contracts may not be included on Schedule G.  The Debtor, however, reserves the right to assert that such agreements constitute executory contracts. Listing a contract, agreement or lease on Schedule G does not constitute an admission that such contract, agreement or lease is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtor reserves all rights to challenge whether any of the listed contracts, agreements, leases or other documents constitute an executory contract or unexpired lease, including if any are unexpired real property leases.  The Debtor reserves all rights to contend that any of the listed leases are capital leases rather than operating leases.  Any and all of the Debtor's rights, claims and causes of action with respect to the contracts and agreements listed on Schedule G are hereby reserved and preserved. Omission of a contract, agreement or lease from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts, agreements or leases are not impaired by the omission.  Schedule G may be amended at any time to add any omitted contract, agreement or lease.  For any executory contract or unexpired lease that purportedly may have been assigned to the Debtor, but for which there is not documentation to support the purported assignment, neither the executory contract nor unexpired lease (or related claim) has been included on the Schedules.

**Totals.**  All totals that are included in the Schedules represent totals of all known amounts included in the Debtor's books and records at the time of the Petition Date.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total, at times materially.

* * *

The Debtor and its agents, attorneys and financial advisors do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communication or delivering the information contained herein.  While every effort has been made to provide accurate and complete information herein, inadvertent errors and omissions may exist.

**Fill in this information to identify the case:**

Debtor Name **American Workers Insurance Services, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **19-44208-mxm11**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B......................................................................................... | **$0.00** |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B...................................................................................... | **$8,534,408.61** |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B......................................................................................... | **$8,534,408.61** |

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D........................ | **$21,761,251.00** |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................... | **$0.00** |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................................ | **+ $9,505.80** |

4. **Total liabilities**
   Lines 2 + 3a + 3b............................................................................................................................. | **$21,770,756.80** |

**Fill in this information to identify the case**

Debtor name **American Workers Insurance Services, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known) **19-44208-mxm11**

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   **Current value of debtor's interest**

2. **Cash on hand** _____ **$0.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Capital One** | **Checking account** | **8 7 7 3** | **$37,748.63** |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   **$37,748.63**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

Debtor __American Workers Insurance Services, Inc.__      Case number (if known) __19-44208-mxm11__
    Name

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

9. **Total of Part 2.**
    Add lines 7 through 8.  Copy the total to line 81.      **$0.00**

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☑ Yes.  Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:    **$8,488,407.59**    −    **$0.00**    = .............. ➔    **$8,488,407.59**
           face amount             doubtful or uncollectible accounts

11b. Over 90 days old:    **$0.00**    −    **$0.00**    = .............. ➔    **$0.00**
           face amount             doubtful or uncollectible accounts

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.      **$8,488,407.59**

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                   % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.      **$0.00**

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Fill in the information below.

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**
Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.
$0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.
$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
     ☐ No
     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |
|--------|-------------------------------------------|------------------------|----------------|
| | Name | | |

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------|------------------------|------------------|
| **39. Office furniture** | | | |
| Chairs & Desks | $3,346.48 | Cost | $3,346.48 |
| **40. Office fixtures** | | | |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| (1) Lenovo Thinkpad L480, (1) LG 34WK650-W 34" 21:9 HDR FreeSync IPS Monitor, (2) Dell D Series LED-Lit Monitor 31.5" White D3218HN, FHD 1920x1080, 16:9, IPS LED Back-lit, (2) Dell Latitude 3500, and (2) Dell Latitude 3500 BTX Laptops | $4,905.91 | Cost | $4,905.91 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

$8,252.39

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------|------------------------|------------------|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☐ Yes

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |
|---|---|---|---|
| | Name | | |

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 9:   Real property**

---

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes.  Fill in the information below.

**55.     Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.     **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 10:   Intangibles and Intellectual Property**

---

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| www.awisusa.org | | | Unknown |
| ahciplans.com Expires:  Nov. 14, 2019 | | | Unknown |
| medgroupplans.com Expires:  Feb. 9, 2020 | | | Unknown |
| awisagency.com Expires:  Feb. 17, 2020 | | | Unknown |
| awisplans.com Expires:  Feb. 19, 2020 | | | Unknown |
| bgblifedental.com (Val's) Expires: Feb. 25, 2020 | | | Unknown |
| vgblifeplans.com (Val's) Expires:  Feb. 25, 2020 | | | Unknown |
| awiscard.com Expires:  March 9, 2020 | | | Unknown |

Debtor **American Workers Insurance Services, Inc.**      Case number (if known) **19-44208-mxm11**
<br>Name

**awisima.com**
**Expires: March 9, 2020**                                        **Unknown**

**awishealth.com**
**Expires: March 14, 2020**    **Unknown**

**awismembers.com**
**Expires: April 24, 2020**    **Unknown**

**uafplans.com**
**Expires: May 2, 2020**    **Unknown**

**awisagent.com**
**Expires: May 2, 2020**    **Unknown**

**ilifeprograms.com**
**Expires: May 15, 2020**    **Unknown**

**awisfreerx.com**
**Expires: June 21, 2020**    **Unknown**

**awisplatform.com**
**Expires: June 29, 2020**    **Unknown**

**awisprovidersearch.com**
**Expires: July 18, 2020**    **Unknown**

**awisusa.com**
**Expires: Aug. 16, 2020**    **Unknown**

**awisdental.com**
**Expires: Oct. 6, 2020**    **Unknown**

**myawisplan.com**
**Expires: Oct. 10, 2020**    **Unknown**

**dentalsearchtool.com**
**Expires: Oct. 20, 2020**    **Unknown**

62. Licenses, franchises, and royalties

**Texas Insurance License No. 1496668**
**Expires: April 3, 2020**    **Unknown**

**Alabama Insurance License No. 446853**
**Expires: Dec. 31, 2020**    **Unknown**

**Arkansas Insurance License No. 100102519**
**Expires: Sept. 30, 2020**    **Unknown**

**Arizona Insurance License No. 180007638**
**Expires: Feb. 28, 2022**    **Unknown**

**California Insurance License No. 0G93005**
**Expires: April 30, 2020**    **Unknown**

**Colorado Insurance License No. 348044**
**Expires: Feb. 1, 2020**    **Unknown**

**Connecticut Insurance License No. 002628619**
**Expires: Jan. 31, 2020**    **Unknown**

**District of Columbia Insurance License No.**
**2878848**
**Expires: May 31, 2020**    **Unknown**

**Delaware Insurance License No. 1107350**
**Expires: Feb. 28, 2021**    **Unknown**

**Florida Insurance License No. L074186**
**Expires: N/A**    **Unknown**

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |
| | Name | | |

| | | | |
|---|---|---|---|
| Georgia Insurance License No. 153472<br>Expires:  Dec. 31, 2020 | | | Unknown |
| Hiwaii Insurance License No. 373592<br>Expires:  April 26, 2020 | | | Unknown |
| Iowa Insurance License No. 1002046197<br>Expires: Feb. 28, 2022 | | | Unknown |
| Idaho Insurance License No. 336694<br>Expires: Feb. 1, 2020 | | | Unknown |
| Illinois Insurance License No. 100285198<br>Expires: May 31, 2020 | | | Unknown |
| Indiana Insurance License No. 683248<br>Expires: Jan. 31, 2020 | | | Unknown |
| Kansas Insurance License No. 20264255-0<br>Expires: June 14, 2021 | | | Unknown |
| Kentucky Insurance License No. DOI-723800<br>Expires: March 31, 2020 | | | Unknown |
| Louisiana Insurance License No. 415274<br>Expires: March 31, 2020 | | | Unknown |
| Maryland Insurance License No. 2146573<br>Expires: August 21, 2020 | | | Unknown |
| Maine Insurance License No. AGN174875<br>Expires: April 1, 2021 | | | Unknown |
| Michigan Insurance License No. 0091441<br>Expires: N/A | | | Unknown |
| Minnesota Insurance License No. 40193383<br>Expires: Oct. 31, 2021 | | | Unknown |
| Missouri Insurance License No. 8043759<br>Expires: Feb. 16, 2020 | | | Unknown |
| Montana Insurance License No. 3000360144<br>Expires: N/A | | | Unknown |
| North Carolina Insurance License No.<br>202642552<br>Expires: March 31, 2020 | | | Unknown |
| North Dakota Insurance License No.<br>3000355846<br>Expires: N/A | | | Unknown |
| Nebraska Insurance License No. 100183621<br>Expires: April 30, 2020 | | | Unknown |
| New Jersey Insurance License No. 1269456<br>Expires: May 31, 2020 | | | Unknown |
| New Mexico Insurance License No. 1800006625<br>Expires: April 30, 2020 | | | Unknown |
| Nevada Insurance License No. 687174<br>Expires: March 1, 2022 | | | Unknown |
| New York Insurance License No. LA-1186113<br>Expires: June 30, 2021 | | | Unknown |
| Ohio Insurance License No. 40823<br>Expires: Sept. 30, 2021 | | | Unknown |
| Oklahoma Insurance License No. 10011638<br>Expires: March 31, 2020 | | | Unknown |

| Debtor | American Workers Insurance Services, Inc. | | Case number (if known) | 19-44208-mxm11 |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| **Oregon Insurance License No. 100170488**<br>**Expires: March 31, 2020** | | | **Unknown** |
| **Pennsylvania Insurance License No. 571728**<br>**Expires: March 16, 2020** | | | **Unknown** |
| **Rhode Island Insurance License No.**<br>**3000355889**<br>**Expires: May 31, 2020** | | | **Unknown** |
| **South Carolina Insurance License No.**<br>**1908377675**<br>**Expires: Jan. 31, 2020** | | | **Unknown** |
| **South Dakota Insurance License No. 10011351**<br>**Expires: July 1, 2020** | | | **Unknown** |
| **Tennessee Insurance License No. 6722**<br>**Expires: March 1, 2020** | | | **Unknown** |
| **Utah Insurance License No. 236800**<br>**Expires: April 30, 2020** | | | **Unknown** |
| **Virginia Insurance License No. 127802**<br>**Expires: N/A** | | | **Unknown** |
| **Vermont Insurance License No. 3361547**<br>**Expires: March 31, 2021** | | | **Unknown** |
| **Wisconsin Insurance License No. 100196176**<br>**Expires: Feb. 15, 2020** | | | **Unknown** |
| **Wyoming Insurance License No. 195549**<br>**Expires: Jan. 31, 2020** | | | **Unknown** |

63. **Customer lists, mailing lists, or other compilations**

    **Lists of Agents/Producers**                                       **Unknown**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

    **Goodwill**                                                      **Unknown**

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.                                     **$0.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

    ☐ No<br>    ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No<br>    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No<br>    ☐ Yes

**Part 11:** **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.<br>    ☑ Yes. Fill in the information below.

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**
       Name

 

                     **Current value of
debtor's interest**

**71.**   **Notes receivable**

     Description (include name of obligor)

**72.**   **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

**73.**   **Interests in insurance policies or annuities**

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

     **Insurety Capital LLC**                                            **Unknown**

     **Nature of claim**      **Breach of contract, fraud, usury**

     **Amount requested**      Unliquidated

**75.**   **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76.**   **Trusts, equitable or future interests in property**

**77.**   **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership

**78.**   **Total of Part 11.**

     Add lines 71 through 77. Copy the total to line 90.                                       **$0.00**

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$37,748.63** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$8,488,407.59** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$8,252.39** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$0.00** | |
| 88. **Real property.** *Copy line 56, Part 9*.............................................➔ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column.   91a. | **$8,534,408.61** | **+** 91b. **$0.00** |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92......................................................................................   **$8,534,408.61**

**Fill in this information to identify the case:**

Debtor name __**American Workers Insurance Services, Inc.**__

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number __**19-44208-mxm11**__
(if known)

☐ Check if this is an
amended filing

<u>Official Form 206D</u>

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | Column B<br>**Value of collateral**<br>**that supports**<br>**this claim** |
|---|---|---|---|

| **2.1** Creditor's name<br>__**Insurety Capital, LLC**__ | Describe debtor's property that is<br>subject to a lien | **$21,761,251.00** | **$21,761,251.00** plus |
|---|---|---|---|

Creditor's mailing address
__**600 Brickell Ave., Suite 1900**__

__Miami                    FL    33131__

Creditor's email address, if known

Date debt was incurred    __**Jul'18-Jul'19**__

Last 4 digits of account
number                    ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**
☑ No
☐ Yes. Specify each creditor, including this
creditor, and its relative priority.

**See Note below:**

**Describe the lien**

**Ownership or Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**NOTE: Collateral consists of Commissions, assets, payments, premiums, monies, and compensation proceeds.**

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the
    Additional Page, if any.**                    __**$21,761,251.00**__

**Fill in this information to identify the case:**

Debtor    **American Workers Insurance Services, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known)    **19-44208-mxm11**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

_____
_____
_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor   **American Workers Insurance Services, Inc.**   Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**10 to 10 Dentistry**

**2500 Wilshire Blvd., Suite 1100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Los Angeles**      **CA**    **90057**      **Face to Face Agent**

**Date or dates debt was incurred**  _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**2007 MSR**

**11111 Richmond Ave., Suite 200**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston**      **TX**    **77082**      **Face to Face Agent**

**Date or dates debt was incurred**  _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**21st Century Marketing Group**

**1231 N Las Palmas Ave., Apt. 309**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Los Angeles**      **CA**    **90038**      **Face to Face Agent**

**Date or dates debt was incurred**  _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**A.B. National Marketing Partner**

**3100 Main St., Suite 350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dallas**      **TX**    **75226**      **Face to Face Agent**

**Date or dates debt was incurred**  _____

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  __ __ __ __

Debtor   **American Workers Insurance Services, Inc.**          Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |
|-----|--------------------------------------------------|

**Abdul S. Parzin MD Inc.**

**36242 Inland Valley Dr., Suite 200**

**Wildomar                              CA     92595**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.6 | Nonpriority creditor's name and mailing address |
|-----|--------------------------------------------------|

**Abdullah Khalid**

**1799 W Oakland Park Blvd., Suite 300**

**Oakland Park                          FL     33311**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.7 | Nonpriority creditor's name and mailing address |
|-----|--------------------------------------------------|

**Abha S. Gupta MD**

**801 N Tustin Ave., Suite 201**

**Santa Ana                             CA     92705**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.8 | Nonpriority creditor's name and mailing address |
|-----|--------------------------------------------------|

**ABN**

**1636 Lee Rd.**

**Lithia Springs                        CA     30122**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor   **American Workers Insurance Services, Inc.**                      Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9** Nonpriority creditor's name and mailing address

**Ada Salgado**

**744 Palm Ave.**

**South San Francisco          CA       94080**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.10** Nonpriority creditor's name and mailing address

**Adam Bercowicz**

**1835 S Perimeter Rd. #165, #C206**

**Fort Lauderdale          FL       33309**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.11** Nonpriority creditor's name and mailing address

**Adam Garcia**

**2801 Cochran St.**

**Houston          TX       77009**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.12** Nonpriority creditor's name and mailing address

**Adam J. Garnett**

**10511 NW 71st St.**

**Tamarac          FL       33321**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor  **American Workers Insurance Services, Inc.**                    Case number (if known)  **19-44208-mxm11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

**3.13**  **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is:                    **$0.00**
                                                                          *Check all that apply.*
**Adela Cabacungan**                                                      ☐ Contingent
**86-037 Hoaha St.**                                                      ☐ Unliquidated
                                                                          ☐ Disputed

                                                                          **Basis for the claim:**
**Waianae**                    **HI**    **96792**                        **Face to Face Agent**

Date or dates debt was incurred                                          **Is the claim subject to offset?**
                                                                          ☒ No
Last 4 digits of account number     __ __ __ __                          ☐ Yes

**3.14**  **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is:                    **$0.00**
                                                                          *Check all that apply.*
**Adolfo Flores**                                                         ☐ Contingent
**4371 Sirius Ave., Apt. #4**                                            ☐ Unliquidated
                                                                          ☐ Disputed

                                                                          **Basis for the claim:**
**Las Vegas**                  **NV**    **89102**                        **Face to Face Agent**

Date or dates debt was incurred                                          **Is the claim subject to offset?**
                                                                          ☒ No
Last 4 digits of account number     __ __ __ __                          ☐ Yes

**3.15**  **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is:                    **$0.00**
                                                                          *Check all that apply.*
**Advance Benefit Group**                                                 ☐ Contingent
**Mario Callejas**                                                        ☐ Unliquidated
**4300 N University Dr.**                                                 ☐ Disputed

                                                                          **Basis for the claim:**
**Lauderdale**                 **FL**    **33351**                        **Producer Agreement**

Date or dates debt was incurred                                          **Is the claim subject to offset?**
                                                                          ☒ No
Last 4 digits of account number     __ __ __ __                          ☐ Yes

**3.16**  **Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is:                    **$0.00**
                                                                          *Check all that apply.*
**Advance Care Medical Group**                                            ☐ Contingent
**1330 Fullerton Rd., Suite 288**                                        ☐ Unliquidated
                                                                          ☐ Disputed

                                                                          **Basis for the claim:**
**Rowland Heights**            **CA**    **91748**                        **Face to Face Agent**

Date or dates debt was incurred                                          **Is the claim subject to offset?**
                                                                          ☒ No
Last 4 digits of account number     __ __ __ __                          ☐ Yes

Debtor  **American Workers Insurance Services, Inc.**   Case number (if known)  **19-44208-mxm11**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**AE Sook Kang**

**723 Makaleka Ave.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

**Honolulu**            **HI**    **96816**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Affordable Health Insurance AG LLC**

**4538 Centerview, Suite 126**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

**San Antonio**          **TX**    **78228**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Affordable Services 4 All, LLC**

**7900 103rd St., Suite 13**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

**Jacksonville**         **FL**    **32210**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Affordable Services 4 Less, LLC**

**5549 Fort Caroline Rd., Suite 178**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

**Jacksonville**         **FL**    **32277**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor   **American Workers Insurance Services, Inc.**                     Case number (if known)   **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    Amount of claim

| 3.21 | Nonpriority creditor's name and mailing address |
|---|---|

**Agahan Optical**

**PO Box 10024**

                                                                                          **$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Tamuning**                    **GU**    **96931**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address |
|---|---|

**Agustin Mena Garcia**

**13419 Sargent Ave.**

                                                                                          **$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Galt**                    **CA**    **95632**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address |
|---|---|

**AHCM Family Care**

**10333 Harwin**

                                                                                          **$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**                    **TX**    **77036**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address |
|---|---|

**AHCM National Benefits Association**

**11111 Richmond Ave., #200**

                                                                                          **$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Richmond**                    **TX**    **77082**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.25**   Nonpriority creditor's name and mailing address

**Ahmed Rauf**

**550 Fairway Dr., #106**

**Deerfield**      **FL**    **33441**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.26**   Nonpriority creditor's name and mailing address

**Aireen Aquino**

**9821 Sedona Shrine Ave.**

**Las Vegas**      **NV**    **89148**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.27**   Nonpriority creditor's name and mailing address

**Alan Couto**

**6286 Park Ter.**

**Tobyhanna**      **PA**    **18466**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.28**   Nonpriority creditor's name and mailing address

**Alejandro Orozpe**

**1372 Sumbean Circ.  SPC #22**

**San Jose**      **CA**    **95122**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor  **American Workers Insurance Services, Inc.**            Case number (if known) **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.29 | Nonpriority creditor's name and mailing address |
|---|---|

**Alex Bowles**

**4058 Point Church Rd.**

**Memphis**                          **TN      38127**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| 3.30 | Nonpriority creditor's name and mailing address |
|---|---|

**Alex Hong**

**15731 S Western Ave.**

**Gardena**                          **CA      90247**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| 3.31 | Nonpriority creditor's name and mailing address |
|---|---|

**Alexander Hong**

**43390 Whitehead Ter.**

**Ashburn**                          **VA      20148**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| 3.32 | Nonpriority creditor's name and mailing address |
|---|---|

**Alice Workey**

**3007 Cherry Springs Dr.**

**Missouri City**                    **TX      77459**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**       Case number (if known)  **19-44208-mxm11**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.33** Nonpriority creditor's name and mailing address

Alicia De Camarillo

2401 Havertown Place

Modesto        CA    95358

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.34** Nonpriority creditor's name and mailing address

Alliance M.D.

343 Forest Ave.

Woodmere       NY    11598

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.35** Nonpriority creditor's name and mailing address

Alliance Shared Health

3155 Sutton Blvd., Suite 201

St. Louis       MO    63143

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Marketing Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.36** Nonpriority creditor's name and mailing address

Alma Perez

2534 Burgundy Dr.

Livingston       CA    95334

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor     **American Workers Insurance Services, Inc.**                  Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                                    Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address |
|---|---|

**Aloha Dental Center**

**99-128 Aiea Heights Dr.**

**Aiea**            **HI**     **96701**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| 3.38 | Nonpriority creditor's name and mailing address |
|---|---|

**Aloha Dental Practice**

**1799 N Waterman Ave., Suite D**

**San Bernardino**      **CA**     **92404**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| 3.39 | Nonpriority creditor's name and mailing address |
|---|---|

**Amalia Arevalo Guitierrez**

**2801 Long View Road**

**Antioch**         **CA**     **94509**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| 3.40 | Nonpriority creditor's name and mailing address |
|---|---|

**Amelia Lopez Gaspar**

**7553 Mountain Oak Way**

**North Highlands**     **CA**     **95660**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

Debtor    **American Workers Insurance Services, Inc.**     Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.41**   Nonpriority creditor's name and mailing address

**America Lopez Ruiz**

**37409 Cherry Street Apt E**

**Newark**      **CA**    **94560**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.42**   Nonpriority creditor's name and mailing address

**American Inheritance Insurance Center**

**153 Fieldwood**

**Irvine**      **CA**    **92618**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.43**   Nonpriority creditor's name and mailing address

**American VIP**

**1351 Westwood Blvd., Suite 113**

**Los Angeles**      **CA**    **90024**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.44**   Nonpriority creditor's name and mailing address

**Americare Life & Health**

**Emily Payne**

**750 East Sample Rd.**

**Pompano Beach**      **FL**    **33064**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.45 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Amy Lee**

**5233 Park Vale Dr.**

**Sugar Hill**           **GA**    **30518**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.46 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Ana Isabel Garcia Zapien**

**17006 N Josey Ln., Apt A**

**Carrollton**           **TX**    **75006**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.47 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Ana Maria Aguilar Vidal**

**1058 South 5th St., Apt. #226**

**San Jose**           **CA**    **95112**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.48 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Ana Maritza Medrano Aguilar**

**1324 Lower Honcut Rd**

**Oroville**           **CA**    **95966**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**                Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                   Amount of claim

---

**3.49**   Nonpriority creditor's name and mailing address

**Ana Rivera**

**6610 Portuguese Bend Dr.**

**Missouri City**              **TX**    **77459**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.50**   Nonpriority creditor's name and mailing address

**Angela Garcia**

**501 NW 141 Ave., #101**

**Pembroke Pines**            **FL**    **33028**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.51**   Nonpriority creditor's name and mailing address

**Angela Hernandez**

**2519 Begonia St.**

**Union City**                **CA**    **94587**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.52**   Nonpriority creditor's name and mailing address

**Angela Lii**

**531 W Las Tunas Dr., Suite D**

**San Gabriel**               **CA**    **91776**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**    Case number (if known)  **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.53 | Nonpriority creditor's name and mailing address |
|---|---|

**Angeleatia Carter**

**2730 W 9th Court**

**Fort Lauderdale**          **FL**     **33311**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Producer Agreement**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.54 | Nonpriority creditor's name and mailing address |
|---|---|

**Angelica Aquilar**

**13419 Sargent Avenue**

**Galt**          **CA**     **95632**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.55 | Nonpriority creditor's name and mailing address |
|---|---|

**Angelica Zapien**

**719 Meadow St.**

**Bakersfield**          **CA**     **93306**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.56 | Nonpriority creditor's name and mailing address |
|---|---|

**Angie Gomez Alvarez**

**3501 Bradshaw Rd. #62**

**Sacramento**          **CA**     **95827**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.57** | Nonpriority creditor's name and mailing address |
|---|---|

**Anmercil Canoneo**

**PO Box 1833**

**Honolulu**     **HI**    **96805**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| **3.58** | Nonpriority creditor's name and mailing address |
|---|---|

**Anna Gonzalez**

**921 NW 41 Ave.**

**Miami**     **FL**    **33126**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| **3.59** | Nonpriority creditor's name and mailing address |
|---|---|

**Anna Lam**

**1155 Spokane Dr.**

**San Jose**     **CA**    **95122**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| **3.60** | Nonpriority creditor's name and mailing address |
|---|---|

**Annely Santillo**

**83 Derrick Dr.**

**West Henrietta**     **NY**    **14586**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Producer Agreement**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor  **American Workers Insurance Services, Inc.**                Case number (if known)  **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.61** Nonpriority creditor's name and mailing address

**Anselmo Gaspar Nicolas**

**7553 Mountain Oak Way**

**North Highlands**     **CA**    **95660**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.62** Nonpriority creditor's name and mailing address

**Anthony Gonzales**

**3637 Snell Ave. #181**

**San Jose**     **CA**    **95136**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.63** Nonpriority creditor's name and mailing address

**Anthony Lombardi**

**2214 Saw Mill River Rd.**

**Elmsford**     **NY**    **10523**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.64** Nonpriority creditor's name and mailing address

**Anthony Maresca**

**27269 Guapore Dr.**

**Punta Gorda**     **FL**    **33983**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**       Case number (if known)  **19-44208-mxm11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

---

**3.65**  **Nonpriority creditor's name and mailing address**

Anthony Mossucco

8565 Breezy Hill Dr.

Boynton Teach        FL    33473

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Producer Agreement

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.66**  **Nonpriority creditor's name and mailing address**

Anthony Scroggins

PO Box 773247

Houston        TX    77215

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.67**  **Nonpriority creditor's name and mailing address**

Anthony Turner

13122 Abide Dr.

Houston        TX    77085

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.68**  **Nonpriority creditor's name and mailing address**

Antoinette Messana

7555 Katy Frwy, Apt. 136

Houston        TX    77024

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**                    Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.69** | Nonpriority creditor's name and mailing address |
|---|---|

**Antonia Aguilar**

**801 Roosevelt Ave.**

**Reedwood City            CA      94061**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| **3.70** | Nonpriority creditor's name and mailing address |
|---|---|

**Antonio Rodriguez**

**1225 Hollowell Street**

**Ontario            CA      91762**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| **3.71** | Nonpriority creditor's name and mailing address |
|---|---|

**Ardell Tall**

**5920 N Sam Houston E, Apt. #101A**

**Humble            TX      77396**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| **3.72** | Nonpriority creditor's name and mailing address |
|---|---|

**Arlene Agoncillo**

**5490 La Sierra Ave.**

**Riverside            CA      92505**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**          Case number (if known)   **19-44208-mxm11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Arlene Agoncillo**

**PO Box 1538**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

**Cedar Park**          **TX**    **78630**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Arlene Nakasone**

**1617 Kapiolani Blvd., Unit 1405**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

**Honolulu**          **HI**    **96814**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Atalie Bruna**

**8025 Royal Palm Cir.**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

**Tamarac**          **FL**    **33321**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Atlantic Health**

**Charles Donisi**

**2717 NE 25th St.**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

**Fort Lauderdale**          **FL**    **33305**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      **Amount of claim**

| | |
|---|---|
| **3.77**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**Austin Yearwood**

**PO Box 8151**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Anaheim**    **CA**   **92812**    **Face to Face Agent**

Date or dates debt was incurred    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __   ☑ No
☐ Yes

---

**3.78**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Auzzie Poole**

**17 Winding Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Newark**    **DE**   **19702**    **Face to Face Agent**

Date or dates debt was incurred    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __   ☑ No
☐ Yes

---

**3.79**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Barbara Lowe**

**12410 N Rachlin Cir.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston**    **TX**   **77071**    **Face to Face Agent**

Date or dates debt was incurred    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __   ☑ No
☐ Yes

---

**3.80**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**BD Hahn-Gynecology**

**330 W Marine Dr., Suite #2**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Dededo**    **GU**   **96929**    **Face to Face Agent**

Date or dates debt was incurred    Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __   ☑ No
☐ Yes

Debtor   **American Workers Insurance Services, Inc.**   Case number (if known) **19-44208-mxm11**

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

**3.81**   Nonpriority creditor's name and mailing address

**Beacon Strategic Planning Solutions LLC**

**Stacie Tanaka**

**6117 Wild Eagle Ct.**

**Elk Grove**                    **CA**    **95757**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.82**   Nonpriority creditor's name and mailing address

**Beatrice Loo**

**915 N King St.**

**Honolulu**                    **HI**    **96817**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.83**   Nonpriority creditor's name and mailing address

**Belma Dollaga**

**27678 Havana Ave.**

**Hayward**                    **CA**    **94544**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.84**   Nonpriority creditor's name and mailing address

**Ben Benjamin**

**3500 Kee Lane**

**Modesto**                    **CA**    **95355**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

Debtor  **American Workers Insurance Services, Inc.**          Case number (if known)  **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Ben Ellis**

**PO Box 88**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Lake City**              **FL**    **32056**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Ben Malabanan Jr.**

**2011 Route 16, Suite 202**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dededo**              **GU**    **96912**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Benefits Plus**

**335 Aristotle St.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Simi Valley**              **CA**    **93065**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Benito Farfan**

**5155 E Grant Ave.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Fresno**              **CA**    **93727**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor   **American Workers Insurance Services, Inc.**     Case number (if known)  **19-44208-mxm11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.89 | Nonpriority creditor's name and mailing address |
|---|---|

**Benjamin Mahler**

**3350 NW 2nd Ave., Suite A28**

**Boca Raton**      **FL**     **33431-6678**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Producer Agreement**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

---

| 3.90 | Nonpriority creditor's name and mailing address |
|---|---|

**Bernardina Oliva**

**8931 North El Dorado**

**Stockton**      **CA**     **95210**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

---

| 3.91 | Nonpriority creditor's name and mailing address |
|---|---|

**Bernardo Morales**

**3473 Rancho Rio Way**

**Sacramento**      **CA**     **95834**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

---

| 3.92 | Nonpriority creditor's name and mailing address |
|---|---|

**Bertha Berlanga**

**1640 Tyrol Ln, Apt. 17**

**Stockton**      **CA**     **95207**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor __**American Workers Insurance Services, Inc.**__ Case number (if known) __**19-44208-mxm11**__

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**Betty Toledo**

**3235 Glenwood Ave.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Toledo** **OH** **43610**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**Beverly Blankenship**

**940 Waterford Av.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Stockton** **CA** **95206**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**Bewley Mae**

**21060 Woodspring Ave.**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Boca Raton** **FL** **33428**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |

**Bianca Johnson**

**2975 Treat Blvd., Suite A4**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Concord** **CA** **94518**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

Debtor **American Workers Insurance Services, Inc.**      Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.97**   Nonpriority creditor's name and mailing address

**Big One Strategic Solutions Inc.**

**Kaylynn Serna**

**4055 Spencer St., Suite 208**

**Las Vegas**      **NV**    **89119**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.98**   Nonpriority creditor's name and mailing address

**BJ Lava 808 LLC**

**2097 A 10th Ave.**

**Honolulu**      **HI**    **96816**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.99**   Nonpriority creditor's name and mailing address

**Black Mounain Chiro**

**9225 Mira Mes Blvd., Suite 206**

**San Diego**      **CA**    **92126**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.100**   Nonpriority creditor's name and mailing address

**Blanca Erika Chavez**

**2731 Erringer Rd., Apt. 23**

**Simi Valley**      **CA**    **93065**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.101**   Nonpriority creditor's name and mailing address

**Bob Jennison**

**200 Lake Evelyn Dr.**

**West Palm Beach**     **FL**    **33411**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.102**   Nonpriority creditor's name and mailing address

**Bok Hyun Oh**

**1100 Oakmont Drive #3**

**San Jose**     **CA**    **95117**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.103**   Nonpriority creditor's name and mailing address

**Bolt Insurance Services**

**9542 P St.**

**Live Oak**     **CA**    **95953**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.104**   Nonpriority creditor's name and mailing address

**Bong Chang**

**3671 W 6th St.**

**Los Angeles**     **CA**    **90020**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**      Case number (if known) **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.105** Nonpriority creditor's name and mailing address

**Bradley Mednick**

**704 Republic Ct.**

**Deerfield Beach**     **FL**    **33442**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.106** Nonpriority creditor's name and mailing address

**Brandon Coleman**

**14410 Dunrobin Way**

**Sugarland**     **TX**    **77498**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.107** Nonpriority creditor's name and mailing address

**Brandon Lim**

**22119 Fair Garden Ln**

**Clarksburg**     **MD**    **20871**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.108** Nonpriority creditor's name and mailing address

**Brandon Sears**

**701 Palomar Airport Rd., Suite 300**

**Carlsbad**     **CA**    **92011**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.109**   **Nonpriority creditor's name and mailing address**

Brandon Siragusa

2975 Treat Blvd., Suite A4

Concord      CA    94518

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

---

**3.110**   **Nonpriority creditor's name and mailing address**

Brian Chu

Hyun Chong Chu

13925 Lindendale Ln.

Chantilly      VA    20151

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Producer Agreement**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

---

**3.111**   **Nonpriority creditor's name and mailing address**

Brian Wang

3033 Moore Park Ave., #25

San Jose      CA    95117

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

---

**3.112**   **Nonpriority creditor's name and mailing address**

Bristol Family Dental Center

2618 S Bristol St.

Santa Ana      CA    92704

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**      Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.113** Nonpriority creditor's name and mailing address

**Bristol Medical Center**

**2740 S Bristol St., Suite 208**

**Santa Ana**      **CA**    **92704**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.114** Nonpriority creditor's name and mailing address

**Bruno Collazo**

**4115 McKinley Ave.**

**Groves**      **TX**    **77619**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.115** Nonpriority creditor's name and mailing address

**Bryan Ragle**

**7429 Kalamazoo Dr.**

**Citrus Heights**      **CA**    **95610**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.116** Nonpriority creditor's name and mailing address

**Buja Gu**

**7447 Little River Turnpike, #203**

**Annandale**      **VA**    **22003**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

Debtor   **American Workers Insurance Services, Inc.**   Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.117**   Nonpriority creditor's name and mailing address

**Burke International Insurance Group**

**Christopher Burke**

**5970 Funston St.**

**Hollywood**          **FL**   **33023**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.118**   Nonpriority creditor's name and mailing address

**C&M Enterprise**

**433 Sylvan Ave., #120**

**Mountain View**          **CA**   **94041**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.119**   Nonpriority creditor's name and mailing address

**C&M Enterprise 2**

**433 Sylvan Ave., #120**

**Mountain View**          **CA**   **94041**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.120**   Nonpriority creditor's name and mailing address

**C.B. Walters**

**PO Box 13957**

**Odessa**          **TX**   **79768**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor   **American Workers Insurance Services, Inc.**          Case number (if known)   **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.121**   Nonpriority creditor's name and mailing address

**California Om & Acupuncture**

**2828 Beverly Blvd.**

**Los Angeles**          **CA**    **90057**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.122**   Nonpriority creditor's name and mailing address

**Calvin Johnson M.D. Inc**

**4981 Eagle Rock Blvd.**

**Los Angeles**          **CA**    **90041**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.123**   Nonpriority creditor's name and mailing address

**Candelario Ramos**

**1775 S Stockton St.**

**Stockton**          **CA**    **95206**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.124**   Nonpriority creditor's name and mailing address

**Capital Health Advisors**

**Mario Callejas Jr.**

**4300 N Unversity Dr.**

**Lauderhill**          **FL**    **33351**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor  **American Workers Insurance Services, Inc.**  Case number (if known)  **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
| --- | --- | --- | --- |

**CareOne Insurance Inc.**

**Jonathan Silverstein**

**4300 N University Dr., E103**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Lauderhill**  **FL**  **33351**

**Basis for the claim:**
**Producer Agreement**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
| --- | --- | --- | --- |

**Carl Johnson**

**12401 Orange Dr.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Davie**  **FL**  **33333**

**Basis for the claim:**
**Producer Agreement**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
| --- | --- | --- | --- |

**Carla Castleberry**

**PO Box 33**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Spring**  **TX**  **77383**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
| --- | --- | --- | --- |

**Carlos Holguin**

**1136 Union Mall**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Honolulu**  **HI**  **96813**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

Debtor __**American Workers Insurance Services, Inc.**_____ Case number (if known) __**19-44208-mxm11**__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.129** Nonpriority creditor's name and mailing address

__Carmen Julieta Arellano Reyes__

__3630 E Owens Ave., Apt. 2072__

_____

__Las Vegas__ **NV** __89120__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.130** Nonpriority creditor's name and mailing address

__Carolyn Nichols__

__15703 Heritage Falls Dr.__

_____

__Friendswood__ **TX** __77546__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.131** Nonpriority creditor's name and mailing address

__Casey Bewley__

__21060 Woodspring Ave.__

_____

__Boca Raton__ **FL** __33428__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.132** Nonpriority creditor's name and mailing address

__Cathy Bohgermino__

__21661 Casa Monte Ct.__

_____

__Boca Raton__ **FL** __33433__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor **American Workers Insurance Services, Inc.**          Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
|---|---|---|---|

Cecilia Miramontes

302 E Permian Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

Hobbs                    NM    88242

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
|---|---|---|---|

Center For Family Health

6280 Jackson Dr., Suite 8

☐ Contingent
☐ Unliquidated
☐ Disputed

San Diego                CA    92119

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
|---|---|---|---|

Central Medical Clinic

330 W Marine Dr.

☐ Contingent
☐ Unliquidated
☐ Disputed

Dededo                   GU    96929

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |
|---|---|---|---|

Cerelita Encinias

653 S Meredith Dr.

☐ Contingent
☐ Unliquidated
☐ Disputed

Pueblo West              CO    81007

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor **American Workers Insurance Services, Inc.**          Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.137** Nonpriority creditor's name and mailing address

**Cha Vue**

**52 Scoles Ct.**

**Sacramento** **CA** **95838**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.138** Nonpriority creditor's name and mailing address

**Chae-Chul Choi**

**610 White Oak Dr.**

**Newnan** **GA** **30265**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.139** Nonpriority creditor's name and mailing address

**Chaekyoung Park**

**3705 Foxfield Lane**

**Fairfax** **VA** **22033**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.140** Nonpriority creditor's name and mailing address

**Chang Min Choi**

**7753 Patriot Dr., #42**

**Annandale** **VA** **22003**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.141**   Nonpriority creditor's name and mailing address

**Chang Moon**

**433 Sylvan Ave., Apt. #120**

**Mountain View**     **CA**    **94041**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.142**   Nonpriority creditor's name and mailing address

**Chargeback Gurus**

**8951 Collin McKinney Pkwy., Suite 1001**

**McKinney**     **TX**    **75070**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**unpaid invoice**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$9,505.80**

---

**3.143**   Nonpriority creditor's name and mailing address

**Charlene Song Md Ob/Gyn**

**266 S Harvard Blvd., Suite 205**

**Los Angeles**     **CA**    **90004**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.144**   Nonpriority creditor's name and mailing address

**Charles Henri**

**20105 Dolphin Ave.**

**Lynwood**     **IL**    **60411**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.145 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Charles Lee**

**6315 Frenchmens Dr.**

**Alexandria**        **VA**    **22312**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

| 3.146 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Charles Rea**

**948 W 3rd St., #9**

**Erie**        **PA**    **16507**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

| 3.147 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Charles Shim**

**833 S Western Ave., #27**

**Los Angeles**        **CA**    **90005**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

| 3.148 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Cherrina Yoon**

**491 Saratoga Avenue**

**San Jose**        **CA**    **95129**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                  Amount of claim

**3.149**   Nonpriority creditor's name and mailing address

**Cherry Gil**

**9700 Ramo Road**

**Santee**            **CA**    **92071**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

                         **$0.00**

---

**3.150**   Nonpriority creditor's name and mailing address

**Cheryl Bean**

**140 Forest St.**

**Kountze**           **TX**    **77625**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

                         **$0.00**

---

**3.151**   Nonpriority creditor's name and mailing address

**Chilan Lu**

**1230 Halford #1**

**Santa Clara**        **CA**    **95051**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

                         **$0.00**

---

**3.152**   Nonpriority creditor's name and mailing address

**Chin Pae Kim**

**100 Buckingham Dr., #101**

**Santa Clara**        **CA**    **95051**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

                         **$0.00**

Debtor __**American Workers Insurance Services, Inc.**_____ Case number (if known) __**19-44208-mxm11**____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.153** **Nonpriority creditor's name and mailing address**

__Chip Garcia__

__505 Indiana Avenue__

_____

__Sacramento__          __CA__    __95833__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.154** **Nonpriority creditor's name and mailing address**

__Chong Am Lee__

__1340 Dabney House Rd.__

_____

__Vernon Hill__          __VA__    __24597__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.155** **Nonpriority creditor's name and mailing address**

__Chong Cha Ham__

__3033 Moore Park Ave., #25__

_____

__San Jose__          __CA__    __95117__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.156** **Nonpriority creditor's name and mailing address**

__Chong Sik Im__

__2326 Worrall Hill Dr.__

_____

__Duluth__          __GA__    __30096__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent_____

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor    **American Workers Insurance Services, Inc.**    Case number (if known)    **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.157**    Nonpriority creditor's name and mailing address

**Choon How Tan**

**2733 Glenhurst Pl**

**West Covina**          **CA**    **91792**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

**3.158**    Nonpriority creditor's name and mailing address

**Choon Sung Acup & H. Group Inc.**

**15033 Alondra Blvd.**

**La Mirada**          **CA**    **90638**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

**3.159**    Nonpriority creditor's name and mailing address

**Chrisalorus Jackson**

**10030 Sagecourt Dr.**

**Houston**          **TX**    **77089**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

**3.160**    Nonpriority creditor's name and mailing address

**Christina Ching**

**1313 N Milpitas Blvd., Suite 163**

**Milpitas**          **CA**    **95035**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.161** | Nonpriority creditor's name and mailing address |
|---|---|

Christina Pritchett

2975 Treat Blvd., Suite A4

| Concord | CA | 94518 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| **3.162** | Nonpriority creditor's name and mailing address |
|---|---|

Christopher Stewart

1051 Fallen Leaf Rd.

| Arcadia | CA | 91006 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| **3.163** | Nonpriority creditor's name and mailing address |
|---|---|

Chuck Kim

7800 Commonwealth Ave., #205

| Buena Park | CA | 90621 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| **3.164** | Nonpriority creditor's name and mailing address |
|---|---|

Chun Xiu Liang

46 23 215st, #2FL

| Bayside | NY | 11361 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.165**   Nonpriority creditor's name and mailing address

**Chung Choi**

**433 Sylvan Ave., Apt. #120**

**Mountain View**      **CA**    **94041**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.166**   Nonpriority creditor's name and mailing address

**Chung Im Choi**

**433 Sylvan Ave., SPC #120**

**Mountain Vew**      **CA**    **94041**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.167**   Nonpriority creditor's name and mailing address

**Chung Lee**

**2500 Pleasant Hill Rd., Apt. #1013**

**Duluth**      **GA**    **30096**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.168**   Nonpriority creditor's name and mailing address

**Chung Yeom**

**105 Lincoln Road**

**Collegeville**      **PA**    **19426**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
| --- | --- | --- | --- |

---

**Part 2:     Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.169 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Cindy Lewis**

**5643 Miller County 2**

| **Doddridge** | **AR** | **71834** |
| --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.170 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Clara Delgado**

**PO Box 472261**

| **Charlotte** | **NC** | **28247** |
| --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.171 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Claudia Valeriano**

**8284 White Sands Way**

| **Sacramento** | **CA** | **95828** |
| --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.172 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Cletus Udeh**

**2457 US Hwy. 80 E, Apt. 247**

| **Mesquite** | **TX** | **75150** |
| --- | --- | --- |

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor __American Workers Insurance Services, Inc.__     Case number (if known) __19-44208-mxm11__

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                        Amount of claim

**3.173**   Nonpriority creditor's name and mailing address

__Concepcion Martinez__

__503 Ozark Cir.__

_____

__Sacramento__     __CA__   __94834__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.174**   Nonpriority creditor's name and mailing address

__Connie Im__

__120 East 20th Avenue__

_____

__Sanmateo__     __CA__   __94403__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.175**   Nonpriority creditor's name and mailing address

__Consuelo Concha Imana__

__301 E 45th St., Apt. C-27__

_____

__Vancouver__     __WA__   __98663__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.176**   Nonpriority creditor's name and mailing address

__Contact Concepts__

__16350 Park Ten Pl, Suite 212__

_____

__Houston__     __TX__   __77084__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

Debtor __**American Workers Insurance Services, Inc.**__      Case number (if known) __**19-44208-mxm11**__

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.177**    **Nonpriority creditor's name and mailing address**

__Corey Tiger__

__7388 NW 18th St., #105__

__Margate     FL    33063__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
__Producer Agreement__

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$0.00**

---

**3.178**    **Nonpriority creditor's name and mailing address**

__Corinne Barraco__

__8305 Sunrise Lakes Blvd., #112__

__Sunrise     FL    33322__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
__Producer Agreement__

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$0.00**

---

**3.179**    **Nonpriority creditor's name and mailing address**

__Corinthian White__

__38 Union Ave__

__Irvington, NJ 7111__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
__Face to Face Agent__

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$0.00**

---

**3.180**    **Nonpriority creditor's name and mailing address**

__Cornerstone Marketing__

__315 Park Ave., Suite 200__

__Portland     ME    04102__

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
__Face to Face Agent__

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**$0.00**

Debtor   **American Workers Insurance Services, Inc.**         Case number (if known)   **19-44208-mxm11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.         Amount of claim

| | |
|---|---|
| **3.181**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:**   $0.00 |

**Cornet Zeigler**

**27 Claremont Ave.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Mount Vernon          NY     10550**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.182**   Nonpriority creditor's name and mailing address         $0.00

**Cosvi Program**

**PO Box 363428**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**San Juan          PR     00936**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.183**   Nonpriority creditor's name and mailing address         $0.00

**Courtney Gordon**

**2975 Treat Blvd., Suite A4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Concord          CA     94518**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

**3.184**   Nonpriority creditor's name and mailing address         $0.00

**Coverage One Insurance Group**

**David Ettinger**

**1901 West Cypress Creek Rd.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Fort Lauderdale          FL     33309**

Basis for the claim:
**Producer Agreement**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.185**   Nonpriority creditor's name and mailing address

**Craig Castillo**

**1060 Martin St.**

**Houston**                    **TX**      **77018**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.186**   Nonpriority creditor's name and mailing address

**Cristela Salas**

**11563 Wilcrest Dr.**

**Houston**                    **TX**      **77099**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.187**   Nonpriority creditor's name and mailing address

**Cristian Mendez**

**11211 Katy Frwy., Suite 335**

**Houston**                    **TX**      **77079**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.188**   Nonpriority creditor's name and mailing address

**Cristina Avalos**

**6418 B Third Street**

**Riverbanks**                    **CA**      **95367**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor __American Workers Insurance Services, Inc._____ Case number (if known) __19-44208-mxm11__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.189** Nonpriority creditor's name and mailing address

__Cristuto Genobaga__

__1615 5th Place__

__Las Vegas                        NV        89104__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.190** Nonpriority creditor's name and mailing address

__Crosby Association__

__50 Nashua Rd., Suite 112__

__Londonderry                     NH        03053__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.191** Nonpriority creditor's name and mailing address

__D.D.S Moon Hye Woon__

__3323 W Olympic Blvd., Suite 109__

__Los Angeles                     CA        90019__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.192** Nonpriority creditor's name and mailing address

__Daigre Southern- James T. Wood__

__527 Eddie Robinson Sr. Dr.__

__Baton Rouge                     LA        70802__

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

Debtor **American Workers Insurance Services, Inc.**          Case number (if known) **19-44208-mxm11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Dang Ro Lee**

**3374 Nadia Loop**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Woodbridge          VA     22193

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Daniel Dario Martinez Garduno**

**3875 Klamath Way**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Napa          CA     94558

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Daniel Jung**

**1414 South Gramercy Place #11**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Los Angeles          CA     90019

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Daniel Vargas**

**94-489 Alapoai Street**

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Mililani          HI     96789

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor    **American Workers Insurance Services, Inc.**       Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                Amount of claim

---

**3.197**   Nonpriority creditor's name and mailing address

**Danny Benjamin**

**7515 Sheldon Rd. #7102**

**Elk Grove**        **CA**    **95758**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.198**   Nonpriority creditor's name and mailing address

**Darlen DeLeon**

**2419 Presidente St.**

**Stockton**        **CA**    **95210**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.199**   Nonpriority creditor's name and mailing address

**Daryn Young**

**1001 Reno Ave., Suite 1B**

**Modesto**        **CA**    **95351**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.200**   Nonpriority creditor's name and mailing address

**Data Partnership Group, LP**

**4500 Hugh Howell Rd.**

**Suite 620-B**

**Tucker**        **GA**    **30084**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Breach of Contract**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

<table>
<tr><td style="background:black;color:white"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.201 | Nonpriority creditor's name and mailing address | |
|---|---|---|

**David Allan Harris**

**777 Karchner**

**Lincoln**    **CA**    **95648**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.202 | Nonpriority creditor's name and mailing address | |
|---|---|---|

**David Depablo**

**901 Pennsylvania Ave., Suite 3-630**

**Miami Beach**    **FL**    **33139**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.203 | Nonpriority creditor's name and mailing address | |
|---|---|---|

**David Han**

**901 S Gramacy Dr., #403**

**Los Angeles**    **CA**    **90019**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.204 | Nonpriority creditor's name and mailing address | |
|---|---|---|

**David Hecker**

**3010 Latonia St.**

**Longview**    **TX**    **75605**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**        Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                                                          Amount of claim

| 3.205 | Nonpriority creditor's name and mailing address |

David Hur

1135 S Lake St.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Los Angeles        CA    90006

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.206 | Nonpriority creditor's name and mailing address |

David L Koontz

560 Spinnaker Ln.

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Longboat Key        FL    34228

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.207 | Nonpriority creditor's name and mailing address |

David Molina

828 Grand View Lane

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

La Puente        CA    91744

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.208 | Nonpriority creditor's name and mailing address |

David Roth

20115 Cypresswood Glen

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Spring        TX    77373

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                 **Amount of claim**

**3.209**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:              **$0.00**
*Check all that apply.*

**Daw Sein Tin**

**22139 59th Ave., Fl. 2**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Oakland Gardens**      **NY**    **11364**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __    ☐ Yes

---

**3.210**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:              **$0.00**
*Check all that apply.*

**Dax Lawrence Ventures**

**Dax Lawrence**
☐ Contingent
**1428 Beacon Hill Dr.**
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Taylorsville**      **UT**    **84123**    **Producer Agreement**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __    ☐ Yes

---

**3.211**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:              **$0.00**
*Check all that apply.*

**Debbie Ryan**
☐ Contingent
**4424 Kadota St.**
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Simi Valley**      **CA**    **93063**    **Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __    ☐ Yes

---

**3.212**   Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:              **$0.00**
*Check all that apply.*

**Delca Abrego**

**302 East Beach**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Watsonville**      **CA**    **95076**    **Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
Last 4 digits of account number   __ __ __ __    ☐ Yes

Debtor   **American Workers Insurance Services, Inc.**         Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                Amount of claim

---

**3.213**  Nonpriority creditor's name and mailing address

**Delia Del Hoyo**

**2498 Cressey Way**

**Atwater**           **CA**   **95301**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.214**  Nonpriority creditor's name and mailing address

**Delina Johnson**

**14117 Hubbard St., Suite M**

**Sylmar**           **CA**   **91342**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.215**  Nonpriority creditor's name and mailing address

**Denise Brown**

**1616 Emanuel St.**

**Georgetown**       **SC**   **29440**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.216**  Nonpriority creditor's name and mailing address

**Dennis Lewis**

**8766 Guinevere St.**

**Houston**        **TX**   **77029**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**            Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.217** Nonpriority creditor's name and mailing address

**Dental Care Kapolei**

**91-525 Farrington Hwy.**

**Kapolei**            **HI**    **96707**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.218** Nonpriority creditor's name and mailing address

**Dental Care Professionals Of Hawaii, Inc**

**1136 Union Mall**

**Honolulu**            **HI**    **96813**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.219** Nonpriority creditor's name and mailing address

**Derek Anthony Lewis**

**110 Locwood Ave., Suite 101**

**New Rochelle**            **NY**    **10801**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.220** Nonpriority creditor's name and mailing address

**Derren Tzou**

**2207 21st Avenue**

**San Francisco**            **CA**    **94116**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**     Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.221**   Nonpriority creditor's name and mailing address

**Desiree Rada**

**1100 Howe Ave. Apt 252**

**Sacramento**    **CA**    **95825**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.222**   Nonpriority creditor's name and mailing address

**Diamond Marketing Group Llc**

**PO Box 193**

**Lawton**    **OK**    **73502**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.223**   Nonpriority creditor's name and mailing address

**Diana Gomez**

**1079 West Main St.**

**Turlock**    **CA**    **95380**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.224**   Nonpriority creditor's name and mailing address

**Diana Marin**

**1051 Railroad Ave.**

**Winters**    **CA**    **95694**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor __American Workers Insurance Services, Inc._____ Case number (if known) __19-44208-mxm11__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

Dianiel Jimenez

845 S Harbord Blvd.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Anaheim                    CA      92805

Face to Face Agent

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

Diemchi Nguyenphuc

555 E PCH, Apt. 101

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Long Beach                 CA      90806

Face to Face Agent

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

Diosdado Cervania

6624 Valley High Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Sacramento                 CA      95823

Face to Face Agent

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

Check all that apply.

Direct Health LLC

Alec Buico

7940 N Federal Hwy.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Boca Raton                 FL      33487

Producer Agreement

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

Debtor   **American Workers Insurance Services, Inc.**          Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.229**   **Nonpriority creditor's name and mailing address**

**Dodridge K Linton**

**4186 Dunmore Rd.**

**Decatur**                **GA**      **30034**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.230**   **Nonpriority creditor's name and mailing address**

**Dok Yong Kim**

**421 West Glendon Way**

**Alhambra**                **CA**      **91803**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.231**   **Nonpriority creditor's name and mailing address**

**Donald Breaux**

**5907 Easter St.**

**Houston**                **TX**      **77091**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.232**   **Nonpriority creditor's name and mailing address**

**Donald Brown**

**1332 Palisades Dr.**

**Bolingbrook**                **IL**      **60490**

Date or dates debt was incurred

Last 4 digits of account number     ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.233**   **Nonpriority creditor's name and mailing address**

**Donald Fruin**

**4914 Morning Mount Lane**

**Katy**            **TX**    **77449**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.234**   **Nonpriority creditor's name and mailing address**

**Donald R Roach**

**113 S Elm St.**

**Bunkie**           **LA**    **71322**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.235**   **Nonpriority creditor's name and mailing address**

**Dong Han**

**901 S Gramacy Dr., #403**

**Los Angeles**       **CA**    **90019**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.236**   **Nonpriority creditor's name and mailing address**

**Dong Won**

**888 SAratoga Avenue #201**

**San Jose**         **CA**    **95129**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor __American Workers Insurance Services, Inc._____ Case number (if known) __19-44208-mxm11__

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.237** Nonpriority creditor's name and mailing address

__Dooin Kang__

__5895 Camden Avenue__

__San Jose__ **CA** __95124__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.238** Nonpriority creditor's name and mailing address

__Doori LLC__

__2500 Pleasant Hill Rd., Apt. #1013__

__Duluth__ **GA** __30096__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.239** Nonpriority creditor's name and mailing address

__Doris Dixon__

__11111 Richmond Ave., Suite 200__

__Houston__ **TX** __77082__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.240** Nonpriority creditor's name and mailing address

__Doy Pierre__

__2900 14th St. N, Suite 44__

__Naples__ **FL** __34103__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor  __American Workers Insurance Services, Inc.__     Case number (if known) __19-44208-mxm11__

---

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Dr. George B. Hanna Dds.**

**8914 S Vermont Ave.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

**Los Angeles**          **CA**    **90044**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Dr. Lee Dentistry**

**1674 Pacific Coast Hwy.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

**Harbor City**          **CA**    **90710**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**Duck Rye Lee**

**4642 Conwell Dr.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

**Annandale**          **VA**    **22003**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**EAgent Direct Inc.**

**Adam Awany**

**725 SW 23rd Rd.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

**Miami**          **FL**    **33129**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.245**   Nonpriority creditor's name and mailing address

**Earl Redding III**

**2975 Treat Blvd., Suite A4**

**Concord**      **CA**    **94518**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.246**   Nonpriority creditor's name and mailing address

**Earnest Lai**

**915 N King St.**

**Honolulu**      **HI**    **96817**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.247**   Nonpriority creditor's name and mailing address

**Edgar Dalit**

**2236 Kalihi St.**

**Honolulu**      **HI**    **96819**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.248**   Nonpriority creditor's name and mailing address

**Edgar Manzano**

**PO Box 437**

**Hughson**      **CA**    **95326**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor　　**American Workers Insurance Services, Inc.**　　　　Case number (if known)　**19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.249** Nonpriority creditor's name and mailing address

**Edison Nuque**

**171 Bruno Avenue #1**

**Daly City** CA 94014

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.250** Nonpriority creditor's name and mailing address

**Edson Pacheco**

**9919 Canoga Avenue # 104**

**Chatsworth** CA 91311

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.251** Nonpriority creditor's name and mailing address

**Eduardo E Rebolledo**

**427 Lake St.**

**Newark** NJ 07104

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.252** Nonpriority creditor's name and mailing address

**Eduardo Lopez**

**PO Box 390572**

**Mountain View** CA 94039

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**   Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.253** Nonpriority creditor's name and mailing address

**Eduia M. Yorobe Md.**

**10850 Baroque Lane**

**San Diego**     **CA**    **92124**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _ _ _ _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.254** Nonpriority creditor's name and mailing address

**Eduviges Garcia**

**1108 Symphony Way**

**Modesto**     **CA**    **95351**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _ _ _ _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.255** Nonpriority creditor's name and mailing address

**Eduwiges Hernandez**

**23 Western Dr.**

**Watsonville**     **CA**    **95076**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _ _ _ _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.256** Nonpriority creditor's name and mailing address

**Edward Arroyo**

**2975 Treat Blvd., Suite A4**

**Concord**     **CA**    **94518**

Date or dates debt was incurred

Last 4 digits of account number _ _ _ _ _ _ _ _ _ _

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.257**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**Edward Im**

**1031 Nimitz Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Daly City**     CA     94015     **Face to Face Agent**

Date or dates debt was incurred     **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    ___ ___ ___ ___    ☐ Yes

---

**3.258**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**Edwin Rincon**

**9597 Jones Rd., Suite 366**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston**     TX     77065     **Face to Face Agent**

Date or dates debt was incurred     **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    ___ ___ ___ ___    ☐ Yes

---

**3.259**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**Eileen Kim**

**441 N Wildwood**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Hercules**     CA     94547     **Face to Face Agent**

Date or dates debt was incurred     **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    ___ ___ ___ ___    ☐ Yes

---

**3.260**   **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$0.00**

**Elaine Mesinas**

**94-748 D Hikimoe St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Waipahu**     HI     96797     **Face to Face Agent**

Date or dates debt was incurred     **Is the claim subject to offset?**
☑ No
Last 4 digits of account number    ___ ___ ___ ___    ☐ Yes

---

Debtor   **American Workers Insurance Services, Inc.**     Case number (if known)  **19-44208-mxm11**

---

### Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

| | |
|---|---|
| **3.261**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Elena Rivera**

**6715 Pokeewood Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Las Vegas**      **NV**    **89148**     **Face to Face Agent**

Date or dates debt was incurred       **Is the claim subject to offset?**
☑ No
Last 4 digits of account number   __ __ __ __    ☐ Yes

**Amount of claim: $0.00**

---

**3.262**   Nonpriority creditor's name and mailing address     **As of the petition filing date, the claim is:** *Check all that apply.*

**Eli Baquero**

**8043 W McNab Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Tamarac**      **FL**    **33321**     **Producer Agreement**

Date or dates debt was incurred       **Is the claim subject to offset?**
☑ No
Last 4 digits of account number   __ __ __ __    ☐ Yes

**Amount of claim: $0.00**

---

**3.263**   Nonpriority creditor's name and mailing address     **As of the petition filing date, the claim is:** *Check all that apply.*

**Elia Pena Cruz**

**521 West Hatch Road #1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Modesto**      **CA**    **95351**     **Face to Face Agent**

Date or dates debt was incurred       **Is the claim subject to offset?**
☑ No
Last 4 digits of account number   __ __ __ __    ☐ Yes

**Amount of claim: $0.00**

---

**3.264**   Nonpriority creditor's name and mailing address     **As of the petition filing date, the claim is:** *Check all that apply.*

**Eliad Yi**

**4046 Drew Terrace**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Fremont**      **CA**    **94538**     **Face to Face Agent**

Date or dates debt was incurred       **Is the claim subject to offset?**
☑ No
Last 4 digits of account number   __ __ __ __    ☐ Yes

**Amount of claim: $0.00**

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |
|---|---|---|---|

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.265**   **Nonpriority creditor's name and mailing address**

**Elidia Moreno**

**37470 State Hwy 16**

**Woodland**              **CA**    **95695**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

**3.266**   **Nonpriority creditor's name and mailing address**

**Elisa Inocencio**

**94 971 Kahuamoku St., #311**

**Waipahu**               **HI**    **96797**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

**3.267**   **Nonpriority creditor's name and mailing address**

**Ella Sanders**

**11111 Richmond Ave., Suite 201**

**Houston**               **TX**    **77082**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

**3.268**   **Nonpriority creditor's name and mailing address**

**Ellis Menchaca Jr**

**PO Box 2450**

**Uvalde**                **TX**    **78802**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

Debtor  **American Workers Insurance Services, Inc.**  Case number (if known)  **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.269** Nonpriority creditor's name and mailing address

**Elpidio Torres Pineda**

**1561 Orangewood Dr.**

**San Jose**                  **CA**    **95121**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.270** Nonpriority creditor's name and mailing address

**Emma Barahona Paz**

**3015 Rollingwood Dr.**

**San Pablo**                  **CA**    **94806**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.271** Nonpriority creditor's name and mailing address

**Ena Prado**

**231 Edna St.**

**San Francisco**              **CA**    **94112**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.272** Nonpriority creditor's name and mailing address

**Endelicia Tovar**

**5061 Nunes Rd., Space #4**

**Turlock**                    **CA**    **95382**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor __**American Workers Insurance Services, Inc.**_____ Case number (if known) __**19-44208-mxm11**____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                                                 Amount of claim

---

**3.273** | **Nonpriority creditor's name and mailing address**

**Enrique Dominguez Galvan**

**202 West 8th St., Apt. 2**

**Plainfield, NJ 7060**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.274** | **Nonpriority creditor's name and mailing address**

**Enrique Esparza**

**13419 Sargent Ave**

**Galt**                    **CA**    **95632**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.275** | **Nonpriority creditor's name and mailing address**

**Enrique Limon**

**13419 Sargent Avenue**

**Galt**                    **CA**    **95632**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.276** | **Nonpriority creditor's name and mailing address**

**Epifania Banderas**

**1248 Myrtle Dr.**

**Upland**                    **CA**    **91786**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.** Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.277** Nonpriority creditor's name and mailing address

Eric Muroka

1136 Union Mall

Honolulu                         HI        96813

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.278** Nonpriority creditor's name and mailing address

Erick Valderrama

7330 W 15th Ct.

Hialeah                          FL        33014

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Producer Agreement

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.279** Nonpriority creditor's name and mailing address

Erika Castillo

8121 Pavia Way

Sacramento                       CA        95823

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.280** Nonpriority creditor's name and mailing address

Erika Gartman

16615 Castle Fraser Dr.

Houston                          TX        77084

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor  **American Workers Insurance Services, Inc.**  Case number (if known)  **19-44208-mxm11**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.281 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

**Erika Marcela Garcia Chavez**

**8949 El Oro Plaza Dr.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Elk Grove**          **CA**    **95624**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

| 3.282 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

**Erika Pratt**

**2975 Treat Blvd., Suite A4**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Concord**          **CA**    **94518**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

| 3.283 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

**Erika Reyes**

**9623 Meadowbriar Lane**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**          **TX**    **77063**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

| 3.284 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

**Erika Vazquez**

**55 Taylor Way**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Sacramento**          **CA**    **95819**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor   **American Workers Insurance Services, Inc.**      Case number (if known)  **19-44208-mxm11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.285** Nonpriority creditor's name and mailing address

Ernell Willis

3309 W Montebellow Ave.

Phoenix        AZ   85017

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.286** Nonpriority creditor's name and mailing address

Ernesto T Salas MD

27699 Jefferson Ave.

Temecula      CA   92590

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.287** Nonpriority creditor's name and mailing address

Ervin Thomas

15210 Lakewood Forest Dr.

Houston      TX   77070

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.288** Nonpriority creditor's name and mailing address

Esperanza Javier

94 493 Hiwahiwa Way

Waipahu      HI   96797

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**                   Case number (if known)    **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.289**    Nonpriority creditor's name and mailing address

**Esperanza Morfin**

**220 Allport Dr.**

**Galt**                         **CA**    **95632**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.290**    Nonpriority creditor's name and mailing address

**Esther Barahona**

**106 20 50 Ave., Apt. 1**

**Corona**                       **NY**    **11368**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.291**    Nonpriority creditor's name and mailing address

**Euljae Lee**

**888 Saratoga Avenue**

**San Jose**                     **CA**    **95129**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.292**    Nonpriority creditor's name and mailing address

**Eun Young Son**

**6323 Betsy Ross Court**

**Centreville**                  **VA**    **20121**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| | |
|---|---|
| **3.293**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** |
| | *Check all that apply.* |
| **Eusook Kim** | ☐ Contingent |
| **9896 N. Cedar Ave.** | ☐ Unliquidated |
| | ☐ Disputed |

Amount of claim: **$0.00**

**Basis for the claim:**

Fresno     CA     93720     **Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.294**   Nonpriority creditor's name and mailing address     **As of the petition filing date, the claim is:**
*Check all that apply.*

**Evelina Tejada**
**9841 SW 1st Ct.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$0.00**

**Basis for the claim:**

Plantation     FL     33324     **Producer Agreement**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.295**   Nonpriority creditor's name and mailing address     **As of the petition filing date, the claim is:**
*Check all that apply.*

**Evelyn Sandier**
**3007 Lightstar Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$0.00**

**Basis for the claim:**

Houston     TX     77045     **Producer Agreement**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

---

**3.296**   Nonpriority creditor's name and mailing address     **As of the petition filing date, the claim is:**
*Check all that apply.*

**Evelyn Sandifer**
**3007 Lightstar Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$0.00**

**Basis for the claim:**

Houston     TX     77045     **Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.297 | **Nonpriority creditor's name and mailing address** |

**Evelyn Subia**

**1652 Hauiki St.**

**Honolulu**    **HI**    **96819**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.298 | **Nonpriority creditor's name and mailing address** |

**Eye Bank Optometry**

**3770 Wilshire Blvd.**

**Los Angeles**    **CA**    **90010**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.299 | **Nonpriority creditor's name and mailing address** |

**Ezzat Nashed**

**16200 Bear Valley Rd., Suite 102**

**Victorville**    **CA**    **92395**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.300 | **Nonpriority creditor's name and mailing address** |

**Fabian Rodriguez**

**PMB 408 PO Box 4952**

**Caguas**    **PR**    **00726**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                        Amount of claim

**3.301**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:            **$0.00**
*Check all that apply.*

Fabiola Rios

7100 Ming Ave., Apt. C

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Bakersfield     CA    93309     Face to Face Agent

Date or dates debt was incurred     Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

**3.302**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:            **$0.00**
*Check all that apply.*

Fairfax Foot & Ankle Ctr. PC

Fairfax Medical Ctr.

10721 Main St. A

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Walnut Park     CA    90255     Face to Face Agent

Date or dates debt was incurred     Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

**3.303**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:            **$0.00**
*Check all that apply.*

Family Care - AWIS

11111 Richmond Ave., Suite 200

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Houston     TX    77082     Face to Face Agent

Date or dates debt was incurred     Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

**3.304**   Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:            **$0.00**
*Check all that apply.*

Family Care Network

Jerry Bush

PO Box 5702

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Granbury     TX    76049     Face to Face Agent

Date or dates debt was incurred     Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___
☑ No
☐ Yes

---

Debtor    **American Workers Insurance Services, Inc.**          Case number (if known)  **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.305**   Nonpriority creditor's name and mailing address

**Family Dental Care**

**1327 Long Beach Blvd.**

**Long Beach**                    **CA**      **90813**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.306**   Nonpriority creditor's name and mailing address

**Family First Insurance Advisors**

**Stephen Fingal**

**350 Fairway Dr.**

**Deerfield**                     **FL**      **33441**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.307**   Nonpriority creditor's name and mailing address

**Family Health Care of So CA**

**32235 Mission Trail Rd., Suite 6-7&B6**

**Lake Elsinore**                 **CA**      **92530**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.308**   Nonpriority creditor's name and mailing address

**Family Medical Center**

**26781 Portola Pkkwy, Suite 4E**

**Foothill Rnch**                 **CA**      **92610**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**          Case number (if known)  **19-44208-mxm11**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.309**  **Nonpriority creditor's name and mailing address**

**Family Medical Group**

**205 W Granger Ave.**

**Modesto**                    **CA**     **95350**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.310**  **Nonpriority creditor's name and mailing address**

**Family-4**

**115 Hollybrooke Dr.**

**Langhorne**                    **PA**     **19047**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.311**  **Nonpriority creditor's name and mailing address**

**Fanny Mayo**

**3334 Page Street**

**Redwood City**                    **CA**     **94063**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.312**  **Nonpriority creditor's name and mailing address**

**Fashion Eyes Optometry**

**17188 Colima Rd.**

**Hacienda Heights**                    **CA**     **91745**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.313**   Nonpriority creditor's name and mailing address

**Fatima Aguilar**

**14725 Titus St., #15**

**Panorama City**      **CA**    **91402**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.314**   Nonpriority creditor's name and mailing address

**Felipa Aguilar**

**1648 Waverly Avenue**

**San Jose**      **CA**    **95122**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.315**   Nonpriority creditor's name and mailing address

**Feng Shen**

**3033 Moorpark Avenue #25**

**San Jose**      **CA**    **95117**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.316**   Nonpriority creditor's name and mailing address

**Fernando Lizarazu**

**1445 Lakeside Estates Dr., Apt. 2813**

**Houston**      **TX**    **77042**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                 Amount of claim

| 3.317 | Nonpriority creditor's name and mailing address |
|---|---|

**Fidel Chagala**

**603 Glide Ave. Espacio #19**

**West Sacramento**    **CA**    **95691**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

| 3.318 | Nonpriority creditor's name and mailing address |
|---|---|

**First Continental Life**

**101 Parklane Blvd., Suite 301**

**Sugar Land**    **TX**    **77478**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Marketing Agreement**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

| 3.319 | Nonpriority creditor's name and mailing address |
|---|---|

**Florence Manayan**

**1319 Gulick Ave.**

**Honolulu**    **HI**    **96819**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

| 3.320 | Nonpriority creditor's name and mailing address |
|---|---|

**Florinda Oliva Cruz**

**121 N Hebbron Ave.**

**Salinas**    **CA**    **93905**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

Debtor **American Workers Insurance Services, Inc.**          Case number (if known) **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.321** Nonpriority creditor's name and mailing address

**Fontana Clinica Medica Familiar**

**17695 Arrow Blvd.**

**Fontana**          **CA**     **92335**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.322** Nonpriority creditor's name and mailing address

**Fortune Financial Services**

**2304 Sand Rd.**

**Vernon**          **TX**     **76384**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.323** Nonpriority creditor's name and mailing address

**Francisco Gatica**

**985 Vermont St.**

**San Jose**          **CA**     **95126**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.324** Nonpriority creditor's name and mailing address

**Francisco Marquez**

**3143 Maple Ave.**

**Oakland**          **CA**     **94602**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.325** Nonpriority creditor's name and mailing address

Francisco Palafox Pena

PO Box 418

Fairfield      CA    94533

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.326** Nonpriority creditor's name and mailing address

Frank S. Cline

Premier Marketing Alliance

Arlington      TX    76011

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.327** Nonpriority creditor's name and mailing address

Frank Suwarski

2975 Treat Blvd., Suite A4

Concord      CA    94518

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.328** Nonpriority creditor's name and mailing address

Fred Brown

8872 Crumpler Cove

Olive Branch      MS    38654

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|---|---|---|---|

---

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.329** Nonpriority creditor's name and mailing address

**Free Market Administrators**

**16633 Dallas Pkwy., #320**

**Addison**      **TX**    **75001**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Marketing Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.330** Nonpriority creditor's name and mailing address

**Gabriela Garcia**

**2352 Villanova CR Apt. #1**

**Sacramento**      **CA**    **95825**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.331** Nonpriority creditor's name and mailing address

**Gabriela Garcia**

**3332 Jayanne Way**

**Carmichael**      **CA**    **95608**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.332** Nonpriority creditor's name and mailing address

**Gail Edwards**

**2515 Eastman Lane**

**Petaluma**      **CA**    **94952**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**                   Case number (if known)   **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| **3.333** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

Check all that apply.

**Gail Neal-Williams**

**3124 Garrow Dr., Suite 163**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Antioch**                    **CA**      **94509**

**Basis for the claim:**

**Producer Agreement**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

| **3.334** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

Check all that apply.

**Garcia Optical**

**674 Harmon Loop Rd., Suite 113**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dededo**                    **GU**      **96929**

**Basis for the claim:**

**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

| **3.335** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

Check all that apply.

**Gary Mialocq**

**PO Box 662**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Camp Verde**                **AZ**      **86322**

**Basis for the claim:**

**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

| **3.336** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

Check all that apply.

**George Gaskins**

**606 Williamsburg Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Tarboro**                    **NC**      **27886**

**Basis for the claim:**

**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number      __ __ __ __

☑ No
☐ Yes

Debtor    **American Workers Insurance Services, Inc.**    Case number (if known)   **19-44208-mxm11**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.337** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
| --- | --- | --- | --- |

Check all that apply.

**George Gemmell**

**22145 Cressmont Pl.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Boca Raton**    **FL**    **33428**    **Producer Agreement**

Date or dates debt was incurred    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __    ☑ No
☐ Yes

---

| **3.338** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
| --- | --- | --- | --- |

Check all that apply.

**Georgina Gabriela Luna**

**608 Mckinley Ave., Apt. #3**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Woodland**    **CA**    **95695**    **Face to Face Agent**

Date or dates debt was incurred    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __    ☑ No
☐ Yes

---

| **3.339** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
| --- | --- | --- | --- |

Check all that apply.

**Gerson Petigny**

**2950 W Cypress Creek Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Fort Lauderdale**    **FL**    **33309**    **Producer Agreement**

Date or dates debt was incurred    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __    ☑ No
☐ Yes

---

| **3.340** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** |
| --- | --- | --- | --- |

Check all that apply.

**Gil Dia**

**142 East Bonita Avenue  # 56**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**San Dimas**    **CA**    **91773**    **Face to Face Agent**

Date or dates debt was incurred    **Is the claim subject to offset?**

Last 4 digits of account number  __ __ __ __    ☑ No
☐ Yes

---

Debtor __American Workers Insurance Services, Inc._____ Case number (if known) __19-44208-mxm11__

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

| 3.341 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Gilbert Garcia**

**3244 Brookside Rd., Suite 140**

**Stockton**      **CA**    **95219**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.342 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Gilbert Medical Group**

**9535 Garden Grove Blvd., Suite 104**

**Garden Grove**      **CA**    **92844**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.343 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Gilok Lim**

**3033 Moor Park Ave., #25**

**San Jose**      **CA**    **95117**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.344 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Gladys Arellano**

**3930 Clear Acre Lane #124**

**Reno**      **NV**    **89512**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

---

### Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

            **Amount of claim**

| | |
|---|---|
| **3.345** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| | *Check all that apply.* |

**3.345** Nonpriority creditor's name and mailing address

**Glenda Bough**

**2222 Watt Ave., Suite D-3**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Sacramento**    **CA**    **95825**      **Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**Amount of claim: $0.00**

---

**3.346** Nonpriority creditor's name and mailing address

**Glenn Hanada**

**915 N King St.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Honolulu**    **HI**    **96717**      **Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**Amount of claim: $0.00**

---

**3.347** Nonpriority creditor's name and mailing address

**Global Health and Life, LLC**

**Uri Mike Chakchakov**

**1500 W Cypress Creek Rd.**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Fort Lauderdale**    **FL**    **33309**      **Producer Agreement**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**Amount of claim: $0.00**

---

**3.348** Nonpriority creditor's name and mailing address

**Golden Town Investments Inc.**

**2917 Monroe Place**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Falls Church**    **VA**    **22042**      **Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

**Amount of claim: $0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                Amount of claim

**3.349**   Nonpriority creditor's name and mailing address

**Gonzalo Rivas Servin**

**5195 Mack Road, Apt. #261**

**Sacramento**      **CA**    **95823**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.350**   Nonpriority creditor's name and mailing address

**Good Hands P.C.**

**3139 S Yale Ave.**

**Tulsa**      **OK**    **74135**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.351**   Nonpriority creditor's name and mailing address

**Good Mornings Acupuncture**

**942 S New Hampshire Ave.**

**Los Angeles**      **CA**    **90006**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.352**   Nonpriority creditor's name and mailing address

**Grace Acupncture Medical**

**960 S Wilton Place**

**Los Angeles**      **CA**    **90019**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| | |
|---|---|
| **3.353** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     **$0.00** |

**Great Health Choice**

**Andres Suarez**

**8043 W McNab Rd.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Tamarac**    **FL**    **33321**

Basis for the claim:
**Producer Agreement**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.354** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$0.00**

**Greater Benefits Sevices LLC**

**15911 Fleetwood Oaks Dr.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Houston**    **TX**    **77079**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.355** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$0.00**

**Greater Life**

**3689 Midway Dr., Suite G**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Diego**    **CA**    **92110**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.356** Nonpriority creditor's name and mailing address     As of the petition filing date, the claim is:     **$0.00**

**Greg Richey**

**5100 Beech St.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Bellaire**    **TX**    **77401**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor __**American Workers Insurance Services, Inc.**_____ Case number (if known) __**19-44208-mxm11**__

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.357 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

__**Gregorio Martinez Basilio**_____

__**8572 Villaview Dr.**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

__**Citrus Heights**_____**CA**____**95621**___

**Basis for the claim:**
__**Face to Face Agent**_____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.358 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

__**Gregory Curtis**_____

__**325 West Washington Ave.**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

__**San Diego**_____**CA**____**92103**___

**Basis for the claim:**
__**Producer Agreement**_____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.359 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

__**Gregory Saville**_____

__**1393 SE Madison Ave.**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

__**Stuart**_____**FL**____**34996**___

**Basis for the claim:**
__**Producer Agreement**_____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.360 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

__**Griselda Aguilar**_____

__**21731 Chona Court**_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

__**San Jose**_____**CA**____**95120**___

**Basis for the claim:**
__**Face to Face Agent**_____

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                              Amount of claim

---

**3.361**   Nonpriority creditor's name and mailing address

**Group Allied Financial**

**15455 Dallas Pkwy, Suite 600**

**Addison**          **TX**    **75001**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.362**   Nonpriority creditor's name and mailing address

**Gu Sung Medical Center**

**2323 W 8th St., Suite 101**

**Los Angeles**       **CA**    **90057**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.363**   Nonpriority creditor's name and mailing address

**Guadalupe Esparza**

**13419 Sargent Ave.**

**Galt**            **CA**    **95632**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.364**   Nonpriority creditor's name and mailing address

**Guadalupe Maribel Rodriguez Garcia**

**18054 Brightman Ave.**

**Lake Elsinore**      **CA**    **92530**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**                    Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.365**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:               **$0.00**
                                                                  Check all that apply.
**Guadalupe Martinez**                                            ☐ Contingent
**1112 E Grand Rd.**                                              ☐ Unliquidated
                                                                  ☐ Disputed

                                                                  **Basis for the claim:**
**El Nido**              **CA**    **95317**                      **Face to Face Agent**

Date or dates debt was incurred                                   **Is the claim subject to offset?**
                                                                  ☒ No
Last 4 digits of account number   __ __ __ __                     ☐ Yes

---

**3.366**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:               **$0.00**
                                                                  Check all that apply.
**Guadalupe Rojas**                                               ☐ Contingent
**1276 Wawona St.**                                               ☐ Unliquidated
                                                                  ☐ Disputed

                                                                  **Basis for the claim:**
**Manteca**             **CA**    **95337**                       **Face to Face Agent**

Date or dates debt was incurred                                   **Is the claim subject to offset?**
                                                                  ☒ No
Last 4 digits of account number   __ __ __ __                     ☐ Yes

---

**3.367**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:               **$0.00**
                                                                  Check all that apply.
**Guam Polyclinic**                                               ☐ Contingent
**138 Ypao Rd.**                                                  ☐ Unliquidated
                                                                  ☐ Disputed

                                                                  **Basis for the claim:**
**Tamuning**            **GU**    **96913**                       **Face to Face Agent**

Date or dates debt was incurred                                   **Is the claim subject to offset?**
                                                                  ☒ No
Last 4 digits of account number   __ __ __ __                     ☐ Yes

---

**3.368**   Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is:               **$0.00**
                                                                  Check all that apply.
**Guillermina Torres**                                            ☐ Contingent
**521 W Hatch, #3**                                               ☐ Unliquidated
                                                                  ☐ Disputed

                                                                  **Basis for the claim:**
**Modesto**             **CA**    **95351**                       **Face to Face Agent**

Date or dates debt was incurred                                   **Is the claim subject to offset?**
                                                                  ☒ No
Last 4 digits of account number   __ __ __ __                     ☐ Yes

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|--------|----------|----------|--------|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.369** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

**Ha Son Nguyen**

**9500 Bolsa Ave., Suite P**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Westminster** | **CA** | **92683** |
|---|---|---|

**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.370** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

**Hae Hong**

**6025 Halleck Place**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Stockton** | **CA** | **95219** |
|---|---|---|

**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.371** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

**Hae Kyun Shin**

**16715 Cobbleston Ct**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Cerritos** | **CA** | **90703** |
|---|---|---|

**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.372** | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is: *Check all that apply.*

**$0.00**

**Hae-Rha Lim**

**22119 Fair Garden Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Clarksburg** | **MD** | **20871** |
|---|---|---|

**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|---|---|---|---|

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.373** Nonpriority creditor's name and mailing address

**Hagop Kazizian**

**12610 Rio Bravo St.**

**Rosharon** **TX** **77583**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.374** Nonpriority creditor's name and mailing address

**Halth Insurance Connect**

**Steven Rubin**

**2765 Vista Pkwy., Suite H2**

**West Palm Beach** **FL** **33411**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.375** Nonpriority creditor's name and mailing address

**Han Joong Acupuncture**

**4753 Beverly Blvd.**

**Los Angeles** **CA** **90004**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.376** Nonpriority creditor's name and mailing address

**Han Kim Chiropractic**

**122 S St. Andrews Place, Apt. 105**

**Los Angeles** **CA** **90004**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor __American Workers Insurance Services, Inc._____ Case number (if known) __19-44208-mxm11__

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.377** Nonpriority creditor's name and mailing address

__Han Sung Acupuncture__

__12923 Brookhurst Way__

__Garden Grove__         __CA__   __92841__

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.378** Nonpriority creditor's name and mailing address

__Hang Nguyen__

__3415 Golders Green Dr.__

__Houston__              __TX__   __77082__

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.379** Nonpriority creditor's name and mailing address

__Harriet Flordeliz Baclagan__

__830 Raleigh St. Apt. C__

__Glendale__             __CA__   __91205__

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.380** Nonpriority creditor's name and mailing address

__Harry Yim__

__2885 Gingerwood Cir.__

__Fullerton__            __CA__   __92835__

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor  **American Workers Insurance Services, Inc.**　　　　　　Case number (if known)  **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.381**　**Nonpriority creditor's name and mailing address**

**Hasung Lee**

**3663 W 6th St., Suite 303**

**Los Angeles**　　　　　**CA**　　**90020**

Date or dates debt was incurred

Last 4 digits of account number　＿＿ ＿＿ ＿＿ ＿＿

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.382**　**Nonpriority creditor's name and mailing address**

**Health Advisors of America Inc.**

**Marsha Griffin**

**5310 NW 33d Ave., Suite 103**

**Fort Lauderdale**　　　　**FL**　　**33309**

Date or dates debt was incurred

Last 4 digits of account number　＿＿ ＿＿ ＿＿ ＿＿

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.383**　**Nonpriority creditor's name and mailing address**

**Health Benefits Direct LLC**

**Mario Soto**

**21300 NW 40th Circle Court**

**Miami Gardens**　　　　**FL**　　**33055**

Date or dates debt was incurred

Last 4 digits of account number　＿＿ ＿＿ ＿＿ ＿＿

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.384**　**Nonpriority creditor's name and mailing address**

**Health First Solutions**

**Daniel Dayan**

**6360 NW 5th Way, Suite 202**

**Fort Lauderdale**　　　　**FL**　　**33309**

Date or dates debt was incurred

Last 4 digits of account number　＿＿ ＿＿ ＿＿ ＿＿

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**          Case number (if known) **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Healthcare Affordable Family**

**4141 Ball Rd., Suite 463**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Cypress**     **CA**    **90630**     **Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Healthcare Nu Horizon**

**925 Centinela Ave., Apt. 3**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Inglewood**     **CA**    **90302**     **Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Heather Gentry**

**8870 Adams Flat Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Brookshire**     **TX**    **77423**     **Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Heather Hyun Han**

**1345 Emerald Dr. #211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Los Angeles**     **CA**    **90026**     **Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor     **American Workers Insurance Services, Inc.**     Case number (if known)   **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                      Amount of claim

**3.389**   Nonpriority creditor's name and mailing address

Hector Vallejo

2902 Hapner St.

Harlingen          TX     78550

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

                                                            **$0.00**

**3.390**   Nonpriority creditor's name and mailing address

Hee Y. Oh

19036 Colima Rd., Suite D

Rowland Heights      CA     91748

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

                                                            **$0.00**

**3.391**   Nonpriority creditor's name and mailing address

Helen Kim

868 Fargo Ave #D205

San Leandro        CA     94579

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

                                                            **$0.00**

**3.392**   Nonpriority creditor's name and mailing address

Helen Sapla

88 Pakalana St.

Hilo             HI     96720

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

                                                            **$0.00**

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |
|---|---|---|---|

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.393** Nonpriority creditor's name and mailing address

Henry Montalvo

472 7th Ave.

Brooklyn            NY      11215

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.394** Nonpriority creditor's name and mailing address

Henry Williams Jr.

961 Benchfield

Houston            TX      77091

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.395** Nonpriority creditor's name and mailing address

Herber Mathews

8720 Waverly Ave

Kansas City            KS      66109

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.396** Nonpriority creditor's name and mailing address

Herminia Borge

328 E Lake Ave.

Watsonville            CA      95076

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Producer Agreement

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

Debtor  **American Workers Insurance Services, Inc.**  Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.397** Nonpriority creditor's name and mailing address

**Herminia Borge**

**328 East Lake Ave.**

**Watsonville** **CA** **95076**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.398** Nonpriority creditor's name and mailing address

**Hi Sung Yun**

**615 Bolton Court #2**

**San Jose** **CA** **95029**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.399** Nonpriority creditor's name and mailing address

**Hiep Phan**

**15692 Willow Run Dr.**

**Chino Hills** **CA** **91709**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.400** Nonpriority creditor's name and mailing address

**High Expectation**

**1207 Blackhawk Ridge Ct.**

**Rosenberg** **TX** **77471**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**     Case number (if known)   **19-44208-mxm11**

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| 3.401 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** |
|---|---|---|---|---|

**Hilda Dera**

**170 Coral Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Woodland     CA    95695     **Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.402 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** |
|---|---|---|---|---|

**Hipower Promotions**

**251 N Dupont Hwy., Suite 106CC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Dover     DE    19901     **Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.403 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** |
|---|---|---|---|---|

**HNH Marketing**

**22119 Fair Garden Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Clarksburg     MD    20871     **Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.404 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is:<br>Check all that apply. | **$0.00** |
|---|---|---|---|---|

**Ho Jun Park**

**735 Friras Head Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Suwanee     GA    30024     **Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.405 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Ho Kang Kim**

**888 Saratoga Avenue #201**

**San Jose**     **CA**    **95129**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

| 3.406 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Holly Schinagle**

**45 Bell St.**

**Chagrin Falls**     **OH**    **44022**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

| 3.407 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Hortensia Villegas**

**421 Martinelli St.**

**Watsonville**     **CA**    **95076**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

| 3.408 | Nonpriority creditor's name and mailing address |
| --- | --- |

**HTL Marketing**

**22119 Fair Garden Lane**

**Clarksburg**     **MD**    **20871**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                 Amount of claim

---

**3.409**   **Nonpriority creditor's name and mailing address**

**Huitu Im**

**120 E 20th Avenue**

**San Mateo**      **CA**    **94403**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

**3.410**   **Nonpriority creditor's name and mailing address**

**Hyang Chann**

**288 W Lucita Way**

**Mountain House**     **CA**    **95391**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

**3.411**   **Nonpriority creditor's name and mailing address**

**Hyang Ok Ree**

**840 Saratoga Ave., Apt. #D309**

**San Jose**      **CA**    **95129**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

**3.412**   **Nonpriority creditor's name and mailing address**

**Hye Jong You**

**3304 Willow Cresent Dr., Apt. 32**

**Fairfax**      **VA**    **22030**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |
|---|---|---|---|

### Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.413 | Nonpriority creditor's name and mailing address |
|---|---|

Hye Ryung Kim

10804 Sunset Ridge Dr.

San Diego                CA      92131

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.414 | Nonpriority creditor's name and mailing address |
|---|---|

Hye Yu

4882 Chalmette Park Ct.

Fremont                CA      94538

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.415 | Nonpriority creditor's name and mailing address |
|---|---|

Hyun Cho

1650 Palm Avenue #3

San Mateo                CA      94402

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.416 | Nonpriority creditor's name and mailing address |
|---|---|

Hyun Chu

PO Box 212

Annandale                VA      22003

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor **American Workers Insurance Services, Inc.**          Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.417** Nonpriority creditor's name and mailing address

Hyun Joo Lee

5607 Castlebury Ct.

Burke                    VA      22015

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.418** Nonpriority creditor's name and mailing address

Hyun Moon

233 8th St., Floor 2

Palisades Park, NJ 7650

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.419** Nonpriority creditor's name and mailing address

Hyun Seung Song

3798 Hancock Dr

Santa Clara              CA      95051

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.420** Nonpriority creditor's name and mailing address

Hyun Soon Moon

212 S. Union Ave., #302

Los Angeles              CA      90026

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor　　**American Workers Insurance Services, Inc.**　　　　Case number (if known)　**19-44208-mxm11**

## Part 2:　　Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.　　　　　　　　　　**Amount of claim**

| 3.421 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hyung Cha**

**6302 Story Cir.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Norcross　　　　　GA　　30093　　　　**Face to Face Agent**

Date or dates debt was incurred　　　　　**Is the claim subject to offset?**

Last 4 digits of account number　__ __ __ __　☑ No　☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hyung Lim**

**22119 Fair Garden Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Clarksburg　　　　MD　　20871　　　　**Face to Face Agent**

Date or dates debt was incurred　　　　　**Is the claim subject to offset?**

Last 4 digits of account number　__ __ __ __　☑ No　☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hyung Taek Lim**

**22119 Fair Garden Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Clarksburg　　　　MD　　20871　　　　**Face to Face Agent**

Date or dates debt was incurred　　　　　**Is the claim subject to offset?**

Last 4 digits of account number　__ __ __ __　☑ No　☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hyunjoon Kang**

**409 Evelyn Ave # 214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Albany　　　　　CA　　94706　　　　**Face to Face Agent**

Date or dates debt was incurred　　　　　**Is the claim subject to offset?**

Last 4 digits of account number　__ __ __ __　☑ No　☐ Yes

---

Official Form 206E/F　　　　**Schedule E/F: Creditors Who Have Unsecured Claims**　　　　page 107

Debtor   **American Workers Insurance Services, Inc.**          Case number (if known) __19-44208-mxm11__

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**In Cha Chung**

**14075 E. 14th Street**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**San Leandro**                    **CA**    **94578**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**IN Kang**

**9008 Laurel St.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Bellflower**                    **CA**    **90706**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**INC Bransom Associates**

**903 Old Rossville Rd.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Lewisberry**                    **PA**    **17339**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**INC Nationwide Media**

**1835 Newport Blvd., Suite A**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Costa Mesa**                    **CA**    **92627**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor  **American Workers Insurance Services, Inc.**  Case number (if known) **19-44208-mxm11**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.429 | Nonpriority creditor's name and mailing address |
|---|---|

**Ingrid Cazzalli**

**1912 Hollister St.**

**Ceres**                          **CA**      **95307**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.430 | Nonpriority creditor's name and mailing address |
|---|---|

**Insurance Agency Big Country**

**301 N Willis St.**

**Abilene**                        **TX**      **79603**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.431 | Nonpriority creditor's name and mailing address |
|---|---|

**Insurance Care Now**

**Witfield Jean Baptisie**

**111 East Newport Center Dr.**

**Deerfield Beach**                **FL**      **33442**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.432 | Nonpriority creditor's name and mailing address |
|---|---|

**Insurance Co.**

**G. Amie**

**121 Lakewind Dr.**

**Lufkin**                         **TX**      **75901**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**    Case number (if known)  **19-44208-mxm11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.433**   Nonpriority creditor's name and mailing address

**Insurance for All Insurance Agency**

**Mark Schneider**

**81 NW 29th Terrace**

**Fort Lauderdale**    **FL**    **33311**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.434**   Nonpriority creditor's name and mailing address

**Insurance Sunny Days**

**741 Cambridge**

**Plano**    **TX**    **75023**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.435**   Nonpriority creditor's name and mailing address

**International Benefits System**

**1723 Parklake Village**

**Katy**    **TX**    **77450**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.436**   Nonpriority creditor's name and mailing address

**International Food Service**

**Executive Association**

**9510 SW 70th Loop**

**Ocala**    **FL**    **34481**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**                 Case number (if known)    **19-44208-mxm11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                      Amount of claim

| 3.437 | Nonpriority creditor's name and mailing address |
|---|---|

**Irene Rivera**

**29 A West Florimond Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Calusa**             **CA**    **95932**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.438 | Nonpriority creditor's name and mailing address |
|---|---|

**Irma Garcia**

**306 Lowell Way**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Manteca**             **CA**    **95336**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.439 | Nonpriority creditor's name and mailing address |
|---|---|

**Irma Morales**

**3473 Rancho Rio Way**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Sacramento**             **CA**    **95834**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.440 | Nonpriority creditor's name and mailing address |
|---|---|

**Irvin Brown**

**1717 Temi Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Waldorf**             **MD**    **20601**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number    __ __ __ __

Debtor **American Workers Insurance Services, Inc.**        Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.441**  Nonpriority creditor's name and mailing address

**Irvine Naeun Medical Center**

**4840 Irvine Blvd., Suite 203**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

**$0.00**

**Irvine**        **CA**    **92620**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.442**  Nonpriority creditor's name and mailing address

**Isabel Cisneros**

**285 W 4th Street**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

**$0.00**

**Stockton**        **CA**    **95206**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.443**  Nonpriority creditor's name and mailing address

**Isabel Lozano**

**770 N Winchester Blvd., Apt. #15**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

**$0.00**

**San Jose**        **CA**    **95128**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.444**  Nonpriority creditor's name and mailing address

**Isaura Lizeth Ramos Gomez**

**780 Priddy Dr.**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

**$0.00**

**Dixon**        **CA**    **95620**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.445**   Nonpriority creditor's name and mailing address

**Island Surgical Center**

**633 Gov Carlos G Camacho Rd., Suite 202**

Tamuning      **GU**    **96913**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.446**   Nonpriority creditor's name and mailing address

**Israel Siguenza**

**3150 Hillview Dr. North**

Chino      **CA**    **91710**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.447**   Nonpriority creditor's name and mailing address

**ITC Clinic**

**590 S Marine Dr., Suite 126**

Tamuning      **GU**    **96913**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.448**   Nonpriority creditor's name and mailing address

**IZAGG**

**1595 Mount Lebanon Rd.**

Cedar Hill      **TX**    **75104**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

Debtor  **American Workers Insurance Services, Inc.**                      Case number (if known)  **19-44208-mxm11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.449**  Nonpriority creditor's name and mailing address

**J Fernado Alias Md.**

**1401 Spanos Ct.**

**Modesto**            **CA**    **95355**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.450**  Nonpriority creditor's name and mailing address

**J R P Inc.**

**PO Box 832**

**Wayzata**            **MN**    **55391**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.451**  Nonpriority creditor's name and mailing address

**J Raymundo Aguirre Rodriguez**

**2263 Craig Avenue**

**Sacramento**          **CA**    **95832**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.452**  Nonpriority creditor's name and mailing address

**J.R. Sturich M.D.**

**3300 E South St., Suite 305**

**Lakewood**           **CA**    **90805**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**          Case number (if known)   **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.453 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Jacob Brock**

**413 Sarah Circle**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Roanoke**   TX   76262   **Producer Agreement**

Date or dates debt was incurred _____   **Is the claim subject to offset?**
☑ No
Last 4 digits of account number __ __ __ __   ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Jacqueline Baca Cruz**

**654 Brooks Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Yuba City**   CA   95991   **Face to Face Agent**

Date or dates debt was incurred _____   **Is the claim subject to offset?**
☑ No
Last 4 digits of account number __ __ __ __   ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Jae Boon Lee**

**602 Fairview Avenue #16**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Arcadia**   CA   91007   **Face to Face Agent**

Date or dates debt was incurred _____   **Is the claim subject to offset?**
☑ No
Last 4 digits of account number __ __ __ __   ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Jae Im Yoo**

**3901 Roxfield Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Buford**   GA   30518   **Face to Face Agent**

Date or dates debt was incurred _____   **Is the claim subject to offset?**
☑ No
Last 4 digits of account number __ __ __ __   ☐ Yes

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.457**   Nonpriority creditor's name and mailing address

**Jae J. Kim Dds**

**17476 Colima Rd.**

_____

**Rowland Heights**      **CA**     **91748**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.458**   Nonpriority creditor's name and mailing address

**Jae Lee**

**5452 Spey Ct.**

_____

**Alpharetta**      **GA**     **30022**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.459**   Nonpriority creditor's name and mailing address

**Jaime Mendoza Gonzalez**

**9014 N El Dorado St.**

_____

**Stockton**      **CA**     **95210**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.460**   Nonpriority creditor's name and mailing address

**Jaine Billieu**

**109 W Randol Mill Rd., Suite 102**

_____

**Arlington**      **TX**     **76011**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                          Amount of claim

---

**3.461**   Nonpriority creditor's name and mailing address

**James Baker**

**915 N King St.**

**Honolulu**        **HI**    **96817**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.462**   Nonpriority creditor's name and mailing address

**James Carson**

**PO Box 310670**

**Detroit**        **MI**    **48231**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.463**   Nonpriority creditor's name and mailing address

**James Carvin**

**789 Cotton Bay Dr. E, Apt. 2712**

**West Palm Beach**        **FL**    **33406**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.464**   Nonpriority creditor's name and mailing address

**James Cho**

**1245 Wilshire Blvd., Suite 917**

**Los Angeles**        **CA**    **90017**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**    Case number (if known)  **19-44208-mxm11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.465** Nonpriority creditor's name and mailing address

James Clinton McFadden

1074 Ralph Ave., Floor 2

Brooklyn    NY   11236

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.466** Nonpriority creditor's name and mailing address

James J Durham Jr.

6 Sedgewick Cir.

South Windsor    CT   06074

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.467** Nonpriority creditor's name and mailing address

James Jhung

3435 Wilshire Blvd #320

Los Angeles    CA   90010

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.468** Nonpriority creditor's name and mailing address

James Jhung

1881 West Jefferson Blvd #203

Los Angeles    CA   90018

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

Debtor     **American Workers Insurance Services, Inc.**                    Case number (if known)  **19-44208-mxm11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.469 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

**James Linkin**

**11511 113th St. N, #34 B**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Largo**                          **FL**      **33778**              **Face to Face Agent**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

| 3.470 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

**James Novak**

**316 25th St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**San Diego**                   **CA**      **92102**              **Face to Face Agent**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

| 3.471 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

**James Paul Almosara**

**94 133 Pahu St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Waipahu**                     **HI**      **96797**              **Face to Face Agent**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

| 3.472 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$0.00

**James Stewart**

**1051 Fallen Leaf Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Arcadia**                      **CA**      **91006**              **Face to Face Agent**

**Date or dates debt was incurred**

**Is the claim subject to offset?**

**Last 4 digits of account number** __ __ __ __

☑ No
☐ Yes

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

| **3.473** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**James Turner Insurance**

**1377 Lorraine Lane**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Kaufman**    **TX**    **75142**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.474** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**James Zatezalo**

**2975 Treat Blvd., Suite A4**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Concord**    **CA**    **94518**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.475** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Jane Leilani Pascual**

**95-061 Waikalani Dr., D801**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Mililani**    **HI**    **96789**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| **3.476** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Jane Pascual**

**95-061 Waikalani Dr.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Mililani**    **HI**    **96789**

**Basis for the claim:**
**Producer Agreement**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)  **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.477 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Janet Chung**

**16884 E 14th Street**

**San Leandro**      **CA**    **94578**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

| 3.478 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Janeth Sierra**

**PO Box 578455**

**Modesto**      **CA**    **95357**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

| 3.479 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Jang Ko**

**3295 El Camino Real**

**Santa Clara**      **CA**    **95051**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

| 3.480 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Jang Woo Whi**

**2831 FLores Street #104**

**San Mateo**      **CA**    **94403**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.481** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$0.00** |

Jason Lee

3876 Bradwater St.

| | | |
|---|---|---|
| Fairfax | VA | 22031 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.482** Nonpriority creditor's name and mailing address

Jason McDowell

1835 S Perimiter Rd., #165

| | | |
|---|---|---|
| Fort Lauderdale | FL | 33309 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.483** Nonpriority creditor's name and mailing address

Javier Celis

13633 Doty Ave., Apt. 18

| | | |
|---|---|---|
| Hawthorne | CA | 90250 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.484** Nonpriority creditor's name and mailing address

Javier Garces

PO Box 211221

| | | |
|---|---|---|
| South Daytona | FL | 32121 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$0.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor   **American Workers Insurance Services, Inc.**          Case number (if known)   **19-44208-mxm11**

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                  Amount of claim

**3.485**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                         **$0.00**
                                                                         *Check all that apply.*
**Jayoung Sa**                                                           ☐ Contingent
**1037 E 22nd St.**                                                      ☐ Unliquidated
                                                                         ☐ Disputed

                                                                         **Basis for the claim:**
**Los Angeles**                    **CA**    **90011**                   **Face to Face Agent**

Date or dates debt was incurred    _____                           Is the claim subject to offset?
                                                                         ☑ No
Last 4 digits of account number    __ __ __ __                           ☐ Yes

---

**3.486**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                         **$0.00**
                                                                         *Check all that apply.*
**JC America Enterprises**                                               ☐ Contingent
**8419 Brooklyn Rd.**                                                    ☐ Unliquidated
                                                                         ☐ Disputed

                                                                         **Basis for the claim:**
**Sacramento**                     **CA**    **95829**                   **Face to Face Agent**

Date or dates debt was incurred    _____                           Is the claim subject to offset?
                                                                         ☑ No
Last 4 digits of account number    __ __ __ __                           ☐ Yes

---

**3.487**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                         **$0.00**
                                                                         *Check all that apply.*
**Jean Lee**                                                             ☐ Contingent
**3561 Homestead Road #463**                                             ☐ Unliquidated
                                                                         ☐ Disputed

                                                                         **Basis for the claim:**
**Santa Clara**                    **CA**    **95051**                   **Face to Face Agent**

Date or dates debt was incurred    _____                           Is the claim subject to offset?
                                                                         ☑ No
Last 4 digits of account number    __ __ __ __                           ☐ Yes

---

**3.488**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                         **$0.00**
                                                                         *Check all that apply.*
**Jeanette Crummedyo**                                                   ☐ Contingent
**PO Box 925**                                                           ☐ Unliquidated
                                                                         ☐ Disputed

                                                                         **Basis for the claim:**
**Missouri City**                  **TX**    **77459**                   **Face to Face Agent**

Date or dates debt was incurred    _____                           Is the claim subject to offset?
                                                                         ☑ No
Last 4 digits of account number    __ __ __ __                           ☐ Yes

---

Debtor __American Workers Insurance Services, Inc.__          Case number (if known) __19-44208-mxm11__

**Part 2:**     **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| | |
|---|---|
| **3.489**   Nonpriority creditor's name and mailing address | **As of the petition filing date, the claim is:** $0.00 |

**3.489**   Nonpriority creditor's name and mailing address

__Jeannette Detrinidad__

__249 N Palm Ave., Apt. #D__

__Upland__      CA    __91786__

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__Face to Face Agent__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.490**   Nonpriority creditor's name and mailing address

__Jeff Bradshaw__

__1107 Fair Oaks Ave., #189__

__South Pasadena__      CA    __91030__

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__Face to Face Agent__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.491**   Nonpriority creditor's name and mailing address

__Jefferson Suh__

__321 N. Kenmore Ave., #213__

__Los Angeles__      CA    __90004__

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__Face to Face Agent__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.492**   Nonpriority creditor's name and mailing address

__Jeffrey Thomas__

__9850 Genesee Ave., Suite 910__

__La Jolla__      CA    __92037__

Date or dates debt was incurred _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__Face to Face Agent__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**          Case number (if known)   **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                     Amount of claim

| 3.493 | Nonpriority creditor's name and mailing address |
|---|---|

Jennifer McLeod

1356 E 48th St.

Brooklyn                    NY      11234

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

| 3.494 | Nonpriority creditor's name and mailing address |
|---|---|

Jennifer Tan-Heahlke

915 N King St.

Honolulu                    HI      96817

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

| 3.495 | Nonpriority creditor's name and mailing address |
|---|---|

Jennifer White

3521 851 NW 33rd Ter.

Fort Lauderdale             FL      33311

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

| 3.496 | Nonpriority creditor's name and mailing address |
|---|---|

Jenny Andrea Veira Mejia

1025 McKay Dr., #26

San Jose                    CA      95131

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.497** Nonpriority creditor's name and mailing address

**Jenny Jeongwon Oshima**

**2264 Maximilian Drive**

**Campbell**    **CA**   **95008**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.498** Nonpriority creditor's name and mailing address

**Jeom Soon Yun**

**1812 Briarwood Cir.**

**Milledgeville**    **GA**   **31061**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.499** Nonpriority creditor's name and mailing address

**Jeri Hill Billow**

**Jeri Billow**

**6152 NW 74 Court**

**Parkland**    **FL**   **33067**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.500** Nonpriority creditor's name and mailing address

**Jericho Amaroso**

**515 Golden Spur Cir.**

**Walnut**    **CA**   **91789**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**          Case number (if known)    **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

_Check all that apply._

**Jerry Bush**

**4900 Rio Vista Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Granbury          TX    76049**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

_Check all that apply._

**Jerry Cabebe**

**114 Harbor Coast St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Las Vegas          NV    89148**

**Basis for the claim:**
**Producer Agreement**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

_Check all that apply._

**Jessiah Heaton**

**180 S Lexington Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Folsom          CA    95630**

**Basis for the claim:**
**Producer Agreement**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

_Check all that apply._

**Jessica Cho**

**2080 Century Park E, Suite 909**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Los Angeles          CA    90067**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.       **Amount of claim**

---

| 3.505 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

**$0.00**

Jessica Lim

10540 Randy Lane

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Cupertino     CA    95014     **Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

**$0.00**

Jessica R. Powers

14 Blakes Hill Rd.

Westford, MA 1886

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

**$0.00**

Jessica Rodriguez

3425 Pinewalk Dr., Apt. 202

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Margate     FL    33063     **Producer Agreement**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
Check all that apply.

**$0.00**

Jessica Ross

2975 Treat Blvd., Suite A4

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Concord     CA    94518     **Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

- ☑ No
- ☐ Yes

---

Debtor __**American Workers Insurance Services, Inc.**__ Case number (if known) __**19-44208-mxm11**__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.509** | **Nonpriority creditor's name and mailing address**

**Jessica Whipple**

**2975 Treat Blvd., Suite A4**

**Concord**      **CA**    **94518**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

---

**3.510** | **Nonpriority creditor's name and mailing address**

**Jessie Simmons**

**4000 Allendale Rd., #1223**

**Houston**      **TX**    **77017**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

---

**3.511** | **Nonpriority creditor's name and mailing address**

**Jesus Gangi**

**7257 W Touhy Ave., Suite 202**

**Chicago**      **IL**    **60631**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Producer Agreement**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

---

**3.512** | **Nonpriority creditor's name and mailing address**

**Jesus Heredia**

**720 Crater Ave.**

**Modesto**      **CA**    **95351**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**    Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.513 | Nonpriority creditor's name and mailing address |
| --- | --- |

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*

**Jesus Pena Andrade**

☐ Contingent
**2037 Garvin Avenue**
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Richmond** **CA** **94801**    **Face to Face Agent**

Date or dates debt was incurred    **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___    ☑ No
☐ Yes

| 3.514 | Nonpriority creditor's name and mailing address |
| --- | --- |

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*

**Ji Nam Lee**

☐ Contingent
**6032 Kingman Ave., #D**
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Buena Park** **CA** **90621**    **Face to Face Agent**

Date or dates debt was incurred    **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___    ☑ No
☐ Yes

| 3.515 | Nonpriority creditor's name and mailing address |
| --- | --- |

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*

**Jihwa Lim**

☐ Contingent
**4040 West Campbell Ave**
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Campbell** **CA** **95008**    **Face to Face Agent**

Date or dates debt was incurred    **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___    ☑ No
☐ Yes

| 3.516 | Nonpriority creditor's name and mailing address |
| --- | --- |

**As of the petition filing date, the claim is:** $0.00
*Check all that apply.*

**Jimmy Choi**

☐ Contingent
**1131 N Vermont Ave., Suite 201**
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Los Angeles** **CA** **90029**    **Face to Face Agent**

Date or dates debt was incurred    **Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___    ☑ No
☐ Yes

Debtor   **American Workers Insurance Services, Inc.**                    Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.517**   Nonpriority creditor's name and mailing address

Jimmy King

422 Magnolia

Hughes Springs                TX      75656

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.518**   Nonpriority creditor's name and mailing address

Jin Ho Park

55 Stillbreeze Lane

Watsonville                CA      95076

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.519**   Nonpriority creditor's name and mailing address

Jinghua Shen

19503 Steven Creek Blvd., #315

Cupertino                CA      95014

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.520**   Nonpriority creditor's name and mailing address

Jiyoon An

3977 Rhoda Dr., #1

San Jose                CA      95117

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                     Amount of claim

**3.521**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:        **$0.00**
*Check all that apply.*

Jiyoung Kim

1764 Via Flores

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

San Jose     CA    95132     **Face to Face Agent**

Date or dates debt was incurred            **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __    ☑ No
                                                    ☐ Yes

**3.522**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:     **Unknown**
*Check all that apply.*

Joanna Cheng, et al.

c/o Mark L. Javitch

Javitch Law Office

480 S. Ellsworth Ave.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**

San Mateo     CA    94401     **TCPA Claim**

Date or dates debt was incurred            **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __    ☑ No
                                                    ☐ Yes

**3.523**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:        **$0.00**
*Check all that apply.*

Joaquin Gomez

6935 Leader St.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Houston     TX    77074     **Face to Face Agent**

Date or dates debt was incurred            **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __    ☑ No
                                                    ☐ Yes

**3.524**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is:        **$0.00**
*Check all that apply.*

Joe Flores

2652 Rogue Way

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Roseville     CA    95747     **Face to Face Agent**

Date or dates debt was incurred            **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __    ☑ No
                                                    ☐ Yes

Debtor     **American Workers Insurance Services, Inc.**     Case number (if known)   **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

           **Amount of claim**

---

**3.525**    **Nonpriority creditor's name and mailing address**

**Joel Porro**

**3045 W Flagler St., Apt. 5**

**Miami**        **FL**    **33135**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

      **$0.00**

---

**3.526**    **Nonpriority creditor's name and mailing address**

**Joel Vega**

**200 Ave. Rafael Corderote**

**Suite 140 - PMB 28**

**Caguas, PR 725**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

      **$0.00**

---

**3.527**    **Nonpriority creditor's name and mailing address**

**Joey Yusay**

**2446 Ozark Dr.**

**Tracy**        **CA**    **95304**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

      **$0.00**

---

**3.528**    **Nonpriority creditor's name and mailing address**

**John A. Locher**

**PO Box 700095**

**Tulsa**        **OK**    **74170**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

      **$0.00**

---

Debtor  **American Workers Insurance Services, Inc.**  Case number (if known)  **19-44208-mxm11**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.529**  **Nonpriority creditor's name and mailing address**

**John Baek**

**2917 Monroe Place**

**Falls Church**          **VA**    **22042**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.530**  **Nonpriority creditor's name and mailing address**

**John Beck**

**718 Kiowa Dr. E**

**Gainesville**          **TX**    **76240**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.531**  **Nonpriority creditor's name and mailing address**

**John Fillop**

**4055 Indian Creek Rd.**

**Martinez**          **GA**    **30907**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.532**  **Nonpriority creditor's name and mailing address**

**John Goodrich**

**2975 Treat Blvd., Suite A4**

**Concord**          **CA**    **94518**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.533 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

John Holladay

7239 Big Bend Dr.

☐ Contingent
☐ Unliquidated
☐ Disputed

Spring Hill      FL    34606

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.534 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

John King

350 Fairway Dr., #110

☐ Contingent
☐ Unliquidated
☐ Disputed

Deerfield Beach      FL    33441

**Basis for the claim:**
**Producer Agreement**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.535 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

John M. Bell

112 Vulco Dr.

☐ Contingent
☐ Unliquidated
☐ Disputed

Hendersonville      TN    37075

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.536 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

John Olivarez

1528 Lark Tree Way

☐ Contingent
☐ Unliquidated
☐ Disputed

Hacienda Heights      CA    91745

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.537**  Nonpriority creditor's name and mailing address

**John Park**

**22221 Bloomfield Ave., #24**

**Cypress**          **CA**    **90630**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.538**  Nonpriority creditor's name and mailing address

**John Rassman**

**3980 W Broward Blvd.**

**Fort Lauderdale**     **FL**    **33312**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.539**  Nonpriority creditor's name and mailing address

**John Retureta**

**6230 Mayo St.**

**Hollywood**          **FL**    **33023**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.540**  Nonpriority creditor's name and mailing address

**John Sloan**

**12827 Southwest Frwy., Apt 106**

**Stafford**          **TX**    **77477**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor __**American Workers Insurance Services, Inc.**_____ Case number (if known) __**19-44208-mxm11**__

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.541 | Nonpriority creditor's name and mailing address |
|---|---|

**John Timothy Lewis**

**11411 Bent Way St.**

**Cypress** **TX** **77429**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

| 3.542 | Nonpriority creditor's name and mailing address |
|---|---|

**John Warwick**

**205 W Granger Ave.**

**Modesto** **CA** **95350**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

| 3.543 | Nonpriority creditor's name and mailing address |
|---|---|

**Johnathan Alff**

**210 Rev. Bill Perkins Rd.**

**Williamsburg** **KY** **40769**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

| 3.544 | Nonpriority creditor's name and mailing address |
|---|---|

**Jonathan Surney**

**8083 Mariners Dr., Apt. #1502**

**Stockton** **CA** **95219**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

Debtor __**American Workers Insurance Services, Inc.**__  Case number (if known) __**19-44208-mxm11**__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.545 | Nonpriority creditor's name and mailing address |
|---|---|

__Jonathan Yustman__

__4344 Ridgerider Ct.__

__Riverside__     __CA__    __92509__

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Face to Face Agent__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.546 | Nonpriority creditor's name and mailing address |
|---|---|

__Jong Pil Kim__

__888 Saratoga Avenue #201__

__San Jose__     __CA__    __95129__

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Face to Face Agent__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.547 | Nonpriority creditor's name and mailing address |
|---|---|

__Joo Han Kang__

__9900 Memorial Dr., # C50__

__Houston__     __TX__    __77024__

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Face to Face Agent__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.548 | Nonpriority creditor's name and mailing address |
|---|---|

__Joo Y. Kim__

__8637 Niles Center Rd., Apt. G__

__Skokie__     __IL__    __60077__

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__Face to Face Agent__

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**          Case number (if known)   **19-44208-mxm11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.549 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Joon Ann Medical Clinic**

**2911 W 8th St.**

**Los Angeles**          **CA**   **90005**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.550 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Joong Ang Medical Clinic**

**2911 W 8th St.**

**Los Angeles**          **CA**   **90005**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.551 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Jorge Guerrero**

**1708 W Vine St**

**Lodi**          **CA**   **95242**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.552 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Jorge Pena**

**1960 SW 81st Ter.**

**North Lauderdale**          **FL**   **33068**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor     **American Workers Insurance Services, Inc.**          Case number (if known)    **19-44208-mxm11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.553 | Nonpriority creditor's name and mailing address |
|---|---|

**Jorge Sotomayor**

**5174 1/4 Wood Ave.**

**South Gate**          **CA      90280**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.554 | Nonpriority creditor's name and mailing address |
|---|---|

**Jose Antonio Rodriguez**

**5506 Bergenline Ave., FL 2**

**West New York**          **NJ      07093**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.555 | Nonpriority creditor's name and mailing address |
|---|---|

**Jose Guerra**

**6714 La Sombra Dr.**

**Houston**          **TX      77083**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.556 | Nonpriority creditor's name and mailing address |
|---|---|

**Jose Luis Garcia**

**2352 Villanova Circle, Apt. 1**

**Sacramento**          **CA      95825**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
| --- | --- | --- | --- |

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.557** Nonpriority creditor's name and mailing address

Jose Luis Hernandez

1869 MacDuee Way

San Jose                         CA       95121

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.558** Nonpriority creditor's name and mailing address

Jose Luquin

1320 Redteal Dr.

Newman                         CA       95360

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.559** Nonpriority creditor's name and mailing address

Jose Pascasio

6791 Blue Heron Place

La Verne                         CA       91750

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.560** Nonpriority creditor's name and mailing address

Jose Penate

6100 Nowere Ave.

Los Angeles                      CA       90110

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor     **American Workers Insurance Services, Inc.**     Case number (if known) __19-44208-mxm11__

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.561 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Jose Rivas**

**2710 Lou Ann Lane**

**Harlingen                    TX        78550**

Date or dates debt was incurred

Last 4 digits of account number          ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| 3.562 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Jose Rivera**

**1191 Alameda De Las Pulgas #23**

**Belmont                      CA        94002**

Date or dates debt was incurred

Last 4 digits of account number          ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| 3.563 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Jose Robledo**

**623 León Ave**

**Modesto                      CA        95351**

Date or dates debt was incurred

Last 4 digits of account number          ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

| 3.564 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Josefina Melendez**

**7 Werner Court**

**Novato                       CA        94947**

Date or dates debt was incurred

Last 4 digits of account number          ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

---

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.565**   Nonpriority creditor's name and mailing address

Josefina Tejeda

2744 Bridgeford Dr.

Sacramento     CA    95833

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.566**   Nonpriority creditor's name and mailing address

Joseph Alex Martin

948 W 3rd St., #2

Erie     PA    16507

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.567**   Nonpriority creditor's name and mailing address

Joseph Camacho

4933 W Craig Rd., #211

Las Vegas     NV    89130

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.568**   Nonpriority creditor's name and mailing address

Joseph Chun

21039 Devonshire St.

Chatsworth     CA    91311

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**    Case number (if known)    **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Joseph Kang**

**2460 Flintridge Dr.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Glendale          CA      91206**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Joseph Lata**

**8043 W McNab Rd.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Tamarac          FL      33321**

**Basis for the claim:**
**Producer Agreement**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Joseph Sholomith**

**13200 Spring Hill Dr.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Spring Hill          FL      34609**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Josie Mendoza**

**18952 Long Branch St.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Lincoln          NE      68502**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    ___ ___ ___ ___

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |

---

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.573**   Nonpriority creditor's name and mailing address

**Jovena Nicasio**

**17536 Saticoy St.**

**Van Nuys**          **CA**     **91406**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.574**   Nonpriority creditor's name and mailing address

**Joy Young, LLC**

**2917 Monroe Place**

**Falls Church**          **VA**     **22042**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.575**   Nonpriority creditor's name and mailing address

**JR Solutions**

**Rita MeDrano**

**1500 Noble Ave., #2A**

**Bronz**          **NY**     **10460**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.576**   Nonpriority creditor's name and mailing address

**Juan Antonio Martinez**

**6625 Avenida C**

**Houston**          **TX**     **77011**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**   Case number (if known) __19-44208-mxm11__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.577** Nonpriority creditor's name and mailing address

Juan Cruz Aceves

1806 Cherry St

Aberdeen                    WA      98520

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.578** Nonpriority creditor's name and mailing address

Juan Curiman

12410 Piping Rock Dr.

Houston                     TX      77077

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.579** Nonpriority creditor's name and mailing address

Juan Mora Aguilar

285 W 4th St.

Stockton                    CA      95206

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.580** Nonpriority creditor's name and mailing address

Juan Ruiz de Velasco

737 Bluebonnet Dr.

Grand Prairie               TX      75052

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Producer Agreement

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**          Case number (if known)   **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.581**   Nonpriority creditor's name and mailing address

Julianna Mo

1521 20th Avenue

San Francisco              CA      94122

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.582**   Nonpriority creditor's name and mailing address

Julie Park

3810 Wilshire Blvd Unit # 304

Los Angeles              CA      90010

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.583**   Nonpriority creditor's name and mailing address

Julietelia Butac

4045 E Camino Parocela

Palm Springs              CA      92264

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.584**   Nonpriority creditor's name and mailing address

Julio Nosta

54 Monrovia Blvd.

Tuckahoe              NY      10707

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor __American Workers Insurance Services, Inc.__     Case number (if known) __19-44208-mxm11__

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.585 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                              **$0.00**

__June Park__                          ☐ Contingent
__908 S Ardmore Ave., Unit #404__      ☐ Unliquidated
                                       ☐ Disputed

                                       **Basis for the claim:**
__Los Angeles            CA    90006__  __Face to Face Agent__

Date or dates debt was incurred _____   Is the claim subject to offset?
                                          ☑ No
Last 4 digits of account number __ __ __ __   ☐ Yes

---

| 3.586 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                              **$0.00**

__Jung Nam Choi__                      ☐ Contingent
__6365 Benecia Avenue__                ☐ Unliquidated
                                       ☐ Disputed

                                       **Basis for the claim:**
__Newark                 CA    94560__  __Face to Face Agent__

Date or dates debt was incurred _____   Is the claim subject to offset?
                                          ☑ No
Last 4 digits of account number __ __ __ __   ☐ Yes

---

| 3.587 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                              **$0.00**

__Jung Hee Chung__                     ☐ Contingent
__480 Canyon Oaks Dr. F__              ☐ Unliquidated
                                       ☐ Disputed

                                       **Basis for the claim:**
__Oakland                CA    94605__  __Face to Face Agent__

Date or dates debt was incurred _____   Is the claim subject to offset?
                                          ☑ No
Last 4 digits of account number __ __ __ __   ☐ Yes

---

| 3.588 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*                              **$0.00**

__Jung Huh__                           ☐ Contingent
__856 Foothill Ct.__                   ☐ Unliquidated
                                       ☐ Disputed

                                       **Basis for the claim:**
__San Jose               CA    95123__  __Face to Face Agent__

Date or dates debt was incurred _____   Is the claim subject to offset?
                                          ☑ No
Last 4 digits of account number __ __ __ __   ☐ Yes

---

Debtor **American Workers Insurance Services, Inc.**      Case number (if known) **19-44208-mxm11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.589**   Nonpriority creditor's name and mailing address

**Jung Min Lee**

**57 Freeman Lane**

**Buena Park**     **CA**    **90621**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.590**   Nonpriority creditor's name and mailing address

**Jung Oh**

**1609 Great Falls St Unit # 108**

**Mclean**     **VA**    **22101**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.591**   Nonpriority creditor's name and mailing address

**Jung Sook Suk**

**1792 Park Avenue**

**San Bruno**     **CA**    **94066**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.592**   Nonpriority creditor's name and mailing address

**Justin Chung**

**7504 Rio Grande Way**

**Gainesville**     **VA**    **20155**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

        Amount of claim

| | |
|---|---|
| **3.593**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     **$0.00** |

**Justin O'Neill**

**11555 Heron Bay Blvd., Suite 200**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Coral Springs**     FL    33076

Basis for the claim:
**Producer Agreement**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| | |
|---|---|
| **3.594**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     **$0.00** |

**Justin Parrish**

**842 Garden Rd.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Marrero**     LA    70072

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| | |
|---|---|
| **3.595**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     **$0.00** |

**K&A Tax And Multiservices**

**211 W Sealy St., Suite #3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Alvin**     TX    77511

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

---

| | |
|---|---|
| **3.596**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:     **$0.00** |

**Kalihi-Palama Health Center**

**915 N King St.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Honolulu**     HI    96717

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __

Debtor    **American Workers Insurance Services, Inc.**          Case number (if known)    **19-44208-mxm11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.597**    Nonpriority creditor's name and mailing address

**Karan Park**

**3310 Moraga Blvd.**

**Lafayette**          **CA**    **94549**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.598**    Nonpriority creditor's name and mailing address

**Kareem Mclean**

**20533 Biscayne Blvd., #603**

**Aventura**          **FL**    **33180**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.599**    Nonpriority creditor's name and mailing address

**Karen Atrisco**

**15198 Polk Dr.**

**Clearlake**          **CA**    **95422**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.600**    Nonpriority creditor's name and mailing address

**Karen Fischer**

**324 Fearl Dr.**

**Waterford**          **CA**    **95386**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |
|---|---|---|---|

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.601** Nonpriority creditor's name and mailing address

**Karen Kolb**

**1100 N Beeline Hwy., Suite E**

**Payson**     **AZ**     **85541**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.602** Nonpriority creditor's name and mailing address

**Karina Perez**

**PO Box 202**

**South San Francisco**     **CA**     **94083**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.603** Nonpriority creditor's name and mailing address

**Karla Perez**

**7448 Winkley Way**

**Sacramento**     **CA**     **95822**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.604** Nonpriority creditor's name and mailing address

**Kathy Chatmon**

**PO Box 1436**

**Houston**     **TX**     **77251**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor  **American Workers Insurance Services, Inc.**                    Case number (if known)  **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| **3.605** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Kathy Kim**

**2831 FLores Street #104**

$0.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **San Mateo** | **CA** | **94403** |
|---|---|---|

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.606** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Keewon Kim**

**4701 Americana Dr., Apt. #201**

$0.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Annandale** | **VA** | **22003** |
|---|---|---|

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.607** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Keith Larson**

**915 N King St.**

$0.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Honolulu** | **HI** | **96817** |
|---|---|---|

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **3.608** | **Nonpriority creditor's name and mailing address** |
|---|---|

**Keith Pilson**

**20 Eagle Lane**

$0.00

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Martinsville** | **VA** | **24112** |
|---|---|---|

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
| --- | --- | --- | --- |

---

**Part 2:**     **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.609 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Kenji Chikaraishi**

**564 N Virgil Ave., Apt. 3**

**Los Angeles**     **CA**    **90004**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.610 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Kenneth Chang**

**4026 W Olympic Blvd.**

**Los Angeles**     **CA**    **90019**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.611 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Kenneth Duck**

**114 Grandiflora Drive**

**McDonough**     **GA**    **30253**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.612 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Keumrye Lim**

**272 Mount Hermon Rd., #C**

**Scotts Valley**     **CA**    **95066**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor __American Workers Insurance Services, Inc.__   Case number (if known) __19-44208-mxm11__

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.613 | Nonpriority creditor's name and mailing address |
|---|---|

Kevan Kwan

980 E Ranchcreek Rd.

Covina      CA    91724

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**$0.00**

---

| 3.614 | Nonpriority creditor's name and mailing address |
|---|---|

Kevin Sant

6530 NW 39th St.

Sunrise      FL    33313

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Producer Agreement**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**$0.00**

---

| 3.615 | Nonpriority creditor's name and mailing address |
|---|---|

Kilwon Seo

2960 W 235th St #14

Torrance      CA    90505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**$0.00**

---

| 3.616 | Nonpriority creditor's name and mailing address |
|---|---|

Kimberly Stewart

1051 Fallen Leaf Rd.

Arcadia      CA    91006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

**$0.00**

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.617** Nonpriority creditor's name and mailing address

KLC Solutions Inc

7800 Commonwealth Ave., #205

Buena Park     CA     90621

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.618** Nonpriority creditor's name and mailing address

Ko Myoung Heo

5021 Tibbitt Lane

Burke     VA     22015

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.619** Nonpriority creditor's name and mailing address

Ko Soon Park

4171 Terrace Oaks Lane

Suwanee     GA     30024

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.620** Nonpriority creditor's name and mailing address

Korea & America Oriental

2120 W 8th St., Suite 260

Los Angeles     CA     90057

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor    **American Workers Insurance Services, Inc.**              Case number (if known)   **19-44208-mxm11**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                  Amount of claim

| | |
|---|---|
| **3.621**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:  $0.00 |
| **Krislyn Corporation** | *Check all that apply.* |
| **10 Industrial Park Rd.** | ☐ Contingent |
| **Hingham, MA 2043** | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| | **Face to Face Agent** |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number  __ __ __ __ | ☑ No |
| | ☐ Yes |

| | |
|---|---|
| **3.622**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:  $0.00 |
| **Kristen Lowenberg** | *Check all that apply.* |
| **2975 Treat Blvd., Suite A4** | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| **Concord**          **CA**    **94518** | **Face to Face Agent** |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number  __ __ __ __ | ☑ No |
| | ☐ Yes |

| | |
|---|---|
| **3.623**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:  $0.00 |
| **Krusee Management** | *Check all that apply.* |
| **PO Box 2314** | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| **Hagatna**          **GU**    **96932** | **Face to Face Agent** |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number  __ __ __ __ | ☑ No |
| | ☐ Yes |

| | |
|---|---|
| **3.624**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:  $0.00 |
| **Kum Hwi Pak** | *Check all that apply.* |
| **5519 Muir Dr.** | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| **Buena Park**          **CA**    **90621** | **Face to Face Agent** |
| Date or dates debt was incurred | Is the claim subject to offset? |
| Last 4 digits of account number  __ __ __ __ | ☑ No |
| | ☐ Yes |

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.625** Nonpriority creditor's name and mailing address

Kun Sang Lee

115 Hollybrooke Dr.

Langhorne         PA      19047

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

$0.00

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.626** Nonpriority creditor's name and mailing address

Kwang Jin Kim

3300 W Rosecrans Ave., Suite 105

Hawthorne         CA      90250

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

$0.00

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.627** Nonpriority creditor's name and mailing address

Kwang Oh

5220 Crestfield Dr.

San Ramon         CA      94582

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

$0.00

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.628** Nonpriority creditor's name and mailing address

Kwang Sung

4554 King William Ct

Annandale         VA      22003

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

$0.00

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor **American Workers Insurance Services, Inc.**   Case number (if known) **19-44208-mxm11**

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.629** Nonpriority creditor's name and mailing address

**Kyeong Im Hwang**

**325 Tanners Crossing**

| Alpharetta | GA | 30022 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.630** Nonpriority creditor's name and mailing address

**Kyeong Rye Lolzou**

**41935 Stoneyford Terrace**

| Aldie | VA | 20105 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.631** Nonpriority creditor's name and mailing address

**Kyle Minors**

**1 E Broward Blvd.**

| Fort Lauderdale | FL | 33301 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.632** Nonpriority creditor's name and mailing address

**Kyoko Watanabe**

**455 E. 3rd Street # 706**

| Los Angeles | CA | 90013 |

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
| --- | --- | --- | --- |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.633** Nonpriority creditor's name and mailing address

**Kyong Fillop**

**4055 Indian Creek Rd.**

**Martinez** **GA** **30907**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.634** Nonpriority creditor's name and mailing address

**Kyong Ja Kim**

**2851 E Cog Hill Terrace**

**Dublin** **CA** **94568**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.635** Nonpriority creditor's name and mailing address

**Kyoung Lee**

**1104 Tapaz Avenue #3**

**San Jose** **CA** **95117**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.636** Nonpriority creditor's name and mailing address

**Kyoung Woo**

**860 South Kingsley Drive #106**

**Los Angeles** **CA** **90005**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor  **American Workers Insurance Services, Inc.**          Case number (if known)  **19-44208-mxm11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                Amount of claim

**3.637**  Nonpriority creditor's name and mailing address

**Kyung Ok Han**

**4701 Americana Dr., Apt. #201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Annandale**          **VA**     **22003**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.638**  Nonpriority creditor's name and mailing address

**Kyung Soon Jung**

**5954 Attentee Road**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Springfield**          **VA**     **22150**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.639**  Nonpriority creditor's name and mailing address

**Kyung Suk Lee**

**14335 Castellon Rd.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**La Mirada**          **CA**     **90638**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.640**  Nonpriority creditor's name and mailing address

**Lakha Medical**

**7128 Pacific Blvd., Suite C**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

**Huntington Park**          **CA**     **90255**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.641** Nonpriority creditor's name and mailing address

**Lance T. McClure**

**2517 Jameson St.**

**Temple Hills**     **MD**    **20748**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.642** Nonpriority creditor's name and mailing address

**Larry Boykin**

**6312 White Jade Dr.**

**Fort Worth**     **TX**    **76179**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.643** Nonpriority creditor's name and mailing address

**Larry Dearman**

**8340 NW 7th Ct.**

**Boca Raton**     **FL**    **33487**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.644** Nonpriority creditor's name and mailing address

**Latin Alliance**

**15534 W Hardy Rd., Suite 190**

**Houston**     **TX**    **77060**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**    Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.645**    Nonpriority creditor's name and mailing address

**Latinos Integrados**

**8303 S W Frwy., Suite 725**

**Houston**                    **TX**      **77074**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.646**    Nonpriority creditor's name and mailing address

**Laura Gonzalez Corona**

**1885 Ocala Ave.**

**San José**                    **CA**      **95122**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.647**    Nonpriority creditor's name and mailing address

**Laura Mora ZuÑlga**

**2307 New Jersey Ave., Apt. B**

**San Jose**                    **CA**      **95124**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.648**    Nonpriority creditor's name and mailing address

**Laura Yanez**

**623 León Ave**

**Modesto**                    **CA**      **95351**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor  **American Workers Insurance Services, Inc.**  Case number (if known)  **19-44208-mxm11**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.649**  Nonpriority creditor's name and mailing address

**Laurie Cheatham**

**1736 Andrews Circle**

**Suisun City**          **CA**    **94585**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.650**  Nonpriority creditor's name and mailing address

**Lawrence Bradshaw**

**Lawrence J. Bradshaw**

**1107 Fair Oaks Ave. #189**

**South Pasadena**          **CA**    **91030**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.651**  Nonpriority creditor's name and mailing address

**Lawrence Smith**

**2975 Treat Blvd., Suite A4**

**Concord**          **CA**    **94518**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.652**  Nonpriority creditor's name and mailing address

**Leanne Maupin**

**94-1221 Ka Uks Blvd. #108**

**Waipahu**          **HI**    **96797**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**          Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.653**   Nonpriority creditor's name and mailing address

**Lee Keun Kim**

**980 San Lacinto Lane**

**Lawrenceville**          **GA**      **30043**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.654**   Nonpriority creditor's name and mailing address

**Lena J. Polk**

**10122 Comanche Lane**

**Houston**          **TX**      **77041**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.655**   Nonpriority creditor's name and mailing address

**Leobardo Cornejo**

**795 Fourth Ave., #202**

**Redwood City**          **CA**      **94063**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.656**   Nonpriority creditor's name and mailing address

**Leola Anifowoshe**

**7426 Guinevere Dr.**

**Sugar Land**          **TX**      **77479**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
| --- | --- | --- | --- |

---

**Part 2:**  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| **3.657** | Nonpriority creditor's name and mailing address |
| --- | --- |

**$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*

**Leon Groode**

**21301 Bermuda St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Chatsworth** | **CA** | **91311** |
| --- | --- | --- |

**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☒ No
☐ Yes

---

| **3.658** | Nonpriority creditor's name and mailing address |
| --- | --- |

**$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*

**Leon Martin**

**4411 NW 74th Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Lauderhill** | **FL** | **33319** |
| --- | --- | --- |

**Producer Agreement**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☒ No
☐ Yes

---

| **3.659** | Nonpriority creditor's name and mailing address |
| --- | --- |

**$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*

**Leone Inc.**

**3555 Sweetwater Rd., Apt. #410**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Duluth** | **GA** | **30096** |
| --- | --- | --- |

**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☒ No
☐ Yes

---

| **3.660** | Nonpriority creditor's name and mailing address |
| --- | --- |

**$0.00**

As of the petition filing date, the claim is:
*Check all that apply.*

**Leonor Benitez**

**4803 Deep Glen Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Katy** | **TX** | **77449** |
| --- | --- | --- |

**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?

Last 4 digits of account number  ___ ___ ___ ___

☒ No
☐ Yes

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| 3.661 | Nonpriority creditor's name and mailing address |
|---|---|

**Liberty Health Solutions**

**Daniel Selnick**

**500 NE Spanish River Bld., Suite 26**

**Boca Raton**    **FL**    **33431**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.662 | Nonpriority creditor's name and mailing address |
|---|---|

**Lidia Aldana**

**2730 Firestone Boulevard**

**South Gate**    **CA**    **90280**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.663 | Nonpriority creditor's name and mailing address |
|---|---|

**Lidiya Fedotova**

**6391 Alderton St.**

**Rego Park**    **NY**    **11374**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.664 | Nonpriority creditor's name and mailing address |
|---|---|

**Lien Nguyen**

**15310 Downford Dr.**

**Tomball**    **TX**    **77377**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor __American Workers Insurance Services, Inc.__ Case number (if known) __19-44208-mxm11__

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.665** Nonpriority creditor's name and mailing address

__Liliana Garcia-Ortiz__

__1600 Hesket Way, Apt. 40__

__Sacramento__ __CA__ __95825__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.666** Nonpriority creditor's name and mailing address

__Lim & Lim Marketing__

__22119 Fair Garden Lane__

__Clarksburg__ __MD__ __20871__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.667** Nonpriority creditor's name and mailing address

__Lincoln Chiropractic Center__

__6971 Lincoln Ave., #E__

__Buena Park__ __CA__ __90620__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.668** Nonpriority creditor's name and mailing address

__Lionel Ramirez__

__PO Box 4677__

__Carolina, PR 984__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|---|---|---|---|

**Part 2:** | **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.669** Nonpriority creditor's name and mailing address

Lisa Koo

3033 Moorpark Ave., #25

San Jose      CA    95128

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.670** Nonpriority creditor's name and mailing address

Lisandro Arredondo Garcia

508 Meta Ct

Modesto      CA    95354

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.671** Nonpriority creditor's name and mailing address

Lizette Torres

Urb Villa Blanca Calle Granate #20

Caguas, PR 725

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.672** Nonpriority creditor's name and mailing address

LLC The Morrow Group

14027 Memorial Dr., Suite 226

Houston      TX    77079

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. **Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.673**  Nonpriority creditor's name and mailing address

**Lloyd Alfred Pragasam**

**2048 Orange Tree Lane**

**Redlands**  CA  92374

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.674**  Nonpriority creditor's name and mailing address

**Logicall**

**2313 W Sam Houston Pkwy N**

**Houston**  TX  77043

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.675**  Nonpriority creditor's name and mailing address

**Loise M. Herzog**

**2221 Bliss Circle**

**Oceanside**  CA  92056

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.676**  Nonpriority creditor's name and mailing address

**Lolita Gagaoin**

**PO Box 8084**

**Tamuning**  GU  96931

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.677** Nonpriority creditor's name and mailing address

Longina Montanez

13351 N Extension Ct.

Lodi CA 95242

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

**3.678** Nonpriority creditor's name and mailing address

Lorena Mora

10624 Burin Ave.

Lennox CA 90304

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

**3.679** Nonpriority creditor's name and mailing address

Lou Parnell

2750 Wallingford Dr., Apt. 1415

Houston TX 77042

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

**3.680** Nonpriority creditor's name and mailing address

Lourdes Cardona Tovar

1248 Tiegen Dr.

Hayward CA 94542

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |

---

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.681**   Nonpriority creditor's name and mailing address

**Lourdes Dulos**

**3829 Foster Ave.**

**Baldwin Park**     **CA**    **91706**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.682**   Nonpriority creditor's name and mailing address

**Lourdes Rubalcava**

**PO Box 970993**

**Orem**     **UT**    **84097**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.683**   Nonpriority creditor's name and mailing address

**Lucina Rodriguez**

**12408 Goldmine Ave**

**Waterford**     **CA**    **95386**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.684**   Nonpriority creditor's name and mailing address

**Lucio Mendes**

**3690 Woodyhill Dr.**

**Lithonia**     **GA**    **30038**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                          Amount of claim

---

**3.685**   Nonpriority creditor's name and mailing address

Luis Marquez

1901 4th Ave., Suite 100

San Diego      CA    92101

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.686**   Nonpriority creditor's name and mailing address

Luis Marquez

255 N USA St., Suite 101

Eslondido      CA    92025

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.687**   Nonpriority creditor's name and mailing address

Luis Miguel Garcia

2352 Villanova Circle, #1

Sacramento      CA    95825

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.688**   Nonpriority creditor's name and mailing address

Lus Vera

1435 Nadine Ave.

Modesto      CA    95351

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

    Amount of claim

| 3.689 | Nonpriority creditor's name and mailing address |
|---|---|

**Luz Ekny Luna**

**9919 Mango Lane**

**Elk Grove**     **CA**    **95624**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

| 3.690 | Nonpriority creditor's name and mailing address |
|---|---|

**Luz Gonzalez**

**525 Huntington Ave., Apt. 3**

**San Bruno**     **CA**    **94066**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

| 3.691 | Nonpriority creditor's name and mailing address |
|---|---|

**Luz M. Villanueva**

**30 Calle Trubia Blk 29**

**Carolina, PR 983**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

| 3.692 | Nonpriority creditor's name and mailing address |
|---|---|

**Lydia Choi**

**4743 Marconi Avenue #28**

**Carmichael**     **CA**    **95608**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

Debtor **American Workers Insurance Services, Inc.**      Case number (if known) **19-44208-mxm11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| 3.693 | Nonpriority creditor's name and mailing address |
|---|---|

**Lydia Gomez**

**323 Front St., #118**

**Salinas**     **CA**    **93901**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.694 | Nonpriority creditor's name and mailing address |
|---|---|

**Lynn Koh**

**2115 A Gertz Lane**

**Honolulu**     **HI**    **96819**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.695 | Nonpriority creditor's name and mailing address |
|---|---|

**Ma De Lourdes Ricardo**

**27043 Tyrell Avenue #4**

**Hayward**     **CA**    **94544**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.696 | Nonpriority creditor's name and mailing address |
|---|---|

**Ma Del Rosio Vargas Torres**

**2026 Webster St., Apt. #1**

**Las Vegas**     **NV**    **89030**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**          Case number (if known)   **19-44208-mxm11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.697 | Nonpriority creditor's name and mailing address |
|---|---|

**Ma. Chrsitina Malagon**

**1518 Clinton Street**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$0.00**

**Delano**                    **CA    93215**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

| 3.698 | Nonpriority creditor's name and mailing address |
|---|---|

**Magdalena Arzola**

**2230 Channel Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$0.00**

**Ventura**                   **CA    93001**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

| 3.699 | Nonpriority creditor's name and mailing address |
|---|---|

**Maggie Degregorio**

**PO Box 394**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$0.00**

**Fontana**                   **CA    92334**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

| 3.700 | Nonpriority creditor's name and mailing address |
|---|---|

**Mainstay India Teleservices Pvt Ltd**

**10333 Harwin Dr., Suite 225**

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**$0.00**

**Houston**                   **TX    77036**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number    __ __ __ __

---

Debtor    **American Workers Insurance Services, Inc.**    Case number (if known)    **19-44208-mxm11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**Mainstay Services Ltd**

**10333 Harwin Dr., Suite 225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Houston                    TX        77036        **Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**Major Key Marketing**

**Samuel Woods**

**6278 N Federal Hwy**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Fort Lauderdale            FL        33308        **Producer Agreement**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**Malvin Anderson**

**740 E Avenue J9**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Lancaster                  CA        93535        **Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

**Manuel Hernandez Contreras**

**4020 44 St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Sacramento                 CA        95820        **Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Manuel Turrieta**

**2975 Treat Blvd., Suite A4**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Concord** | **CA** | **94518** | **Face to Face Agent** |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Marcia Lopez**

**30 W Harden Road Apt 1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Hayward** | **CA** | **94544** | **Face to Face Agent** |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Margarita Cerna**

**1102 Pipit Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Patterson** | **CA** | **95363** | **Face to Face Agent** |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Margarita Morales**

**4901 Little Oak Ln #212**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Sacramento** | **CA** | **95841** | **Face to Face Agent** |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  **American Workers Insurance Services, Inc.**  Case number (if known) **19-44208-mxm11**

**Part 2:** **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.709 | Nonpriority creditor's name and mailing address |
|---|---|

**Maria Antonia Otero F De Garcia**

**1974 Lavonne Ave.**

**San Jose**          **CA**    **95116**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| 3.710 | Nonpriority creditor's name and mailing address |
|---|---|

**Maria Araujo Aguinaga**

**115 W 7th St., Apt. #A**

**Santa Rosa**          **CA**    **95401**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| 3.711 | Nonpriority creditor's name and mailing address |
|---|---|

**Maria Arevalo**

**1876 Crestwood Cir.**

**Stockton**          **CA**    **95210**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| 3.712 | Nonpriority creditor's name and mailing address |
|---|---|

**Maria Arriaga**

**310 Park Ave # 310**

**Manteca**          **CA**    **95337**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                         Amount of claim

---

**3.713**   Nonpriority creditor's name and mailing address

**Maria Castellanos**

**6315 Jansen Dr.**

**Sacramento**            **CA**    **95824**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

---

**3.714**   Nonpriority creditor's name and mailing address

**Maria Cortes**

**1568 Cottonwood Dr**

**Salinas**            **CA**    **93905**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

---

**3.715**   Nonpriority creditor's name and mailing address

**Maria Covarrubias**

**2257 62nd Avenue**

**Sacramento**            **CA**    **95822**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

---

**3.716**   Nonpriority creditor's name and mailing address

**Maria De La Luz BaÑUelos**

**1010 Ash Ave.**

**Los Banos**            **CA**    **93635**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor __American Workers Insurance Services, Inc.__     Case number (if known) __19-44208-mxm11__

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.717 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

__Maria Del Rosario Duarte Cerda__

__3775 Main St., Suite A__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Oakley__     __CA__    __94561__     __Face to Face Agent__

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.718 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

__Maria Del Socorro Aguilar__

__741 East Washington Blvd.__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Crescent City__     __CA__    __95531__     __Face to Face Agent__

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.719 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

__Maria Del Socorro Gonzalez Romero__

__3617 Anthea Street__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Sacramento__     __CA__    __95834__     __Face to Face Agent__

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.720 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$0.00**

__Maria Elisa Chable Gomez__

__73 Carol Lane, #104__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

__Oakley__     __CA__    __94561__     __Face to Face Agent__

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor    **American Workers Insurance Services, Inc.**     Case number (if known)   **19-44208-mxm11**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

| | Amount of claim |
|---|---|

**3.721**   Nonpriority creditor's name and mailing address

Maria Fernandez

6241 S George Washington Blvd.

Yuba City    CA    95993

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.722**   Nonpriority creditor's name and mailing address

Maria Gonzalez

187 Fiesta Dr.

Kissimmee    FL    34743

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.723**   Nonpriority creditor's name and mailing address

Maria Gonzalez De Garcia

1528 Hobson Ave.

West Sacramento    CA    95605

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.724**   Nonpriority creditor's name and mailing address

Maria Inzunza

37767 Arlene Ct.

Fremont    CA    94536

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.725**   **Nonpriority creditor's name and mailing address**

**Maria Isabel Ponce**

**3473 Mount Madonna Dr.**

**San Jose**      **CA**    **95127**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.726**   **Nonpriority creditor's name and mailing address**

**Maria Loza**

**1719 Spruce Dr.**

**Woodland**      **CA**    **95695**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.727**   **Nonpriority creditor's name and mailing address**

**Maria Maldonado**

**4830 Concord Rd.**

**Sacramento**      **CA**    **95820**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.728**   **Nonpriority creditor's name and mailing address**

**Maria Maldonado Camarena**

**15820 S Harland Rd. Space #102**

**Lathrop**      **CA**    **95330**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.729**    **Nonpriority creditor's name and mailing address**

**Maria Ortiz**

**3225 N St. SE #103**

**Auburn**      **WA**    **98002**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.730**    **Nonpriority creditor's name and mailing address**

**Maria Ramirez**

**376 W 24th St**

**San Bernardino**      **CA**    **92405**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.731**    **Nonpriority creditor's name and mailing address**

**Maria Ritter**

**775 East Union St.**

**Pasadena**      **CA**    **91101**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.732**    **Nonpriority creditor's name and mailing address**

**Maria Rivas**

**3952 Patterson Rd., Apt. #35**

**Riverbank**      **CA**    **95367**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**          Case number (if known) **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.733 | **Nonpriority creditor's name and mailing address** |

**Maria Rivera**

**2094 Surrey Place, #3**

**Campbell**          **CA**   **95008**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

| 3.734 | **Nonpriority creditor's name and mailing address** |

**Maria Rodriguez Estrada**

**3843 Madeline Dr., Apt. # 4**

**San Jose**          **CA**   **95127**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

| 3.735 | **Nonpriority creditor's name and mailing address** |

**Maria Sibrian**

**825 4th Ave**

**San Bruno**          **CA**   **94066**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

| 3.736 | **Nonpriority creditor's name and mailing address** |

**Maria Susana Jaime De Saran**

**652 23rd St**

**Richmond**          **CA**   **94804**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**   Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.737**   **Nonpriority creditor's name and mailing address**

**Maria Tamayo**

**2203 Aldine Mail Route 30**

**Houston**           **TX**   **77039**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.738**   **Nonpriority creditor's name and mailing address**

**Maria Tapia**

**3534 Circle Ct. E**

**Fresno**           **CA**   **93703**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.739**   **Nonpriority creditor's name and mailing address**

**Maria Valdivia**

**572 A Rodriguez St.**

**Watsonville**           **CA**   **95076**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.740**   **Nonpriority creditor's name and mailing address**

**Maria Vega**

**167 Gardenia Drive**

**Atwater**           **CA**   **95301**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**   Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.741 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

Mariana Garcia

9690 Alta Mesa Rd.

Wilton                    CA    95693

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| 3.742 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

Maribel Salgado

1120 Gum Ave., Apt. A

Woodland                  CA    95695

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| 3.743 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

Maribel Smith

1301 W Jackson Ct.

Broken Arrow              OK    74012

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| 3.744 | Nonpriority creditor's name and mailing address |
|-------|--------------------------------------------------|

Marie (Seija) Anderson

6333 Pacific Ave., Suite 179

Stockton                  CA    95207

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.745** Nonpriority creditor's name and mailing address

Marie Asprec

36041 Corte Lisboa

Murrieta      CA   92562

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

**3.746** Nonpriority creditor's name and mailing address

Mariela Rodriguez

1133 Sandy Hood Ave.

La Puente      CA   91744

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

**3.747** Nonpriority creditor's name and mailing address

Mario Aleman

1111 W Covina Blvd., Suite 240

San Dimas      CA   91773

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

**3.748** Nonpriority creditor's name and mailing address

Mario Lagoc

98 1941 L Kaahumanu St.

Aiea      HI   96701

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

| Debtor | American Workers Insurance Services, Inc. | | Case number (if known) | 19-44208-mxm11 |
| --- | --- | --- | --- | --- |

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.749** Nonpriority creditor's name and mailing address

Marisol Gonzalez

1228 S St.

Newman                        CA        95360

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.750** Nonpriority creditor's name and mailing address

Mark LaFavre

4341 Southern Ave.

Dallas                        TX        75205

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.751** Nonpriority creditor's name and mailing address

Mark Meyer

895 Mariners Ct.

Coppell                        TX        75019

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.752** Nonpriority creditor's name and mailing address

Mark Nunn

2825 Cresent Lake Dr.

Little Elm                        TX        75068

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor __American Workers Insurance Services, Inc._____ Case number (if known) __19-44208-mxm11___

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.753** Nonpriority creditor's name and mailing address

__MarketCentric Inc.__

__Brandon Diggs__

__2930 Barnard St.__

_____

__San Diego__          __CA__   __92110__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Producer Agreement__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.754** Nonpriority creditor's name and mailing address

__Marketing Inc Stephens - Matthews__

__PO Box 1208__

_____

__Beverly__          __OH__   __45715__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.755** Nonpriority creditor's name and mailing address

__Marleny Martinez__

__1897 Alum Rock Avenue #25__

_____

__San Jose__          __CA__   __95116__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.756** Nonpriority creditor's name and mailing address

__Marlon C Parato DMD DMD LLC__

__1441 Kapiolani Blvd.__

_____

__Honolulu__          __HI__   __96814__

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.757** Nonpriority creditor's name and mailing address

**Marlon Parato**

**94-826 Moloalo St.**

**Waipahu**     **HI**    **96797**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.758** Nonpriority creditor's name and mailing address

**Marta Davila**

**623 Leon Ave.**

**Modesto**     **CA**    **95351**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.759** Nonpriority creditor's name and mailing address

**Martha Cabrera**

**480 Avenue of the Flag #10**

**Buellton**     **CA**    **93427**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.760** Nonpriority creditor's name and mailing address

**Martha Flores**

**14107 Force St.**

**Houston**     **TX**    **77015**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor  **American Workers Insurance Services, Inc.**  Case number (if known)  **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.761** Nonpriority creditor's name and mailing address

**Martha Hara Quichocho**

**11387 Alberni Ct.**

**San Diego**          **CA**    **92126**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.762** Nonpriority creditor's name and mailing address

**Martha Mendoza**

**540 Bonita Ave., ESP #208**

**San Jose**          **CA**    **95116**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.763** Nonpriority creditor's name and mailing address

**Martha Patricia Pantoja**

**5100 Kirk Ln Apt #6**

**Sanpablo**          **CA**    **94805**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.764** Nonpriority creditor's name and mailing address

**Martin Carter**

**15051 Royal Oaks Lane**

**Miami**          **FL**    **33181**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Martin Lutta

3075 Walnut Bend Lane, #34

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Houston          TX     77042

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Martin Mendoza

1775 S Stockton St.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Stockton          CA     95206

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Martineza Freeman

1077 Euclid Ave., Apt. 4

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Long Beach          CA     90804

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Marty Miller

313 N Ranch House Rd.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Angleton          TX     77515

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor  **American Workers Insurance Services, Inc.**      Case number (if known)  **19-44208-mxm11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.769 | Nonpriority creditor's name and mailing address |
|---|---|

**Marvin Meynard**

**5309 Lyle Ave.**

**Stockton**                      **CA**      **95210**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| 3.770 | Nonpriority creditor's name and mailing address |
|---|---|

**Mary Ann Rabang**

**337 Wainohia St.**

**Kihei**                      **HI**      **96753**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| 3.771 | Nonpriority creditor's name and mailing address |
|---|---|

**Mary Bird**

**12615 Dermott Dr.**

**Houston**                      **TX**      **77065**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| 3.772 | Nonpriority creditor's name and mailing address |
|---|---|

**Mary Lapenia**

**94-1221 Ka Uka Blvd., Apt. #108-157**

**Waipahu**                      **HI**      **96797**

Date or dates debt was incurred

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor **American Workers Insurance Services, Inc.**           Case number (if known) **19-44208-mxm11**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.773 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Mary Park**

**12750 Centralia Street #137**

**Lakewood**                **CA**        **90715**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

| 3.774 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Mary Seo**

**2709 Marina Park Lane**

**Elk Grove**                **CA**        **95758**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

| 3.775 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Mary Stanley**

**257 Highway 134**

**Rayville**                **LA**        **71269**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

| 3.776 | **Nonpriority creditor's name and mailing address** |
|---|---|

**MarÍA Avalos**

**2744 Bridgeford Dr.**

**Sacramento**                **CA**        **95833**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |

---

**Part 2:** | **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.777** | Nonpriority creditor's name and mailing address

**Master Agency of California**

**22119 Fair Garden Lane**

**Clarksburg**      **MD**    **20871**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| **3.778** | Nonpriority creditor's name and mailing address

**Matthew Panzer**

**1451 W Cypress Creek, Suite 300**

**Fort Lauderdale**      **FL**    **33309**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| **3.779** | Nonpriority creditor's name and mailing address

**Matthew Wharton**

**2975 Treat Blvd., Suite A4**

**Concord**      **CA**    **94518**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| **3.780** | Nonpriority creditor's name and mailing address

**Maxim Deravine**

**9054 SW 1st St.**

**Boca Raton**      **FL**    **33428**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**     Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                          Amount of claim

**3.781**   Nonpriority creditor's name and mailing address

**Mayra Fuel**

**1615 Cormorant Way, Apt. #8**

**Scaramento**      **CA**    **95815**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.782**   Nonpriority creditor's name and mailing address

**McCanse Chiropractic**

**PO Box 275**

**Decatur**      **MI**    **49045**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.783**   Nonpriority creditor's name and mailing address

**Medical Health Associates**

**248 -18 Union Turnpike**

**Bellerose**      **NY**    **11426**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.784**   Nonpriority creditor's name and mailing address

**Medtree Acupuncture Clinic**

**712 Newmark Mall**

**Montebello**      **CA**    **90640**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**   Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.785** Nonpriority creditor's name and mailing address

Melanie Penrod

1549 N Prairie Creek Rd.

Andover          KS     67002

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.786** Nonpriority creditor's name and mailing address

Melinda Vaca

1606 Walnut Lane

Midland          TX     79701

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.787** Nonpriority creditor's name and mailing address

Merwynn Montenegro

5905 N. Acacia Ct

San Bernardino     CA     92407

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.788** Nonpriority creditor's name and mailing address

MGR - SM Test

11111 Richmond Ave. St. 200

Richmond          TX     77082

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | |
|---|---|
| **3.789**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Mi Lan Do**

**28 Festival**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:**

**Irvine**      **CA**    **92606**

**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.790**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Mi Na Hong**

**1170 Donington Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:**

**San Jose**      **CA**    **95129**

**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.791**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Mi Ran Bae**

**25305 Ironwood Court**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:**

**Hayward**      **CA**    **94545**

**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| **3.792**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Mi Ran Yu**

**1850 Twining Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

**Basis for the claim:**

**Anchorage**      **AK**    **99504**

**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.793 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Mi Ri Kim**

**302 Colorado Ave.**

**Santa Monica**    **CA**    **90401**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.794 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Mi Sook Ka**

**530 La Conner Dr**

**Sunnyvale**    **CA**    **94087**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.795 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Mi Young Kim**

**4040 W Campbell Avenue**

**Campbell**    **CA**    **95008**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.796 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Michael Beharrie**

**1 E Broward Blvd., Suite 700**

**Fort Laderdale**    **FL**    **33301**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Producer Agreement**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.797 | Nonpriority creditor's name and mailing address |
|---|---|

**Michael Carr**

**1708 Bunker Hill Lane, TRLR 160**

**Lewisville**      **TX**    **75056**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.798 | Nonpriority creditor's name and mailing address |
|---|---|

**Michael Cowley**

**18011 Oakworth Dr.**

**Houston**      **TX**    **77084**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.799 | Nonpriority creditor's name and mailing address |
|---|---|

**Michael Kellerman**

**5022 Starblaze Dr.**

**Greenacres**      **FL**    **33463**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.800 | Nonpriority creditor's name and mailing address |
|---|---|

**Michael Kim**

**5730 Vista Brook Drive**

**Suwanne**      **GA**    **30024**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor  **American Workers Insurance Services, Inc.**        Case number (if known) **19-44208-mxm11**

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

| 3.801 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Michael Landis**

**1400 E. Newport Center Dr., #203**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Deerfield Beach** | **FL** | **33442** |

**Basis for the claim:**
**Producer Agreement**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.802 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Michael Miller**

**2036 Hornblend St.**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **San Diego** | **CA** | **92109** |

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.803 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Michael Sailor**

**117 S Spring St., Suite 201**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Aspen** | **CO** | **81611** |

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.804 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Michael Santos**

**704 S Knott Ave., #M1**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Anaheim** | **CA** | **92804** |

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.805** Nonpriority creditor's name and mailing address

**Michel Sanchez**

**617 Ward Rd**

**Los Banos**    **CA**    **93635**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.806** Nonpriority creditor's name and mailing address

**Michele Campbell**

**60 4th Street #102**

**Gilroy**    **CA**    **95020**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.807** Nonpriority creditor's name and mailing address

**Michelle Acupuncture Clinic**

**6934A Little River Turnpike, Suite A**

**Annandale**    **VA**    **22003**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.808** Nonpriority creditor's name and mailing address

**Michelle Nieman**

**17636 White Perch Lake**

**Conroe**    **TX**    **77384**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                             Amount of claim

| **3.809** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

Check all that apply.

**Michelle Ogata**

**98 1941L Kaahumanu St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Alea**        **HI**    **96701**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.810** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

Check all that apply.

**Michelle Zazueta**

**2975 Treat Blvd., Suite A4**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Concord**      **CA**    **94518**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.811** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

Check all that apply.

**Miguel Robledo Davila**

**5260 Lodi St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Diego**    **CA**    **92117**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.812** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

Check all that apply.

**Mike B Rivers**

**PO Box 214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Elmsford**    **NY**    **10523**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor   **American Workers Insurance Services, Inc.**                Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                        **Amount of claim**

| 3.813 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Milan Kim**

**18895 Coltma Rd., Suite A**

**Rowland Heights**          **CA**      **91748**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| 3.814 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Min Jin Kim**

**2869 Fountain Head Drive**

**San Ramon**          **CA**      **94583**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| 3.815 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Min Young Cha Md.**

**3130 W Olympic Blvd., Suite 220**

**Los Angeles**          **CA**      **90006**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| 3.816 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Ming Wang**

**3408 Yuba Ave.**

**San Jose**          **CA**      **95117**

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.817**   Nonpriority creditor's name and mailing address

Minsim Lee

640 Balsa Avenue

Brea     CA    92821

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.818**   Nonpriority creditor's name and mailing address

Miracle Herbs & Acupuncture

15500 S Normandie Ave., # A

Gardena     CA    90247

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.819**   Nonpriority creditor's name and mailing address

Miriam Morales

3473 Rancho Rio Way

Sacramento     CA    95834

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.820**   Nonpriority creditor's name and mailing address

Mirna Lemus

2305 Park Brae Way

Modesto     CA    95358

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**        Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.821**    **Nonpriority creditor's name and mailing address**

**Mitsuru Yamamoto**

**915 N King St.**

**Honolulu**         **HI**     **96717**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.822**    **Nonpriority creditor's name and mailing address**

**Mo Ah Choi**

**22330 Meyer St., #54**

**Torrance**         **CA**     **90502**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.823**    **Nonpriority creditor's name and mailing address**

**Moises Lopez**

**4313 Freitag Way**

**Elk Grove**         **CA**     **95758**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.824**    **Nonpriority creditor's name and mailing address**

**Molina Enterprises Llc**

**1448 N 27th Ave.**

**Phoenix**         **AZ**     **85009**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor  **American Workers Insurance Services, Inc.**          Case number (if known)  **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

**3.825**  Nonpriority creditor's name and mailing address

**Monica Noriega**

**6290 Lido Court**

_____

**Newark**                    **CA    94560**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.826**  Nonpriority creditor's name and mailing address

**Monica Pina Mijangos**

**1005 County Road 135 W**

_____

**New Albany**                **MS    38652**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.827**  Nonpriority creditor's name and mailing address

**Moon Chang**

**3671 W 6th St.**

_____

**Los Angeles**                **CA    90020**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.828**  Nonpriority creditor's name and mailing address

**Moon Nyun Bae**

**3033 Moorpark Avenue #25**

_____

**San Jose**                   **CA    95128**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor  **American Workers Insurance Services, Inc.**                    Case number (if known)  **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.829 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Moushir Manious**

**4383 Mesa Hill Dr.**

**Las Vegas**          **NV**     **89147**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.830 | **Nonpriority creditor's name and mailing address** |
|---|---|

**MSA Agent Test**

**11111 Richmond Dr., Suite 200**

**Houston**          **TX**     **77082**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.831 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Multiplan, Inc.**

**115 Fifth Avenue**

**New York**          **NY**     **10003**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Client Services Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.832 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Mun Choi**

**2586 Staunton Lane**

**Duluth**          **GA**     **30096**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**    Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.833** Nonpriority creditor's name and mailing address

**My Family Health Care Inc.**

**3435 Wilshire Blvd., Suite 1930**

**Los Angeles          CA     90010**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.834** Nonpriority creditor's name and mailing address

**Myhealthquote, Inc.**

**Stephen Moore**

**7 Tapestry Lane**

**Newnan          GA     30265**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.835** Nonpriority creditor's name and mailing address

**Myong Boon Kim**

**240 West Campbell Avenue**

**Campbell          CA     95008**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.836** Nonpriority creditor's name and mailing address

**Myong Yon Furuyama**

**774 Carmel AVenue APt #3**

**Sunnyvale          CA     94085**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**    Case number (if known)    **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

**3.837**    Nonpriority creditor's name and mailing address

**Myra Serion**

**1982 Hoolaulea St.**

**Pearl City**                    **HI**    **96782**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.838**    Nonpriority creditor's name and mailing address

**Myung Hee Yeon**

**7671 Stage Rd #105**

**Buena Park**                    **CA**    **90621**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.839**    Nonpriority creditor's name and mailing address

**Myung Sook Lee**

**21 Wilshire Avenue**

**Daly City**                    **CA**    **94015**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

**3.840**    Nonpriority creditor's name and mailing address

**Myung Sook Seo**

**2137 Birch Hollow Trail**

**Lawrenceville**                    **GA**    **30043**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.841**   Nonpriority creditor's name and mailing address

**Myung Yoon**

**6 Arcade Avenue**

**Berkeley**      **CA**    **94708**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.842**   Nonpriority creditor's name and mailing address

**Nam Seok Kim**

**7345 McWhorter Place, Apt. #111**

**Annandale**      **VA**    **22003**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.843**   Nonpriority creditor's name and mailing address

**Namhee Thompson**

**4234 Greenview Dr**

**El Darado Hills**      **CA**    **95762**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.844**   Nonpriority creditor's name and mailing address

**Nancy M. Aguila**

**6411 New World Dr.**

**Katy**      **TX**    **77449**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor  **American Workers Insurance Services, Inc.**                Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.845** | **Nonpriority creditor's name and mailing address**

**Nancy Pritchett**

**1311 Corona**

**Norco**                          **CA**      **92860**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.846** | **Nonpriority creditor's name and mailing address**

**Narda Duarte**

**2770 Marengo, Apt. #1**

**Los Angeles**                    **CA**      **90033**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.847** | **Nonpriority creditor's name and mailing address**

**Nathan Gross**

**2975 Treat Blvd., Suite A4**

**Concord**                        **CA**      **94518**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.848** | **Nonpriority creditor's name and mailing address**

**National Health Agents**

**Gregory Robbins**

**1500 Cypress Creek Rd. #206**

**Fort Lauderdale**                **FL**      **33309**

Date or dates debt was incurred

Last 4 digits of account number       __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**     Case number (if known)   **19-44208-mxm11**

---

### Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

         **Amount of claim**

---

**3.849**   Nonpriority creditor's name and mailing address

**National Healthcare Alliance**

**PO Box 5702**

**Granbury**     **TX**    **76049**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.850**   Nonpriority creditor's name and mailing address

**National Plan Advisors**

**Jeffrey Franzoni**

**3403 Powerline Rd., Suite 805**

**Fort Lauderdale**     **FL**    **33309**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.851**   Nonpriority creditor's name and mailing address

**NationsInsuranceQuote.com**

**Danielle Bretti**

**3694 Vallue Park Way**

**Lake Worth**     **FL**    **33407**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.852**   Nonpriority creditor's name and mailing address

**Nayrina Gonzalez**

**PO Box 231883**

**Sacramento**     **CA**    **95823**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        **Amount of claim**

---

**3.853**   **Nonpriority creditor's name and mailing address**

**Net Health Affiliates Inc.**

**Garfield Lee**

**1811 Lyons Rd.**

**Coconut Creek**      **FL**    **33063**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Producer Agreement**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

**3.854**   **Nonpriority creditor's name and mailing address**

**Net Rep Inc**

**5821 S W Frwy., Suite 600**

**Houston**      **TX**    **77057**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

**3.855**   **Nonpriority creditor's name and mailing address**

**New Hamphire Association**

**41A Terrill Park Dr.**

**Concord**      **NH**    **03301**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

**3.856**   **Nonpriority creditor's name and mailing address**

**New Oxford Cleaners**

**94 01 A 46 Avenue, 1FL**

**Elmhurst**      **NY**    **11373**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**     Case number (if known)   **19-44208-mxm11**

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.       Amount of claim

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**New Star Enterprise**

**21864 Elkins Terrace**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Sterling**    **VA**    **20166**     **Face to Face Agent**

Date or dates debt was incurred     Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No   ☐ Yes

---

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Ngan Do**

**3132 Oakbridge Dr**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**San Jose**    **CA**    **95121**     **Face to Face Agent**

Date or dates debt was incurred     Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No   ☐ Yes

---

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nichole Jefferson**

**2975 Treat Blvd., Suite A4**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Concord**    **CA**    **94518**     **Face to Face Agent**

Date or dates debt was incurred     Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No   ☐ Yes

---

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Nicole Arteaga**

**2975 Treat Blvd., Suite A4**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Concord**    **CA**    **94518**     **Face to Face Agent**

Date or dates debt was incurred     Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __    ☑ No   ☐ Yes

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                          Amount of claim

**3.861**   Nonpriority creditor's name and mailing address

Nicole Daman

6131 Escondido Court

San Jose        CA    95119

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.862**   Nonpriority creditor's name and mailing address

Nicole Joy Leonard

2975 Treat Blvd., Suite A4

Concord        CA    94518

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.863**   Nonpriority creditor's name and mailing address

Nicolle Dixon

2975 Treat Blvd., Suite A4

Concord        CA    94518

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.864**   Nonpriority creditor's name and mailing address

Nirky M. Buret

106 S Broadway

White Plains        NY    10605

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

| 3.865 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Noel Nagnot**

**39247 Coprice St.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Palmdale**     **CA**    **93551**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.866 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Noemi Lopez**

**113 N Michigan St**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Aberdeen**     **WA**    **98520**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.867 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Noemi Pinedo**

**418 California St  Unit C**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Salinas**     **CA**    **93901**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| 3.868 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Nohemi Gaspar**

**1807 South Hart Road**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Modesto**     **CA**    **95358**

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___

Debtor   **American Workers Insurance Services, Inc.**   Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.869**   Nonpriority creditor's name and mailing address

**Nonie Dubose**

**6260 Westpark Dr., #303**

**Houston**              **TX**   **77057**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.870**   Nonpriority creditor's name and mailing address

**Nonie Dubose**

**6260 Westpark Drive #303**

**Houston**              **TX**   **77057**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.871**   Nonpriority creditor's name and mailing address

**Norma Rivera**

**1501 Classic Ct.**

**Modesto**              **CA**   **95357**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.872**   Nonpriority creditor's name and mailing address

**Normand Buillaume**

**6346 Pinestead Rd.**

**Lake Worth**              **FL**   **33643**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.873**   Nonpriority creditor's name and mailing address

**Nova Marketing Group Llc**

**7345 McWhorter Place, Suite 111**

**Annandale**      **VA**    **20151**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.874**   Nonpriority creditor's name and mailing address

**Number One Health Ins. Agency Inc.**

**Brandon Bowsky**

**750 N Ocean Blvd.**

**Pompano Beach**      **FL**    **33062**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.875**   Nonpriority creditor's name and mailing address

**NXT Level Health LLC**

**7730 Yosemite Lane**

**Parkland**      **FL**    **33067**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim:
**Breach of Contract**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**Unknown**

---

**3.876**   Nonpriority creditor's name and mailing address

**Obstetrics & Gynecology Parviz Pirnazar**

**10921 Wilshire Blvd., Suite 607**

**Los Angeles**      **CA**    **90024**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**          Case number (if known)   **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.877 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**OC Dental Care**

**1717 Old Tustinn Ave.**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Santa Ana**          **CA**   **92705**          **Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.878 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Octavious Hawkins**

**190 NW 31st Ave.**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Fort Lauderdale**        **FL**   **33311**          **Producer Agreement**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.879 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Odessa Barnett**

**2975 Treat Blvd., Suite A4**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Concord**          **CA**   **94518**          **Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.880 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**Ohana Dental Center**

**2153 N King St.**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Honolulu**          **HI**   **96819**          **Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

Debtor  __**American Workers Insurance Services, Inc.**__   Case number (if known)  __**19-44208-mxm11**__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.   Amount of claim

**3.881**   Nonpriority creditor's name and mailing address

__Ok Ja Jang__

__420 Union Dr., Apt. 302__

__Los Angeles                    CA      90017__

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.882**   Nonpriority creditor's name and mailing address

__Ok Kim__

__1679 Duvall Drive__

__San Jose                       CA      95130__

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.883**   Nonpriority creditor's name and mailing address

__Olga Martinez Torres__

__6901 Florin Rd., Apt. #3__

__Sacramento                     CA      95828__

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.884**   Nonpriority creditor's name and mailing address

__Olivia Kim__

__3681 Whitworth Dr__

__Dublin                         CA      94568__

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
__Face to Face Agent__

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.885** Nonpriority creditor's name and mailing address

**On Time Home Care Agency**

**17012 Liberty Ave.**

**Jamaica**      **NY**    **11433**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.886** Nonpriority creditor's name and mailing address

**Oscar Mendez-Turino**

**2298 SW 8th St.**

**Miami**      **FL**    **33135**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.887** Nonpriority creditor's name and mailing address

**Oswar Siordia**

**10070 Willard Pkwy, Apt. 132**

**Elk Grove**      **CA**    **95757**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.888** Nonpriority creditor's name and mailing address

**Owen Hoyoung Cho**

**13037 Beach St.**

**Cerritos**      **CA**    **90703**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.889**   **Nonpriority creditor's name and mailing address**

**Pablo Bailon**

**2025 Choctaw Dr.**

**West Covina**    **CA**    **91791**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.890**   **Nonpriority creditor's name and mailing address**

**Pablo Ruiz**

**75 Nedra Court #1**

**Sacramento**    **CA**    **95822**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.891**   **Nonpriority creditor's name and mailing address**

**Pacific Eye Center**

**241 Farenholt Ave., Suite 101**

**Tamuning**    **GU**    **96913**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.892**   **Nonpriority creditor's name and mailing address**

**Palm Enterprises Inc**

**2975 Treat Blvd., Suite A4**

**Concord**    **CA**    **94518**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.893** Nonpriority creditor's name and mailing address

**Park Stephen**

**11039 Acacia Pkwy.**

**Garden Grove**     CA    92840

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.894** Nonpriority creditor's name and mailing address

**Parks Acupuncture & Herbs**

**2897 W Olympic Blvd., Suite 202**

**Los Angeles**     CA    90006

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.895** Nonpriority creditor's name and mailing address

**Patricia Miramontes**

**4913 Lotus Pond Way**

**Elk Grove**     CA    95757

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.896** Nonpriority creditor's name and mailing address

**Patricia Rosas Gomez**

**2791 McBride Ln #162**

**Santa Rosa**     CA    95403

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                               Amount of claim

---

**3.897**   Nonpriority creditor's name and mailing address

Patty Philibert

11730 Colman Rd.

Philadelphia       PA     19154

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

         **$0.00**

---

**3.898**   Nonpriority creditor's name and mailing address

Paul Saunders

10929 Firestone Blvd. #128

Norwalk       CA     90650

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

         **$0.00**

---

**3.899**   Nonpriority creditor's name and mailing address

Paul Tyszkiewicz

2260 Avenida De La Playa

La Jolla       CA     92037

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

         **$0.00**

---

**3.900**   Nonpriority creditor's name and mailing address

Paula Brown

1100 Belcher Rd. S, Lot 345

Largo       FL     33771

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

         **$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.901** | **Nonpriority creditor's name and mailing address**

**Paula Garcia**

**1764 Janrick Ave.**

**Sacramento**      **CA**    **95832**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.902** | **Nonpriority creditor's name and mailing address**

**Pax Multi Clinic**

**2411 W 8th St., #100**

**Los Angeles**      **CA**    **90057**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.903** | **Nonpriority creditor's name and mailing address**

**Pearl A. Cheng**

**459 N Stephora Ave.**

**Covina**      **CA**    **91724**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.904** | **Nonpriority creditor's name and mailing address**

**Pedro Medina**

**352 Avenue San Claudio**

**San Juan, PR 926**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor __**American Workers Insurance Services, Inc.**_____ Case number (if known) __**19-44208-mxm11**__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.905** **Nonpriority creditor's name and mailing address**

Pedro Zamora

11394 S Cardinal Lane

Yuma                          AZ        85365

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

**3.906** **Nonpriority creditor's name and mailing address**

Pei Wang

3408 Yuba Avenue

San Jose                      CA        95117

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

**3.907** **Nonpriority creditor's name and mailing address**

Peking Acupuncture & Herbs

509 S Euclid St.

Anaheim                       CA        92802

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

**3.908** **Nonpriority creditor's name and mailing address**

Peter Bendeheim

122 Upland Terrace

Bala Cynwyd                   PA        19004

**Date or dates debt was incurred**

**Last 4 digits of account number**    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.       Amount of claim

---

**3.909**   **Nonpriority creditor's name and mailing address**

Peter Lee

3054 W 8th St., Suite 106

Los Angeles      CA    90005

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.910**   **Nonpriority creditor's name and mailing address**

Peter Moon

433 Sylvan Ave., #120

Mountain View      CA    94041

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.911**   **Nonpriority creditor's name and mailing address**

Phan Tiet

5610 Laverne Ave.

Oakland      CA    94605

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.912**   **Nonpriority creditor's name and mailing address**

Phillip Jong

4073 Lakeside Dr.

San Jose      CA    95148

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.913**   Nonpriority creditor's name and mailing address

**Pil Hyun Park**

**6730 Torrey Pine Cir.**

| | | |
|---|---|---|
| **Suwanee** | **GA** | **30024** |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.914**   Nonpriority creditor's name and mailing address

**Pilar Tobias**

**235 N San Joaquin St**

| | | |
|---|---|---|
| **Stockton** | **CA** | **95202** |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.915**   Nonpriority creditor's name and mailing address

**Ping Blas**

**94 1208 Awaiki St.**

| | | |
|---|---|---|
| **Waipahu** | **HI** | **96797** |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.916**   Nonpriority creditor's name and mailing address

**Pinnacle Consulting Group**

**Sean Chapman**

**531 N Ocean Blvd., #1808**

| | | |
|---|---|---|
| **Pompano Beach** | **FL** | **33062** |

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**    Case number (if known)  **19-44208-mxm11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Porfirio Flores**

**209 S Chester Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Compton                    CA      90221**    **Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Preferred Healthcare Benefits**

**2313 W Sam Houston Pkwy N**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston                      TX      77043**    **Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Preminder Mahajan**

**10831 Wellworth Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Los Angeles              CA      90024**    **Producer Agreement**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Premium Marketing Alliance**

**116 S Arlington Heights Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Arlington Heights        IL      60005**    **Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.921 | Nonpriority creditor's name and mailing address |
|---|---|

**Premium Medical Health Care**

**2435 Jerome Ave.**

**Bronx**     **NY**     **10468**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

| 3.922 | Nonpriority creditor's name and mailing address |
|---|---|

**Presidio Medical Group**

**4440 Lamont St.**

**San Diego**     **CA**     **92109**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

| 3.923 | Nonpriority creditor's name and mailing address |
|---|---|

**Pro Insurance America Inc**

**13540 Mallard Watch Way**

**Clifton**     **VA**     **20124**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

| 3.924 | Nonpriority creditor's name and mailing address |
|---|---|

**Promotion Health Plans**

**10518 W Flagler St.**

**Miami**     **FL**     **33174**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**  Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.925** Nonpriority creditor's name and mailing address

R W C Marketing Group

115 Penn Warren Dr., Suite 300-162

Brentwood          TN     37027

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.926** Nonpriority creditor's name and mailing address

Rafaela Burgos

185 Manana Lane

Watsonville        CA     95076

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.927** Nonpriority creditor's name and mailing address

Rainbow Dental Center

599 Farrington Hwy.

Kapolei            HI     96707

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.928** Nonpriority creditor's name and mailing address

Ralph Castillio

2021 NW 136th Ave., #574

Sunrise            FL     33323

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**    Case number (if known)    **19-44208-mxm11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

---

**3.929**    **Nonpriority creditor's name and mailing address**

**Ramon Triana**

**12908 Hyland Circle**

**Boca Raton**                    **FL**        **33428**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.930**    **Nonpriority creditor's name and mailing address**

**Ramon Warren**

**851 Three Islands Blvd., Apt. 311**

**Hallandale**                    **FL**        **33009**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.931**    **Nonpriority creditor's name and mailing address**

**Randall Graham**

**9613 Arrow Route, Bldg. 3-C**

**Rancho Cucamonga**            **CA**        **56186**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.932**    **Nonpriority creditor's name and mailing address**

**Raquel Alcala**

**11120 Bradley Ranch Rd., Apt. D4**

**Elk Grove**                    **CA**        **95624**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor  **American Workers Insurance Services, Inc.**  Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.933** Nonpriority creditor's name and mailing address

**Rathbun Chiropractic Clinic**

**388 S Marine Dr., Suite 101**

**Tamuning**　　　　**GU**　**96913**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.934** Nonpriority creditor's name and mailing address

**Raymond K.Y. LI MD Inc.**

**950 Stockton St., Suite 205**

**San Francisco**　　　　**CA**　**94108**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.935** Nonpriority creditor's name and mailing address

**Realty Enterprise**

**20523 Cajon Canyon Ct.**

**Katy**　　　　**TX**　**77450**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.936** Nonpriority creditor's name and mailing address

**Refugio Anguiano**

**PO Box 11152**

**Salinas**　　　　**CA**　**93915**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor  **American Workers Insurance Services, Inc.**          Case number (if known)  **19-44208-mxm11**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.937**  Nonpriority creditor's name and mailing address

**Reginald Lyle**

**1598 Drakeley Ave**

**Turlock**                    **CA**    **95301**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.938**  Nonpriority creditor's name and mailing address

**Reina Oyola**

**11411 Scenery Place**

**Germantown**                 **MD**    **20876**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.939**  Nonpriority creditor's name and mailing address

**Renee Horie**

**PO Box 6227**

**Kaneohe**                    **HI**    **96744**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.940**  Nonpriority creditor's name and mailing address

**Renee Mucheschetere**

**1114 Green Pine Blvd.**

**West Palm Beach**            **FL**    **33409**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor __American Workers Insurance Services, Inc._____ Case number (if known) __19-44208-mxm11__

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.941 | Nonpriority creditor's name and mailing address |
|---|---|

Renika Bass

5802 Templegate Drive

Houston          TX    77066

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| 3.942 | Nonpriority creditor's name and mailing address |
|---|---|

Resendez Chiropractic Center

2930 Coronado Ave., Suite B

San Diego        CA    92154

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| 3.943 | Nonpriority creditor's name and mailing address |
|---|---|

Rev. Felix Medina

510 Wilmont & Connecticut Ave.

Bridgeport, CT 6607

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

| 3.944 | Nonpriority creditor's name and mailing address |
|---|---|

Rey Garcia Bauza

1741 Wright St., Apt. #5

Sacramento       CA    95825

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                             Amount of claim

---

**3.945**   Nonpriority creditor's name and mailing address

**Rey Piros**

**230 Hana Hwy. #2**

**Kahului**          **HI**     **96732**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.946**   Nonpriority creditor's name and mailing address

**Reynaldo De Guzman**

**138 Madison Ave.**

**Rochelle Park, NJ 7662**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.947**   Nonpriority creditor's name and mailing address

**Rhodora Sarmiento**

**1817 Capitol St.**

**Vallejo**          **CA**     **94590**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.948**   Nonpriority creditor's name and mailing address

**Riasa Soliman**

**6000 El Dorado Prky #538**

**Frisco**          **TX**     **75033**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor    __American Workers Insurance Services, Inc.__      Case number (if known)   __19-44208-mxm11__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.949 | Nonpriority creditor's name and mailing address |
|---|---|

__Ricardo Fernandez__

__579 Farrington Hwy.__

__Kapolei__      __HI__    __96707__

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__Face to Face Agent__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.950 | Nonpriority creditor's name and mailing address |
|---|---|

__Ricardo Gamboa__

__2975 Treat Blvd., Suite A4__

__Concord__      __CA__    __94518__

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__Face to Face Agent__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.951 | Nonpriority creditor's name and mailing address |
|---|---|

__Richard G. Clark__

__12839 Woman Hollering Rd.__

__Converse__      __TX__    __78109__

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__Face to Face Agent__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.952 | Nonpriority creditor's name and mailing address |
|---|---|

__Richard Shaw__

__3426 Wimbledon Dr.__

__Cibolo__      __TX__    __78108__

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
__Face to Face Agent__

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.953**   Nonpriority creditor's name and mailing address

Richard W. Rollins

4589 Mesaview Way

Stone Mountain      GA    30083

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.954**   Nonpriority creditor's name and mailing address

Rickey Templeton

313 Fannin Dr.

Goodlettsville      TN    37072

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.955**   Nonpriority creditor's name and mailing address

Rickman Mclaren

84 Riverdale Ave.

White Plains      NY    10607

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.956**   Nonpriority creditor's name and mailing address

Robert Calvary

PO Box 1453

Pinehurst      TX    77362

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                     Amount of claim

---

**3.957**   Nonpriority creditor's name and mailing address

**Robert Espinoza**

**10645 N Tatum Blvd. #200-332**

**Phoenix**           **AZ**     **85028**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

     **$0.00**

---

**3.958**   Nonpriority creditor's name and mailing address

**Robert Franklin**

**2000 South St.**

**Leesburg**         **FL**     **34748**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

     **$0.00**

---

**3.959**   Nonpriority creditor's name and mailing address

**Robert Guerriero**

**20422 Harvest Oak Ct.**

**Tampa**          **FL**     **33647**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Producer Agreement**

Is the claim subject to offset?
☑ No
☐ Yes

     **$0.00**

---

**3.960**   Nonpriority creditor's name and mailing address

**Robert Lin**

**18725B Gate Ave., Suite 140**

**City Of Industry**     **CA**     **91748**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

     **$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.961**   **Nonpriority creditor's name and mailing address**

**Robert Potter**

**31244 Flying Cloud Dr.**

**Laguna Niguel**     **CA**    **92677**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.962**   **Nonpriority creditor's name and mailing address**

**Robert Sr. Nelson**

**900 Mandana Ct.**

**Modesto**     **CA**    **95358**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.963**   **Nonpriority creditor's name and mailing address**

**Robert Sturchio**

**510 Ocean Ave., Unit 7**

**Long Branch**     **NJ**    **07740**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Producer Agreement**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

**3.964**   **Nonpriority creditor's name and mailing address**

**Robert Sturchio**

**55 Melrose Ter., Apt. 416**

**Long Branch**     **NJ**    **07740**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Producer Agreement**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.965**   Nonpriority creditor's name and mailing address

Roberto Gandara

PO Box 1357

Caguas, PR 726

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.966**   Nonpriority creditor's name and mailing address

Rochelle Cosper

725 37th Avenue Ct.

Greeley    CO    80634

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.967**   Nonpriority creditor's name and mailing address

Rodney A. Kim

13211 Myford Rd., Apt. 1022

Tustin    CA    92782

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.968**   Nonpriority creditor's name and mailing address

Rodney Warrior

21823 Hyerwood

San Antonio    TX    78259

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
| --- | --- | --- | --- |

---

**Part 2:**   **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.969**   **Nonpriority creditor's name and mailing address**

**Roger Chang**

**10515 Bellaire Blvd., A1**

**Houston**                    **TX**    **77072**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.970**   **Nonpriority creditor's name and mailing address**

**Roger D. Teed**

**2721 W 68th Place**

**Tulsa**                    **OK**    **74132**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.971**   **Nonpriority creditor's name and mailing address**

**Rolando Villamayor**

**7987 Flanders Dr.**

**San Diego**                    **CA**    **92126**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.972**   **Nonpriority creditor's name and mailing address**

**Ron Cottrell**

**2975 Treat Blvd., Suite A4**

**Concord**                    **CA**    **94518**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

Debtor **American Workers Insurance Services, Inc.**      Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.973**   Nonpriority creditor's name and mailing address

**Ronald Aaron Hopkins**

**6439 Greene St., Apt. C5**

**Philadelphia**      **PA**    **19119**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.974**   Nonpriority creditor's name and mailing address

**Rory Rifkind**

**1046 Newcastle C**

**Boca Raton**      **FL**    **33434**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.975**   Nonpriority creditor's name and mailing address

**Rosa Enterprise**

**610 White Oak Dr.**

**Newnan**      **GA**    **30265**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.976**   Nonpriority creditor's name and mailing address

**Rosa Fernandez**

**7363 Perera Circle**

**Sacramento**      **CA**    **95831**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.977** Nonpriority creditor's name and mailing address

**Rosa Gutierrez**

**9014 N El Dorado St.**

**Stockton** **CA** **95210**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.978** Nonpriority creditor's name and mailing address

**Rosa Magali Pozos Salgado**

**765 Elm Avenue # A**

**Seaside** **CA** **93955**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.979** Nonpriority creditor's name and mailing address

**Rosa Manriquez**

**600 Atkinson St.**

**Roseville** **CA** **95678**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.980** Nonpriority creditor's name and mailing address

**Rosa Maria Mendoza De Flores**

**420 Alice St.**

**Stockton** **CA** **95205**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.** Case number (if known) **19-44208-mxm11**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.981 | Nonpriority creditor's name and mailing address |
|---|---|

**Rosa Maria Vidal**

**PO Box 56315**

**San Jose** **CA** **95156**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.982 | Nonpriority creditor's name and mailing address |
|---|---|

**Rosa Perez**

**15788 Emerald Blvd., #2481**

**Burr Ridge** **IL** **60527**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.983 | Nonpriority creditor's name and mailing address |
|---|---|

**Rosa Segovia**

**189 Hackensack Plank Rd.**

**Weehawken, NJ 7086**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.984 | Nonpriority creditor's name and mailing address |
|---|---|

**Rosalba Chavarria**

**4971 42nd St.**

**Sacramento** **CA** **95820**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**     Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                Amount of claim

**3.985**   Nonpriority creditor's name and mailing address

**Rosalie Hizon**

**P0 Box 2045**

Fontana        CA    92334

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.986**   Nonpriority creditor's name and mailing address

**Roscoe Mason**

**8765 Spring Cypress Rd., Suite L**

Spring        TX    77379

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.987**   Nonpriority creditor's name and mailing address

**Rose Pelzer**

**29607 Brownsville Rd.**

Magnolia        TX    77354

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.988**   Nonpriority creditor's name and mailing address

**Rosibell Cortes**

**3349 Belden St.**

Sacramento        CA    95838

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Official Form 206E/F        **Schedule E/F: Creditors Who Have Unsecured Claims**       

Debtor **American Workers Insurance Services, Inc.** Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.989** Nonpriority creditor's name and mailing address

Ross Boles

9113 Gavin Rd.

Lantana          TX       76226

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.990** Nonpriority creditor's name and mailing address

Ross Hearing Aids

PMB712 STEIII 674 Harmon LP Rd

Dededo          GU       96929

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.991** Nonpriority creditor's name and mailing address

Roy Franklin Anding Jr

866 Westshore Court

League City          TX       77573

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.992** Nonpriority creditor's name and mailing address

Roy Wallace

405 Tarrytown Rd., Suite 576

White Plains          NY       10607

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.993**   Nonpriority creditor's name and mailing address

**Ruben Lopez Decardenas**

**16505 Butterfield Blvd., Apt 335**

**Morgan Hill**     **CA**     **95037**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.994**   Nonpriority creditor's name and mailing address

**Rubidia Medellin**

**2102 White Back Dr**

**Houston**     **TX**     **77084**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.995**   Nonpriority creditor's name and mailing address

**Russell Masunaga**

**2153 N King St.**

**Honolulu**     **HI**     **96819**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.996**   Nonpriority creditor's name and mailing address

**Ruthie Agbayani**

**94 436 Apowale St.**

**Waipahu**     **HI**     **96797**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.997**   Nonpriority creditor's name and mailing address

**RYU Acupuncture Clinic**

**121 S Glenoaks Blvd., #3**

**Burbank**      **CA**    **91502**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.998**   Nonpriority creditor's name and mailing address

**S & D Advertising Concepts**

**5518 Avanak St.**

**Spring**      **TX**    **77389**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.999**   Nonpriority creditor's name and mailing address

**Sae Joon Kim**

**550 Los Olivos Dr.**

**Santa Clara**      **CA**    **95050**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1000**   Nonpriority creditor's name and mailing address

**Saeid Sadighi**

**2701 Firestone Blvd., Suite W**

**South Gate**      **CA**    **90280**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**          Case number (if known)   **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.1001**   Nonpriority creditor's name and mailing address

**Safeguard Insurance Market, Inc.**

**Renata Llanes**

**1401 N Unversity Dr. Suite 500**

**Coral Springs**          **FL**   **33071**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1002**   Nonpriority creditor's name and mailing address

**Sam Llanes**

**11330 NW 68th Ct.**

**Parkland**          **FL**   **33076**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1003**   Nonpriority creditor's name and mailing address

**Samuel Cochran**

**2618 Darrell Dr.**

**Abilene**          **TX**   **79606**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1004**   Nonpriority creditor's name and mailing address

**Samuel Gouh**

**215 Manhatten Place**

**Los Angeles**          **CA**   **90004**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**          Case number (if known)  **19-44208-mxm11**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

**3.1005** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                    **$0.00**
                                                                *Check all that apply.*
**Samuel Juhn MD**                                              ☐ Contingent
**7851 Walder St., #101**                                       ☐ Unliquidated
                                                                ☐ Disputed

**La Palma**                    **CA**    **90623**             Basis for the claim:
                                                                **Face to Face Agent**
Date or dates debt was incurred                                 Is the claim subject to offset?
                                                                ☑ No
Last 4 digits of account number ___ ___ ___ ___                 ☐ Yes

**3.1006** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                    **$0.00**
                                                                *Check all that apply.*
**Samuel Morin**                                                ☐ Contingent
**424 S Mobberly Ave.**                                         ☐ Unliquidated
                                                                ☐ Disputed

**Longview**                    **TX**    **75602**             Basis for the claim:
                                                                **Face to Face Agent**
Date or dates debt was incurred                                 Is the claim subject to offset?
                                                                ☑ No
Last 4 digits of account number ___ ___ ___ ___                 ☐ Yes

**3.1007** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                    **$0.00**
                                                                *Check all that apply.*
**Sandra Cisneros**                                             ☐ Contingent
**5309 Ridge Gate Court**                                       ☐ Unliquidated
                                                                ☐ Disputed

**Rocklin**                     **CA**    **95765**             Basis for the claim:
                                                                **Face to Face Agent**
Date or dates debt was incurred                                 Is the claim subject to offset?
                                                                ☑ No
Last 4 digits of account number ___ ___ ___ ___                 ☐ Yes

**3.1008** Nonpriority creditor's name and mailing address      As of the petition filing date, the claim is:                    **$0.00**
                                                                *Check all that apply.*
**Sandra Lopez**                                                ☐ Contingent
**6181 Greenhaven Drive**                                       ☐ Unliquidated
                                                                ☐ Disputed

**Sacramento**                  **CA**    **95831**             Basis for the claim:
                                                                **Face to Face Agent**
Date or dates debt was incurred                                 Is the claim subject to offset?
                                                                ☑ No
Last 4 digits of account number ___ ___ ___ ___                 ☐ Yes

Debtor  **American Workers Insurance Services, Inc.**                Case number (if known)  **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1009**  Nonpriority creditor's name and mailing address

**Sang Gu Kang**

**4360 Ivymount Ct**

**Annandale**                **VA**    **22003**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1010**  Nonpriority creditor's name and mailing address

**Sang Hoon Lee**

**4201 Torrance Blvd., Suite 780**

**Torrance**                **CA**    **90503**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1011**  Nonpriority creditor's name and mailing address

**Sang Kwon**

**20102 Woodbine Avenue**

**Castro Valley**                **CA**    **94546**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1012**  Nonpriority creditor's name and mailing address

**Sang Nyo Kim**

**3033 Moorpark Avenue #25**

**San Jose**                **CA**    **95128**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**     Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1013**   **Nonpriority creditor's name and mailing address**

**Sang Oh**

**5902 Kingsford Road #L**

**Springfield**     **VA**    **22152**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.1014**   **Nonpriority creditor's name and mailing address**

**Sang Yu**

**2058 Hailston Dr.**

**Duluth**     **GA**    **30097**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.1015**   **Nonpriority creditor's name and mailing address**

**Sanghee Han**

**646 Bolton Court #3**

**San Jose**     **CA**    **95129**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.1016**   **Nonpriority creditor's name and mailing address**

**Santiago Aleman**

**1507 Winchester Blvd**

**San Jose**     **CA**    **95128**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1017 Nonpriority creditor's name and mailing address**

Sara Lim

371 Mariners Court #E

Hayward CA 94544

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.1018 Nonpriority creditor's name and mailing address**

Sara Pastora

3339 23rd St.

San Francisco CA 94110

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.1019 Nonpriority creditor's name and mailing address**

Sarah Ellis

PO Box 55181

Valencia CA 91385

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.1020 Nonpriority creditor's name and mailing address**

Sasang Acupuncture

1134 S Western Ave., Suite B2

Los Angeles CA 90006

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1021**   Nonpriority creditor's name and mailing address

**Segretix**

**19255 Sabal Lake Dr.**

**Boca Raton**      **FL**    **33434**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

**3.1022**   Nonpriority creditor's name and mailing address

**Seo Hwang Kim**

**18958 Sara Park Circle**

**Saratoga**      **CA**    **95070**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

**3.1023**   Nonpriority creditor's name and mailing address

**Seo Kwon Lee**

**5204 Rambler Way**

**Sacramento**      **CA**    **95841**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

**3.1024**   Nonpriority creditor's name and mailing address

**Seogchul Hong**

**5309 Berrywood Court**

**Fairfax**      **VA**    **22032**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |
|---|---|---|---|

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1025** Nonpriority creditor's name and mailing address

Seon Roh

5520 Santa Monica Blvd., Suite 104

Los Angeles      CA    90038

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.1026** Nonpriority creditor's name and mailing address

Serge Alexis Companies Llc

285 5th Ave., Suite 450

Brooklyn      NY    11215

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.1027** Nonpriority creditor's name and mailing address

Sergio Borrayo

1058 S Alma Ave.

Los Angeles      CA    90023

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

**3.1028** Nonpriority creditor's name and mailing address

Sergio Ruiz

2172 Third St.

Corona      CA    91719

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

Debtor    **American Workers Insurance Services, Inc.**          Case number (if known)  **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

---

| 3.1029 | Nonpriority creditor's name and mailing address |
|---|---|

**Serrano Eye Center**

**4220 W 3rd St., Suite 206**

**Los Angeles**          **CA**    **90020**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.1030 | Nonpriority creditor's name and mailing address |
|---|---|

**Seung Hwan Lee**

**1123 Turk St**

**San Francisco**          **CA**    **94115**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.1031 | Nonpriority creditor's name and mailing address |
|---|---|

**Seung Lee**

**6555 Cotton Wood #D**

**Dublin**          **CA**    **94568**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.1032 | Nonpriority creditor's name and mailing address |
|---|---|

**Seung Young Yoon**

**215 Grove Acre Ave., Apt. #16**

**Pacific Grove**          **CA**    **93950**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1033**   Nonpriority creditor's name and mailing address

Seunghee Suh

4323 Gleneagles Ct.

Stockton      CA    95219

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1034**   Nonpriority creditor's name and mailing address

Severance Optometric Center

3030 W Olympic Blvd., Suite 110

Los Angeles      CA    90006

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1035**   Nonpriority creditor's name and mailing address

Shalic Renfro

2715 Wuthering Heights

Houston      TX    77045

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1036**   Nonpriority creditor's name and mailing address

Shar Gor

6391 Alderton St.

Rego Park      NY    11374

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |

---

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1037** Nonpriority creditor's name and mailing address

Shareef Rabie

1723 Parklake Village

Katy     TX    77450

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.1038** Nonpriority creditor's name and mailing address

Shareef Rabie

11111 Richmond Ave., Suite 200

Houston     TX    77082

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.1039** Nonpriority creditor's name and mailing address

Sharon E. Ueligitone

2575 E 19th St., Apt. 28

Signal Hill     CA    90755

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.1040** Nonpriority creditor's name and mailing address

Sharon Haak

1602 Regal Blue Ct.

Fresno     TX    77545

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
| --- | --- | --- | --- |

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1041** Nonpriority creditor's name and mailing address

Sharon Johnson

2379 Briarwest Blvd., #8

Houston      TX    77077

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.1042** Nonpriority creditor's name and mailing address

Sharon Naylor

415 W Central Ave.

La Follette      TN    37766

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.1043** Nonpriority creditor's name and mailing address

Sheena McDowell

1835 S Perimeter Rd. #165

Fort Lauderdale      FL    33309

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.1044** Nonpriority creditor's name and mailing address

Sherman Lll Medical Group

3859 Rosemead Blvd.

Rosemead      CA    91770

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

Debtor   **American Workers Insurance Services, Inc.**   Case number (if known)   **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                                                                        Amount of claim

---

**3.1045**   Nonpriority creditor's name and mailing address

**Sherry Panuco**

**8931 N El Dorado**

**Stockton**              **CA**   **95210**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.1046**   Nonpriority creditor's name and mailing address

**Shin W. Kang Medical**

**2727 W Olympic Blvd., Suite 206**

**Los Angeles**          **CA**   **90006**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.1047**   Nonpriority creditor's name and mailing address

**Shonnell Sinclair**

**2010 NW 64th Ave.**

**Sunrise**              **FL**   **33313**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.1048**   Nonpriority creditor's name and mailing address

**Sierra Insurance LLC**

**Jorge Sierra**

**1000 W Pembroke Rd., Suite 208**

**Hallandale**          **FL**   **33009**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **American Workers Insurance Services, Inc.**          Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1049** Nonpriority creditor's name and mailing address

**Silvia Alcaraz**

**305 N E St.**

**Stockton**          **CA**   **95205**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1050** Nonpriority creditor's name and mailing address

**Simuel Evans III**

**8726 Cedar Trace Dr.**

**Spring**          **TX**   **77379**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1051** Nonpriority creditor's name and mailing address

**Sindee Guzman**

**1041 Prairie Dr.**

**Suisun City**          **CA**   **94585**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1052** Nonpriority creditor's name and mailing address

**Siu Lo Li**

**857 Kunawai Lane**

**Honolulu**          **HI**   **96817**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**      Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1053**   Nonpriority creditor's name and mailing address

**Sky Net**

**22119 Fair Garden Lane**

**Clarksburg**      **MD**    **20871**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.1054**   Nonpriority creditor's name and mailing address

**So Yun Kim**

**110403 Gold Stafton Drive**

**Gold River**      **CA**    **95670**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.1055**   Nonpriority creditor's name and mailing address

**Son Nguyen**

**12826 Remy Street**

**Houston**      **TX**    **77045**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.1056**   Nonpriority creditor's name and mailing address

**Song Cho**

**246 Grove Way**

**Hayward**      **CA**    **94541**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

Debtor   **American Workers Insurance Services, Inc.**   Case number (if known)   **19-44208-mxm11**

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1057**   Nonpriority creditor's name and mailing address

**Song Kim**

**561 Alandele Ave.**

**Los Angeles**          **CA**     **90036**

Date or dates debt was incurred

Last 4 digits of account number   __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1058**   Nonpriority creditor's name and mailing address

**Sonia Tlaseca**

**720 S Terrace Ave**

**Colombus**          **OH**     **43204**

Date or dates debt was incurred

Last 4 digits of account number   __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1059**   Nonpriority creditor's name and mailing address

**Soo Chung**

**8370 Greensboro Drive Unit 319**

**Mclean**          **VA**     **22102**

Date or dates debt was incurred

Last 4 digits of account number   __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1060**   Nonpriority creditor's name and mailing address

**Soojin Choi**

**3770 Flora Vista Avenue**

**Santa Clara**          **CA**     **95051**

Date or dates debt was incurred

Last 4 digits of account number   __ __   __ __   __ __   __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**          Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

**3.1061**   Nonpriority creditor's name and mailing address

**Soon Ae Lee**

**1267 Webster St**

**San Francisco**          **CA**      **94115**

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1062**   Nonpriority creditor's name and mailing address

**Soon Yong**

**907 Silacci Dr.**

**Campbell**          **CA**      **95008**

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1063**   Nonpriority creditor's name and mailing address

**Soon Yoon**

**1841 Central Park Ave., Apt. 2M**

**Yonkers**          **NY**      **10710**

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1064**   Nonpriority creditor's name and mailing address

**Soukmany Rajamountry**

**2613 Willowgate Rd**

**Grove City**          **OH**      **43123**

Date or dates debt was incurred

Last 4 digits of account number    __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1065** Nonpriority creditor's name and mailing address

Soyun Lee

32632 Almaden Blvd #139

Union City      CA    94587

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.1066** Nonpriority creditor's name and mailing address

Stephanie Seo

1104 Topaz Avenue #4

San Jose      CA    95117

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.1067** Nonpriority creditor's name and mailing address

Stephen Bognar

4717 Canyon Hills Drive

Fairfield      CA    94534

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.1068** Nonpriority creditor's name and mailing address

Stephen Oh

3568 Adams St.

Riverside      CA    92504

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.1069**   Nonpriority creditor's name and mailing address

Steven Kang

4001 Wilshire Blvd., Apt. F 286

Los Angeles      CA     90010

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1070**   Nonpriority creditor's name and mailing address

Steven P. Schoppa

16014 Aberdeen Forest Dr.

Houston      TX     77095

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1071**   Nonpriority creditor's name and mailing address

Steven Torimaru

807 W Camino Real Ave. #S

Arcadia      CA     91007

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1072**   Nonpriority creditor's name and mailing address

Su Lan Yang

742 N Mavis Street #2

Anaheim      CA     92805

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
Face to Face Agent

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| | | |
|---|---|---|
| **3.1073** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

Su Yeon Choe

2471 Kenwood Avenue

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

San Jose      CA    95128      **Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.1074**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

Sue Baek

8350 Greensboro Dr., #1-707

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Mclean      VA    22102      **Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.1075**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

Sue Shin

1380 Belmont Hills Dr.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Suwanee      GA    30024      **Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

**3.1076**   **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00**

Suhee Oh

4040 West Campbell Avenue

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Campbell      CA    95008      **Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.1077** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

Sukyeong Choi

2676 Newhall Street Apt 29

☐ Contingent
☐ Unliquidated
☐ Disputed

Santa Clara      CA    95050

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.1078** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

Sulma Hernandez

2836 N Cedar Ave

☐ Contingent
☐ Unliquidated
☐ Disputed

Fresno      CA    93703

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.1079** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

Sun Hee Lee

1340 Dabney House Rd.

☐ Contingent
☐ Unliquidated
☐ Disputed

Vernon Hill      VA    24597

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| **3.1080** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$0.00** |

Sun J. Shin MDM Inc.

866 S Westmoreland Ave., Suite 101

☐ Contingent
☐ Unliquidated
☐ Disputed

Los Angeles      CA    90005

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

Debtor   **American Workers Insurance Services, Inc.**     Case number (if known)  **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

---

**3.1081**  **Nonpriority creditor's name and mailing address**

**Sun Kim**

**4113 124th Ave. SE #601**

_____

**Bellvue**                    **WA**    **98006**

Date or dates debt was incurred     _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.1082**  **Nonpriority creditor's name and mailing address**

**Sun Kim**

**3122 112th St. E**

_____

**Tacoma**                    **WA**    **98446**

Date or dates debt was incurred     _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.1083**  **Nonpriority creditor's name and mailing address**

**Sun Kyung Choi**

**4825 Pine Forest Place**

_____

**San Jose**                   **CA**    **95118**

Date or dates debt was incurred     _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.1084**  **Nonpriority creditor's name and mailing address**

**Sun-Hwa Kim**

**10575 Glenview Avenue**

_____

**Cupertino**                  **CA**    **95014**

Date or dates debt was incurred     _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill or submit this page.

Amount of claim

---

**3.1085** Nonpriority creditor's name and mailing address

**Sung Choi**

**350 S Via El Modena #4**

**Orange**      **CA**    **92869**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1086** Nonpriority creditor's name and mailing address

**Sung Hu Kim**

**3040 W 7th St.**

**Los Angeles**      **CA**    **90005**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1087** Nonpriority creditor's name and mailing address

**Sung Knight**

**246 Grove Way**

**Hayward**      **CA**    **94541**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1088** Nonpriority creditor's name and mailing address

**Sung Lee**

**1145 Palomar Court**

**Tracy**      **CA**    **95377**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor　**American Workers Insurance Services, Inc.**　　Case number (if known)　**19-44208-mxm11**

## Part 2:　Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1089**　Nonpriority creditor's name and mailing address

**Sung Min Acupuncture Clinic**

**809 S Hobare Pl**

**Los Angeles**　　　**CA**　　**90005**

Date or dates debt was incurred

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.1090**　Nonpriority creditor's name and mailing address

**Sung Sub Choi MD Inc.**

**3323 W Olympic Blvd., Suite 210**

**Los Angeles**　　　**CA**　　**90019**

Date or dates debt was incurred

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.1091**　Nonpriority creditor's name and mailing address

**Sunghan Suk**

**1531 S Diamond Bar Blvd.**

**Diamond Bar**　　**CA**　　**91765**

Date or dates debt was incurred

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.1092**　Nonpriority creditor's name and mailing address

**Sunhee Go**

**9251 Glen Meadow Lane**

**Bristow**　　　**VA**　　**20136**

Date or dates debt was incurred

Last 4 digits of account number　　__ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
| --- | --- | --- | --- |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1093** Nonpriority creditor's name and mailing address

Sunny Chon Royce

6270 Clay Pipe Court

Centreville          VA     20121

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1094** Nonpriority creditor's name and mailing address

Sunny Kim

407 Olympus #6

Hercules          CA     94547

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1095** Nonpriority creditor's name and mailing address

Sunrise Consulting And Financial

6097 Golfview Dr.

Gurnee          IL     60031

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1096** Nonpriority creditor's name and mailing address

Susan Andres

38715 Road 128

Cutler          CA     93615

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**          Case number (if known)  **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                  **Amount of claim**

| **3.1097** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
| --- | --- | --- | --- |

**Susan Hudgens**

**3224 MC Kelvey St.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Bridgton** | **MO** | **63041** |
| --- | --- | --- |

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.1098** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
| --- | --- | --- | --- |

**Suzie Park**

**22221 Bloomfield Ave., #24**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Cypress** | **CA** | **90630** |
| --- | --- | --- |

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.1099** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
| --- | --- | --- | --- |

**Sylvan Medical Group**

**1510 Florida Ave.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Modesto** | **CA** | **95350** |
| --- | --- | --- |

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| **3.1100** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |
| --- | --- | --- | --- |

**Tae Hyun Oh**

**110 Circle View Dr., Apt. #110A**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| **Buford** | **GA** | **30518** |
| --- | --- | --- |

**Basis for the claim:**
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  ___ ___ ___ ___

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

**3.1101**  Nonpriority creditor's name and mailing address

Tamara Soliai

55-537 A Naniloa Loop

Laie                    HI      96762

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.1102**  Nonpriority creditor's name and mailing address

Tan Hoa Nguyen

2600 Senter Road # 17

San Jose                CA      95111

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.1103**  Nonpriority creditor's name and mailing address

Tara Fletcher

410 W Grand Pkwy S, Suite 242

Katy                    TX      77494

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.1104**  Nonpriority creditor's name and mailing address

Tara Khor

2420 Fleury Way

Stockton                CA      95210

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**      Case number (if known) **19-44208-mxm11**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

| 3.1105 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**    **$0.00**
*Check all that apply.*

**Tausief Mohamed**

**6321 SW 20th St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Miramar**    **FL**    **33023**    **Producer Agreement**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __   ☑ No   ☐ Yes

---

| 3.1106 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**    **$0.00**
*Check all that apply.*

**Tavere Johnson**

**2950 W. Cypress Creek Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Fort Lauderdale**    **FL**    **33309**    **Producer Agreement**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __   ☑ No   ☐ Yes

---

| 3.1107 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**    **$0.00**
*Check all that apply.*

**Tehillah Enterprises Inc**

**21116 Marsh Creek Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Preston**    **MD**    **21655**    **Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __   ☑ No   ☐ Yes

---

| 3.1108 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**    **$0.00**
*Check all that apply.*

**Telsource Solutions**

**7447 Harwin Dr., Suite 246**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston**    **TX**    **77036**    **Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __   ☑ No   ☐ Yes

---

Debtor    **American Workers Insurance Services, Inc.**     Case number (if known)   **19-44208-mxm11**

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                     Amount of claim

---

**3.1109**   Nonpriority creditor's name and mailing address

**Temple Pain Care Center**

**3738 W 6th St.**

**Los Angeles**      **CA**    **90020**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1110**   Nonpriority creditor's name and mailing address

**Terence Reed**

**413 Westpark Dr.**

**Weatherford**      **TX**    **76086**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1111**   Nonpriority creditor's name and mailing address

**Teresa Jimenez**

**1639 Waverly Ave.**

**San Jose**      **CA**    **95122**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1112**   Nonpriority creditor's name and mailing address

**Teresa Medical**

**2675 W Olympic Blvd.**

**Los Angeles**      **CA**    **90006**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.1113** Nonpriority creditor's name and mailing address

Terrence Won

1360 S Beretania St.

Honolulu    HI   96814

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.1114** Nonpriority creditor's name and mailing address

Tessie Zamora

95 716 Paikauhale St.

Mililani    HI   96789

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.1115** Nonpriority creditor's name and mailing address

Thacher Chris

2975 Treat Blvd., Suite A4

Concord    CA   94518

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.1116** Nonpriority creditor's name and mailing address

The Doctors Clinic

PO Box 11409

Tamuning    GU   96931

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|---|---|---|---|

---

**Part 2:**   **Additional Page**

---

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.1117** | Nonpriority creditor's name and mailing address |
|---|---|

The Green Group

Angela Mirabella

20271 SW Acacia St., #200

| Newport Beach | CA | 92660 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Producer Agreement

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| **3.1118** | Nonpriority creditor's name and mailing address |
|---|---|

The HIC Group

Seni Sok

4960 NE 27th Avenue

| Lighthouse Point | FL | 33064 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Producer Agreement

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| **3.1119** | Nonpriority creditor's name and mailing address |
|---|---|

The Kool Tech

4154 Sleeping Indian Rd.

| Fallbrook | CA | 92028 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| **3.1120** | Nonpriority creditor's name and mailing address |
|---|---|

The Park Dental Group

44841 10th St. W

| Lancaster | CA | 93534 |
|---|---|---|

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor __**American Workers Insurance Services, Inc.**__ Case number (if known) __**19-44208-mxm11**__

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1121** Nonpriority creditor's name and mailing address

**Thomas Meissner**

**1422 Pelican Way**

**Suisun City**      **CA**    **94585**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

**3.1122** Nonpriority creditor's name and mailing address

**Tiffany Kang**

**7212 Crestfield Dr**

**San Ramon**      **CA**    **94582**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

**3.1123** Nonpriority creditor's name and mailing address

**Tiffany Richards**

**2950 W Cypress Creek Rd.**

**Fort Lauderdale**      **FL**    **33309**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

**3.1124** Nonpriority creditor's name and mailing address

**Tiffany Rucker**

**4121 E Busch Blvd.**

**Tampa**      **FL**    **33617**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1125** Nonpriority creditor's name and mailing address

**Tina Adams**

**2975 Treat Blvd., Suite A4**

**Concord**      **CA**    **94518**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1126** Nonpriority creditor's name and mailing address

**Tina Culpepper**

**2500 N Van Dorn St., Apt. #811**

**Alexandria**      **VA**    **22302**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1127** Nonpriority creditor's name and mailing address

**Tok Yi**

**5452 Spey Ct.**

**Alpharetta**      **GA**    **30022**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1128** Nonpriority creditor's name and mailing address

**Tony Labarre**

**6464 Savoy Dr., Suite 757**

**Houston**      **TX**    **77036**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**    Case number (if known)    **19-44208-mxm11**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                                    Amount of claim

| 3.1129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Tonya Bias**

**6503 Bayou View Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**　　　　　　**TX**　　**77091**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number　__ __ __ __

---

| 3.1130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Top Healthcare Options Insurance Agency**

**Tiffanie Gonzalez**

**8409 N Coral Circle**

☐ Contingent
☐ Unliquidated
☐ Disputed

**North Lauderdale**　　　**FL**　　**33068**

Basis for the claim:
**Producer Agreement**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number　__ __ __ __

---

| 3.1131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Toribio Aniban**

**3235 Sagewood Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Jose**　　　　　　**CA**　　**95132**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number　__ __ __ __

---

| 3.1132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| --- | --- | --- | --- |

**Town & Country Dentistry**

**10941 Finstone Blvd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Norwalk**　　　　　　**CA**　　**90650**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number　__ __ __ __

---

Debtor  **American Workers Insurance Services, Inc.**  Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1133** Nonpriority creditor's name and mailing address

**Tran Juliane**

**683 Indian Hill Blvd.**

**Pomona**          **CA**    **91767**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.1134** Nonpriority creditor's name and mailing address

**Trendirect**

**510 Congress St., Suite 2**

**Portland, ME 4101**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.1135** Nonpriority creditor's name and mailing address

**Tri-Star Insurance Services LLC**

**Maria Baceros**

**1752 E Bullard Ave.**

**Fresno**          **CA**    **93710**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

**3.1136** Nonpriority creditor's name and mailing address

**Tustin Place Med Group**

**13095 Jamboree Rd.**

**Tustin**          **CA**    **92782**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

Debtor  **American Workers Insurance Services, Inc.**          Case number (if known)  **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

**3.1137**  Nonpriority creditor's name and mailing address

**Tweedy Medical Group**

**4075 Tweedy Blvd.**

**South Gate**          **CA**     **90280**

Date or dates debt was incurred

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1138**  Nonpriority creditor's name and mailing address

**Tyrone Smith**

**2018 Ruffian Lane**

**Stafford**          **TX**     **77477**

Date or dates debt was incurred

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1139**  Nonpriority creditor's name and mailing address

**Umbelina Martinez**

**3980 El Camino Real #87**

**Palo Alto**          **CA**     **94306**

Date or dates debt was incurred

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1140**  Nonpriority creditor's name and mailing address

**Valerie Robinson**

**7373 Andmore St.,  #1254**

**Houston**          **TX**     **77054**

Date or dates debt was incurred

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.1141**   Nonpriority creditor's name and mailing address

**Vanessa Osorio-Bedoya**

**2950 W Cypress Creek Rd.**

**Fort Lauderdale**    **FL**    **33309**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1142**   Nonpriority creditor's name and mailing address

**Vernbro Medical Bldg.**

**231 W Vernon Ave., Suite 108**

**Los Angeles**    **CA**    **90037**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1143**   Nonpriority creditor's name and mailing address

**Vernbro Medical Group**

**231 W Vernon Ave., Suite 201**

**Los Angeles**    **CA**    **90037**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1144**   Nonpriority creditor's name and mailing address

**Veronica Eunice Chacon Corena**

**351 North 26th St #19**

**San Jose**    **CA**    **95116**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|---|---|---|---|

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1145**   **Nonpriority creditor's name and mailing address**

**Veronica Pascual**

**8572 Villa View Dr.**

**Citrus Heights**     **CA**    **95621**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.1146**   **Nonpriority creditor's name and mailing address**

**Veronica Wilson**

**23311 Good Dale Lane**

**Spring**     **TX**    **77373**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.1147**   **Nonpriority creditor's name and mailing address**

**VGB Associates Inc**

**2020 Hurley Way, Suite 145**

**Sacramento**     **CA**    **95825**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

**3.1148**   **Nonpriority creditor's name and mailing address**

**Vicente M. Lizama**

**PO Box 3165**

**Chula Vista**     **CA**    **91909**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor  **American Workers Insurance Services, Inc.**          Case number (if known)  **19-44208-mxm11**

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| 3.1149 | **Nonpriority creditor's name and mailing address** |

**Vickie Donaldson**

**5919 Pine Arbor Dr.**

**Houston**          **TX**    **77066**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.1150 | **Nonpriority creditor's name and mailing address** |

**Victor Arrieta**

**PO Box 4677**

**Carolina, PR 984**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.1151 | **Nonpriority creditor's name and mailing address** |

**Victor Olivas Salazar**

**8501 Willow Grove Way**

**Sacramento**          **CA**    **95828**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| 3.1152 | **Nonpriority creditor's name and mailing address** |

**Victor Romley**

**1136 Union Mall**

**Honolulu**          **HI**    **96813**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                       Amount of claim

---

**3.1153**   Nonpriority creditor's name and mailing address

**Victorien Rival**

**5501 W Broward Blvd.**

**Plantation**      **FL**    **33317**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1154**   Nonpriority creditor's name and mailing address

**Victorino Rodriguez Gallardo**

**53 White St**

**Watsonville**      **CA**    **95076**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1155**   Nonpriority creditor's name and mailing address

**Vilma Maramba**

**533 Chuck Wagon Circle**

**Walnut**      **CA**    **91789**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1156**   Nonpriority creditor's name and mailing address

**Vincent Bellezza**

**381 SW Ridgecrest Dr.**

**Port St. Lucie**      **FL**    **34953**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**           Case number (if known)   **19-44208-mxm11**

### Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                  Amount of claim

| 3.1157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Vincente Franco**

**1884 SW 57th Ave.**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Miami**       **FL**   **33155**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

---

| 3.1158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Violeta Lenhart**

**94 1568 Waipahu St.**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Waipahu**       **HI**   **96797**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

---

| 3.1159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Virginia Recinos**

**6110 Fillmore Place, Apt. 2**

**West New York, NJ 7093**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

---

| 3.1160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |

**Viva Jones**

**4115 East Noble Avenue**

*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Visalia**       **CA**   **93292**

Basis for the claim:
**Face to Face Agent**

Date or dates debt was incurred

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  __ __ __ __

Debtor  **American Workers Insurance Services, Inc.**            Case number (if known)  **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.1161 | Nonpriority creditor's name and mailing address |

**Vivian Nguyen**

**4652 Rotherhaven Way**

**San Jose**                    **CA**     **95111**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.1162 | Nonpriority creditor's name and mailing address |

**Vonni Kim**

**3061 West 12th Place**

**Los Angeles**                 **CA**     **90006**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.1163 | Nonpriority creditor's name and mailing address |

**Walter Peccorinni**

**2909 Angel Drive**

**Stockton**                    **CA**     **95209**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| 3.1164 | Nonpriority creditor's name and mailing address |

**Wave Dentistry**

**9673 Sierra Ave., Suite C**

**Fontana**                     **CA**     **92335**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**          Case number (if known)   **19-44208-mxm11**

---

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1165**   **Nonpriority creditor's name and mailing address**

Wen-Ru Yang

915 N King St.

Honolulu                          HI      96717

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.1166**   **Nonpriority creditor's name and mailing address**

Wendy Buret

106 S Broadway

White Plains                     NY      10605

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.1167**   **Nonpriority creditor's name and mailing address**

Wesley Dixon

15116 Lee Rd., Suite 510

Humble                           TX      77396

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

**3.1168**   **Nonpriority creditor's name and mailing address**

Westmoreland Family Dental

866 S Westmoreland Ave., #102

Los Angeles                      CA      90005

Date or dates debt was incurred

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$0.00

---

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1169** Nonpriority creditor's name and mailing address

Westpark Investments

14503 Royal Hill Dr.

Houston TX 77083

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.1170** Nonpriority creditor's name and mailing address

Wilfred Martinez

6727 Pheasant Oak Dr.

Houston TX 77083

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.1171** Nonpriority creditor's name and mailing address

Wilhelmina Bautista

6676 Ridgeline Avenue

San Bernardino CA 92407

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

**3.1172** Nonpriority creditor's name and mailing address

Will McKinney

716 Leadenhall Ct.

Antioch TN 37013

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Face to Face Agent

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

Debtor   **American Workers Insurance Services, Inc.**          Case number (if known)   **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1173**   Nonpriority creditor's name and mailing address

**William & Sarah Chang**

**PO Box 800156**

**Dallas**                    **TX**     **75380**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.1174**   Nonpriority creditor's name and mailing address

**William John**

**5301 N Federal Hwy., Suite 290**

**Boca Raton**               **FL**     **33487**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.1175**   Nonpriority creditor's name and mailing address

**William Reyes**

**18297 McCoy Avenue**

**Saratoga**                 **CA**     **95070**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.1176**   Nonpriority creditor's name and mailing address

**Willie Lewis**

**3302 Charleston St.**

**Houston**                  **TX**     **77021**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| | |
|---|---|
| Debtor    **American Workers Insurance Services, Inc.** | Case number (if known)   **19-44208-mxm11** |

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.1177 | Nonpriority creditor's name and mailing address |
|---|---|

**Won Kim**

**1101 Rusher Street**

**Tracy**    **CA**   **95376**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

| 3.1178 | Nonpriority creditor's name and mailing address |
|---|---|

**Won Man Yi**

**101 Spear St A-24**

**San Francisco**    **CA**   **95105**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

| 3.1179 | Nonpriority creditor's name and mailing address |
|---|---|

**Woon Kwak**

**1730 N Community Dr., Apt. #202**

**Anaheim**    **CA**   **92806**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

| 3.1180 | Nonpriority creditor's name and mailing address |
|---|---|

**Wynn Greene**

**3411 S Camino Seco Unit #412**

**Tucson**    **AZ**   **85730**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Face to Face Agent**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**                      Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                   Amount of claim

---

**3.1181**   Nonpriority creditor's name and mailing address

X-Ray Pro Inc.

241 Farenholt Ave., Suite 107

Tamuning                        GU      96913

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.1182**   Nonpriority creditor's name and mailing address

Xu Zhen Shun

1550 Filmore Street #309

San Francisco                   CA      94115

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.1183**   Nonpriority creditor's name and mailing address

Yeon Suh

415 S Harvard Blvd. #315

Los Angeles                     CA      90020

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.1184**   Nonpriority creditor's name and mailing address

Yesenia Garcia Castro

3233 Mangum Rd #377

Houston                         TX      77092

Date or dates debt was incurred

Last 4 digits of account number        __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |
|---|---|---|---|

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1185**   **Nonpriority creditor's name and mailing address**

Yesung Yoo

4630 Luxberry Dr.

Fairfax                     VA      22032

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.1186**   **Nonpriority creditor's name and mailing address**

Yime Melgar Alcantara

1 Doering Ln

Watsonville                 CA      95076

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.1187**   **Nonpriority creditor's name and mailing address**

Yohan Cho

2917 Monroe Place

Falls Church                VA      22042

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

**3.1188**   **Nonpriority creditor's name and mailing address**

Yohan Jhung

1881 W Jefferson Blvd., #203

Los Angeles                 CA      90018

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1189** Nonpriority creditor's name and mailing address

Yolanda Abaca

7900 Casaba Avenue

Winnetka     CA     91306

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1190** Nonpriority creditor's name and mailing address

Yolanda Valdivia

255 Tapestry Lane, Apt. #606

American Canyon     CA     94503

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1191** Nonpriority creditor's name and mailing address

Yolanda Valeriano

1927 Leford Way

Sacramento     CA     95832

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1192** Nonpriority creditor's name and mailing address

Yon Chung

835 McAllister St., #K

San Francisco     CA     94102

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.1193**   Nonpriority creditor's name and mailing address

**Yong Cha Kim**

**5 Southview Lane**

**Carmel Valley**     **CA**    **93924**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1194**   Nonpriority creditor's name and mailing address

**Yong Cho**

**246 Grove Way**

**Hayward**     **CA**    **94541**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1195**   Nonpriority creditor's name and mailing address

**Yong Hoan Choi**

**2500 Pleasant Hill Rd., Apt. #1013**

**Duluth**     **GA**    **30096**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1196**   Nonpriority creditor's name and mailing address

**Yong Kim**

**7345 McWhorter Place #111**

**Annandale**     **VA**    **22003**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

Debtor  **American Workers Insurance Services, Inc.**          Case number (if known)  **19-44208-mxm11**

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1197**  Nonpriority creditor's name and mailing address

**Yong Mi Kim**

**1336 Logsdon Lane**

**Buffalo Grove**          **IL**    **60089**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1198**  Nonpriority creditor's name and mailing address

**Yong Sik Chin**

**1819 June Marie Ct**

**Hayward**          **CA**    **94541**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1199**  Nonpriority creditor's name and mailing address

**Yong So Oh**

**1248 San Angelo Dr.**

**Salinas**          **CA**    **93901**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1200**  Nonpriority creditor's name and mailing address

**Yong Soo Kwak**

**1716 Townsend Ave.**

**Santa Clara**          **CA**    **95051**

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

---

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.     Amount of claim

---

**3.1201**   Nonpriority creditor's name and mailing address

**Yoni Del Cid**

**1241 Clinton Rd.**

**Sacramento**     **CA**    **95825**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1202**   Nonpriority creditor's name and mailing address

**Yoo Lee**

**8550 Bauer Dr.**

**Springfield**     **VA**    **22152**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1203**   Nonpriority creditor's name and mailing address

**Yoon Choi**

**6365 Benecia Avenue**

**Newark**     **CA**    **94560**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

**3.1204**   Nonpriority creditor's name and mailing address

**Yoshihiro Mizuochi**

**1901 E Amar Road #67**

**West Covina**     **CA**    **91792**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$0.00**

---

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |
|---|---|---|---|

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1205** **Nonpriority creditor's name and mailing address**

Yoshimi Koda

1204 West Gardena Blvd #C

Gardena                CA        90247

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.1206** **Nonpriority creditor's name and mailing address**

Youn Hyun Bae

218 N Charles St., Apt. 2101

Baltimore            MD        21201

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.1207** **Nonpriority creditor's name and mailing address**

Youn Ju Kim

1201 W Valencia Dr., #66

Fullerton            CA        92833

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.1208** **Nonpriority creditor's name and mailing address**

Young Ho Choi

424 Lincoln St.

Palisades Park, NJ 7650

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Face to Face Agent

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Debtor    **American Workers Insurance Services, Inc.**       Case number (if known)   **19-44208-mxm11**

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
| --- | --- |
| **3.1209**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |

**Young Im**

**22910 Crenshaw Blvd., Suite C**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Torrance**      **CA**    **90505**     **Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __   ☒ No   ☐ Yes

---

| | |
| --- | --- |
| **3.1210**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |

**Young Im Kim**

**13929 Marquesas Way, #108A**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Marina Del Rey**     **CA**    **90292**     **Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __   ☒ No   ☐ Yes

---

| | |
| --- | --- |
| **3.1211**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |

**Young Kyo Shinn**

**2971 Grey Moss Pass**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Duluth**      **GA**    **30097**     **Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __   ☒ No   ☐ Yes

---

| | |
| --- | --- |
| **3.1212**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |

**Young Park**

**10454 Sterling Blvd**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Cupertino**      **CA**    **95014**     **Face to Face Agent**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __   ☒ No   ☐ Yes

---

Debtor **American Workers Insurance Services, Inc.**  Case number (if known) **19-44208-mxm11**

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.1213** Nonpriority creditor's name and mailing address

**Young Sim Paik**

**831 North El Camino Real #3**

**San Mateo** **CA** **94401**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1214** Nonpriority creditor's name and mailing address

**Young Sook Kim**

**3805 Bromolow Trail**

**Lawrenceville** **GA** **30044**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1215** Nonpriority creditor's name and mailing address

**Young Sun Herbs Acupuncture**

**3663 W 6th St., Suite 308**

**Los Angeles** **CA** **90020**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

**3.1216** Nonpriority creditor's name and mailing address

**Young Sun Park**

**900 Park Knoll Court**

**Lawrenceville** **GA** **30043**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

---

Debtor   **American Workers Insurance Services, Inc.**      Case number (if known)  **19-44208-mxm11**

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.       Amount of claim

| 3.1217 | Nonpriority creditor's name and mailing address |
|---|---|

**Youngsun Kim**

**7484 Old Alexandria Ferry Rd.**

**Clinton**      **MD**   **20735**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

| 3.1218 | Nonpriority creditor's name and mailing address |
|---|---|

**Younjung Kim**

**58 Henry Ave., Apt. A**

**Palisades Park, NJ 7650**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

| 3.1219 | Nonpriority creditor's name and mailing address |
|---|---|

**Yousuf Syed**

**7830 NW 33rd St., Apt. 405**

**Hollywood**      **FL**   **33024**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

| 3.1220 | Nonpriority creditor's name and mailing address |
|---|---|

**Yuehui Xia**

**5921 Cloverly Ave.**

**Temple City**      **CA**   **91780**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

---

Debtor __**American Workers Insurance Services, Inc.**_____ Case number (if known) __**19-44208-mxm11**____

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.1221 | Nonpriority creditor's name and mailing address |
|---|---|

__**Yuenen Guadalupe Santiago Flores**_____

__**10500 W. Highway 12 #C**_____

_____

__**Lodi** **CA** **95242**_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __ __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__**Face to Face Agent**_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.1222 | Nonpriority creditor's name and mailing address |
|---|---|

__**Yun Cho Han**_____

__**14517 Suny Lake Court**_____

_____

__**Centreville** **VA** **20120**_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __ __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__**Face to Face Agent**_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.1223 | Nonpriority creditor's name and mailing address |
|---|---|

__**Yun Jae An**_____

__**10141 Cyaft Drive #B**_____

_____

__**Cuperfino** **CA** **95014**_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __ __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__**Face to Face Agent**_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

---

| 3.1224 | Nonpriority creditor's name and mailing address |
|---|---|

__**Yun Soon Park**_____

__**1573 Elka Ave.**_____

_____

__**San Jose** **CA** **95129**_____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __ __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
__**Face to Face Agent**_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$0.00**

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

                                                                                   Amount of claim

**3.1225**   Nonpriority creditor's name and mailing address

**Yung Wang**

**1020 Meadow Glen Court**

**Fairfield**      **CA**    **94533**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.1226**   Nonpriority creditor's name and mailing address

**Yunhi Kong**

**3798 Hancock Dr.**

**Santa Clara**      **CA**    **95051**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.1227**   Nonpriority creditor's name and mailing address

**Yvonne Fidure**

**1230 Spencer Rd.**

**Warminster**      **PA**    **18974**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Producer Agreement**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

**3.1228**   Nonpriority creditor's name and mailing address

**Zenon Cancino**

**402 W Chapman Ave.**

**Placentia**      **CA**    **92870**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☒ No
☐ Yes

**$0.00**

---

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.1229** Nonpriority creditor's name and mailing address

**Zolimar Marcia Gutierrez Torres**

**404 Royce Drive**

**San Jose**      **CA**    **95133**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

**3.1230** Nonpriority creditor's name and mailing address

**Zulma Ramirez**

**6 1/2 Lowden St**

**New Jersey, NJ 7208**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Face to Face Agent**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor    **American Workers Insurance Services, Inc.**                    Case number (if known)    **19-44208-mxm11**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.   **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.**  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **Jacob L. McBride** **Weinstein Radcliff Pipkin LLP** **8350 N. Central Expwy., Suite 1550** **Dallas** **TX** **75206** | Line    **3.875** ☐ Not listed.  Explain: | __ __ __ __ |
| **4.2** **Taylor English Duma LLP** **Attn: Jonathan Crumly** **1600 Parkwood Circle, Suite 200** **Atlanta** **GA** **30339** | Line    **3.200** ☐ Not listed.  Explain: | __ __ __ __ |

Debtor   **American Workers Insurance Services, Inc.**                    Case number (if known)   **19-44208-mxm11**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. **$0.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** **$9,505.80** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. **$9,505.80** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **American Workers Insurance Services, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF TEXAS** |
| Case number (if known) | **19-44208-mxm11**　　　　Chapter　**11** |

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases　　　　12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

   State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | Abdullah Khalid |
|---|---|---|---|
| | | | 1799 W Oakland Park Blvd., Suite 300 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Oakland Park　　FL　33311 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | Adam Bercowicz |
|---|---|---|---|
| | | | 1835 S Perimeter Rd. #165, #C206 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Fort Lauderdale　　FL　33309 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | Advance Benefit Group |
|---|---|---|---|
| | | | Mario Callejas |
| | | | 4300 N University Dr. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Lauderdale　　FL　33351 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | Ahmed Rauf |
|---|---|---|---|
| | | | 550 Fairway Dr., #106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Deerfield　　FL　33441 |

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |
| --- | --- | --- | --- |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2.5**

State what the contract or lease is for and the nature of the debtor's interest: **Producer Agreement**

State the term remaining

List the contract number of any government contract

Americare Life & Health
Emily Payne
750 East Sample Rd.

Pompano Beach          FL          33064

**2.6**

State what the contract or lease is for and the nature of the debtor's interest: **Producer Agreement**

State the term remaining

List the contract number of any government contract

Angela Garcia
501 NW 141 Ave. #101

Pembroke Pines          FL          33028

**2.7**

State what the contract or lease is for and the nature of the debtor's interest: **Producer Agreement**

State the term remaining

List the contract number of any government contract

Angeleatia Carter
2730 W 9th Court

Fort Lauderdale          FL          33311

**2.8**

State what the contract or lease is for and the nature of the debtor's interest: **Producer Agreement**

State the term remaining

List the contract number of any government contract

Annely Santillo
83 Derrick Dr.

West Henrietta          NY          14586

**2.9**

State what the contract or lease is for and the nature of the debtor's interest: **Producer Agreement**

State the term remaining

List the contract number of any government contract

Anthony Lombardi
2214 Saw Mill River Rd.

Elmsford          NY          10523

**2.10**

State what the contract or lease is for and the nature of the debtor's interest: **Producer Agreement**

State the term remaining

List the contract number of any government contract

Anthony Maresca
27269 Guapore Dr.

Punta Gorda          FL          33983

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Anthony Mossucco** |
| | | | **8565 Breezy Hill Dr.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Boynton Beach**      **FL**      **33473** |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | **Administrative Agreement with AWIS** | **Association Health Care Management, Inc.** |
| | | | **11111 Richmond Ave., Suite 200** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston**      **TX**      **77082** |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | **Agreement with AWIS** | **Association Health Care Management, Inc.** |
| | | | **11111 Richmond Ave., Suite 200** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston**      **TX**      **77082** |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Atalie Bruna** |
| | | | **8025 Royal Palm Cir.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tamarac**      **FL**      **33321** |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Atlantic Health** |
| | | | **Charles Donisi** |
| | | | **2717 NE 25th St.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fort Lauderdale**      **FL**      **33305** |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Banjamin Mahler** |
| | | | **3350 NW 2nd Ave., Suite A28** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Boca Raton**      **FL**      **33431-6678** |

Debtor **American Workers Insurance Services, Inc.**  Case number (if known) **19-44208-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Beacon Strategic Planning Solutions LLC** |
| | | | **Stacie Tanaka** |
| | | | **6117 Wild Eagle Ct.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Elk Grove** **CA** **95757** |

| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Big One Strategic Solutions Inc.** |
| | | | **Kaylynn Serna** |
| | | | **4055 Spencer St., Suite 208** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Las Vegas** **NV** **89119** |

| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Bob Jennison** |
| | | | **200 Lake Evelyn Dr.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **West Palm Beach** **FL** **33411** |

| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Bradley Mednick** |
| | | | **704 Republic Ct.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Deerfield Beach** **FL** **33442** |

| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Brandon Sears** |
| | | | **701 Palomar Airport Rd., Suite 300** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Carlsbad** **CA** **92011** |

| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Brian Chu** |
| | | | **Hyun Chong Chu** |
| | | | **13925 Lindendale Ln.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chantilly** **VA** **20151** |

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

| | | |
|---|---|---|
| **2.23** | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Burke International Insurance Group** |
| | State the term remaining | | **Christopher Burke** |
| | | | **5970 Funston St.** |
| | List the contract number of any government contract | | **Hollywood**　　　**FL**　　**33023** |
| **2.24** | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Capital Health Advisors** |
| | State the term remaining | | **Mario Callejas Jr.** |
| | | | **4300 N University Dr.** |
| | List the contract number of any government contract | | **Lauderhill**　　　**FL**　　**33351** |
| **2.25** | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **CareOne Insurance Inc.** |
| | State the term remaining | | **Jonathan Silverstein** |
| | | | **4300 N Unviersity Dr., E103** |
| | List the contract number of any government contract | | **Lauderhill**　　　**FL**　　**33351** |
| **2.26** | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Carl Johnson** |
| | State the term remaining | | **12401 Orange Dr.** |
| | List the contract number of any government contract | | **Davie**　　　**FL**　　**33333** |
| **2.27** | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Christina Ching** |
| | State the term remaining | | **1313 N Milpitas Blvd., Suite 163** |
| | List the contract number of any government contract | | **Milpitas**　　　**CA**　　**95035** |
| **2.28** | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Corey Tiger** |
| | State the term remaining | | **7388 NW 18th St., #105** |
| | List the contract number of any government contract | | **Margate**　　　**FL**　　**33063** |

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | Corinne Barraco |
| | | | 8305 Sunrise Lakes Blvd., #112 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Sunrise    FL    33322 |

| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | Coverage One Insurance Group |
| | | | David Ettinger |
| | | | 1901 West Cypress Creek Rd. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Fort Lauderdale    FL    33309 |

| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | Darlen DeLeon |
| | | | 2419 Presidente St. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Stockton    CA    95210 |

| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | _____ Contract | Data Partnership Group, LP |
| | | | 4500 Hugh Howell Road |
| | | | Suite 620-B |
| | State the term remaining | | |
| | List the contract number of any government contract | | Tucker    GA    30084 |

| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | David Depablo |
| | | | 901 Pennsylvania Ave., Suite 3-630 |
| | State the term remaining | | |
| | List the contract number of any government contract | | Miami Beach    FL    33139 |

| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | Dax Lawrence Ventures |
| | | | Dax Lawrence |
| | | | 1428 Beacon Hill Dr. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Taylorsville    UT    84123 |

Debtor    **American Workers Insurance Services, Inc.**                    Case number (if known)  **19-44208-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Direct Health LLC** |
| | | | **Alec Buico** |
| | | | **7940 N Federal Hwy.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Boca Raton** FL 33487 |

| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **EAgent Direct Inc.** |
| | | | **Adam Awany** |
| | | | **725 SW 23rd Rd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Miami** FL 33129 |

| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Eli Baquero** |
| | | | **8043 W McNab Rd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tamarac** FL 33321 |

| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Erick Valderrama** |
| | | | **7330 W 15th Ct.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hialeah** FL 33014 |

| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Evelina Tejada** |
| | | | **9841 SW 1st Ct.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Plantation** FL 33324 |

| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Evelyn Sandier** |
| | | | **3007 Lightstar Dr.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston** TX 77045 |

Debtor    **American Workers Insurance Services, Inc.**    Case number (if known)    **19-44208-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | | |
|---|---|---|---|---|---|
| **2.41** | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Family First Insurance Advisors** | | |
| | | | **Stephen Fingal** | | |
| | | | **350 Fairway Dr.** | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | **Deerfield** | **FL** | **33441** |
| **2.42** | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Gail Neal-Williams** | | |
| | | | **3124 Garrow Dr., Suite 163** | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | **Antioch** | **CA** | **94509** |
| **2.43** | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **George Gemmell** | | |
| | | | **22145 Cressmont Pl.** | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | **Boca Raton** | **FL** | **33428** |
| **2.44** | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Gerson Petigny** | | |
| | | | **2950 W Cypress Creek Rd.** | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | **Fort Lauderdale** | **FL** | **33309** |
| **2.45** | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Global Health and Life, LLC** | | |
| | | | **Uri Mike Chakchakov** | | |
| | | | **1500 W Cyrpess Creek Rd** | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | **Fort Lauderdale** | **FL** | **33309** |
| **2.46** | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Great Health Choice** | | |
| | | | **Andres Suarez** | | |
| | | | **8043 W McNab Rd.** | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | **Tamarac** | **FL** | **33321** |

Debtor    **American Workers Insurance Services, Inc.**       Case number (if known)  **19-44208-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.47**
State what the contract or lease is for and the nature of the debtor's interest    **Producer Agreement**

State the term remaining

List the contract number of any government contract

**Gregory Curtis**
**325 West Washington Ave.**

**San Diego      CA    92103**

**2.48**
State what the contract or lease is for and the nature of the debtor's interest    **Producer Agreement**

State the term remaining

List the contract number of any government contract

**Gregory Saville**
**1393 SE Madison Ave.**

**Stuart      FL    34996**

**2.49**
State what the contract or lease is for and the nature of the debtor's interest    **Producer Agreement**

State the term remaining

List the contract number of any government contract

**Health Advisors of America Inc.**
**Marsha Griffin**
**5310 NW 33rd Ave., Suite 103**

**Fort Lauderdale      FL    33309**

**2.50**
State what the contract or lease is for and the nature of the debtor's interest    **Producer Agreement**

State the term remaining

List the contract number of any government contract

**Health Benefits Direct LLC**
**Mario Soto**
**21300 NW 40th Circle Court**

**Miami Gardens      FL    33055**

**2.51**
State what the contract or lease is for and the nature of the debtor's interest    **Producer Agreement**

State the term remaining

List the contract number of any government contract

**Health First Solutions**
**Daniel Dayan**
**6360 NW 5th Way, Suite 202**

**Fort Lauderdale      FL    33309**

**2.52**
State what the contract or lease is for and the nature of the debtor's interest    **Producer Agreement**

State the term remaining

List the contract number of any government contract

**Health Insurance Connect**
**Steven Rubin**
**2765 Vista Pkwy., Suite H2**

**West Palm Beach      FL    33411**

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.53** State what the contract or lease is for and the nature of the debtor's interest — **Producer Agreement**

State the term remaining

List the contract number of any government contract

Herminia Borge
328 E Lake Ave.

Watsonville            CA        95076

**2.54** State what the contract or lease is for and the nature of the debtor's interest — **Producer Agreement**

State the term remaining

List the contract number of any government contract

Insurance Care Now
Witfield Jean Baptisie
1191 East Newport Center Dr.

Deerfield Beach        FL        33442

**2.55** State what the contract or lease is for and the nature of the debtor's interest — **Producer Agreement**

State the term remaining

List the contract number of any government contract

Insurance For All Insurance Agency
Mark Schneider
81 NW 29th Terrace

Fort Lauderdale        FL        33311

**2.56** State what the contract or lease is for and the nature of the debtor's interest — **TPA Servicing Agreement**

State the term remaining

List the contract number of any government contract

Insurety Capital, LLC
600 Brickell Ave., Suite 1900

Miami                  FL        33131

**2.57** State what the contract or lease is for and the nature of the debtor's interest — **Commission Assignment Agreement**

State the term remaining

List the contract number of any government contract

Insurety Capital, LLC
600 Brickell Ave., Suite 1900

Miami                  FL        33131

**2.58** State what the contract or lease is for and the nature of the debtor's interest — **Exclusive Management Services Agreement**

State the term remaining

List the contract number of any government contract

Insurety Capital, LLC
600 Brickell Ave., Suite 1900

Miami                  FL        33131

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | | |
|---|---|---|---|---|---|
| **2.59** | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Jacob Brock** | | |
| | | | **413 Sarah Circle** | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | **Roanoke** | **TX** | **76262** |
| **2.60** | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Jane Pascual** | | |
| | | | **95-061 Waikalani Dr.** | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | **Mililani** | **HI** | **96789** |
| **2.61** | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Jason McDowell** | | |
| | | | **1835 S Perimiter Rd., #165** | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | **Fort Lauderdale** | **FL** | **33309** |
| **2.62** | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Jennifer White** | | |
| | | | **3521 851 NW 33rd Ter.** | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | **Fort Lauderdale** | **FL** | **33311** |
| **2.63** | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Jeri Hill Billow** | | |
| | | | **Jeri Billow** | | |
| | | | **6152 NW 74 Court** | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | **Parkland** | **FL** | **33067** |
| **2.64** | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Jerry Cabebe** | | |
| | | | **114 Harbor Coast St.** | | |
| | State the term remaining | | | | |
| | List the contract number of any government contract | | **Las Vegas** | **NV** | **89148** |

Debtor    **American Workers Insurance Services, Inc.**                    Case number (if known)   **19-44208-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.65 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Jessiah Heaton** |
| | | | **180 S Lexington Dr.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Folsom**  **CA**  **95630** |

| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Jessica Rodriguez** |
| | | | **3425 Pinewalk Dr., Apt. 202** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Margate**  **FL**  **33063** |

| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Jesus Gangi** |
| | | | **7257 W Touhy Ave., Suite 202** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Chicago**  **IL**  **60631** |

| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **John King** |
| | | | **350 Fairway Dr., #110** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Deerfield Beach**  **FL**  **33441** |

| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **John Rassman** |
| | | | **3980 W Broward Blvd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fort Lauderdale**  **FL**  **33312** |

| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **John Retureta** |
| | | | **6230 Mayo St.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hollywood**  **FL**  **33023** |

Debtor     **American Workers Insurance Services, Inc.**       Case number (if known)   **19-44208-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | | |
|---|---|---|---|---|
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | Jorge Pena<br>1960 SW 81st Ter. | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | North Lauderdale | FL 33068 |
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | Joseph Lata<br>8043 W McNab Rd. | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Tamarac | FL 33321 |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | JR Solutions<br>Rita MeDrano<br>1500 Noble Ave., #2A | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Bronz | NY 10460 |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | Juan Ruiz de Velasco<br>737 Bluebonnet Dr. | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Grand Prairie | TX 75052 |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | Justin O'Neill<br>11555 Heron Bay Blvd., Suite 200 | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Coral Springs | FL 33076 |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | Kareem Mclean<br>20533 Biscayne Blvd., #603 | |
| | State the term remaining | | | |
| | List the contract number of any government contract | | Aventura | FL 33180 |

| Debtor | American Workers Insurance Services, Inc. | Case number (if known) | 19-44208-mxm11 |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | Karen Kolb |
|---|---|---|---|
| | | | 1100 N Beeline Hwy., Suite E |
| | State the term remaining | | |
| | List the contract number of any government contract | | Payson               AZ        85541 |

| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | Kevin Sant |
|---|---|---|---|
| | | | 6530 NW 29th St. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Sunrise               FL        33313 |

| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | Kyle Minors |
|---|---|---|---|
| | | | 1 E Broward Blvd. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Fort Lauderdale       FL        33301 |

| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | Larry Dearman |
|---|---|---|---|
| | | | 8340 NW 7th Ct. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Boca Raton            FL        33487 |

| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | Lawrence Bradshaw |
|---|---|---|---|
| | | | Lawrence J. Bradshaw |
| | | | 1107 Fair Oaks Ave. #189 |
| | State the term remaining | | |
| | List the contract number of any government contract | | South Pasadena        CA        91030 |

| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | Producer Agreement | Leon Martin |
|---|---|---|---|
| | | | 4411 NW 74th Ave. |
| | State the term remaining | | |
| | List the contract number of any government contract | | Lauderhill            FL        33319 |

Debtor ___**American Workers Insurance Services, Inc.**___   Case number (if known) ___**19-44208-mxm11**___

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Liberty Health Solutions** |
| | | | **Daniel Selnick** |
| | | | **500 NE Spanish River Blvd., Suite 26** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Boca Raton**     **FL**     **33431** |

| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Major Key Marketing** |
| | | | **Samuel Woods** |
| | | | **6278 N Federal Hwy** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fort Lauderdale**     **FL**     **33308** |

| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Mark LaFavre** |
| | | | **4341 Southern Ave.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas**     **TX**     **75205** |

| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Mark Nunn** |
| | | | **2825 Cresent Lake Dr.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Little Elm**     **TX**     **75068** |

| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **MarketCentric Inc.** |
| | | | **Brandon Diggs** |
| | | | **2930 Barnard St.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **San Diego**     **CA**     **92110** |

| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Martin Carter** |
| | | | **15051 Royal Oaks Lane** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Miami**     **FL**     **33181** |

Debtor **American Workers Insurance Services, Inc.**     Case number (if known) **19-44208-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases      State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Matthew Panzer** |
|---|---|---|---|
| | | | **1451 W Cypress Creek, Suite 300** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fort Lauderdale**     **FL**     **33309** |
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Maxim Deravine** |
| | | | **9054 SW 1st St.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Boca Raton**     **FL**     **33428** |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Michael Beharrie** |
| | | | **1 E Broward Blvd., Suite 700** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fort Lauderdale**     **FL**     **33301** |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Michael Landis** |
| | | | **1400 E. Newport Center Dr., #203** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Deerfield Beach**     **FL**     **33442** |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Myhealthquote, Inc.** |
| | | | **Stephen Moore** |
| | | | **7 Tapestry Lane** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Newnan**     **GA**     **30265** |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Nancy Pritchett** |
| | | | **1311 Corona** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Norco**     **CA**     **92860** |

Debtor    **American Workers Insurance Services, Inc.**          Case number (if known)  __19-44208-mxm11__

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | **Association Membership Agreement** | **National Assoc. of Preferred Providers** |
| | | | **11111 Richmond Ave., #250** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston**          **TX**     **77082** |
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **National Health Agents** |
| | | | **Gregory Robbins** |
| | | | **1500 Cypress Creek Rd. #206** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fort Lauderdale**     **FL**     **33309** |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **National Plan Advisors** |
| | | | **Jeffrey Franzoni** |
| | | | **3403 Powerline Rd., Suite 805** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fort Lauderdale**     **FL**     **33309** |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **NationsInsuranceQuote.com** |
| | | | **Danielle Bretti** |
| | | | **3694 Vallue Park Way** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lake Worth**     **FL**     **33407** |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Net Health Affiliates Inc.** |
| | | | **Garfield Lee** |
| | | | **1811 Lyons Rd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Coconut Creek**     **FL**     **33063** |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Nonie Dubose** |
| | | | **6260 Westpark Dr.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Houston**          **TX**     **77057** |

Debtor    **American Workers Insurance Services, Inc.**          Case number (if known)  **19-44208-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Normand Buillaume** |
| | | | **6346 Pinestead Rd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lake Worth**    **FL**    **33463** |

| 2.102 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Number One Health Ins. Agency Inc.** |
| | | | **Brandon Bowsky** |
| | | | **750 N Ocean Blvd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pompano Beach**    **FL**    **33062** |

| 2.103 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Octavious Hawkins** |
| | | | **190 NW 31st Ave.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fort Lauderdale**    **FL**    **33311** |

| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Paul Tyszkiewicz** |
| | | | **2260 Avenida De La Playa** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **La Jolla**    **CA**    **92037** |

| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Paula Brown** |
| | | | **1100 Belcher Rd. S, Lot 345** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Largo**    **FL**    **33771** |

| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Pinnacle Consulting Group** |
| | | | **Sean Chapman** |
| | | | **531 N Ocean Blvd., #1808** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Pompano Beach**    **FL**    **33062** |

Debtor     **American Workers Insurance Services, Inc.**     Case number (if known)   **19-44208-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.107**   State what the contract or lease is for and the nature of the debtor's interest    **Producer Agreement**     **Preminder Mahajan**
**10831 Wellworth Ave.**

State the term remaining

List the contract number of any government contract     **Los Angeles**    **CA**    **90024**

**2.108**   State what the contract or lease is for and the nature of the debtor's interest    **Producer Agreement**     **Ralph Castillio**
**2021 NW 136th Ave., #574**

State the term remaining

List the contract number of any government contract     **Sunrise**    **FL**    **33323**

**2.109**   State what the contract or lease is for and the nature of the debtor's interest    **Producer Agreement**     **Ramon Triana**
**12908 Hyland Circle**

State the term remaining

List the contract number of any government contract     **Boca Raton**    **FL**    **33428**

**2.110**   State what the contract or lease is for and the nature of the debtor's interest    **Producer Agreement**     **Ramon Warren**
**851 Three Islands Blvd., Apt. 311**

State the term remaining

List the contract number of any government contract     **Hallandale**    **FL**    **33009**

**2.111**   State what the contract or lease is for and the nature of the debtor's interest    **Producer Agreement**     **Renee Mucheschetere**
**1114 Green Pine Blvd.**

State the term remaining

List the contract number of any government contract     **West Palm Beach**    **FL**    **33409**

**2.112**   State what the contract or lease is for and the nature of the debtor's interest    **Producer Agreement**     **Rhodora Sarmiento**
**1817 Capitol St.**

State the term remaining

List the contract number of any government contract     **Vallejo**    **CA**    **94590**

Debtor     **American Workers Insurance Services, Inc.**       Case number (if known)   **19-44208-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.113**   State what the contract or lease is for and the nature of the debtor's interest     **Producer Agreement**

**Robert Guerriero**
**20422 Harvest Oak Ct.**

State the term remaining

List the contract number of any government contract

**Tampa**      **FL**     **33647**

**2.114**   State what the contract or lease is for and the nature of the debtor's interest     **Producer Agreement**

**Robert Sturchio**
**510 Ocean Ave., Unit 7**

State the term remaining

List the contract number of any government contract

**Long Branch**      **NJ**     **07740**

**2.115**   State what the contract or lease is for and the nature of the debtor's interest     **Producer Agreement**

**Robert Sturchio**
**55 Melrose Ter., Apt. 416**

State the term remaining

List the contract number of any government contract

**Long Branch**      **NJ**     **07740**

**2.116**   State what the contract or lease is for and the nature of the debtor's interest     **Producer Agreement**

**Safeguard Insurance Market, Inc.**
**Renata Llanes**
**1401 N Unviersity Dr., Suite 500**

State the term remaining

List the contract number of any government contract

**Coral Springs**      **FL**     **33071**

**2.117**   State what the contract or lease is for and the nature of the debtor's interest     **Producer Agreement**

**Sam Llanes**
**11330 NW 68th Ct.**

State the term remaining

List the contract number of any government contract

**Parkland**      **FL**     **33076**

**2.118**   State what the contract or lease is for and the nature of the debtor's interest     **Face to Face Agents**

**See attached Schedule G-1**

State the term remaining

List the contract number of any government contract

Debtor    **American Workers Insurance Services, Inc.**                Case number (if known)   **19-44208-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Sheena McDowell** |
|---|---|---|---|
| | | | **1835 S Perimeter Rd. #165** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fort Lauderdale**         **FL**      **33309** |

| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Shonnell Sinclair** |
|---|---|---|---|
| | | | **2010 NW 64th Ave.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Sunrise**              **FL**      **33313** |

| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Sierra Insurance LLC** |
|---|---|---|---|
| | | | **Jorge Sierra** |
| | | | **1000 W Pembroke Rd., Suite 208** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Hallandale**           **FL**      **33009** |

| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Tausief Mohamed** |
|---|---|---|---|
| | | | **6321 SW 20th St.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Miramar**              **TX**      **33023** |

| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Tavere Johnson** |
|---|---|---|---|
| | | | **2950 W. Cypress Creek Rd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fort Lauderdale**         **FL**      **33309** |

| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **The Green Group** |
|---|---|---|---|
| | | | **Angela Mirabella** |
| | | | **20271 SW Acacia St., #200** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Newport Beach**         **CA**      **92660** |

| Debtor | **American Workers Insurance Services, Inc.** | Case number (if known) | **19-44208-mxm11** |
|---|---|---|---|

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **The HIC Group** |
| | | | **Seni Sok** |
| | | | **4960 NE 27th Avenue** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Lighthouse Point**     **FL**     **33064** |

| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Tiffany Richards** |
| | | | **2950 W Cypress Creek Rd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fort Lauderdale**     **FL**     **33309** |

| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Tiffany Rucker** |
| | | | **4121 E Busch Blvd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tampa**     **FL**     **33617** |

| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Top Healthcare Options Ins. Agency** |
| | | | **Tiffanie Gonzalez** |
| | | | **8409 N Coral Circle** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **North Lauderdale**     **FL**     **33068** |

| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Tri-Star Insurance Services LLC** |
| | | | **Maria Braceros** |
| | | | **1752 E Bullard Ave.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fresno**     **CA**     **93710** |

| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | **Producer Agreement** | **Vanessa Osorio-Bedoya** |
| | | | **2950 W Cypress Creek Rd.** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Fort Lauderdale**     **FL**     **33309** |

Debtor    **American Workers Insurance Services, Inc.**      Case number (if known)   **19-44208-mxm11**

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

     Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.131**   State what the contract or lease is for and the nature of the debtor's interest    **Producer Agreement**    **Vincent Bellezza**

**381 SW Ridgecrest Dr.**

State the term remaining

List the contract number of any government contract    **Port St. Lucie**    **FL**    **34953**

**2.132**   State what the contract or lease is for and the nature of the debtor's interest    **Producer Agreement**    **William John**

**5301 N Federal Hwy., Suite 290**

State the term remaining

List the contract number of any government contract    **Boca Raton**    **FL**    **33487**

**2.133**   State what the contract or lease is for and the nature of the debtor's interest    **Producer Agreement**    **Yousuf Syed**

**7830 NW 33rd St., Apt. 405**

State the term remaining

List the contract number of any government contract    **Hollywood**    **FL**    **33024**

**2.134**   State what the contract or lease is for and the nature of the debtor's interest    **Producer Agreement**    **Yung Wang**

**1020 Meadow Glen Court**

State the term remaining

List the contract number of any government contract    **Fairfield**    **CA**    **94533**

**2.135**   State what the contract or lease is for and the nature of the debtor's interest    **Producer Agreement**    **Yvonne Fidure**

**1230 Spencer Rd.**

State the term remaining

List the contract number of any government contract    **Warminster**    **PA**    **18974**

# AWIS Schedule G-1

| | | | | |
|---|---|---|---|---|
| 10 To 10 Dentistry | 2500 WILSHIRE BLVD STE 1100 | Los Angeles | CA | 90057 |
| 2007 Msr | 11111 RICHMOND AVE STE 200 | Houston | TX | 77082 |
| 21St Century Marketing Group | 1231 N LAS PALMAS AVE APT 309 | Los Angeles | CA | 90038 |
| A.B.National Marketing Partner | 3100 MAIN ST STE 350 | Dallas | TX | 75226 |
| Abdul S. Parzin Md Inc. | 36242 INLAND VALLEY DR STE 200 | Wildomar | CA | 92595 |
| Abha S. Gupta Md. | 801 N TUSTIN AVE STE 201 | Santa Ana | CA | 92705 |
| Abn | 1636 LEE ROAD | Lithia Springs | GA | 30122 |
| Ada Salgado | 744 Palm Ave | South San Francisco | CA | 94080 |
| Adam Garcia | 2801 COCHRAN ST | Houston | TX | 77009 |
| Adam J Garnett | 10511 NW 71ST ST | Tamarac | FL | 33321 |
| Adela Cabacungan | 86-037 HOAHA ST | Waianae | HI | 96792 |
| Adolfo Flores | 4371 SIRIUS AVE APT #4 | Las Vegas | NV | 89102 |
| Advance Care Medical Group | 1330 FULLERTON RD STE 288 | Rowland Heights | CA | 91748 |
| Ae Sook Kang | 723 MAKALEKA AVE | Honolulu | HI | 96816 |
| Affordable Health Insurance Ag Llc | 4538 CENTERVIEW STE 126 | San Antonio | TX | 78228 |
| Affordable Services 4 All, Llc | 7900 103rd St. Ste. 13 | Jacksonville | FL | 32210 |
| Affordable Services 4 Less, Llc | 5549 FORT CAROLINE RD STE 178 | Jacksonville | FL | 32277 |
| Agahan Optical | PO BOX 10024 | Tamuning | GU | 96931 |
| Agustin Mena Garcia | 13419 SARGENT AVE | Galt | CA | 95632 |
| Ahcm Family Care | 10333 HARWIN SUITE | Houston | TX | 77036 |
| Ahcm National Benefits Association | 11111 RICHMOND AVE # 200 | Richmond | TX | 77082 |
| Aireen Aquino | 9821 SEDONA SHRINE AVE | Las Vegas | NV | 89148 |
| Alan Couto | 6286 PARK TER | Tobyhanna | PA | 18466 |
| Alejandro Orozpe | 1372 sumbean circ. spc# 22 | San Jose | CA | 95122 |
| Alex Bowles | 4058 POINT CHURCH RD | Memphis | TN | 38127 |
| Alex Hong | 15731 S WESTERN AVE | Gardena | CA | 90247 |
| Alexander Hong | 43390 WHITEHEAD TERRACE | Ashburn | VA | 20148 |
| Alice Workey | 3007 CHERRY SPRINGS DR | Missouri City | TX | 77459 |
| Alicia De Camarillo | 2401 HAVERTOWN PL | Modesto | CA | 95358 |
| Alliance M.D. | 343 FOREST AVE | Woodmere | NY | 11598 |
| Alma Perez | 2534 Burgundy Dr | Livingston | CA | 95334 |
| Aloha Dental Center | 99-128 AIEA HEIGHTS DRIVE | Aiea | HI | 96701 |
| Aloha Dental Practice | 1799 N WATERMAN AVE STE D | San Bernardino | CA | 92404 |
| Amalia Arevalo Guitierrez | 2801 Long View Road | Antioch | CA | 94509 |
| Amelia Lopez Gaspar | 7553 Mountain Oak Way | North Highlands | CA | 95660 |
| America Lopez Ruiz | 37409 Cherry Street Apt E | Newark | CA | 94560 |
| American Inheritance Insurance Center | 153 Fieldwood | Irvine | CA | 92618 |

| | | | | |
|---|---|---|---|---|
| American Vip | 1351 WESTWOOD BLVD STE 113 | Los Angeles | CA | 90024 |
| Amy Lee | 5233 Park Vale Dr | Sugar Hill | GA | 30518 |
| Ana Isabel Garcia Zapien | 17006 N Josey Ln Apt A | Carrollton | TX | 75006 |
| Ana Maria Aguilar Vidal | 1058 South 5th St.  APT # 226 | San Jose | CA | 95112 |
| Ana Maritza Medrano Aguilar | 1324 Lower Honcut Rd | Oroville | CA | 95966 |
| Ana Rivera | 6610 PORTUGUESE BEND DR | Missouri City | TX | 77459 |
| Angela Hernandez | 2519 BEGONIA ST | Union City | CA | 94587 |
| Angela Lii | 531 W LAS TUNAS DR STE D | San Gabriel | CA | 91776 |
| Angelica Aquilar | 13419 Sargent Avenue | Galt | CA | 95632 |
| Angelica Zapien | 719 meadow st. | Bakersfield | CA | 93306 |
| Angie Gomez Alvarez | 3501 Bradshaw Rd. #62 | Sacramento | CA | 95827 |
| Anmercil Canoneo | P O BOX 1833 | Honolulu | HI | 96805 |
| Anna Gonzalez | 921 nw 41 ave | Miami | FL | 33126 |
| Anna Lam | 1155 SPOKANE DR | San Jose | CA | 95122 |
| Anselmo Gaspar Nicolas | 7553 Mountain Oak Way | North Highlands | CA | 95660 |
| Anthony Gonzales | 3637 Snell Ave. #181 | San Jose | CA | 95136 |
| Anthony Scroggins | PO BOX 773247 | Houston | TX | 77215 |
| Anthony Turner | 13122 ABIDE DR | Houston | TX | 77085 |
| Antoinette Messana | 7555 KATY FWY APT 136 | Houston | TX | 77024 |
| Antonia Aguilar | 801 ROOSEVELT AVE | Reedwood City | CA | 94061 |
| Antonio Rodriguez | 1225 Hollowell Street | Ontario | CA | 91762 |
| Ardell Tall | 5920 N SAM HOUSTON EAST APT# 101A | Humble | TX | 77396 |
| Arlene Agoncillo | 5490 LA SIERRA AVE | Riverside | CA | 92505 |
| Arlene Agoncillo | PO. BOX 1538 | Cedar Park | TX | 78630 |
| Arlene Nakasone | 1617 Kapiolani Blvd Unit 1405 | Honolulu | HI | 96814 |
| Austin Yearwood | PO BOX 8151 | Anaheim | CA | 92812 |
| Auzzie Poole | 17 WINDING RD | Newark | DE | 19702 |
| Barbara Lowe | 12410 N RACHLIN CIR | Houston | TX | 77071 |
| Bd Hahn-Gynecology | 330 W  MARINE DRIVE SUITE #2 | Dededo | GU | 96929 |
| Beatrice Loo | 915 NORTH KING STREET | Honolulu | HI | 96817 |
| Belma Dollaga | 27678 HAVANA AVE | Hayward | CA | 94544 |
| Ben Benjamin | 3500 KEE LANE | Modesto | CA | 95355 |
| Ben Ellis | PO BOX 88 | Lake City | FL | 32056 |
| Ben Malabanan Jr. | 2011 ROUTE 16 SUITE 202 | Dededo | GU | 96912 |
| Benefits Plus | 335 ARISTOTLE ST | Simi Valley | CA | 93065 |
| Benito Farfan | 5155 E Grant ave | Fresno | CA | 93727 |
| Bernardina Oliva | 8931 North El Dorado | Stockton | CA | 95210 |

| | | | | |
|---|---|---|---|---|
| Bernardo Morales | 3473 Rancho Rio Way | Sacramento | CA | 95834 |
| Bertha Berlanga | 1640 Tyrol Ln Apt 17 | Stockton | CA | 95207 |
| Betty Toledo | 3235 GLENWOOD AVE | Toledo | OH | 43610 |
| Beverly Blankenship | 940 Waterford Av. | Stockton | CA | 95206 |
| Bewley Mae | 21060 WOODSPRING AVE | Boca Raton | FL | 33428 |
| Bianca Johnson | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Bj Lava 808 Llc | 2097 A 10TH AVE | Honolulu | HI | 96816 |
| Black Mounain Chiro | 9225 MIRA MES BLVE SUITE 206 | San Diego | CA | 92126 |
| Blanca Erika Chavez | 2731 Erringer Rd apt 23 | Simi Valley | CA | 93065 |
| Bok Hyun Oh | 1100 Oakmont Drive #3 | San Jose | CA | 95117 |
| Bolt Insurance Services | 9542 p st | Live Oak | CA | 95953 |
| Bong Chang | 3671 W  6 TH ST | Los Angeles | CA | 90020 |
| Brandon Coleman | 14410 DUNROBIN WAY | Sugarland | TX | 77498 |
| Brandon Lim | 22119 FAIR GARDEN LN | Clarksburg | MD | 20871 |
| Brandon Siragusa | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Brian Wang | 3033 Moore Park Ave # 25 | San Jose | CA | 95117 |
| Bristol Family Dental Center | 2618 S BRISTOL ST | Santa Ana | CA | 92704 |
| Bristol Medical Center | 2740 S BRISTOL ST STE 208 | Santa Ana | CA | 92704 |
| Bruno Collazo | 4115 MCKINLEY AVE | Groves | TX | 77619 |
| Bryan Ragle | 7429 KALAMAZOO DR | Citrus Heights | CA | 95610 |
| Buja Gu | 7447 Little River Tupk #203 | Annandale | VA | 22003 |
| C&M Enterprise | 433 SYLVAN AVE #120 | Mountain View | CA | 94041 |
| C&M Enterprise 2 | 433 SYLVAN AVE #120 | Mountain View | CA | 94041 |
| C.B. Walters | PO BOX 13957 | Odessa | TX | 79768 |
| California Om & Acupuncture | 2828 BEVERLY BLVD | Los Angeles | CA | 90057 |
| Calvin Johnson M.D. Inc | 4981 EAGLE ROCK BLVD | Los Angeles | CA | 90041 |
| Candelario Ramos | 1775 S STOCKTON ST | Stockton | CA | 95206 |
| Carla Castleberry | PO BOX 33 | Spring | TX | 77383 |
| Carlos Holguin | 1136 UNION MALL | Honolulu | HI | 96813 |
| Carmen Julieta Arellano Reyes | 3630 E Owens Ave. Apt. 2072 | Las Vegas | NV | 89120 |
| Carolyn Nichols | 15703 HERITAGE FALLS DR | Friendswood | TX | 77546 |
| Casey Bewley | 21060 WOODSPRING AVE | Boca Raton | FL | 33428 |
| Cathy Bohgermino | 21661 CASA MONTE CT | Boca Raton | FL | 33433 |
| Cecilia Miramontes | 302 E Permian Drive | Hobbs | NM | 88242 |
| Center For Family Health | 6280 JACKSON DR STE 8 | San Diego | CA | 92119 |
| Central Medical Clinic | 330 WEST MARINE DRIVE | Dededo | GU | 96929 |
| Cerelita Encinias | 653 S MEREDITH DR | Pueblo West | CO | 81007 |

| | | | | |
|---|---|---|---|---|
| Cha Vue | 52 Scoles Ct | Sacramento | CA | 95838 |
| Chae-Chul Choi | 610 WHITE OAK DR | Newnan | GA | 30265 |
| Chaekyoung Park | 3705 Foxfield Lane | Fairfax | VA | 22033 |
| Chang Min Choi | 7753 Patriot Dr # 42 | Annandale | VA | 22003 |
| Chang Moon | 433 SYLVAN AVE APT# 120 | Mountain View | CA | 94041 |
| Charlene Song Md Ob/Gyn | 266 S HARVARD BLVD STE 205 | Los Angeles | CA | 90004 |
| Charles Henri | 20105 DOLPHIN AVE | Lynwood | IL | 60411 |
| Charles Lee | 6315  FRENCHMENS DR | Alexandria | VA | 22312 |
| Charles Rea | 948 W 3RD ST # 9 | Erie | PA | 16507 |
| Charles Shim | 833 S WESTERN AVE #27 | Los Angeles | CA | 90005 |
| Cherrina Yoon | 491 Saratoga Avenue | San Jose | CA | 95129 |
| Cherry Gil | 9700 Ramo Road | Santee | CA | 92071 |
| Cheryl Bean | 140 FOREST ST | Kountze | TX | 77625 |
| Chilan Lu | 1230 Halford #1 | Santa Clara | CA | 95051 |
| Chin Pae Kim | 100 Buckingham Drive #101 | Santa Clara | CA | 95051 |
| Chip Garcia | 505 Indiana Avenue | Sacramento | CA | 95833 |
| Chong Am Lee | 1340 DABNEY HOUSE RD | Vernon Hill | VA | 24597 |
| Chong Cha Ham | 3033 Moore Park Ave # 25 | San Jose | CA | 95117 |
| Chong Sik Im | 2326 WORRALL HILL DR | Duluth | GA | 30096 |
| Choon How Tan | 2733 GLENHURST PL | West Covina | CA | 91792 |
| Choon Sung Acup & H. Group Inc. | 15033 ALONDRA BLVD | La Mirada | CA | 90638 |
| Chrisalorus Jackson | 10030 SAGECOURT DR | Houston | TX | 77089 |
| Christina Pritchett | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Christopher Stewart | 1051 FALLEN LEAF RD | Arcadia | CA | 91006 |
| Chuck Kim | 7800 COMMONWEALTH AVE #205 | Buena Park | CA | 90621 |
| Chun Xiu Liang | 46 23 215ST #2FL | Bayside | NY | 11361 |
| Chung Choi | 433 SYLVAN AVE APT# 120 | Mountain View | CA | 94041 |
| Chung Im Choi | 433 SYLVAN AVE   SPC#120 | Mountain Vew | CA | 94041 |
| Chung Lee | 2500 PLEASANT HILL RD APT# 1013 | Duluth | GA | 30096 |
| Chung Yeom | 105 Lincoln Road | Collegeville | PA | 19426 |
| Cindy Lewis | 5643 MILLER COUNTY 2 | Doddridge | AR | 71834 |
| Clara Delgado | PO BOX 472261 | Charlotte | NC | 28247 |
| Claudia Valeriano | 8284 White Sands way | Sacramento | CA | 95828 |
| Cletus Udeh | 2457 US HIGHWAY 80 E APT 247 | Mesquite | TX | 75150 |
| Concepcion Martinez | 503 ozark cir | Sacramento | CA | 94834 |
| Connie Im | 120 East 20th Avenue | Sanmateo | CA | 94403 |
| Consuelo Concha Imana | 301 E 45th ST APT  C-27 | Vancouver | WA | 98663 |

| | | | | |
|---|---|---|---|---|
| Contact Concepts | 16350 PARK TEN PL STE 212 | Houston | TX | 77084 |
| Corinthian White | 38 Union Ave | Irvington | NJ | 07111 |
| Cornerstone Marketing | 315 PARK AVE STE 200 | Portland | ME | 04102 |
| Cornet Zeigler | 27 CLAREMONT AVE | Mount Vernon | NY | 10550 |
| Cosvi Program | PO BOX 363428 | San Juan | PR | 00936 |
| Courtney Gordon | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Craig Castillo | 1060 MARTIN ST | Houston | TX | 77018 |
| Cristela Salas | 11563 WILCREST DR | Houston | TX | 77099 |
| Cristian Mendez | 11211 KATY FWY STE 335 | Houston | TX | 77079 |
| Cristina Avalos | 6418 B Third Street | Riverbanks | CA | 95367 |
| Cristuto Genobaga | 1615 5th Place | Las Vegas | NV | 89104 |
| Crosby Association | LONDONDERRY COMMONS STE 112 | Londonderry | NH | 03053 |
| D.D.S Moon Hye Woon | 3323 W OLYMPIC BLVD STE 109 | Los Angeles | CA | 90019 |
| Daigre Southern- James T. Wood | 527 EDDIE ROBINSON SR DR | Baton Rouge | LA | 70802 |
| Dang Ro Lee | 3374 Nadia Loop | Woodbridge | VA | 22193 |
| Daniel Dario Martinez Garduno | 3875 KLAMATH WAY | Napa | CA | 94558 |
| Daniel Jung | 1414 South Gramercy Place #11 | Los Angeles | CA | 90019 |
| Daniel Vargas | 94-489 Alapoai Street | Mililani | HI | 96789 |
| Danny Benjamin | 7515 SHELDON RD #7102 | Elk Grove | CA | 95758 |
| Daryn Young | 1001 RENO AVE STE 1B | Modesto | CA | 95351 |
| David Allan Harris | 777 Karchner | Lincoln | CA | 95648 |
| David Han | 901 S GRAMACY DRIVE # 403 | Los Angeles | CA | 90019 |
| David Hecker | 3010 LATONIA ST | Longview | TX | 75605 |
| David Hur | 1135 S LAKE ST | Los Angeles | CA | 90006 |
| David L Koontz | 560 SPINNAKER LN | Longboat Key | FL | 34228 |
| David Molina | 828 GRAND VIEW LANE | La Puente | CA | 91744 |
| David Roth | 20115 CYPRESSWOOD GLEN | Spring | TX | 77373 |
| Daw Sein Tin | 22139 59TH AVE FL 2 | Oakland Gardens | NY | 11364 |
| Debbie Ryan | 4424 KADOTA ST | Simi Valley | CA | 93063 |
| Delca Abrego | 302 EAST BEACH | Watsonville | CA | 95076 |
| Delia Del Hoyo | 2498 CRESSEY WAY | Atwater | CA | 95301 |
| Delina Johnson | 14117 HUBBARD ST STE M | Sylmar | CA | 91342 |
| Denise Brown | 1616 EMANUEL ST | Georgetown | SC | 29440 |
| Dennis Lewis | 8766 GUINEVERE ST | Houston | TX | 77029 |
| Dental Care Kapolei | 91-525 FARRINGTON HIGHWAY | Kapolei | HI | 96707 |
| Dental Care Professionals Of Hawaii, Inc. | 1136 UNION MALL | Honolulu | HI | 96813 |
| Derek Anthony Lewis | 110 LOCKWOOD AVE STE 101 | New Rochelle | NY | 10801 |

| | | | | |
|---|---|---|---|---|
| Derren Tzou | 2207 21st Avenue | San Francisco | CA | 94116 |
| Desiree Rada | 1100 Howe Ave. Apt 252 | Sacramento | CA | 95825 |
| Diamond Marketing Group Llc | PO BOX 193 | Lawton | OK | 73502 |
| Diana Gomez | 1079 WEST MAIN ST | Turlock | CA | 95380 |
| Diana Marin | 1051 RAILROAD AVE | Winters | CA | 95694 |
| Dianiel Jimenez | 845 S HARBORD BLVD | Anaheim | CA | 92805 |
| Diemchi Nguyenphuc | 555 E PCH APT 101 | Long Beach | CA | 90806 |
| Diosdado Cervania | 6624 Valley High Drive | Sacramento | CA | 95823 |
| Dodridge K Linton | 4186 DUNMORE RD | Decatur | GA | 30034 |
| Dok Yong Kim | 421 West Glendon Way | Alhambra | CA | 91803 |
| Donald Breaux | 5907 EASTER ST | Houston | TX | 77091 |
| Donald Brown | 1332 PALISADES DR | Bolingbrook | IL | 60490 |
| Donald Fruin | 4914 MORNING MOUNT LN | Katy | TX | 77449 |
| Donald R Roach | 113 S ELM ST | Bunkie | LA | 71322 |
| Dong Han | 901 S GRAMACY DRIVE # 403 | Los Angeles | CA | 90019 |
| Dong Won | 888 SAratoga Avenue #201 | San Jose | CA | 95129 |
| Dooin Kang | 5895 Camden Avenue | San Jose | CA | 95124 |
| Doori Llc | 2500 PLEASANT HILL RD APT# 1013 | Duluth | GA | 30096 |
| Doris Dixon | 11111 RICHMOND AVE STE 200 | Houston | TX | 77082 |
| Doy Pierre | 2900 14TH ST N STE 44 | Naples | FL | 34103 |
| Dr. George B. Hanna Dds. | 8914 S VERMONT AVE | Los Angeles | CA | 90044 |
| Dr. Lee Dentistry | 1674 PACIFIC COAST HWY | Harbor City | CA | 90710 |
| Duck Rye Lee | 4642 CONWELL DR | Annandale | VA | 22003 |
| Earl Redding Iii | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Earnest Lai | 915 NORTH KING STREET | Honolulu | HI | 96817 |
| Edgar Dalit | 2236 KALIHI STREET | Honolulu | HI | 96819 |
| Edgar Manzano | PO BOX 437 | Hughson | CA | 95326 |
| Edison Nuque | 171 Bruno Avenue #1 | Daly City | CA | 94014 |
| Edson Pacheco | 9919 Canoga Avenue # 104 | Chatsworth | CA | 91311 |
| Eduardo E Rebolledo | 427 LAKE ST | Newark | NJ | 07104 |
| Eduardo Lopez | PO BOX 390572 | Mountain View | CA | 94039 |
| Eduia M. Yorobe Md. | 10850 BAROQUE LN | San Diego | CA | 92124 |
| Eduviges Garcia | 1108 SYMPHONY WAY | Modesto | CA | 95351 |
| Eduwiges Hernandez | 23 WESTERN DRIVE | Watsonville | CA | 95076 |
| Edward Arroyo | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Edward Im | 1031 Nimitz Drive | Daly City | CA | 94015 |
| Edwin Rincon | 9597 JONES RD SUITE 366 | Houston | TX | 77065 |

| | | | | |
|---|---|---|---|---|
| Eileen Kim | 441 N Wildwood | Hercules | CA | 94547 |
| Elaine Mesinas | 94-748 D HIKIMOE STREET | Waipahu | HI | 96797 |
| Elena Rivera | 6715 Pokeewood Street | Las Vegas | NV | 89148 |
| Elia Pena Cruz | 521 West Hatch Road #1 | Modesto | CA | 95351 |
| Eliad Yi | 4046 Drew Terrace | Fremont | CA | 94538 |
| Elidia Moreno | 37470 State Hwy 16 | Woodland | CA | 95695 |
| Elisa Inocencio | 94 971 KAHUAMOKU ST # 311 | Waipahu | HI | 96797 |
| Ella Sanders | 11111 RICHMOND AVE STE 201 | Houston | TX | 77082 |
| Ellis Menchaca Jr | P.O. BOX 2450 | Uvalde | TX | 78802 |
| Elpidio Torres Pineda | 1561 ORANGEWOOD DR. | San Jose | CA | 95121 |
| Emma Barahona Paz | 3015 ROLLINGWOOD DR | San Pablo | CA | 94806 |
| Ena Prado | 231 EDNA ST | San Francisco | CA | 94112 |
| Endelicia Tovar | 5061 NUNES RD SPACE #4 | Turlock | CA | 95382 |
| Enrique Dominguez Galvan | 202 West 8th street apto 2 | Plainfield | NJ | 07060 |
| Enrique Esparza | 13419 Sargent Ave | Galt | CA | 95632 |
| Enrique Limon | 13419 Sargent Avenue | Galt | CA | 95632 |
| Epifania Banderas | 1248 myrtle dr. | Upland | CA | 91786 |
| Eric Muroka | 1136 UNION MALL | Honolulu | HI | 96813 |
| Erika Castillo | 8121 Pavia Way | Sacramento | CA | 95823 |
| Erika Gartman | 16615 CASTLE FRASER DR | Houston | TX | 77084 |
| Erika Marcela Garcia Chavez | 8949 EL ORO PLAZA DR | Elk Grove | CA | 95624 |
| Erika Pratt | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Erika Reyes | 9623 MEADOWBRIAR LN | Houston | TX | 77063 |
| Erika Vazquez | 55 TAYLOR WAY | Sacramento | CA | 95819 |
| Ernell Willis | 3309 W MONTEBELLO AVE | Phoenix | AZ | 85017 |
| Ernesto T Salas Md. | 27699 JEFFERSON AVE | Temecula | CA | 92590 |
| Ervin Thomas | 15210 LAKEWOOD FOREST DR | Houston | TX | 77070 |
| Esperanza Javier | 94 493 HIWAHIWA WAY | Waipahu | HI | 96797 |
| Esperanza Morfin | 220 ALLPORT DR | Galt | CA | 95632 |
| Esther Barahona | 106 20 50 AVE APT 1 | Corona | NY | 11368 |
| Euljae Lee | 888 Saratoga Avenue | San Jose | CA | 95129 |
| Eun Young Son | 6323 Betsy Ross Court | Centreville | VA | 20121 |
| Eusook Kim | 9896  N. Cedar Ave | Fresno | CA | 93720 |
| Evelyn Sandifer | 3007 LIGHTSTAR DR | Houston | TX | 77045 |
| Evelyn Subia | 1652 hauiki st. | Honolulu | HI | 96819 |
| Eye Bank Optometry | 3770 WILSHIRE BLVD | Los Angeles | CA | 90010 |
| Ezzat Nashed | 16200 BEAR VALLEY RD STE 102 | Victorville | CA | 92395 |

| | | | | |
|---|---|---|---|---|
| Fabian Rodriguez | PMB 408 PO BOX 4952 | Caguas | PR | 00726 |
| Fabiola Rios | 7100 ming ave apt. c | Bakersfield | CA | 93309 |
| Fairfax Foot & Ankle Ctr. Pc | FAIRFAX MEDICAL CTR  10721 MAIN STRE | Walnut Park | CA | 90255 |
| Family Care - Awis | 11111 RICHMOND AVE STE 200 | Houston | TX | 77082 |
| Family Care Network Jerry Bush | PO BOX 5702 | Granbury | TX | 76049 |
| Family Dental Care | 1327 LONG BEACH BLVD | Long Beach | CA | 90813 |
| Family Health Care Of So Ca | 32235 MISSION TRL RD  SUITE 6-7&B6 | Lake Elsinore | CA | 92530 |
| Family Medical Center | 26781 PORTOLA PKWY STE 4E | Foothill Rnch | CA | 92610 |
| Family Medical Group | 205 W GRANGER AVE | Modesto | CA | 95350 |
| Family-4 | 115 HOLLYBROOKE DR | Langhorne | PA | 19047 |
| Fanny Mayo | 3334 Page Street | Redwood City | CA | 94063 |
| Fashion Eyes Optometry | 17188 COLIMA RD | Hacienda Heights | CA | 91745 |
| Fatima Aguilar | 14725 TITUS ST # 15 | Panorama City | CA | 91402 |
| Felipa Aguilar | 1648 Waverly Avenue | San Jose | CA | 95122 |
| Feng Shen | 3033 Moorpark Avenue #25 | San Jose | CA | 95117 |
| Fernando Lizarazu | 1445 LAKESIDE ESTATES DR APT 2813 | Houston | TX | 77042 |
| Fidel Chagala | 603 GLIDE AVE ESPACIO #19 | West Sacramento | CA | 95691 |
| Florence Manayan | 1319 GULICK AVE | Honolulu | HI | 96819 |
| Florinda Oliva Cruz | 121 N HEBBRON AVE | Salinas | CA | 93905 |
| Fontana Clinica Medica Familiar | 17695 ARROW BLVD | Fontana | CA | 92335 |
| Fortune Financial Services | 2304 SAND RD | Vernon | TX | 76384 |
| Francisco Gatica | 985 VERMONT ST | San Jose | CA | 95126 |
| Francisco Marquez | 3143 maple ave | Oakland | CA | 94602 |
| Francisco Palafox Pena | P.O BOX #  418 | Fairfield | CA | 94533 |
| Frank S. Cline | PREMIER MARKETING ALLIANCE | Arlington | TX | 76011 |
| Frank Suwarski | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Fred Brown | 8872 CRUMPLER COVE | Olive Branch | MS | 38654 |
| Gabriela Garcia | 2352 VILLANOVA CR APT# 1 | Sacramento | CA | 95825 |
| Gabriela Garcia | 3332 Jayanne way | Carmichael | CA | 95608 |
| Gail Edwards | 2515 Eastman Lane | Petaluma | CA | 94952 |
| Garcia Optical | 674 HARMON LOOP RD STE 113 | Dededo | GU | 96929 |
| Gary Mialocq | PO BOX 662 | Camp Verde | AZ | 86322 |
| George Gaskins | 606 WILLIAMSBURG DR | Tarboro | NC | 27886 |
| Georgina Gabriela Luna | 608 Mckinley ave. Apt#3 | Woodland | CA | 95695 |
| Gil Dia | 142 East Bonita Avenue  # 56 | San Dimas | CA | 91773 |
| Gilbert Garcia | 3244 Brookside rd .Suite 140 | Stockton | CA | 95219 |
| Gilbert Medical Group | 9535 GARDEN GROVE BLVD STE 104 | Garden Grove | CA | 92844 |

| | | | | |
|---|---|---|---|---|
| Gilok Lim | 3033 Moor Park Ave # 25 | San Jose | CA | 95117 |
| Gladys Arellano | 3930 Clear Acre Lane #124 | Reno | NV | 89512 |
| Glenda Bough | 2222 WATT AVE STE # D-3 | Sacramento | CA | 95825 |
| Glenn Hanada | 915 NORTH KING STREET | Honolulu | HI | 96717 |
| Golden Town Investments Inc | 2917 MONROE PL | Falls Church | VA | 22042 |
| Gonzalo Rivas Servin | 5195 Mack road Apt #261 | Sacramento | CA | 95823 |
| Good Hands P.C. | 3139 S YALE AVE | Tulsa | OK | 74135 |
| Good Mornings Acupuncture | 942 S NEW HAMPSHIRE AVE | Los Angeles | CA | 90006 |
| Grace Acupncture Medical | 960 S WILTON PL | Los Angeles | CA | 90019 |
| Greater Benefits Sevices Llc | 15911 Fleetwood Oaks Dr | Houston | TX | 77079 |
| Greater Life | 3689 MIDWAY DR STE G | San Diego | CA | 92110 |
| Greg Richey | 5100 BEECH ST | Bellaire | TX | 77401 |
| Gregorio Martinez Basilio | 8572 Villaview dr | Citrus Heights | CA | 95621 |
| Griselda Aguilar | 21731 CHONA COURT | San Jose | CA | 95120 |
| Group Allied Financial | 15455 STE 600 DALLAS PKWY | Addison | TX | 75001 |
| Gsdfgsd Sdgsdfg | sdfgs | Sdfgs | TX | 77079 |
| Gu Sung Medical Center | 2323 W 8TH ST STE 101 | Los Angeles | CA | 90057 |
| Guadalupe Esparza | 13419 SARGENT AVE | Galt | CA | 95632 |
| Guadalupe Maribel Rodriguez Garcia | 18054 BRIGHTMAN AVE | Lake Elsinore | CA | 92530 |
| Guadalupe Martinez | 1112 E GRAND RD | El Nido | CA | 95317 |
| Guadalupe Rojas | 1276 WAWONA ST. | Manteca | CA | 95337 |
| Guam Polyclinic | 138 YPAO RD | Tamuning | GU | 96913 |
| Guillermina Torres | 521 W HATCH # 3 | Modesto | CA | 95351 |
| Ha Son Nguyen | 9500 BOLSA AVE STE P | Westminster | CA | 92683 |
| Hae Hong | 6025 HALLECK PLACE | Stockton | CA | 95219 |
| Hae Kyun Shin | 16715 Cobbleston Ct | Cerritos | CA | 90703 |
| Hae-Rha Lim | 22119 FAIR GARDEN LANE | Clarksburg | MD | 20871 |
| Hagop Kazizian | 12610 RIO BRAVO ST | Rosharon | TX | 77583 |
| Han Joong Acupuncture | 4753 BEVERLY BLVD | Los Angeles | CA | 90004 |
| Han Kim Chiropractic | 122 S ST ANDREWS PL APT 105 | Los Angeles | CA | 90004 |
| Han Sung Acupuncture | 12923 BROOKHURST WAY | Garden Grove | CA | 92841 |
| Hang Nguyen | 3415 GOLDERS GREEN DR | Houston | TX | 77082 |
| Harriet Flordeliz Baclagan | 830 Raleigh St. Apt. C | Glendale | CA | 91205 |
| Harry Yim | 2885 GINGERWOOD CIR | Fullerton | CA | 92835 |
| Hasung Lee | 3663 W 6TH ST STE 303 | Los Angeles | CA | 90020 |
| Healthcare Affordable Family | 4141 BALL RD STE 463 | Cypress | CA | 90630 |
| Healthcare Nu Horizon | 925 CENTINELA AVE APT 3 | Inglewood | CA | 90302 |

| | | | | |
|---|---|---|---|---|
| Heather Gentry | 8870 Adams Flat Road | Brookshire | TX | 77423 |
| Heather Hyun Han | 1345 EMERALD DR # 211 | Los Angeles | CA | 90026 |
| Hector Vallejo | 2902 HAPNER ST | Harlingen | TX | 78550 |
| Hee Y. Oh | 19036 COLIMA RD STE D | Rowland Heights | CA | 91748 |
| Helen Kim | 868 Fargo Ave #D205 | San Leandro | CA | 94579 |
| Helen Sapla | 88 PAKALANA STREET | Hilo | HI | 96720 |
| Henry Montalvo | 472 7TH AVE | Brooklyn | NY | 11215 |
| Henry Williams Jr | 961 BENCHFIELD | Houston | TX | 77091 |
| Herber Mathews | 8720 Waverly Ave | Kansas City | KS | 66109 |
| Herminia Borge | 328 East Lake Ave | Watsonville | CA | 95076 |
| Hi Sung Yun | 615 Bolton Court #2 | San Jose | CA | 95029 |
| Hiep Phan | 15692 WILLOW RUN DR | Chino Hills | CA | 91709 |
| High Expectation | 1207 BLACKHAWK RIDGE CT | Rosenberg | TX | 77471 |
| Hilda Dera | 170 Coral Drive | Woodland | CA | 95695 |
| Hipower Promotions | 251 N DUPONT HWY STE 106CC | Dover | DE | 19901 |
| Hnh Marketing | 22119 FAIR GARDEN LANE | Clarksburg | MD | 20871 |
| Ho Jun Park | 735 Friras Head Dr | Suwanee | GA | 30024 |
| Ho Kang Kim | 888 Saratoga Avenue #201 | San Jose | CA | 95129 |
| Holly Schinagle | 45 BELL ST | Chagrin Falls | OH | 44022 |
| Hortensia Villegas | 421 MARTINELLI STREET | Watsonville | CA | 95076 |
| Htl Marketing | 22119 FAIR GARDEN LANE | Clarksburg | MD | 20871 |
| Huitu Im | 120 E 20th Avenue | San Mateo | CA | 94403 |
| Hyang Chann | 288 WEST LUCITA WAY | Mountain House | CA | 95391 |
| Hyang Ok Ree | 840 SARATOGA AVE, APT#D309 | San Jose | CA | 95129 |
| Hye Jong You | 3304 Willow Cresent Drive Apt 32 | Fairfax | VA | 22030 |
| Hye Ryung Kim | 10804 SUNSET RIDGE DR | San Diego | CA | 92131 |
| Hye Yu | 4882 CHALMETTE PARK CT | Fremont | CA | 94538 |
| Hyun Cho | 1650 Palm Avenue #3 | San Mateo | CA | 94402 |
| Hyun Chu | PO BOX 212 | Annandale | VA | 22003 |
| Hyun Joo Lee | 5607 CASTLEBURY CT | Burke | VA | 22015 |
| Hyun Moon | 233 8TH ST FL 2 | Palisades Park | NJ | 07650 |
| Hyun Seung Song | 3798 Hancock Dr | Santa Clara | CA | 95051 |
| Hyun Soon Moon | 212 S. UNION AVE #302 | Los Angeles | CA | 90026 |
| Hyung Cha | 6302 Story Cir | Norcross | GA | 30093 |
| Hyung Lim | 22119 FAIR GARDEN LN | Clarksburg | MD | 20871 |
| Hyung Taek Lim | 22119 FAIR GARDEN LN | Clarksburg | MD | 20871 |
| Hyunjoon Kang | 409 Evelyn Ave # 214 | Albany | CA | 94706 |

| | | | | |
|---|---|---|---|---|
| Ifsea | INTERNATIONAL FOOD SERVICE EXECUT | Margate | FL | 33068 |
| In Cha Chung | 14075 E. 14th Street | San Leandro | CA | 94578 |
| In Kang | 9008 LAUREL STREET | Bellflower | CA | 90706 |
| Inc Bransom Associates | 903 OLD ROSSVILLE RD | Lewisberry | PA | 17339 |
| Inc Nationwide Media | 1835 NEWPORT BLVD STE A | Costa Mesa | CA | 92627 |
| Ingrid Cazzalli | 1912 HOLLISTER ST | Ceres | CA | 95307 |
| Insurance Agency Big Country | 301 N WILLIS ST | Abilene | TX | 79603 |
| Insurance Co. G. Amie | 121 LAKEWIND DR | Lufkin | TX | 75901 |
| Insurance Sunny Days | 741 CAMBRIDGE | Plano | TX | 75023 |
| International Benefits System | 1723 PARKLAKE VLG | Katy | TX | 77450 |
| Irene Rivera | 29 A West Florimond Drive | Calusa | CA | 95932 |
| Irma Garcia | 306 LOWELL WAY | Manteca | CA | 95336 |
| Irma Morales | 3473 RANCHO RIO WAY | Sacramento | CA | 95834 |
| Irvin Brown | 1717 TEMI DR | Waldorf | MD | 20601 |
| Irvine Naeun Medical Center | 4840 IRVINE BLVD STE 203 | Irvine | CA | 92620 |
| Isabel Cisneros | 285 W 4th Street | Stockton | CA | 95206 |
| Isabel Lozano | 770 N WINCHESTER BLVD APT# 15 | San Jose | CA | 95128 |
| Isaura Lizeth Ramos Gomez | 780 Priddy dr. | Dixon | CA | 95620 |
| Island Surgical Center | 633 GOV CARLOS G CAMACHO RD STE 20 | Tamuning | GU | 96913 |
| Israel Siguenza | 3150 HILLVIEW DR. NORTH | Chino | CA | 91710 |
| Itc Clinic | 590 SOUTH MARINE DRIVE SUITE 126 | Tamuning | GU | 96913 |
| Izagg | 1595 MOUNT LEBANON RD | Cedar Hill | TX | 75104 |
| J Fernado Alias Md. | 1401 SPANOS CT | Modesto | CA | 95355 |
| J R P Inc | P O 832 | Wayzata | MN | 55391 |
| J Raymundo Aguirre Rodriguez | 2263 Craig Avenue | Sacramento | CA | 95832 |
| J.R. Sturich M.D. | 3300 E SOUTH ST STE 305 | Lakewood | CA | 90805 |
| Jacqueline Baca Cruz | 654 BROOKS AVE | Yuba City | CA | 95991 |
| Jae Boon Lee | 602 Fairview Avenue #16 | Arcadia | CA | 91007 |
| Jae Im Yoo | 3901 ROXFIELD DR | Buford | GA | 30518 |
| Jae J. Kim Dds | 17476 COLIMA RD | Rowland Heights | CA | 91748 |
| Jae Lee | 5452 SPEY CT | Alpharetta | GA | 30022 |
| Jaime Mendoza Gonzalez | 9014 N EL DORADO ST | Stockton | CA | 95210 |
| Jaine Billieu | 109 W RANDOL MILL RD STE 102 | Arlington | TX | 76011 |
| James Baker | 915 NORTH KING STREET | Honolulu | HI | 96817 |
| James Carson | PO BOX 310670 | Detroit | MI | 48231 |
| James Carvin | 789 COTTON BAY DR E APT 2712 | West Palm Beach | FL | 33406 |
| James Cho | 1245 WILSHIRE BLVD STE 917 | Los Angeles | CA | 90017 |

| | | | | |
|---|---|---|---|---|
| James Clinton Mcfadden | 1074 RALPH AVE FL 2 | Brooklyn | NY | 11236 |
| James J Durham Jr. | 6 SEDGEWICK CIR | South Windsor | CT | 06074 |
| James Jhung | 3435  Wilshire Blvd #320 | Los Angeles | CA | 90010 |
| James Jhung | 1881 West Jefferson Blvd #203 | Los Angeles | CA | 90018 |
| James Linkin | 11511 113TH ST N # 34 B | Largo | FL | 33778 |
| James Novak | 316 25TH ST | San Diego | CA | 92102 |
| James Paul Almosara | 94 133 PAHU ST | Waipahu | HI | 96797 |
| James Stewart | 1051 FALLEN LEAF RD | Arcadia | CA | 91006 |
| James Turner Insurance | 1377 LORRAINE LANE | Kaufman | TX | 75142 |
| James Zatezalo | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Jane Leilani Pascual | 95-061 Waikalani Drive D801 | Mililani | HI | 96789 |
| Janet Chung | 16884 E 14th Street | San Leandro | CA | 94578 |
| Janeth Sierra | PO BOX 578455 | Modesto | CA | 95357 |
| Jang Ko | 3295 El Camino Real | Santa Clara | CA | 95051 |
| Jang Woo Whi | 2831 FLores Street #104 | San Mateo | CA | 94403 |
| Jason Lee | 3876 Bradwater ST | Fairfax | VA | 22031 |
| Javier Celis | 13633 Doty Ave. Apt 18 | Hawthorne | CA | 90250 |
| Javier Garces | PO BOX 211221 | South Daytona | FL | 32121 |
| Jayoung Sa | 1037 E 22ND ST | Los Angeles | CA | 90011 |
| Jc America Enterprises | 8419 BROOKLYN RD | Sacramento | CA | 95829 |
| Jean Lee | 3561 Homestead Road #463 | Santa Clara | CA | 95051 |
| Jeanette Crummedyo | PO BOX 925 | Missouri City | TX | 77459 |
| Jeannette Detrinidad | 249 N PALM AVE APT# D | Upland | CA | 91786 |
| Jeff Bradshaw | 1107 FAIR OAKS AVE # 189 | South Pasadena | CA | 91030 |
| Jefferson Suh | 321 N. KENMORE AVE #213 | Los Angeles | CA | 90004 |
| Jeffrey Thomas | 9850 GENESEE AVE STE 910 | La Jolla | CA | 92037 |
| Jennifer Mcleod | 1356 E 48TH ST | Brooklyn | NY | 11234 |
| Jennifer Tan-Heahlke | 915 NORTH KING STREET | Honolulu | HI | 96817 |
| Jenny Andrea Veira Mejia | 1025 MCKAY DR #26 | San Jose | CA | 95131 |
| Jenny Jeongwon Oshima | 2264 Maximilian Drive | Campbell | CA | 95008 |
| Jeom Soon Yun | 1812 BRIARWOOD CIR | Milledgeville | GA | 31061 |
| Jericho Amaroso | 515 GOLDEN SPUR CIRCLE | Walnut | CA | 91789 |
| Jerry Bush | 4900 RIO VISTA DR | Granbury | TX | 76049 |
| Jessica Cho | 2080 CENTURY PARK E STE 909 | Los Angeles | CA | 90067 |
| Jessica Lim | 10540 Randy Lane | Cupertino | CA | 95014 |
| Jessica R. Powers | 14 BLAKES HILL RD | Westford | MA | 01886 |
| Jessica Ross | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |

| | | | | |
|---|---|---|---|---|
| Jessica Whipple | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Jessie Simmons | 4000 ALLENDALE RD #1223 | Houston | TX | 77017 |
| Jesus Heredia | 720 CRATER AVE | Modesto | CA | 95351 |
| Jesus Pena Andrade | 2037 Garvin Avenue | Richmond | CA | 94801 |
| Ji Nam Lee | 6032 KINGMAN AVE #D | Buena Park | CA | 90621 |
| Jihwa Lim | 4040 West Campbell Ave | Campbell | CA | 95008 |
| Jimmy Choi | 1131 N VERMONT AVE STE 201 | Los Angeles | CA | 90029 |
| Jimmy King | 422 MAGNOLIA | Hughes Springs | TX | 75656 |
| Jin Ho Park | 55 Stillbreeze Lane | Watsonville | CA | 95076 |
| Jinghua Shen | 19503 STEVENS CREEK BLVD #315 | Cupertino | CA | 95014 |
| Jiyoon An | 3977 Rhoda Dr #1 | San Jose | CA | 95117 |
| Jiyoung Kim | 1764 VIA FLORES | San Jose | CA | 95132 |
| Joaquin Gomez | 6935 LEADER ST | Houston | TX | 77074 |
| Joe Flores | 2652 ROGUE WAY | Roseville | CA | 95747 |
| Joel Porro | 3045 W FLAGLER ST APT 5 | Miami | FL | 33135 |
| Joel Vega | 200 Ave. Rafael Cordero Ste # 140 PMB 280 | Caguas | PR | 00725 |
| Joey Yusay | 2446 ozark dr | Tracy | CA | 95304 |
| John A. Locher | PO BOX 700095 | Tulsa | OK | 74170 |
| John Baek | 2917 Monroe Place | Falls Church | VA | 22042 |
| John Beck | 718 KIOWA DR E | Gainesville | TX | 76240 |
| John Fillop | 4055 INDIAN CREEK RD | Martinez | GA | 30907 |
| John Goodrich | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| John Holladay | 7239 BIG BEND DR | Spring Hill | FL | 34606 |
| John M. Bell | 112 VULCO DR | Hendersonville | TN | 37075 |
| John Olivarez | 1528 LARK TREE WAY | Hacienda Heights | CA | 91745 |
| John Park | 22221 BLOOMFIELD AVE #24 | Cypress | CA | 90630 |
| John Sloan | 12827 Southwest freeway Apt 106 | Stafford | TX | 77477 |
| John Timothy Lewis | 11411 BENT WAY ST | Cypress | TX | 77429 |
| John Warwick | 205 W GRANGER AVE | Modesto | CA | 95350 |
| Johnathan Alff | 210 Rev bill Perkins rd | Williamsburg | KY | 40769 |
| Jonathan Surney | 8083 MARINERS DR APT #1502 | Stockton | CA | 95219 |
| Jonathan Yustman | 4344 RIDGERIDER CT | Riverside | CA | 92509 |
| Jong Pil Kim | 888 Saratoga Avenue #201 | San Jose | CA | 95129 |
| Joo Han Kang | 9900 Memorial Dr# C50 | Houston | TX | 77024 |
| Joo Y. Kim | 8637 NILES CENTER RD APT G | Skokie | IL | 60077 |
| Joon Ann Medical Clinic | 2911 W 8TH ST | Los Angeles | CA | 90005 |
| Joong Ang Medical Clinic | 2911 WEST 8 TH STREET | Los Angeles | CA | 90005 |

| | | | | |
|---|---|---|---|---|
| Jorge Guerrero | 1708 W Vine St | Lodi | CA | 95242 |
| Jorge Sotomayor | 5174 1/4 WOOD AVE | South Gate | CA | 90280 |
| Jose Antonio Rodriguez | 5506 BERGENLINE AVE FL 2 | West New York | NJ | 07093 |
| Jose Guerra | 6714 LA SOMBRA DR | Houston | TX | 77083 |
| Jose Luis Garcia | 2352 Villanova circle apt 1 | Sacramento | CA | 95825 |
| Jose Luis Hernandez | 1869 MACDUEE WAY | San Jose | CA | 95121 |
| Jose Luquin | 1320 Redteal Dr | Newman | CA | 95360 |
| Jose Pascasio | 6791 BLUE HERON PL | La Verne | CA | 91750 |
| Jose Penate | 6100 nowere ave | Los Angeles | CA | 90110 |
| Jose Rivas | 2710 LOU ANN LN | Harlingen | TX | 78550 |
| Jose Rivera | 1191 Alameda De Las Pulgas #23 | Belmont | CA | 94002 |
| Jose Robledo | 623 León Ave | Modesto | CA | 95351 |
| Josefina Melendez | 7 WERNER CT | Novato | CA | 94947 |
| Josefina Tejeda | 2744 BRIDGEFORD DR | Sacramento | CA | 95833 |
| Joseph Alex Martin | 948 W 3RD ST # 2 | Erie | PA | 16507 |
| Joseph Camacho | 4933 W CRAIG RD #211 | Las Vegas | NV | 89130 |
| Joseph Chun | 21039 DEVONSHIRE ST | Chatsworth | CA | 91311 |
| Joseph Kang | 2460 FLINTRIDGE DR | Glendale | CA | 91206 |
| Joseph Sholomith | 13200 SPRING HILL DR | Spring Hill | FL | 34609 |
| Josie Mendoza | 18952 LONG BRANCH STREET | Lincoln | NE | 68502 |
| Jovena Nicasio | 17536 SATICOY ST | Van Nuys | CA | 91406 |
| Joy Young, Llc | 2917 MONROE PL | Falls Church | VA | 22042 |
| Juan Antonio Martinez | 6625 AVENIDA  C | Houston | TX | 77011 |
| Juan Cruz Aceves | 1806 Cherry St | Aberdeen | WA | 98520 |
| Juan Curiman | 12410 PIPING ROCK DR | Houston | TX | 77077 |
| Juan Mora Aguilar | 285 W 4TH ST | Stockton | CA | 95206 |
| Julianna Mo | 1521 20th Avenue | San Francisco | CA | 94122 |
| Julie Park | 3810 Wilshire Blvd Unit # 304 | Los Angeles | CA | 90010 |
| Julietelia Butac | 4045 E CAMINO PAROCELA | Palm Springs | CA | 92264 |
| Julio Nosta | 54 MONROVIA BLVD | Tuckahoe | NY | 10707 |
| June Park | 908 S ARDMORE AVE UNIT#404 | Los Angeles | CA | 90006 |
| Jung  Nam Choi | 6365 Benecia Avenue | Newark | CA | 94560 |
| Jung Hee Chung | 480 Canyon Oaks Dr F | Oakland | CA | 94605 |
| Jung Huh | 856 FOOTHILL CT | San Jose | CA | 95123 |
| Jung Min Lee | 57 FREEMAN LN | Buena Park | CA | 90621 |
| Jung Oh | 1609 Great Falls St Unit # 108 | Mclean | VA | 22101 |
| Jung Sook Suk | 1792 Park Avenue | San Bruno | CA | 94066 |

| | | | | |
|---|---|---|---|---|
| Justin Chung | 7504 Rio Grande Way | Gainesville | VA | 20155 |
| Justin Parrish | 842 GARDEN RD | Marrero | LA | 70072 |
| K&A Tax And Multiservices | 211 W SEALY ST STE #3 | Alvin | TX | 77511 |
| Kalihi-Palama Health Center | 915 NORTH KING STREET | Honolulu | HI | 96717 |
| Karan Park | 3310 MORAGA BLVD | Lafayette | CA | 94549 |
| Karen Atrisco | 15198 Polk dr | Clearlake | CA | 95422 |
| Karen Fischer | 324 FEARL DR | Waterford | CA | 95386 |
| Karina Perez | PO BOX 202 | South San Francisco | CA | 94083 |
| Karla Perez | 7448 WINKLEY WAY | Sacramento | CA | 95822 |
| Kathy Chatmon | PO BOX 1436 | Houston | TX | 77251 |
| Kathy Kim | 2831 FLores Street #104 | San Mateo | CA | 94403 |
| Keewon Kim | 4701 AMERICANA DR APT# 201 | Annandale | VA | 22003 |
| Keith Larson | 915 NORTH KING STREET | Honolulu | HI | 96817 |
| Keith Pilson | 20 Eagle Lane | Martinsville | VA | 24112 |
| Kenji Chikaraishi | 564 N VIRGIL AVE APT 3 | Los Angeles | CA | 90004 |
| Kenneth Chang | 4026 W OLYMPIC BLVD | Los Angeles | CA | 90019 |
| Kenneth Duck | 114 Grandiflora Drive | Mcdonough | GA | 30253 |
| Keumrye Lim | 272 MOUNT HERMON RD #C | Scotts Valley | CA | 95066 |
| Kevan Kwan | 980 E RANCHCREEK RD | Covina | CA | 91724 |
| Kilwon Seo | 2960 W 235th St #14 | Torrance | CA | 90505 |
| Kimberly Stewart | 1051 FALLEN LEAF RD | Arcadia | CA | 91006 |
| Klc Solutions Inc | 7800 Commonwealth Avenue #205 | Buena Park | CA | 90621 |
| Ko Myoung Heo | 5021 TIBBITT LANE | Burke | VA | 22015 |
| Ko Soon Park | 4171 TERRACE OAKS LN | Suwanee | GA | 30024 |
| Korea & America Oriental | 2120 W 8TH ST STE 260 | Los Angeles | CA | 90057 |
| Krislyn Corporation | 10 INDUSTRIAL PARK RD | Hingham | MA | 02043 |
| Kristen Lowenberg | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Krusee Management | PO BOX 2314 | Hagatna | GU | 96932 |
| Kum Hwi Pak | 5519 MUIR DR. | Buena Park | CA | 90621 |
| Kun Sang Lee | 115 HOLLYBROOKE DR | Langhorne | PA | 19047 |
| Kwang Jin Kim | 3300 W ROSECRANS AVE STE 105 | Hawthorne | CA | 90250 |
| Kwang Oh | 5220 CRESTFIELD DR | San Ramon | CA | 94582 |
| Kwang Sung | 4554 King William Ct | Annandale | VA | 22003 |
| Kyeong Im Hwang | 325 TANNERS CROSSING | Alpharetta | GA | 30022 |
| Kyeong Rye Lolzou | 41935 Stoneyford Terrace | Aldie | VA | 20105 |
| Kyoko Watanabe | 455 E. 3rd Street # 706 | Los Angeles | CA | 90013 |
| Kyong Fillop | 4055 INDIAN CREEK RD | Martinez | GA | 30907 |

| | | | | |
|---|---|---|---|---|
| Kyong Ja Kim | 2851 E Cog Hill Terrace | Dublin | CA | 94568 |
| Kyoung Lee | 1104 Tapaz Avenue #3 | San Jose | CA | 95117 |
| Kyoung Woo | 860 South Kingsley Drive #106 | Los Angeles | CA | 90005 |
| Kyung Ok Han | 4701 AMERICANA DR APT# 201 | Annandale | VA | 22003 |
| Kyung Soon Jung | 5954 Attentee Road | Springfield | VA | 22150 |
| Kyung Suk Lee | 14335 CASTELLON RD | La Mirada | CA | 90638 |
| Lakha Medical | 7128 PACIFIC BLVD STE C | Huntington Park | CA | 90255 |
| Lance T. Mcclure | 2517 JAMESON ST | Temple Hills | MD | 20748 |
| Larry Boykin | 6312 WHITE JADE DR | Fort Worth | TX | 76179 |
| Latin Alliance | 15534 W HARDY RD SUITE 190 | Houston | TX | 77060 |
| Latinos Integrados | 8303 S W FREEWAY STE 725 | Houston | TX | 77074 |
| Laura GonzÁLez Corona | 1885 Ocala Av | San José | CA | 95122 |
| Laura Mora ZuÑIga | 2307 NEW JERSEY AVE APT B | San Jose | CA | 95124 |
| Laura Yanez | 623 León Ave | Modesto | CA | 95351 |
| Laurie Cheatham | 1736 ANDREWS CIRCLE | Suisun City | CA | 94585 |
| Lawrence Smith | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Leanne Maupin | 94-1221 KA UKS BLVD. #108 | Waipahu | HI | 96797 |
| Lee Keun Kim | 980 SAN LACINTO LANE | Lawrenceville | GA | 30043 |
| Lena J. Polk | 10122 COMANCHE LN | Houston | TX | 77041 |
| Leobardo Cornejo | 795 fourth Ave #202 | Redwood City | CA | 94063 |
| Leola Anifowoshe | 7426 GUINEVERE DR | Sugar Land | TX | 77479 |
| Leon Groode | 21301 BERMUDA ST | Chatsworth | CA | 91311 |
| Leone Inc | 3555 SWEETWATER RD APT#410 | Duluth | GA | 30096 |
| Leonor Benitez | 4803 DEEP GLEN LN | Katy | TX | 77449 |
| Lidia Aldana | 2730 Firestone Boulevard | South Gate | CA | 90280 |
| Lidiya Fedotova | 6391 ALDERTON ST | Rego Park | NY | 11374 |
| Lien Nguyen | 15310 DOWNFORD DR. | Tomball | TX | 77377 |
| Liliana Garcia-Ortiz | 1600 HESKET WAY APT 40 | Sacramento | CA | 95825 |
| Lim & Lim Marketing | 22119 FAIR GARDEN LANE | Clarksburg | MD | 20871 |
| Lincoln Chiropractic Center | 6971LINCOLN AVE #E | Buena Park | CA | 90620 |
| Lionel Ramirez | PO BOX 4677 | Carolina | PR | 00984 |
| Lisa Koo | 3033 MOORPARK AVE #25 | San Jose | CA | 95128 |
| Lisandro Arredondo Garcia | 508 Meta Ct | Modesto | CA | 95354 |
| Lizette Torres | Urb Villa Blanca Calle Granate #20 | Caguas | PR | 00725 |
| Llc The Morrow Group | 14027 MEMORIAL DR STE 226 | Houston | TX | 77079 |
| Lloyd Alfred Pragasam | 2048 ORANGE TREE LN | Redlands | CA | 92374 |
| Logicall | 2313 W Sam Houston Pkwy N | Houston | TX | 77043 |

| | | | | |
|---|---|---|---|---|
| Loise M. Herzog | 2221 BLISS CIR | Oceanside | CA | 92056 |
| Lolita Gagaoin | PO BOX 8084 | Tamuning | GU | 96931 |
| Longina Montanez | 13351 N EXTENSION CT | Lodi | CA | 95242 |
| Lorena Mora | 10624 BURIN AVE | Lennox | CA | 90304 |
| Lou Parnell | 2750 WALLINGFORD DR APT 1415 | Houston | TX | 77042 |
| Lourdes Cardona Tovar | 1248 TIEGEN DR | Hayward | CA | 94542 |
| Lourdes Dulos | 3829 FOSTER AVE | Baldwin Park | CA | 91706 |
| Lourdes Rubalcava | P.O. BOX 970993 | Orem | UT | 84097 |
| Lucina Rodriguez | 12408 Goldmine Ave | Waterford | CA | 95386 |
| Lucio Mendes | 3690 WOODYHILL DR | Lithonia | GA | 30038 |
| Luis Marquez | 1901 4TH AVE STE 100 | San Diego | CA | 92101 |
| Luis Marquez | 255 N USA STREET SUITE 101 | Eslondido | CA | 92025 |
| Luis Miguel Garcia | 2352 Villanova circle #1 | Sacramento | CA | 95825 |
| Lus Vera | 1435 Nadine Ave. | Modesto | CA | 95351 |
| Luz Ekny Luna | 9919 MANGO LN | Elk Grove | CA | 95624 |
| Luz Gonzalez | 525 Huntington Ave APT 3 | San Bruno | CA | 94066 |
| Luz M. Villanueva | 30 CALLE TRUBIA BLK 29 | Carolina | PR | 00983 |
| Lydia Choi | 4743 Marconi Avenue #28 | Carmichael | CA | 95608 |
| Lydia Gomez | 323 FRONT STREET # 118 | Salinas | CA | 93901 |
| Lynn Koh | 2115 A GERTZ LN | Honolulu | HI | 96819 |
| Ma De Lourdes Ricardo | 27043 Tyrell Avenue #4 | Hayward | CA | 94544 |
| Ma Del Rosio Vargas Torres | 2026 WEBSTER ST APT # 1 | Las Vegas | NV | 89030 |
| Ma. Chrsitina Malagon | 1518 Clinton Street | Delano | CA | 93215 |
| Magdalena Arzola | 2230 Channel Dr | Ventura | CA | 93001 |
| Maggie Degregorio | PO BOX 394 | Fontana | CA | 92334 |
| Mainstay India Teleservices Pvt Ltd | 10333 HARWIN DR STE 225 | Houston | TX | 77036 |
| Mainstay Services Ltd | 10333 HARWIN DR STE 225 | Houston | TX | 77036 |
| Malvin Anderson | 740 E AVENUE J9 | Lancaster | CA | 93535 |
| Manuel Hernandez Contreras | 4020 44st | Sacramento | CA | 95820 |
| Manuel Turrieta | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Marcia Lopez | 30 W Harden Road Apt 1 | Hayward | CA | 94544 |
| Margarita Cerna | 1102 Pipit Dr | Patterson | CA | 95363 |
| Margarita Morales | 4901 Little Oak Ln #212 | Sacramento | CA | 95841 |
| Maria Antonia Otero F De Garcia | 1974 LAVONNE AVE | San Jose | CA | 95116 |
| Maria Araujo Aguinaga | 115 W 7th St Apt# A | Santa Rosa | CA | 95401 |
| Maria Arevalo | 1876 CRESTWOOD CIR | Stockton | CA | 95210 |
| Maria Arriaga | 310 Park Ave # 310 | Manteca | CA | 95337 |

| | | | | |
|---|---|---|---|---|
| MarÍA Avalos | 2744 Bridgeford Dr. | Sacramento | CA | 95833 |
| Maria Castellanos | 6315 Jansen dr | Sacramento | CA | 95824 |
| Maria Cortes | 1568 Cottonwood Dr | Salinas | CA | 93905 |
| Maria Covarrubias | 2257 62nd Avenue | Sacramento | CA | 95822 |
| MarÍA De La Luz BaÑUelos | 1010 Ash ave | Los Banos | CA | 93635 |
| Maria Del Rosario Duarte Cerda | 3775 MAIN ST SUITE A | Oakley | CA | 94561 |
| Maria Del Socorro Aguilar | 741 Esat Washington Blvd. | Crescent City | CA | 95531 |
| Maria Del Socorro Gonzalez Romero | 3617 Anthea Street | Sacramento | CA | 95834 |
| Maria Elisa Chable Gomez | 73 CAROL LN #104 | Oakley | CA | 94561 |
| Maria Fernandez | 6241 south george washington blvd | Yuba City | CA | 95993 |
| Maria Gonzalez | 187 FIESTA LN | Kissimmee | FL | 34743 |
| Maria Gonzalez De Garcia | 1528 HOBSON AVE | West Sacramento | CA | 95605 |
| Maria Inzunza | 37767 Arlene ct. | Fremont | CA | 94536 |
| Maria Isabel Ponce | 3473 MOUNT MADONNA DR | San Jose | CA | 95127 |
| Maria Loza | 1719 SPRUCE DR | Woodland | CA | 95695 |
| Maria Maldonado | 4830 CONCORD ROAD | Sacramento | CA | 95820 |
| Maria Maldonado Camarena | 15820 S HARLAND RD SPACE# 102 | Lathrop | CA | 95330 |
| Maria Ortiz | 3225 N St SE #103 | Auburn | WA | 98002 |
| Maria Ramirez | 376 W 24th St | San Bernardino | CA | 92405 |
| Maria Ritter | 775 East Union St. | Pasadena | CA | 91101 |
| Maria Rivas | 3952 PATTERSON RD APT# 35 | Riverbank | CA | 95367 |
| Maria Rivera | 2094 surrey pl #3 | Campbell | CA | 95008 |
| Maria Rodriguez Estrada | 3843 MADELINE DR APT# 4 | San Jose | CA | 95127 |
| Maria Sibrian | 825 4th Ave | San Bruno | CA | 94066 |
| Maria Susana Jaime De Saran | 652 23rd St | Richmond | CA | 94804 |
| Maria Tamayo | 2203 ALDINE MAIL ROUTE 30 | Houston | TX | 77039 |
| Maria Tapia | 3534 CIRCLE CT E | Fresno | CA | 93703 |
| Maria Valdivia | 572 A RODRIGUEZ ST | Watsonville | CA | 95076 |
| Maria Vega | 167 Gardenia Drive | Atwater | CA | 95301 |
| Mariana Garcia | 9690 ALTA MESA ROAD | Wilton | CA | 95693 |
| Maribel Salgado | 1120 GUM AVE APT A | Woodland | CA | 95695 |
| Maribel Smith | 1301 W JACKSON CT | Broken Arrow | OK | 74012 |
| Marie (Seija) Anderson | 6333 PACIFIC AVE STE 179 | Stockton | CA | 95207 |
| Marie Asprec | 36041 CORTE LISBOA | Murrieta | CA | 92562 |
| Mariela Rodriguez | 1133 SANDY HOOK AVE | La Puente | CA | 91744 |
| Mario Aleman | 1111 W COVINA BLVD STE# 240 | San Dimas | CA | 91773 |
| Mario Lagoc | 98 1941 L KAAHUMANU ST | Aiea | HI | 96701 |

| | | | | |
|---|---|---|---|---|
| Marisol Gonzalez | 1228 S street | Newman | CA | 95360 |
| Mark Meyer | 895 MARINERS CT | Coppell | TX | 75019 |
| Marketing Inc Stephens - Matthews | PO BOX 1208 | Beverly | OH | 45715 |
| Marleny Martinez | 1897 Alum Rock Avenue #25 | San Jose | CA | 95116 |
| Marlon C Parato Dmd Dmd Llc | 1441 KAPIOLANI BLVE | Honolulu | HI | 96814 |
| Marlon Parato | 94-826 MOLOALO STREET | Waipahu | HI | 96797 |
| Marta Davila | 623 Leon Ave | Modesto | CA | 95351 |
| Martha Cabrera | 480 ave of the flag #10 | Buellton | CA | 93427 |
| Martha Flores | 14107 FORCE STREET | Houston | TX | 77015 |
| Martha Hara Quichocho | 11387 ALBERNI CT | San Diego | CA | 92126 |
| Martha Mendoza | 540 BONITA AVE ESP# 208 | San Jose | CA | 95116 |
| Martha Patricia Pantoja | 5100 Kirk Ln Apt #6 | Sanpablo | CA | 94805 |
| Martin Lutta | 3075 WALNUT BEND LN # 34 | Houston | TX | 77042 |
| Martin Mendoza | 1775 S STOCKTON ST | Stockton | CA | 95206 |
| Martineza Freeman | 1077 EUCLID AVE APT 4 | Long Beach | CA | 90804 |
| Marty Miller | 313 N RANCH HOUSE RD | Angleton | TX | 77515 |
| Marvin Meynard | 5309 LYLE AVE | Stockton | CA | 95210 |
| Mary Ann Rabang | 337 WAINOHIA ST. | Kihei | HI | 96753 |
| Mary Bird | 12615 DERMOTT DR | Houston | TX | 77065 |
| Mary Lapenia | 94-1221 KA UKA BLVD APT# 108-157 | Waipahu | HI | 96797 |
| Mary Park | 12750 Centralia Street #137 | Lakewood | CA | 90715 |
| Mary Seo | 2709 Marina Park Lane | Elk Grove | CA | 95758 |
| Mary Stanley | 257 HIGHWAY 134 | Rayville | LA | 71269 |
| Master Agency Of California | 22119 FAIR GARDEN LANE | Clarksburg | MD | 20871 |
| Matthew Wharton | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Mayra Fuel | 1615 Cormorant Way apt. #8 | Scaramento | CA | 95815 |
| Mccanse Chiropractic | PO BOX 275 | Decatur | MI | 49045 |
| Medical Health Associates | 248 -18 UNION TURNPIKE | Bellerose | NY | 11426 |
| Medtree Acupuncture Clinic | 712 NEWMARK MALL | Montebello | CA | 90640 |
| Melanie Penrod | 1549 N PRAIRIE CREEK RD | Andover | KS | 67002 |
| Melinda Vaca | 1606 WALNUT LN | Midland | TX | 79701 |
| Merwynn Montenegro | 5905 N. Acacia Ct | San Bernardino | CA | 92407 |
| Mgr - Sm Test | 11111 Richmond Ave. St. 200 | Richmond | TX | 77082 |
| Mi Lan Do | 28 FESTIVAL | Irvine | CA | 92606 |
| Mi Na Hong | 1170 Donington Drive | San Jose | CA | 95129 |
| Mi Ran Bae | 25305 Ironwood Court | Hayward | CA | 94545 |
| Mi Ran Yu | 1850 TWINING DR. | Anchorage | AK | 99504 |

| | | | | |
|---|---|---|---|---|
| Mi Ri Kim | 302 COLORADO AVE | Santa Monica | CA | 90401 |
| Mi Sook Ka | 530 La Conner Dr | Sunnyvale | CA | 94087 |
| Mi Young Kim | 4040 W Campbell Avenue | Campbell | CA | 95008 |
| Michael Carr | 1708 BUNKER HILL LN TRLR 160 | Lewisville | TX | 75056 |
| Michael Cowley | 18011 OAKWORTH DR | Houston | TX | 77084 |
| Michael Kellerman | 5022 STARBLAZE DR | Greenacres | FL | 33463 |
| Michael Kim | 5730 Vista Brook Drive | Suwanne | GA | 30024 |
| Michael Miller | 2036 HORNBLEND ST | San Diego | CA | 92109 |
| Michael Sailor | 117 SOUTH SPRING ST STE 201 | Aspen | CO | 81611 |
| Michael Santos | 704 S KNOTT AVE # M1 | Anaheim | CA | 92804 |
| Michel Sanchez | 617 Ward Rd | Los Banos | CA | 93635 |
| Michele Campbell | 60 4th Street #102 | Gilroy | CA | 95020 |
| Michelle Acupuncture Clinic | 6934A  LITTLE RIVER TUPK SUITE A | Annandale | VA | 22003 |
| Michelle Nieman | 17636 WHITE PERCH LAKE | Conroe | TX | 77384 |
| Michelle Ogata | 98 1941L KAAHUMANU ST | Alea | HI | 96701 |
| Michelle Zazueta | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Miguel Robledo Davila | 5260 Lodi St | San Diego | CA | 92117 |
| Mike B Rivers | PO BOX 214 | Elmsford | NY | 10523 |
| Milan Kim | 18895 COLTMA ROAD  SUITE A | Rowland Heights | CA | 91748 |
| Min Jin Kim | 2869 Fountain Head Drive | San Ramon | CA | 94583 |
| Min Young Cha Md. | 3130 W OLYMPIC BLVD STE 220 | Los Angeles | CA | 90006 |
| Ming Wang | 3408 YUBA AVE | San Jose | CA | 95117 |
| Minsim Lee | 640 Balsa Avenue | Brea | CA | 92821 |
| Miracle Herbs & Acupuncture | 15500 S NORMANDIE AVE # A | Gardena | CA | 90247 |
| Miriam Morales | 3473 RANCHO RIO WAY | Sacramento | CA | 95834 |
| Mirna Lemus | 2305 Park brae way | Modesto | CA | 95358 |
| Mitsuru Yamamoto | 915 NORTH KING STREET | Honolulu | HI | 96717 |
| Mo Ah Choi | 22330 MEYER ST #54 | Torrance | CA | 90502 |
| Moises Lopez | 4313 FREITAG WAY | Elk Grove | CA | 95758 |
| Molina Enterprises Llc | 1448 N 27TH AVE | Phoenix | AZ | 85009 |
| Monica Noriega | 6290 Lido Court | Newark | CA | 94560 |
| Monica Pina Mijangos | 1005 CO RD 135 W | New Albany | MS | 38652 |
| Moon Chang | 3671 W 6TH ST | Los Angeles | CA | 90020 |
| Moon Nyun Bae | 3033 Moorpark Avenue #25 | San Jose | CA | 95128 |
| Moushir Manious | 4383 MESA HILL DR | Las Vegas | NV | 89147 |
| Msa Agent Test | 11111 RICHMOND AVE SUITE 200 | Houston | TX | 77082 |
| Mun Choi | 2586 STAUNTON LN | Duluth | GA | 30096 |

| | | | | |
|---|---|---|---|---|
| My Family Health Care Inc. | 3435 WILSHIRE BLVD STE 1930 | Los Angeles | CA | 90010 |
| Myong Boon Kim | 240 West Campbell Avenue | Campbell | CA | 95008 |
| Myong Yon Furuyama | 774 Carmel AVenue APt #3 | Sunnyvale | CA | 94085 |
| Myra Serion | 1982 HOOLAULEA ST | Pearl City | HI | 96782 |
| Myung Hee Yeon | 7671 Stage Rd #105 | Buena Park | CA | 90621 |
| Myung Sook Lee | 21 Wilshire Avenue | Daly City | CA | 94015 |
| Myung Sook Seo | 2137 BIRCH HOLLOW TRL | Lawrenceville | GA | 30043 |
| Myung Yoon | 6 Arcade Avenue | Berkeley | CA | 94708 |
| Nam Seok Kim | 7345 MCWHORTER PLACE APT# 111 | Annandale | VA | 22003 |
| Namhee Thompson | 4234 Greenview Dr | El Darado Hills | CA | 95762 |
| Nancy M. Aguila | 6411 NEW WORLD DR | Katy | TX | 77449 |
| Narda Duarte | 2770 MARENGO APT# 1 | Los Angeles | CA | 90033 |
| Nathan Gross | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| National Healthcare Alliance | PO BOX 5702 | Granbury | TX | 76049 |
| Nayrina Gonzalez | P.O.BOX # 231883 | Sacramento | CA | 95823 |
| Net Rep Inc | 5821 S W FREEWAY STE  600 | Houston | TX | 77057 |
| New Hamphire Association | 41A TERRILL PARK DR | Concord | NH | 03301 |
| New Oxford Cleaners | 94 01 A 46 AVE 1FL | Elmhurst | NY | 11373 |
| New Star Enterprise | 21864 ELKINS TERRACE | Sterling | VA | 20166 |
| Ngan Do | 3132 Oakbridge Dr | San Jose | CA | 95121 |
| Nichole Jefferson | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Nicole Arteaga | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Nicole Daman | 6131 ESCONDIDO COURT | San Jose | CA | 95119 |
| Nicole Joy Leonard | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Nicolle Dixon | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Nirky M. Buret | 106 S BROADWAY | White Plains | NY | 10605 |
| Noel Nagnot | 39247 Coprice St. | Palmdale | CA | 93551 |
| Noemi Lopez | 113 N Michigan St | Aberdeen | WA | 98520 |
| Noemi Pinedo | 418 California St  Unit C | Salinas | CA | 93901 |
| Nohemi Gaspar | 1807 South Hart Road | Modesto | CA | 95358 |
| Nonie Dubose | 6260 Westpark Drive #303 | Houston | TX | 77057 |
| Norma Rivera | 1501 Classic Ct. | Modesto | CA | 95357 |
| Nova Marketing Group Llc | 7345 MCWHORTER PLACE SUITE 111 | Annandale | VA | 20151 |
| Obstetrics & Gynecology Parviz Pirnazar Md. | 10921 WILSHIRE BLVD STE 607 | Los Angeles | CA | 90024 |
| Oc Dental Care | 1717 OLD TUSTIN AVE | Santa Ana | CA | 92705 |
| Odessa Barnett | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Ohana Dental Center | 2153 NORTH KING STREET | Honolulu | HI | 96819 |

| | | | | |
|---|---|---|---|---|
| Ok Ja Jang | 420 UNION DR Apt 302 | Los Angeles | CA | 90017 |
| Ok Kim | 1679 Duvall Drive | San Jose | CA | 95130 |
| Olga Martinez Torres | 6901 FLORIN RD APT# 3 | Sacramento | CA | 95828 |
| Olivia Kim | 3681 Whitworth Dr | Dublin | CA | 94568 |
| On Time Home Care Agency | 17012 LIBERTY AVE | Jamaica | NY | 11433 |
| Oscar Mendez-Turino | 2298 SW 8TH ST | Miami | FL | 33135 |
| Oswar Siordia | 10070 Willard Pkwy  APT 132 | Elk Grove | CA | 95757 |
| Owen Hoyoung Cho | 13037 BEACH ST | Cerritos | CA | 90703 |
| Pablo Bailon | 2025 CHOCTAW DR | West Covina | CA | 91791 |
| Pablo Ruiz | 75 Nedra Court #1 | Sacramento | CA | 95822 |
| Pacific Eye Center | 241 FARENHOLT AVE STE 101 | Tamuning | GU | 96913 |
| Palm Enterprises Inc | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Park Stephen | 11039 ACACIA PKWY | Garden Grove | CA | 92840 |
| Parks Acupuncture & Herbs | 2897 W OLYMPIC BLVD STE 202 | Los Angeles | CA | 90006 |
| Patricia Miramontes | 4913 LOTUS POND WAY | Elk Grove | CA | 95757 |
| Patricia Rosas Gomez | 2791 Mcbride Ln # 162 | Santa Rosa | CA | 95403 |
| Patty Philibert | 11730 COLMAN RD | Philadelphia | PA | 19154 |
| Paul Saunders | 10929 Firestone Blvd. #128 | Norwalk | CA | 90650 |
| Paula Garcia | 1764 JANRICK AVE | Sacramento | CA | 95832 |
| Pax Multi Clinic | 2411 W 8TH ST # 100 | Los Angeles | CA | 90057 |
| Pearl A. Cheng | 459 N STEPHORA AVE | Covina | CA | 91724 |
| Pedro Medina | 352 AVE  SAN CLAUDIO | San Juan | PR | 00926 |
| Pedro Zamora | 11394 S CARDINAL LN | Yuma | AZ | 85365 |
| Pei Wang | 3408 YUBA AVE | San Jose | CA | 95117 |
| Peking Acupuncture & Herbs | 509 S EUCLID ST | Anaheim | CA | 92802 |
| Peter Bendeheim | 122 UPLAND TER | Bala Cynwyd | PA | 19004 |
| Peter Lee | 3054 W 8TH ST STE 106 | Los Angeles | CA | 90005 |
| Peter Moon | 433 SYLVAN AVE #120 | Mountain View | CA | 94041 |
| Phan Tiet | 5610 LAVERNE AVE | Oakland | CA | 94605 |
| Phillip Jong | 4073 LAKESIDE DR | San Jose | CA | 95148 |
| Pil Hyun Park | 6730 TORREY PINE CIR | Suwanee | GA | 30024 |
| Pilar Tobias | 235 N San Joaquin St | Stockton | CA | 95202 |
| Ping Blas | 94 1208 AWAIKI ST | Waipahu | HI | 96797 |
| Porfirio Flores | 209 S CHESTER AVE | Compton | CA | 90221 |
| Preferred Healthcare Benefits | 2313 W Sam Houston Pkwy N | Houston | TX | 77043 |
| Premium Medical Health Care | 2435 JEROME AVE | Bronx | NY | 10468 |
| Presidio Medical Group | 4440 LAMONT ST | San Diego | CA | 92109 |

| | | | | |
|---|---|---|---|---|
| Pro Insurance America Inc | 13540 MALLARD WATCH WAY | Clifton | VA | 20124 |
| Promotion Health Plans | 10518 W FLAGLER ST | Miami | FL | 33174 |
| R W C Marketing Group | 115 PENN WARREN DR STE 300-162 | Brentwood | TN | 37027 |
| Rafaela Burgos | 185 MANANA LN | Watsonville | CA | 95076 |
| Rainbow Dental Center | 599 FARRINGTON HIGHWAY | Kapolei | HI | 96707 |
| Randall Graham | 9613 ARROW ROUTE BLD 3-C | Rancho Cucamonga | CA | 56186 |
| Raquel Alcala | 11120bradley ranch road apt D4 | Elk Grove | CA | 95624 |
| Rathbun Chiropractic Clinic | 388 S  MARINE DRIVE SUITE #101 | Tamuning | GU | 96913 |
| Raymond K.Y. Li Md Inc. | 950 STOCKTON ST STE 205 | San Francisco | CA | 94108 |
| Realty Enterprise | 20523 CAJON CANYON CT | Katy | TX | 77450 |
| Refugio Anguiano | PO BOX 11152 | Salinas | CA | 93915 |
| Reginald Lyle | 1598 Drakeley Ave | Turlock | CA | 95301 |
| Reina Oyola | 11411 Scenery Place | Germantown | MD | 20876 |
| Renee Horie | P O BOX 6227 | Kaneohe | HI | 96744 |
| Renika Bass | 5802 Templegate Drive | Houston | TX | 77066 |
| Resendez Chiropractic Center | 2930 CORONADO AVE STE B | San Diego | CA | 92154 |
| Rev.Felix Medina | 510 WILMONT& CONNECTICUT AVENUES | Bridgeport | CT | 06607 |
| Rey Garcia Bauza | 1741 WRIGHT ST APT# 5 | Sacramento | CA | 95825 |
| Rey Piros | 230 HANA HWY # 2 | Kahului | HI | 96732 |
| Reynaldo De Guzman | 138 MADISON AVE | Rochelle Park | NJ | 07662 |
| Riasa Soliman | 6000 El Dorado Prwy #538 | Frisco | TX | 75033 |
| Ricardo Fernandez | 579 FARRINGTON HIGHWAY | Kapolei | HI | 96707 |
| Ricardo Gamboa | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Richard G. Clark | 12839 WOMAN HOLLERING RD | Converse | TX | 78109 |
| Richard Shaw | 3426 WIMBLEDON DR | Cibolo | TX | 78108 |
| Richard W. Rollins | 4589 MESAVIEW WAY | Stone Mountain | GA | 30083 |
| Rickey Templeton | 313 FANNIN DR | Goodlettsville | TN | 37072 |
| Rickman Mclaren | 84 RIVERDALE AVE | White Plains | NY | 10607 |
| Robert Calvary | P O BOX 1453 | Pinehurst | TX | 77362 |
| Robert Espinoza | 10645 N Tatum Blvd. #200-332 | Phoenix | AZ | 85028 |
| Robert Franklin | 2000 SOUTH STREET | Leesburg | FL | 34748 |
| Robert Lin | 18725B  GATE AVE SUITE 140 | City Of Industry | CA | 91748 |
| Robert Potter | 31244 FLYING CLOUD DR | Laguna Niguel | CA | 92677 |
| Robert Sr. Nelson | 900 MANDANA CT | Modesto | CA | 95358 |
| Roberto Gandara | PO BOX 1357 | Caguas | PR | 00726 |
| Rochelle Cosper | 725 37TH AVENUE CT | Greeley | CO | 80634 |
| Rodney A. Kim | 13211 MYFORD RD APT 1022 | Tustin | CA | 92782 |

| | | | | |
|---|---|---|---|---|
| Rodney Warrior | 21823 HYERWOOD | San Antonio | TX | 78259 |
| Roger Chang | 10515 BELLAIRE BLVD A1 | Houston | TX | 77072 |
| Roger D. Teed | 2721 W 68TH PL | Tulsa | OK | 74132 |
| Rolando Villamayor | 7987 FLANDERS DR | San Diego | CA | 92126 |
| Ron Cottrell | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Ronald Aaron Hopkins | 6439 GREENE ST APT C5 | Philadelphia | PA | 19119 |
| Rory Rifkind | 1046 NEWCASTLE C | Boca Raton | FL | 33434 |
| Rosa Enterprise | 610 WHITE OAK DR | Newnan | GA | 30265 |
| Rosa Fernandez | 7363 Perera Circle | Sacramento | CA | 95831 |
| Rosa Gutierrez | 9014 N EL DORADO ST | Stockton | CA | 95210 |
| Rosa Magali Pozos Salgado | 765 Elm Avenue # A | Seaside | CA | 93955 |
| Rosa Manriquez | 600 ATKINSON ST | Roseville | CA | 95678 |
| Rosa Maria Mendoza De Flores | 420 ALICE ST | Stockton | CA | 95205 |
| Rosa Maria Vidal | PO BOX 56315 | San Jose | CA | 95156 |
| Rosa Perez | 15788 EMERALD BLVD #2481 | Burr Ridge | IL | 60527 |
| Rosa Segovia | 189 Hackensack Plank Rd. | Weehawken | NJ | 07086 |
| Rosalba Chavarria | 4971 42nd St. | Sacramento | CA | 95820 |
| Rosalie Hizon | P.O.BOX 2045 | Fontana | CA | 92334 |
| Roscoe Mason | 8765 SPRING CYPRESS RD SUITE L | Spring | TX | 77379 |
| Rose Pelzer | 29607 BROWNSVILLE RD | Magnolia | TX | 77354 |
| Rosibell Cortes | 3349 Belden st. | Sacramento | CA | 95838 |
| Ross Boles | 9113 Gavin Rd. | Lantana | TX | 76226 |
| Ross Hearing Aids | PMB712 STEIII 674 HARMON LP RD | Dededo | GU | 96929 |
| Roy Franklin Anding Jr | 866 WESTSHORE COURT | League City | TX | 77573 |
| Roy Wallace | 405 TARRYTOWN RD STE 576 | White Plains | NY | 10607 |
| Ruben Lopez Decardenas | 16505 Butterfield Blv Apt335 | Morgan Hill | CA | 95037 |
| Rubidia Medellin | 2102 White Back Dr | Houston | TX | 77084 |
| Russell Masunaga | 2153 NORTH KING STREET | Honolulu | HI | 96819 |
| Ruthie Agbayani | 94 436 APOWALE STREET | Waipahu | HI | 96797 |
| Ryu Acupuncture Clinic | 121 S GLENOAKS BLVD # 3 | Burbank | CA | 91502 |
| S & D Advertising Concepts | 5518 AVANAK ST | Spring | TX | 77389 |
| Sae Joon Kim | 550 LOS OLIVOS DR | Santa Clara | CA | 95050 |
| Saeid Sadighi | 2701 FIRESTONE BLVD STE W | South Gate | CA | 90280 |
| Samuel Cochran | 2618 DARRELL DR | Abilene | TX | 79606 |
| Samuel Gouh | 215 Manhatten Place | Los Angeles | CA | 90004 |
| Samuel Juhn Md. | 7851 WALDER ST #101 | La Palma | CA | 90623 |
| Samuel Morin | 424 S MOBBERLY AVE | Longview | TX | 75602 |

| | | | | |
|---|---|---|---|---|
| Sandra Cisneros | 5309 Ridge Gate Court | Rocklin | CA | 95765 |
| Sandra Lopez | 6181 Greenhaven Drive | Sacramento | CA | 95831 |
| Sang Gu Kang | 4360 Ivymount Ct | Annandale | VA | 22003 |
| Sang Hoon Lee | 4201 TORRANCE BLVD STE 780 | Torrance | CA | 90503 |
| Sang Kwon | 20102 Woodbine Avenue | Castro Valley | CA | 94546 |
| Sang Nyo Kim | 3033 Moorpark Avenue #25 | San Jose | CA | 95128 |
| Sang Oh | 5902 Kingsford Road #L | Springfield | VA | 22152 |
| Sang Yu | 2058 HAILSTON DR | Duluth | GA | 30097 |
| Sanghee Han | 646 Bolton Court #3 | San Jose | CA | 95129 |
| Santiago Aleman | 1507 Winchester Blvd | San Jose | CA | 95128 |
| Sara Lim | 371 Mariners Court #E | Hayward | CA | 94544 |
| Sara Pastora | 3339 23RD ST | San Francisco | CA | 94110 |
| Sarah Ellis | P O BOX 55181 | Valencia | CA | 91385 |
| Sasang Acupuncture | 1134 S WESTERN AVE STE B2 | Los Angeles | CA | 90006 |
| Segretix | 19255 SABAL LAKE DR | Boca Raton | FL | 33434 |
| Seo Hwang Kim | 18958 Sara Park Circle | Saratoga | CA | 95070 |
| Seo Kwon Lee | 5204 Rambler Way | Sacramento | CA | 95841 |
| Seogchul Hong | 5309 Berrywood Court | Fairfax | VA | 22032 |
| Seon Roh | 5520 SANTA MONICA BLVD STE 104 | Los Angeles | CA | 90038 |
| Serge Alexis Companies Llc | 285 5TH AVE STE 450 | Brooklyn | NY | 11215 |
| Sergio Borrayo | 1058 SOUTH ALMA AVENUE | Los Angeles | CA | 90023 |
| Sergio Ruiz | 2172 THIRD STREET | Corona | CA | 91719 |
| Serrano Eye Center | 4220 W 3RD ST STE 206 | Los Angeles | CA | 90020 |
| Seung Hwan Lee | 1123 Turk St | San Francisco | CA | 94115 |
| Seung Lee | 6555 Cotton Wood #D | Dublin | CA | 94568 |
| Seung Young Yoon | 215 GROVE ACRE AVE APT# 16 | Pacific Grove | CA | 93950 |
| Seunghee Suh | 4323 GLENEAGLES CT | Stockton | CA | 95219 |
| Severance Optometric Center | 3030 W OLYMPIC BLVD STE 110 | Los Angeles | CA | 90006 |
| Shalic Renfro | 2715 WUTHERING HEIGHTS | Houston | TX | 77045 |
| Shar Gor | 6391 ALDERTON ST | Rego Park | NY | 11374 |
| Shareef Rabie | 1723 PARKLAKE VILLAGE | Katy | TX | 77450 |
| Shareef Rabie | 11111 RICHMOND AVE SUITE 200 | Houston | TX | 77082 |
| Sharon E. Ueligitone | 2575 E 19TH ST APT 28 | Signal Hill | CA | 90755 |
| Sharon Haak | 1602 REGAL BLUE CT | Fresno | TX | 77545 |
| Sharon Johnson | 2379 BRIARWEST BLVD #8 | Houston | TX | 77077 |
| Sharon Naylor | 415 WEST CENTRAL AVE | La Follette | TN | 37766 |
| Sherman Lii Medical Group | 3859 ROSEMEAD BLVD | Rosemead | CA | 91770 |

| | | | | |
|---|---|---|---|---|
| Sherry Panuco | 8931 N El dorado | Stockton | CA | 95210 |
| Shin W. Kang Medical | 2727 W OLYMPIC BLVD STE 206 | Los Angeles | CA | 90006 |
| Silvia Alcaraz | 305 N E STREET | Stockton | CA | 95205 |
| Simuel Evans Iii | 8726 CEDAR TRACE DR | Spring | TX | 77379 |
| Sindee Guzman | 1041 PRAIRE DR | Suisun City | CA | 94585 |
| Siu Lo Li | 857KUNAWAI LANE | Honolulu | HI | 96817 |
| Sky Net | 22119 FAIR GARDEN LANE | Clarksburg | MD | 20871 |
| So Yun Kim | 110403 Gold Stafton Drive | Gold River | CA | 95670 |
| Son Nguyen | 12826 Remy Street | Houston | TX | 77045 |
| Song Cho | 246 Grove Way | Hayward | CA | 94541 |
| Song Kim | 561 ALANDELE AVE | Los Angeles | CA | 90036 |
| Sonia Tlaseca | 720 S terrace Ave | Colombus | OH | 43204 |
| Soo Chung | 8370 Greensboro Drive Unit 319 | Mclean | VA | 22102 |
| Soojin Choi | 3770 Flora Vista Avenue | Santa Clara | CA | 95051 |
| Soon Ae Lee | 1267 Webster St | San Francisco | CA | 94115 |
| Soon Yong | 907 SILACCI DR | Campbell | CA | 95008 |
| Soon Yoon | 1841 CENTRAL PARK AVE APT 2M | Yonkers | NY | 10710 |
| Soukmany Rajamountry | 2613 willowgate rd | Grove City | OH | 43123 |
| Soyun Lee | 32632 Almaden Blvd #139 | Union City | CA | 94587 |
| Stephanie Seo | 1104 Topaz Avenue #4 | San Jose | CA | 95117 |
| Stephen Bognar | 4717 Canyon Hills Drive | Fairfield | CA | 94534 |
| Stephen Oh | 3568 ADAMS ST | Riverside | CA | 92504 |
| Steven Kang | 4001 WILSHIRE BLVD APT F 286 | Los Angeles | CA | 90010 |
| Steven P. Schoppa | 16014 ABERDEEN FOREST DR | Houston | TX | 77095 |
| Steven Torimaru | 807 W CAMINO REAL AVE #S | Arcadia | CA | 91007 |
| Su Lan Yang | 742 N Mavis Street #2 | Anaheim | CA | 92805 |
| Su Yeon Choe | 2471 Kenwood Avenue | San Jose | CA | 95128 |
| Sue Baek | 8350 GREENSBORO DR #1-707 | Mclean | VA | 22102 |
| Sue Shin | 1380 BELMONT HILLS DR | Suwanee | GA | 30024 |
| Suhee Oh | 4040 West Campbell Avenue | Campbell | CA | 95008 |
| Sukyeong Choi | 2676 Newhall Street Apt 29 | Santa Clara | CA | 95050 |
| Sulma Hernandez | 2836 N Cedar Ave | Fresno | CA | 93703 |
| Sun Hee Lee | 1340 DABNEY HOUSE RD | Vernon Hill | VA | 24597 |
| Sun J. Shin Mdm Inc. | 866 S WESTMORELAND AVE STE 101 | Los Angeles | CA | 90005 |
| Sun Kim | 4113 124TH AVE SE #601 | Bellvue | WA | 98006 |
| Sun Kim | 3122 112TH ST E | Tacoma | WA | 98446 |
| Sun Kyung Choi | 4825 Pine Forest Place | San Jose | CA | 95118 |

| | | | | |
|---|---|---|---|---|
| Sung Choi | 350 S VIA EL MODENA #4 | Orange | CA | 92869 |
| Sung Hu Kim | 3040 WEST 7th ST | Los Angeles | CA | 90005 |
| Sung Knight | 246 Grove Way | Hayward | CA | 94541 |
| Sung Lee | 1145 Palomar Court | Tracy | CA | 95377 |
| Sung Min Acupuncture Clinic | 809 S  HOBARE BI | Los Angeles | CA | 90005 |
| Sung Sub Choi Md. Inc. | 3323 W OLYMPIC BLVD STE 210 | Los Angeles | CA | 90019 |
| Sunghan Suk | 1531 S DIAMOND BAR BLVD | Diamond Bar | CA | 91765 |
| Sunhee Go | 9251 Glen Meadow Lane | Bristow | VA | 20136 |
| Sun-Hwa Kim | 10575 Glenview Avenue | Cupertino | CA | 95014 |
| Sunny Chon Royce | 6270 Clay Pipe Court | Centreville | VA | 20121 |
| Sunny Kim | 407 Olympus #6 | Hercules | CA | 94547 |
| Sunrise Consulting And Financial | 6097 GOLFVIEW DR | Gurnee | IL | 60031 |
| Susan Andres | 38715 Road 128 | Cutler | CA | 93615 |
| Susan Hudgens | 3224 MC KELVEY ST | Bridgton | MO | 63041 |
| Suzie Park | 22221 BLOOMFIELD AVE #24 | Cypress | CA | 90630 |
| Sylvan Medical Group | 1510 FLORIDA AVE | Modesto | CA | 95350 |
| Tae Hyun Oh | 110 CIRCLE VIEW DR APT# 110A | Buford | GA | 30518 |
| Tamara Soliai | 55-537 A NANILOA LOOP | Laie | HI | 96762 |
| Tan Hoa Nguyen | 2600 Senter Road # 17 | San Jose | CA | 95111 |
| Tara Fletcher | 410 W GRAND PKWY S STE 242 | Katy | TX | 77494 |
| Tara Khor | 2420 FLEURY WAY | Stockton | CA | 95210 |
| Tehillah Enterprises Inc | 21116 MARSH CREEK RD | Preston | MD | 21655 |
| Telsource Solutions | 7447 HARWIN DR STE 246 | Houston | TX | 77036 |
| Temple Pain Care Center | 3738 W 6TH ST | Los Angeles | CA | 90020 |
| Terence Reed | 413 WESTPARK DR | Weatherford | TX | 76086 |
| Teresa Jimenez | 1639 waverly ave | San Jose | CA | 95122 |
| Teresa Medical | 2675 W OLYMPIC BLVD | Los Angeles | CA | 90006 |
| Terrence Won | 1360 SOUTH BERETANIA STREET | Honolulu | HI | 96814 |
| Tessie Zamora | 95 716 PAIKAUHALE ST | Mililani | HI | 96789 |
| Thacher Chris | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| The Doctors Clinic | PO BOX 11409 | Tamuning | GU | 96931 |
| The Kool Tech | 4154 SLEEPING INDIAN RD | Fallbrook | CA | 92028 |
| The Park Dental Group | 44841 10TH ST W | Lancaster | CA | 93534 |
| Thomas Meissner | 1422 PELICAN WAY | Suisun City | CA | 94585 |
| Tiffany Kang | 7212 Crestfield Dr | San Ramon | CA | 94582 |
| Tina Adams | 2975 TREAT BLVD STE A4 | Concord | CA | 94518 |
| Tina Culpepper | 2500 N VAN DORN ST APT# 811 | Alexandria | VA | 22302 |

| | | | | |
|---|---|---|---|---|
| Tok Yi | 5452 SPEY CT | Alpharetta | GA | 30022 |
| Tony Labarre | 6464 SAVOY DRIVE STE 757 | Houston | TX | 77036 |
| Tonya Bias | 6503 BAYOU VIEW DR | Houston | TX | 77091 |
| Toribio Aniban | 3235 Sagewood Lane | San Jose | CA | 95132 |
| Town & Country Dentistry | 10941 FINSTONE BLVD | Norwalk | CA | 90650 |
| Tran Juliane | 683 INDIAN HILL BLVD | Pomona | CA | 91767 |
| Trendirect | 510 CONGRESS ST STE 2 | Portland | ME | 04101 |
| Tustin Place Med Group | 13095 JAMBOREE RD | Tustin | CA | 92782 |
| Tweedy Medical Group | 4075 TWEEDY BLVD | South Gate | CA | 90280 |
| Tyrone Smith | 2018 RUFFIAN LN | Stafford | TX | 77477 |
| Umbelina Martinez | 3980 el camino real #87 | Palo Alto | CA | 94306 |
| Valerie Robinson | 7373 ANDMORE ST #1254 | Houston | TX | 77054 |
| Vernbro Medical Bldg. | 231 W VERNON AVE STE 108 | Los Angeles | CA | 90037 |
| Vernbro Medical Group | 231 W VERNON AVE STE 201 | Los Angeles | CA | 90037 |
| Veronica Eunice Chacon Corena | 351 North 26th St #19 | San Jose | CA | 95116 |
| Veronica Pascual | 8572 VILLA VIEW DR | Citrus Heights | CA | 95621 |
| Veronica Wilson | 23311 GOOD DALE LANE | Spring | TX | 77373 |
| Vgb Associates Inc | 2020 HURLEY WAY  STE 145 | Sacramento | CA | 95825 |
| Vicente M. Lizama | PO BOX 3165 | Chula Vista | CA | 91909 |
| Vickie Donaldson | 5919 PINE ARBOR DR | Houston | TX | 77066 |
| Victor Arrieta | PO BOX 4677 | Carolina | PR | 00984 |
| Victor Olivas Salazar | 8501 WILLOW GROVE WAY | Sacramento | CA | 95828 |
| Victor Romley | 1136 UNION MALL | Honolulu | HI | 96813 |
| Victorien Rival | 5501 W BROWARD BLVD | Plantation | FL | 33317 |
| Victorino Rodriguez Gallardo | 53 White St | Watsonville | CA | 95076 |
| Vilma Maramba | 533 CHUCK WAGON CIRCLE | Walnut | CA | 91789 |
| Vincente Franco | 1884 SW 57TH AVE | Miami | FL | 33155 |
| Violeta Lenhart | 94 1568 WAIPAHU ST | Waipahu | HI | 96797 |
| Virginia Recinos | 6110 FILLMORE PL APT 2 | West New York | NJ | 07093 |
| Viva Jones | 4115 East Noble Avenue | Visalia | CA | 93292 |
| Vivian Nguyen | 4652 ROTHERHAVEN WAY | San Jose | CA | 95111 |
| Vonni Kim | 3061 West 12th Place | Los Angeles | CA | 90006 |
| Walter Peccorinni | 2909 Angel Drive | Stockton | CA | 95209 |
| Wave Dentistry | 9673 SIERRA AVE STE C | Fontana | CA | 92335 |
| Wendy Buret | 106 S BROADWAY | White Plains | NY | 10605 |
| Wen-Ru Yang | 915 NORTH KING STREET | Honolulu | HI | 96717 |
| Wesley Dixon | 15116 LEE RD STE 510 | Humble | TX | 77396 |

| | | | | |
|---|---|---|---|---|
| Westmoreland Family Dental | 866 S WESTMORELAND AVE # 102 | Los Angeles | CA | 90005 |
| Westpark Investments | 14503 ROYAL HILL DR | Houston | TX | 77083 |
| Wilfred Martinez | 6727 PHEASANT OAK DR | Houston | TX | 77083 |
| Wilhelmina Bautista | 6676 Ridgeline Avenue | San Bernardino | CA | 92407 |
| Will Mc Kinney | 716 LEADENHALL CT | Antioch | TN | 37013 |
| William Reyes | 18297 McCoy Avenue | Saratoga | CA | 95070 |
| William& Sarah Chang | PO BOX 800156 | Dallas | TX | 75380 |
| Willie Lewis | 3302 charleston St. | Houston | TX | 77021 |
| Won Kim | 1101 Rusher Street | Tracy | CA | 95376 |
| Won Man Yi | 101 Spear St A-24 | San Francisco | CA | 95105 |
| Woon Kwak | 1730 N COMMUNITY DRIVE APT # 202 | Anaheim | CA | 92806 |
| Wynn Greene | 3411 S CAMINO SECO UNIT# 412 | Tucson | AZ | 85730 |
| X-Ray Pro Inc. | 241 FARENHOLT AVE STE 107 | Tamuning | GU | 96913 |
| Xu Zhen Shun | 1550 Filmore Street #309 | San Francisco | CA | 94115 |
| Yeon Suh | 415 S HARVARD BLVD #315 | Los Angeles | CA | 90020 |
| Yesenia Garcia Castro | 3233 Mangum Rd #377 | Houston | TX | 77092 |
| Yesung Yoo | 4630 LUXBERRY DR | Fairfax | VA | 22032 |
| Yime Melgar Alcantara | 1 Doering Ln | Watsonville | CA | 95076 |
| Yohan Cho | 2917 Monroe Place | Falls Church | VA | 22042 |
| Yohan Jhung | 1881 WEST JEFFERSON BLVD #203 | Los Angeles | CA | 90018 |
| Yolanda Abaca | 7900 Casaba Avenue | Winnetka | CA | 91306 |
| Yolanda Valdivia | 255 TAPESTRY LN  APT#606 | American Canyon | CA | 94503 |
| Yolanda Valeriano | 1927 LEFORD WAY | Sacramento | CA | 95832 |
| Yon Chung | 835 MCALLISTER ST #K | San Francisco | CA | 94102 |
| Yong  So Oh | 1248 SAN ANGELO DR | Salinas | CA | 93901 |
| Yong Cha Kim | 5 SOUTHVIEW LN | Carmel Valley | CA | 93924 |
| Yong Cho | 246 Grove Way | Hayward | CA | 94541 |
| Yong Hoan Choi | 2500 PLEASANT HILL RD APT# 1013 | Duluth | GA | 30096 |
| Yong Kim | 7345 Mcwhorter Place #111 | Annandale | VA | 22003 |
| Yong Mi Kim | 1336 LOGSDON LN | Buffalo Grove | IL | 60089 |
| Yong Sik Chin | 1819 June Marie Ct | Hayward | CA | 94541 |
| Yong Soo Kwak | 1716 TOWNSEND AVE | Santa Clara | CA | 95051 |
| Yoni Del Cid | 1241 CLINTON RD | Sacramento | CA | 95825 |
| Yoo Lee | 8550 BAUER DR | Springfield | VA | 22152 |
| Yoon Choi | 6365 Benecia Avenue | Newark | CA | 94560 |
| Yoshihiro Mizuochi | 1901 E Amar Road #67 | West Covina | CA | 91792 |
| Yoshimi Koda | 1204 West Gardena Blvd #C | Gardena | CA | 90247 |

| | | | | |
|---|---|---|---|---|
| Youn Hyun Bae | 218 N CHARLES ST APT 2101 | Baltimore | MD | 21201 |
| Youn Ju Kim | 1201 W VALENCIA DR #66 | Fullerton | CA | 92833 |
| Young Ho Choi | 424 LINCOLN ST | Palisades Park | NJ | 07650 |
| Young Im | 22910 CRENSHAW BLVD STE C | Torrance | CA | 90505 |
| Young Im Kim | 13929 MARQUESAS WAY #108A | Marina Del Rey | CA | 90292 |
| Young Kyo Shinn | 2971 GREY MOSS PASS | Duluth | GA | 30097 |
| Young Park | 10454 Sterling Blvd | Cupertino | CA | 95014 |
| Young Sim Paik | 831 North El Camino Real #3 | San Mateo | CA | 94401 |
| Young Sook Kim | 3805 BROMOLOW TRAIL | Lawrenceville | GA | 30044 |
| Young Sun Herbs Acupuncture | 3663 W 6TH ST STE 308 | Los Angeles | CA | 90020 |
| Young Sun Park | 900 PARK KNOLL CT | Lawrenceville | GA | 30043 |
| Youngsun Kim | 7484 OLD ALEXANDRIA FERRY RD | Clinton | MD | 20735 |
| Younjung Kim | 58 HENRY AVE APT A | Palisades Park | NJ | 07650 |
| Yuehui Xia | 5921 CLOVERLY AVE | Temple City | CA | 91780 |
| Yuenen Guadalupe Santiago Flores | 10500 W. Highway 12 #C | Lodi | CA | 95242 |
| Yun Cho Han | 14517 Suny Lake Court | Centreville | VA | 20120 |
| Yun Jae An | 10141 Cyaft Drive #B | Cuperfino | CA | 95014 |
| Yun Soon Park | 1573 ELKA AVE | San Jose | CA | 95129 |
| Yunhi Kong | 3798 HANCOCK DR. | Santa Clara | CA | 95051 |
| Zenon Cancino | 402 W CHAPMAN AVE | Placentia | CA | 92870 |
| Zolimar Marcia Gutierrez Torres | 404 Royce Drive | San Jose | CA | 95133 |
| Zulma Ramirez | 6 1/2 Lowden St | New Jersey | NJ | 07208 |

| Fill in this information to identify the case: |
| --- |

Debtor name   **American Workers Insurance Services, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number   **19-44208-mxm11**
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors                                                        12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.**

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Association Health Care Management, Inc.** | **11111 Richmond Ave., Suite 200**<br>Number       Street | **Insurety Capital, LLC** | ☑ D<br>☐ E/F<br>☐ G |
| | **Houston**            **TX**   **77082**<br>City                               State   ZIP Code | | |

**Fill in this information to identify the case and this filing:**

Debtor Name <u>**American Workers Insurance Services, Inc.**</u>

United States Bankruptcy Court for the: <u>**NORTHERN DISTRICT OF TEXAS**</u>

Case number <u>**19-44208-mxm11**</u>
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>11/01/2019</u>   X _____
MM / DD / YYYY                          Signature of individual signing on behalf of debtor

**Harold Lyndon Brock, Jr.**
Printed name

**President**
Position or relationship to debtor