J. Robert Forshey
State Bar No. 07264200
Laurie Dahl Rea
State Bar No. 00796150
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Fort Worth, TX  76102
Telephone: 817-877-8855
Facsimile:  817-877-4151
bforshey@forsheyprostok.com
lrea@forsheyprostok.com
dross@forsheyprostok.com

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| AMERICAN WORKERS INSURANCE SERVICES, INC., | ) ) ) | Case No. 19-44208-mxm11 |
| | ) | |
| ASSOCIATION HEALTH CARE MANAGEMENT, INC. | ) ) ) | Case No. 19-44209-elm11 |
| | ) | **Jointly Administered Under** |
| Debtors. | ) | **Case No. 19-44208-mxm11** |

**DEBTORS' AMENDED WITNESS AND EXHIBIT LIST IN CONNECTION WITH**
**HEARINGS SET FOR DECEMBER 11, 2019**

American Workers Insurance Services, Inc. ("AWIS") and Association Health Case Management, Inc. ("AHCM," and together with AWIS, the "Debtors"), as debtors in possession, file this Amended Witness and Exhibit List in connection with hearing scheduled for **December 11, 2019 at 3:00 p.m.**

### WITNESSES

1. Rusty Brock;

2. Delbert Lee;

3. Randee Mascorro;

4. Courtney Robinson;

5. Bill Roberts;

6. Robert Gray or another representative of Insurety Capital LLC;

7. ***Randall Johnson;***

8. ***David Lindsey***; and

9. Any witness designated or called by any other party.

## **EXHIBITS**

| | EXHIBIT | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 1. | Interim Order Authorizing Use of Cash Collateral, Approving Adequate Protection, Granting Replacement Liens, and Granting Related Relief [Docket No. 45] | | | |
| 2. | Agreed Amendment to Interim Order Authorizing Use of Cash Collateral, Approving Adequate Protection, and Granting Related Relief [Docket No. 71] | | | |
| 3. | Supplement to Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing Use of Cash Collateral, (B) Approving Adequate Protection, (C) Granting Replacement Liens, (D) Recharacterizing Alleged Assignments as Secured Transactions, and (E) Granting Related Relief [Docket No. 52] | | | |
| 4. | Notice of Hearing for December 11, 2019 [Docket No. 102] | | | |
| 5. | Letter from Bobby Forshey to Robert Harrell dated November 27, 2019 | | | |
| 6. | A. October 25, 2019 Wire Transfer to Insurety in the amount of $115,074.58<br><br>B. October 28, 2019 Wire Transfer to Insurety in the amount of $125,566.75<br><br>C. October 29, 2019 Wire Transfer to Insurety in the amount of $115,074.58<br><br>D. November 1, 2019 Wire Transfer to Insurety in the amount of $273,046.68<br><br>E. November 7, 2019 Wire Transfer to Insurety in the amount of $934,107.34<br><br>F. November 15, 2019 Wire Transfer to Insurety in the amount of $420,365.26 | | | |

| | EXHIBIT | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| | G. November 22, 2019 Wire Transfer to Insurety in the amount of $417,062.50 | | | |
| | H. November 27, 2019 Wire Transfer to Insurety in the amount of $297,198.80 | | | |
| | I. December 6, 2019 Wire Transfer to Insurety in the amount of $904,103.69 | | | |
| 7. | A. October 25, 2019 Email with Summary of Collections and Transmitting Collection Report (10/18/19 - 10/20/19) | | | |
| | B. October 28, 2019 Email Summary of Collections and Transmitting Collection Report (10/14/19 - 10/20/19) | | | |
| | C. November 1, 2019 Email Summary of Collections and Transmitting Collection Report (10/21/19 - 10/27/19) | | | |
| | D. November 7, 2019 Email Summary of Collections and Transmitting Collection Report (10/28/19 - 11/03/19) | | | |
| | E. November 13, 2019 Email Summary of Collections and Transmitting Collection Report (11/4/19 - 11/10/19) | | | |
| | F. November 21, 2019 Email Summary of Collections and Transmitting Collection Report (11/11/19 - 11/17/19) | | | |
| | G. November 26, 2019 Email Summary of Collections and Transmitting Collection Report (11/18/19 - 11/24/19) | | | |
| | H. December 4, 2019 Email Summary of Collections and Transmitting Collection Report (11/25/19 - 12/1/19) | | | |
| | I. Chart of Insurety Payments | | | |
| 8. | Excerpt of Transcript from October 17, 2019 first-day hearings | | | |

| | EXHIBIT | OFFERED | ADMITTED | REFUSED |
|---|---|---|---|---|
| 9. | Order (i) Authorizing the Debtors to Retain CR3 Partners, LLC to Provide the Debtors a Chief Restructuring Officer and Certain Additional Personnel, and (III) Designating William L. Roberts as Chief Restructuring Officer for the Debtors [Docket No. 90] | | | |
| 10. | Projected New Business Income | | | |
| 11. | Email from Laurie Rea to Robert Harrell dated December 2, 2019 sending Member Product Cancellation Report | | | |
| 12. | Commission Assignment Agreement | | | |
| 13. | Exclusive Management Services Agreement | | | |
| 14. | TPA Servicing Agreement | | | |
| 15. | **Services Agreement dated January 1, 2019 between Data Partnership Group, LP and Agentra, LLC** | | | |
| 16. | **Email correspondence between John Rezac and Bill Roberts dated December 3, 2019 through December 6, 2019** | | | |
| | Rebuttal exhibits | | | |
| | Impeachment exhibits | | | |
| | Any exhibit designated or offered by any other party | | | |

Dated: December 8, 2019          Respectfully submitted,

/s/ J. Robert Forshey
J. Robert Forshey
State Bar No. 07264200
Laurie Dahl Rea
State Bar No. 00796150
Dylan T.F. Ross
State Bar No. 24104435
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Ft. Worth, TX  76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
bforshey@forsheyprostok.com
lrea@forsheyprostok.com
dross@forsheyprostok.com

ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served upon the parties listed below (with exhibits) via email, and (without exhibits) via ECF electronic Notice on parties who receive notice via the Court's ECF notification system on December 8, 2019.

United States Trustee
Attn: Erin Schmidt, Trial Attorney
1100 Commerce Street, Room 976
Dallas, TX 75242
Erin.Schmidt2@usdoj.gov

Charles Kelley
Robert S. Harrell
Andrew C. Elkhoury
Mayer Brown LLP
700 Louisiana Street, Suite 3400
*ckelley@mayerbrown.com*
rharrell@mayerbrown.com
*aelkhoury@mayerbrown.com*

John Rezac
Jonathan Crumly
Taylor English Duma LLP
1600 Parkwood Circle, Suite200
Atlanta, GA 30339
jrezac@taylorenglish.com
jcrumly@taylorenglish.com

United States Trustee
Attn: Elizabeth Young, Trial Attorney
1100 Commerce Street, Room 976
Dallas, TX 75242
Elizabeth.A.Young@usdoj.gov

Ian Peck
Jerome J. Yates
Haynes and Boone, LLP
301 Commerce St., Suite 2600
Fort Worth, TX 76102
Ian.peck@haynesboone.com
Jarom.yates@haynesboone.com

Christopher Arisco
Joseph Austin
Padfield & Stout LLP
420 Throckmorton st. Suite 1210
Fort Worth, TX 76100
carisco@padfieldstout.com
jaustin@padfieldstout.com

              /s/ *J. Robert Forshey*
              J. Robert Forshey

L:\BFORSHEY\American Workers Insurance  (Assc Health Care) #6050\Pleadings 19-44208-mxm11\Amended Witness & Exhibit List 12.11.19.docx