Monthly Operating Report
CASH BASIS

| CASE NAME: | American Workers Insurance Services Inc. |
| CASE NUMBER: | 19-44208 |
| JUDGE: | Mark X. Mullin |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

### REGION 6

### MONTHLY OPERATING REPORT

MONTH ENDING: ____July____  ____2020____
MONTH       YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER
PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT
(CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND,
TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE.
DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL
INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____     Chief Operating Officer
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY              TITLE

Delbert Lee, Chief Operating Officer     8 | 13 | 2020
PRINTED NAME OF RESPONSIBLE PARTY              DATE

PREPARER:

_____     Chief Financial Officer
ORIGINAL SIGNATURE OF PREPARER              TITLE

Omar Kasani, CFO     8 | 13 | 2020
PRINTED NAME OF PREPARER              DATE

**Monthly Operating Report**

**CASH BASIS-1**

| CASE NAME: | American Workers Insurance Services Inc. |
|---|---|

| CASE NUMBER: | 19-44208 |
|---|---|

| CASH RECEIPTS AND DISBURSEMENTS | Apr-20 | May-20 | Jun-20 | Jul-20 |
|---|---|---|---|---|
| 1.  CASH - BEGINNING OF MONTH | $ 17,847 | $ 38,244 | $ 50,367 | $ 45,246 |
| **RECEIPTS** | | | | |
| 2.  CASH SALES | $ 20,542 | $ 16,059 | $ 14,655 | $ 27,166 |
| 3.  ACCOUNTS RECEIVABLE COLLECTIONS | | | | |
| 4.  LOANS AND ADVANCES | | | | |
| 5.  SALE OF ASSETS | | | | |
| 6.  LEASE & RENTAL INCOME | | | | |
| 7.  WAGES | | | | |
| 8.  OTHER (ATTACH LIST) | | | | |
| 9.  TOTAL RECEIPTS | $ 20,542 | $ 16,059 | $ 14,655 | $ 27,166 |
| **DISBURSEMENTS** | | | | |
| 10.  NET PAYROLL | | | | |
| 11.  PAYROLL TAXES PAID | | | | |
| 12.  SALES,USE & OTHER TAXES PAID | | | | |
| 13.  INVENTORY PURCHASES | | | | |
| 14.  MORTAGE PAYMENTS | | | | |
| 15.  OTHER SECURED NOTE PAYMENTS | | | | |
| 16.  RENTAL & LEASE PAYMENTS | | | | |
| 17.  UTILITIES | | | | |
| 18.  INSURANCE | | | | |
| 19.  VEHICLE EXPENSES | | | | |
| 20.  TRAVEL | | | | |
| 21.  ENTERTAINMENT | | | | |
| 22.  REPAIRS & MAINTENANCE | | | | |
| 23.  SUPPLIES | | | | |
| 24.  ADVERTISING | | | | |
| 25.  HOUSEHOLD EXPENSES | | | | |
| 26.  CHARITABLE CONTRIBUTIONS | | | | |
| 27.  GIFTS | | | | |
| 28.  OTHER (ATTACH LIST)  (See Schedule A) | $ 145 | $ 3,936 | $ 19,776 | $ 152 |
| 29.  TOTAL ORDINARY DISBURSEMENTS | $ 145 | $ 3,936 | $ 19,776 | $ 152 |
| **REORGANIZATION EXPENSES** | | | | |
| 30.  PROFESSIONAL FEES | | | | |
| 31.  U.S. TRUSTEE FEES | | | | |
| 32.  OTHER (ATTACH LIST) | | | | |
| 33.  TOTAL REORGANIZATION EXPENSES | - | - | - | - |
| 34.  TOTAL DISBURSEMENTS | $ 145 | $ 3,936 | $ 19,776 | $ 152 |
| 35.  NET CASH FLOW | $ 20,397 | $ 12,123 | $ (5,121) | $ 27,014 |
| 36.  CASH - END OF MONTH | $ 38,244 | $ 50,367 | $ 45,246 | $ 72,260 |

**Monthly Operating Report**
**CASH BASIS-1A**

**2020**

| | |
|---|---|
| **CASE NAME:** | American Workers Insurance Services Inc. |
| **CASE NUMBER:** | 19-44208 |

**CASH DISBURSEMENTS DETAIL**          **MONTH:**          July

### CASH DISBURSEMENTS

| | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL CASH DISBURSEMENTS** | | | | $        - |

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| DEBIT | 07/16/20 | Bank Service Charge | Bank Service Charge | $        152 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL BANK ACCOUNT DISBURSEMENTS** | | | | $        152 |

| | | |
|---|---|---|
| **TOTAL DISBURSEMENTS FOR THE MONTH** | | $        152 |

# Monthly Operating Report
## CASH BASIS-2

| CASE NAME: | American Workers Insurance Services Inc. | July |
| --- | --- | --- |
| CASE NUMBER: | 19-44208 | |

| BANK RECONCILIATIONS | Acct #1 | Acct #2 | Acct #3 | |
| --- | --- | --- | --- | --- |
| A.  BANK: | Capital One | AXOS | | |
| B.  ACCOUNT NUMBER: | 8773 | 0393 | | TOTAL |
| C.  PURPOSE (TYPE): | | DIP | | |
| 1.  BALANCE PER BANK STATEMENT | $ 42,260 | $ 30,000 | | $ 72,260 |
| 2.  ADD:  TOTAL DEPOSITS NOT CREDITED | | | | - |
| 3.  SUBTRACT:  OUTSTANDING CHECKS | | | | - |
| 4.  OTHER RECONCILING ITEMS | | | | - |
| **5.  MONTH END BALANCE PER BOOKS** | $ 42,260 | $ 30,000 | $ - | $ 72,260 |
| 6.  NUMBER OF LAST CHECK WRITTEN | 20099 | | | |

| INVESTMENT ACCOUNTS | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| --- | --- | --- | --- | --- |
| BANK, ACCOUNT NAME & NUMBER | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11.  TOTAL INVESTMENTS | | | $ - | $ - |

| CASH | | |
| --- | --- | --- |
| 12.  CURRENCY ON HAND | | $ - |

| **13.  TOTAL CASH - END OF MONTH** | | $ 72,260 |
| --- | --- | --- |

**Monthly Operating Report**
**CASH BASIS-3**

| CASE NAME: | American Workers Insurance Services Inc. |
|---|---|
| CASE NUMBER: | 19-44208 |

**ASSETS OF THE ESTATE**

| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT | Apr-20 | May-20 | Jun-20 | Jul-20 |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4.  OTHER (ATTACH LIST) | | | | | |
| 5.  TOTAL REAL PROPERTY ASSETS | $            - | $            - | | | $            - |
| **SCHEDULE "B" PERSONAL PROPERTY** | | | | | |
| 1.  CASH ON HAND | | | | | |
| 2.  CHECKING, SAVINGS, ETC. | $      37,748 | $      38,244 | $      50,367 | $      45,246 | $      72,260 |
| 3.  SECURITY DEPOSITS | | | | | |
| 4.  HOUSEHOLD GOODS | | | | | |
| 5.  BOOKS, PICTURES, ART | | | | | |
| 6.  WEARING APPAREL | | | | | |
| 7.  FURS AND JEWELRY | | | | | |
| 8.  FIREARMS & SPORTS EQUIPMENT | | | | | |
| 9.  INSURANCE POLICIES | | | | | |
| 10.  ANNUITIES | | | | | |
| 11.  EDUCATION | | | | | |
| 12.  RETIREMENT & PROFIT SHARING | | | | | |
| 13.  STOCKS | | | | | |
| 14.  PARTNERSHIPS & JOINT VENTURES | | | | | |
| 15.  GOVERNMENT & CORPORATE BONDS | | | | | |
| 16.  ACCOUNTS RECEIVABLE (Note 1) | $  8,488,408 | $  8,488,408 | $  8,488,408 | $  8,488,408 | $  8,488,408 |
| 17.  ALIMONY | | | | | |
| 18.  OTHER LIQUIDATED DEBTS | | | | | |
| 19.  EQUITABLE INTERESTS | | | | | |
| 20.  CONTINGENT INTERESTS | | | | | |
| 21.  OTHER CLAIMS | | | | | |
| 22.  PATENTS & COPYRIGHTS | | | | | |
| 23.  LICENSES & FRANCHISES | | | | | |
| 24.  CUSTOMER LISTS | | | | | |
| 25.  AUTOS, TRUCKS & OTHER VEHICLES | | | | | |
| 26.  BOATS & MOTORS | | | | | |
| 27.  AIRCRAFT | | | | | |
| 28.  OFFICE EQUIPMENT | $        8,252 | $        8,252 | $        8,252 | $        8,252 | $        8,252 |
| 29.  MACHINERY, FIXTURES & EQUIPMENT | | | | | |
| 30.  INVENTORY | | | | | |
| 31.  ANIMALS | | | | | |
| 32.  CROPS | | | | | |
| 33.  FARMING EQUIPMENT | | | | | |
| 34.  FARM SUPPLIES | | | | | |
| 35.  SECURITY DEPOSIT | | | | | |
| 36.  TOTAL PERSONAL PROPERTY ASSETS | $  8,534,408 | $  8,534,904 | $  8,547,027 | $  8,541,906 | $  8,568,920 |
| 37.  TOTAL ASSETS | $  8,534,408 | $  8,534,904 | $  8,547,027 | $  8,541,906 | $  8,568,920 |

Notes
1. This amount may be zero based on Debtor's agreement with Insurety Capital, LLC to treat commission advances on or prior to Nov. 10, 2019,
    as property of Insurety.  See Docket 71.

**Monthly Operating Report**

**CASH BASIS-4**

| CASE NAME: | American Workers Insurance Services Inc. |
|---|---|
| CASE NUMBER: | 19-44208 |

MONTH:     July

**LIABILITIES OF THE ESTATE**

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|
| 1.  SECURED (Ref. Notes 1 and 2 below) | $     21,901,251 | |
| 2.  PRIORITY | | |
| 3.  UNSECURED | $          16,534 | |
| 4.  OTHER (ATTACH LIST) | | |
| 5.  TOTAL PREPETITION LIABILITIES | $     21,917,785 | $          - |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1.  FEDERAL INCOME TAXES | | | | |
| 2.  FICA/MEDICARE | | | | |
| 3.  STATE TAXES | | | | |
| 4.  REAL ESTATE TAXES | | | | |
| 5.  OTHER TAXES (ATTACH LIST) | | | | |
| 6.  TOTAL TAXES | | $          - | | $          - |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29.  (IF ADDITIONAL ATTACH LIST) | | | | |
| 30.  TOTAL OF LINES 7 - 29 | | $          - | | $          - |
| 31.  TOTAL POSTPETITION LIABILITIES | | $          - | | $          - |

**Notes:**

1. Insurety contends that it is not a secured creditor, but a purchaser of commissions. The Debtor has contended that Insurety is a secured creditor and reserves the right to continue to do so.

2. This is not an admission that the Debtor owes this amount or any amount to Insurety.

**Monthly Operating Report**
**CASH BASIS-4A**

| CASE NAME: | American Workers Insurance Services Inc. |
|---|---|

| CASE NUMBER: | 19-44208 |
|---|---|

MONTH: _July_

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| 1.  0 - 30 | | | | |
| 2.  31 - 60 | | | | |
| 3.  61 - 90 | | | | |
| 4.  91 + | | | | |
| 5.  TOTAL ACCOUNTS RECEIVABLE | $        - | $        - | $        - | $        - |
| 6.  AMOUNT CONSIDERED UNCOLLECTIBLE | | | | |
| 7.  ACCOUNTS RECEIVABLE (NET) | $        - | $        - | $        - | $        - |

| AGING OF POSTPETITION TAXES AND PAYABLES | 0 - 30 DAYS | 31-60 DAYS | 90+ DAYS | Total |
|---|---|---|---|---|
| TAXES PAYABLE | | | | |
| 1.  FEDERAL | | | | $        - |
| 2.  STATE | | | | $        - |
| 3.  LOCAL | | | | $        - |
| 4.  OTHER (ATTACH LIST) | | | | $        - |
| 5.  TOTAL TAXES PAYABLE | $        - | $        - | $        - | $        - |

| 6.  ACCOUNTS PAYABLE | | | | $        - |
|---|---|---|---|---|

| STATUS OF POSTPETITION TAXES | BEGINNING TAX LIABILITY | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
|---|---|---|---|---|
| FEDERAL | | | | |
| 1.  WITHHOLDING | | | | $        - |
| 2.  FICA-EMPLOYEE | | | | $        - |
| 3.  FICA-EMPLOYER | | | | $        - |
| 4.  UNEMPLOYMENT | | | | $        - |
| 5.  INCOME | | | | $        - |
| 6.  OTHER (ATTACH LIST) | | | | $        - |
| 7.  TOTAL FEDERAL TAXES | $        - | $        - | $        - | $        - |
| STATE AND LOCAL | | | | |
| 8.  WITHHOLDING | | | | $        - |
| 9.  SALES | | | | $        - |
| 10.  EXCISE | | | | $        - |
| 11.  UNEMPLOYMENT | | | | $        - |
| 12.  REAL PROPERTY | | | | $        - |
| 13.  PERSONAL PROPERTY | | | | $        - |
| 14.  OTHER (ATTACH LIST) | | | | $        - |
| 15.  TOTAL STATE & LOCAL | $        - | $        - | $        - | $        - |
| 16.  TOTAL TAXES | $        - | $        - | $        - | $        - |

**Monthly Operating Report**
**CASH BASIS-5**

| CASE NAME: | American Workers Insurance Services Inc. |
|---|---|
| CASE NUMBER: | 19-44208 |

MONTH: _____ July

PAYMENTS TO INSIDERS AND PROFESSIONALS

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
| | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| TOTAL PAYMENTS TO INSIDERS | | $          - | $          - |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $          - | $          - | $          - | $          - |

POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| | | | |
| | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $          - | $          - | $          - |

**Monthly Operating Report**

**CASH BASIS-6**

**2020**

| CASE NAME: | American Workers Insurance Services Inc. |
|---|---|
| CASE NUMBER: | 19-44208 |

MONTH: _____ Jul-20 _____

## QUESTIONNAIRE

| | YES | NO |
|---|---|---|
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | X | |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES"; PROVIDE A DETAILED
EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

Item 2 - Other than bank charges and certain de minimis payments, the Capital One account is only used
to transfer funds occasionally to an affiliate. A DIP Account was opened in January and funded in May 2020.

## INSURANCE

| | YES | NO |
|---|---|---|
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. PLEASE ITEMIZE POLICIES BELOW | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE
BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN
EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# Schedule A
## Line 28; Other

| CASE NAME: | American Workers Insurance Services Inc. |
|---|---|
| CASE NUMBER: | 19-44208 |

| | Apr-20 | May-20 | Jun-20 | Jul-20 |
|---|---|---|---|---|
| **DISBURSEMENTS - LINE 28 OTHER** | | | | |
| 401K EXPENSES | | | | |
| BANK SERVICE CHARGE | $ 145 | $ 147 | $ 145 | $ 152 |
| PAYROLL PROCESSING FEES | | | | |
| MANAGEMENT FEES PAID TO AHCM (AFFILIATE) | | | $ 19,000 | |
| FRANCHISE AND OTHER STATE TAXES | | $ 3,789 | $ 550 | |
| PENALTIES | | | $ 81 | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **TOTAL LINE 8 OTHER** | $ 145 | $ 3,936 | $ 19,776 | $ 152 |
| | | | | |

**Capital One Bank**

## MANAGE YOUR CASH

CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

AMERICAN WORKERS INSURANCE SERVICES, INC
11111RICHMOND AVE STE 201
HOUSTON TX  77082

Speak to a dedicated business solutions expert
at 1-888-755-2172 — a one-stop number for
both your business and personal needs.

## ACCOUNT SUMMARY    FOR PERIOD  JULY 01, 2020  -  JULY 31, 2020

**Business Analyzed Checking** ████ **8773**

**AMERICAN WORKERS
INSURANCE SERVICES, INC**

| | | | |
|---|---|---|---|
| Previous Balance  06/30/20 | $15,246.45 | Number of Days in Cycle | 31 |
| 24 Deposits/Credits | $27,196.37 | Minimum Balance This Cycle | $15,246.45 |
| 2 Checks/Debits | ($182.66) | Average Collected Balance | $28,447.02 |
| Service Charges | $0.00 | | |
| Ending Balance 07/31/20 | $42,260.16 | | |

## ACCOUNT DETAIL    FOR PERIOD  JULY 01, 2020  -  JULY 31, 2020

**Business Analyzed Checking** ████ **8773**

**AMERICAN WORKERS
INSURANCE SERVICES, INC**

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 07/02 | ACH deposit TOWER SERVICES   INS PREM 070220 AMERICAN WORKERS INSUR | $1,832.28 | | $17,078.73 |
| 07/02 | ACH deposit TOWER SERVICES   INS PREM 070220 AMERICAN WORKERS INSUR | $257.38 | | $17,336.11 |
| 07/07 | ACH deposit AMERICAN WORKERS HEALTHCARE 070720 AMERICAN WORKERS     -SETT-TMOBSPEB | $188.90 | | $17,525.01 |
| 07/08 | ACH deposit AMERICAN WORKERS HEALTHCARE 070820 AMERICAN WORKERS     -SETT-TMOBSPEB | $79.95 | | $17,604.96 |
| 07/10 | ACH deposit AMERICAN WORKERS HEALTHCARE 071020 AMERICAN WORKERS     -SETT-TMOBSPEB | $169.85 | | $17,774.81 |
| 07/13 | ACH deposit AMERICAN WORKERS HEALTHCARE 071320 AMERICAN WORKERS     -SETT-TMOBSPEB | $169.85 | | $17,944.66 |
| 07/14 | ACH deposit SBAD TREAS 310    MISC PAY 071420 American Workers Insur EIDG:3309742903 | $10,000.00 | | $27,944.66 |

*Thank you for banking with us.*

PAGE 1 OF 4

Products and services are offered by Capital One, N.A., Member FDIC.
©2020 Capital One. All rights reserved.

MEMBER FDIC

EQUAL HOUSING LENDER

## What should I do if I find an error or problem on my statement?

In case of error or questions about your electronic transfers telephone us at 1-888-755-2172 or write us at Capital One, N.A.,  7933 Preston Rd. Plano, Texas 75024, Attn: Customer Service Center as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt.

For small business accounts: Please refer to your Electronic Fund Transfer Agreement/Disclosure for additional information.

For consumer accounts: We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1.  Tell us your name and account number (if any).
2.  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3.  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

PSI: 0 / SHC: 0 / LOB :S

**Capital One® Bank**

**MANAGE YOUR CASH**

CASH MANAGEMENT | CHECKING | MONEY MARKET | CDs | LOANS

AMERICAN WORKERS INSURANCE SERVICES, INC

ACCOUNT DETAIL    CONTINUED FOR PERIOD  JULY 01, 2020  -  JULY 31, 2020

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 07/14 | Mobile Deposit | $1,000.00 | | $28,944.66 |
| 07/14 | ACH deposit AMERICAN WORKERS HEALTHCARE 071420 AMERICAN WORKERS      -SETT-TMOBSPEB | $39.95 | | $28,984.61 |
| 07/15 | ACH deposit AMERICAN WORKERS HEALTHCARE 071520 AMERICAN WORKERS      -SETT-TMOBSPEB | $59.90 | | $29,044.51 |
| 07/16 | ACH deposit TOWER SERVICES   INS PREM 071620 AMERICAN WORKERS INSUR | $1,832.28 | | $30,876.79 |
| 07/16 | ACH deposit TOWER SERVICES   INS PREM 071620 AMERICAN WORKERS INSUR | $233.86 | | $31,110.65 |
| 07/16 | ACH deposit AMERICAN WORKERS HEALTHCARE 071620 AMERICAN WORKERS      -SETT-TMOBSPEB | $103.00 | | $31,213.65 |
| 07/16 | Analysis service charge debit ANALYSIS CHRG | | $152.71 | $31,060.94 |
| 07/16 | ACH Withdrawal RETURN SETTLE RETURN 071620 RETURN SETTLE -SETT-DIAUTO | | $29.95 | $31,030.99 |
| 07/17 | ACH deposit STEPHENSMATTHEWS ACH 071720 AMERICAN WORKERS INS | $30.20 | | $31,061.19 |
| 07/20 | ACH deposit BCBS ILLINOIS    PAYMENT 072020 0007AMERICAN WORKERS 20454401 | $54.35 | | $31,115.54 |
| 07/20 | ACH deposit AMERICAN WORKERS HEALTHCARE 072020 AMERICAN WORKERS      -SETT-TMOBSPEB | $39.95 | | $31,155.49 |
| 07/21 | ACH deposit PREMIER ADMI7633 CASH C&D 072120 AMERICAN WORKERS INS AWIS | $8,494.36 | | $39,649.85 |
| 07/21 | ACH deposit AMERICAN WORKERS HEALTHCARE 072120 AMERICAN WORKERS      -SETT-TMOBSPEB | $139.80 | | $39,789.65 |
| 07/21 | ACH deposit PREMIER TRUS4544 PAYMENTS 072120 AMERICAN WORKERS INSUR AWIS | $109.49 | | $39,899.14 |
| 07/28 | ACH deposit AMERICAN WORKERS HEALTHCARE 072820 AMERICAN WORKERS      -SETT-TMOBSPEB | $59.95 | | $39,959.09 |
| 07/30 | ACH deposit TOWER SERVICES   INS PREM 073020 AMERICAN WORKERS INSUR | $1,832.28 | | $41,791.37 |

Products and services are offered by Capital One, N.A., Member FDIC.
©2020 Capital One. All rights reserved.



ACCOUNT DETAIL   CONTINUED FOR PERIOD  JULY 01, 2020   -   JULY 31, 2020

| Date | Description | Deposits/Credits | Withdrawals/Debits | Resulting Balance |
|---|---|---|---|---|
| 07/30 | ACH deposit TOWER SERVICES   INS PREM 073020 AMERICAN WORKERS INSUR | $233.86 | | $42,025.23 |
| 07/30 | ACH deposit AMERICAN WORKERS HEALTHCARE 073020 AMERICAN WORKERS      -SETT-TMOBSPEB | $29.95 | | $42,055.18 |
| 07/31 | ACH deposit STEPHENSMATTHEWS ACH 073120 AMERICAN WORKERS INS | $204.98 | | $42,260.16 |
| **Total** | | $27,196.37 | $182.66 | |



# Account Information Report
### American Workers Insurance Services, INC DIP

**July 01, 2020 - July 31, 2020**

**Account: *0393 (AMERICAN WORKERS INSURANCE SERVICES INC debtor in possession case 19-44208)**

| | |
|---|---|
| Available Balance | $30,000.00 |
| Opening Ledger Balance | $30,000.00 |
| Collected Balance | $30,000.00 |
| Current Balance | $30,000.00 |
| Closing Ledger | $30,000.00 |
| Last Activity Date | |
| Float Amount | $0.00 |
| Hold Amount | $0.00 |
| Last Deposit Amount | $30,000.00 |
| Last Deposit Date | 05/06/2020 |
| Credit Line / Overdraft Amount | $0.00 |

Report Generated on: 08/12/20 12:48:27 PM