Ian T. Peck, TBN #24013306
Jarom J. Yates, TBN #24071134
**HAYNES AND BOONE, LLP**
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: 214.651.5000
Facsimile: 214.651.5940
Email: ian.peck@haynesboone.com
Email: jarom.yates@haynesboone.com

Robert S. Harrell
State Bar No. 09041350
Andrew Elkhoury
State Bar No. 24097648
**MAYER BROWN LLP**
700 Louisiana Street, Suite 3400
Houston, Texas 77004
Telephone: (713) 238-2700
Facsimile: (713) 238-4888
Email: rharrell@mayerbrown.com
Email: aelkhoury@mayerbrown.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| AMERICAN WORKERS INSURANCE SERVICES, INC., | ) ) ) | Case No. 19-44208-mxm11 |
| | ) | |
| ASSOCIATION HEALTH CARE MANAGEMENT, INC. | ) ) | Case No. 19-44209-elm11 |
| | ) ) | Jointly Administered Under Case No. 19-44208-mxm11 |
| Debtors. | ) | |

**NOTICE OF FURTHER RESCHEDULED TELEPHONIC/VIDEO HEARING**

**PLEASE TAKE NOTICE** that the hearing to consider the *Motion of Insurety Capital LLC for Entry of an Order (I) Directing Appointment of Examiner Pursuant to 11 U.S.C. § 1104(c), and (II) Establishing Examiner's Duties and Powers* [Docket No. 278] (the "Examiner Motion"), originally scheduled for July 6, 2020 and moved to August 3, 2020 and then September 9, 2020, has been rescheduled for **Wednesday, October 28, 2020 at 9:30 a.m. Central Time** before the Honorable Mark X. Mullin, United States Bankruptcy Court, Room 128, U.S. Courthouse, 501 W. Tenth Street, Fort Worth, Texas 76102.

**PLEASE TAKE FURTHER NOTICE** that parties must email the Courtroom Deputy at mxm_settings@txnb.uscourts.gov at least 24 hours prior to the hearing for telephonic or video

appearances. The email must include the party name, firm name, telephone number and email address.

**PLEASE TAKE FURTHER NOTICE** that copies of the Examiner Motion may be obtained (i) from the Court's website www.txnb.uscourts.gov via ECF/Pacer, or (ii) upon request to the undersigned.

DATED this 3rd day of September, 2020.

By: */s/ Jarom J. Yates*
**HAYNES AND BOONE, LLP**
Ian T. Peck
State Bar No. 24013306
Jarom J. Yates
State Bar No. 24071134
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: 214.651.5000
Facsimile: 214.651.5940
Email: ian.peck@haynesboone.com
Email: jarom.yates@haynesboone.com

and

**MAYER BROWN LLP**
Robert S. Harrell
State Bar No. 09041350
Andrew Elkhoury
State Bar No. 24097648
700 Louisiana Street, Suite 3400
Houston, Texas 77004
Telephone: (713) 238-2700
Facsimile: (713) 238-4888
Email: rharrell@mayerbrown.com
Email: aelkhoury@mayerbrown.com

**ATTORNEYS FOR INSURETY CAPITAL, LLC**

3

**CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on September 3, 2020, true and correct copies of the foregoing were served (i) via email upon the parties listed below, and (ii) via email upon the parties that receive electronic notices in these cases pursuant to the Court's ECF filing system:

J. Robert Forshey
Laurie Dahl Rea
Dylan T.F. Ross
Forshey & Prostok LLP
777 Main Street, Suite 1290
Fort Worth, TX 76102
bforshey@forsheyprostok.com
lrea@forsheyprostok.com
dross@forsheyprostok.com
*Counsel for Debtors*

Erin Schmidt
Elizabeth Young
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, TX 75242
erin.schmidt2@usdoj.gov
elizabeth.a.young@usdoj.gov

                                              */s/ Jarom J. Yates*
                                              Jarom J. Yates