J. Robert Forshey
State Bar No. 07264200
Laurie Dahl Rea
State Bar No. 00796150
Suzanne K. Rosen
State Bar No. 00798518
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX 76102
Telephone: 817-877-8855
Facsimile: 817-877-4151
bforshey@forsheyprostok.com
lrea@forsheyprostok.com
srosen@forsheyprostok.com

ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| AMERICAN WORKERS INSURANCE SERVICES, INC., | ) ) ) | Case No. 19-44208-mxm11 |
| | ) | |
| ASSOCIATION HEALTH CARE MANAGEMENT, INC. | ) ) ) | Case No. 19-44209-mxm11 |
| | ) | |
| Debtors. | ) ) | **Jointly Administered Under Case No. 19-44208-mxm11** |

**NOTICE OF WITHDRAWAL OF DEBTORS' MOTION ESTIMATE
THE CLAIMS ASSERTED BY DR. MICHAEL RABIE**

American Workers Insurance Services, Inc. and Association Health Care Management, Inc., as debtors in possession, hereby withdraw the *Debtors' Motion to Estimate the Claims Asserted by Dr. Michael Rabie* (the "Motion") [Docket No. 644]. The issues in the Motion were resolved upon the filing of the *Third Modification to the Amended Joint Plan of Reorganization for American Workers Insurance Services, Inc. and Association Health Care Management, Inc.* [Docket No. 654] and the *Response of Creditor Michael Rabie to the Third Modification to the Amended Joint Plan of Reorganization for American Insurance Services, Inc. and Association Health Care Management* [Docket No. 656].

Dated: December 13, 2022.                    Respectfully submitted,

/s/ J. Robert Forshey
J. Robert Forshey
State Bar No. 07264200
Laurie Dahl Rea
State Bar No. 00796150
Suzanne K. Rosen
State Bar No. 00798518
FORSHEY & PROSTOK LLP
777 Main St., Suite 1550
Fort Worth, TX  76102
Telephone: (817) 877-8855
Facsimile: (817) 877-4151
bforshey@forsheyprostok.com
lrea@forsheyprostok.com
srosen@forsheyprostok.com

ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served via ECF electronic Notice on December 13, 2022.

/s/ *J. Robert Forshey*
J. Robert Forshey